Ronald W. Opsahl, Esq.
William Perry Pendley, Esq. (D.C. Bar No. 378906)
MOUNTAIN STATES LEGAL FOUNDATION
2596 South Lewis Way
Lakewood, Colorado 80227
(303) 292-2021
(303) 292-1980 (facsimile)
ropsahl@mountainstateslegal.com

Attorneys for Plaintiffs

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COMMUNITIES FOR A GREAT NORTHWEST, and MOUNTAIN STATES LEGAL FOUNDATION, <br><br>  Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF THE INTERIOR, *et al.*, <br><br>  Defendants. | Case No. 1:06cv01842 <br><br> Judge Royce C. Lamberth |

## CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for Communities for a Great Northwest and Mountain States Legal Foundation certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of Communities for a Great Northwest and Mountain States Legal Foundation which have any outstanding securities in the hands of the public:

   NONE.

These representations are made in order that judges of this court may determine the need for recusal.

                                          Attorney of Record:

                                          MOUNTAIN STATES LEGAL FOUNDATION

                                          /s/ William Perry Pendley
                                          William Perry Pendley, Esq. (D.C. Bar No. 378906)
                                          2596 South Lewis Way
                                          Lakewood, Colorado 80227
                                          (303) 292-2021
                                          (303) 292-1980 (facsimile)

# **CERTIFICATE OF SERVICE**

      I hereby certify that on this 1st day of November, 2006, I served a true and accurate copy of CERTIFICATE RULE LCvR 7.1 on all parties by sending said copies *via* United States mail, first class, certified, return receipt requested, and postage pre-paid, addressed to the following:

UNITED STATES DEPARTMENT OF THE INTERIOR
1849 C Street, N.W.
Washington, D.C. 20240

UNITED STATES FISH AND WILDLIFE SERVICE
1849 C Street, N.W.
Washington, D.C. 20240

DIRK KEMPTHORNE
Secretary of the Interior
1849 C Street, N.W.
Washington, D.C. 20240

H. DALE HALL
Director, U.S. Fish and Wildlife Service
1849 C Street, N.W.
Washington, D.C. 20240

REN LOHOEFENER
Regional Director, Pacific Region
U.S. Fish and Wildlife Service
911 N.E. 11th Avenue
Portland, Oregon 97232

J. MITCH KING
Regional Director, Mountain-Prairie Region
U.S. Fish and Wildlife Service
134 Union Boulevard
Lakewood, Colorado 80228

                                          /s/ William Perry Pendley
                                          William Perry Pendley, Esq.  (D.C. Bar No. 378906)
                                          2596 South Lewis Way
                                          Lakewood, Colorado 80227
                                          (303) 292-2021
                                          (303) 292-1980 (facsimile)