Ronald W. Opsahl, Esq.
William Perry Pendley, Esq. (D.C. Bar No. 378906)
MOUNTAIN STATES LEGAL FOUNDATION
2596 South Lewis Way
Lakewood, Colorado 80227
(303) 292-2021
(303) 292-1980 (facsimile)
ropsahl@mountainstateslegal.com

Attorneys for Plaintiffs

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COMMUNITIES FOR A GREAT NORTHWEST, and MOUNTAIN STATES LEGAL FOUNDATION, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF THE INTERIOR, *et al.*, <br><br> Defendants. | Case No. 1:06cv01842 <br><br> Judge Royce C. Lamberth <br><br> **MOTION FOR ADMISSION PRO HAC VICE OF RONALD W. OPSAHL** |

Pursuant to Local Rule 83.2(d), attorney Ronald W. Opsahl hereby makes this written application to practice *pro hac vice* in the above-captioned case. Mr. Opsahl is of good moral character and is a member in good standing of the bars of the Supreme Courts of the States of Colorado, Montana, and Wyoming.

I, Ronald W. Opsahl, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746, that the following statements are true and correct:

1.  My full name is Ronald Walter Opsahl;

2.  My office address is:

    Mountain States Legal Foundation
    2596 South Lewis Way

Lakewood, Colorado 80227;

3. I am admitted to practice before the following courts:

 A. Supreme Court of the State of Colorado (Bar No. 35662) (October 25, 2004);

 B. Supreme Court of the State of Wyoming (Bar No. 6-3931) (April 19, 2005);

 C. Supreme Court of the State of Montana (Bar No. 8422) (May 23, 2006);

 D. United States District Court for the District of Colorado (June 20, 2005);

 E. United States District Court for the District of Wyoming (July 20, 2005);

 F. United States District Court for the District of Montana (May 12, 2006)

 F. United States Court of Appeals for the Ninth Circuit (June 21, 2005); and the

 G. United States Court of Appeals for the Tenth Circuit (June 20, 2005);

4. I am in good standing and eligible to practice before all of the above-referenced courts to which I am admitted. I have never been suspended or disbarred by any court. I have never been held in contempt, otherwise disciplined by any court for disobedience to its rules or orders, or sanctioned under Federal Rules of Civil Procedure 11 or 37(b), (c), (d), or (g), or their state equivalents;

5. I am not currently practicing *pro hac vice* in any other cases in the District of the District of Columbia;

6. I do not engage in the practice of law from an office located in the District of Columbia, I am not a member of the District of Columbia Bar, nor do I have an application for membership pending;

7. I hereby designate the following attorney as local counsel, with the authority to act as attorney of record for all purposes in this case, with whom the Court and opposing counsel may readily communicate regarding this case, and upon whom papers may be served:

> William Perry Pendley, Esq.
> MOUNTAIN STATES LEGAL FOUNDATION
> 2596 South Lewis Way
> Lakewood, Colorado 80227
> (303) 292-2021
> (303) 292-1980 (facsimile)
> wppendley@mountainstateslegal.com

The address, telephone number, and written consent of such designees accompany this application.

DATED this 31st day of October, 2006.

> Respectfully submitted by:
>
> /s/ Ronald W. Opsahl
> Ronald W. Opsahl, Esq.
> MOUNTAIN STATES LEGAL FOUNDATION
> 2596 South Lewis Way
> Lakewood, Colorado 80227
> (303) 292-2021

The undersigned hereby consents to serve as local counsel with the authority to act as attorney of record for all purposes in this case, with whom the Court and opposing counsel may readily communicate regarding this case, and upon whom papers shall be served.

DATED this 31st day of October, 2006.

3

Willaim Perry Pendley, Esq.
MOUNTAIN STATES LEGAL FOUNDATION
2596 South Lewis Way
Lakewood, Colorado 80227
(303) 292-2021
(303) 292-1980 (facsimile)
wppendley@mountainstateslegal.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of November, 2006, I served a true and accurate copy of MOTION FOR ADMISSION PRO HAC VICE OF RONALD W. OPSAHL on all parties by sending said copies *via* United States mail, first class, certified, return receipt requested, and postage pre-paid, addressed to the following:

UNITED STATES DEPARTMENT OF THE INTERIOR
1849 C Street, N.W.
Washington, D.C. 20240

UNITED STATES FISH AND WILDLIFE SERVICE
1849 C Street, N.W.
Washington, D.C. 20240

DIRK KEMPTHORNE
Secretary of the Interior
1849 C Street, N.W.
Washington, D.C. 20240

H. DALE HALL
Director, U.S. Fish and Wildlife Service
1849 C Street, N.W.
Washington, D.C. 20240

REN LOHOEFENER
Regional Director, Pacific Region
U.S. Fish and Wildlife Service
911 N.E. 11th Avenue
Portland, Oregon 97232

J. MITCH KING
Regional Director, Mountain-Prairie Region
U.S. Fish and Wildlife Service
134 Union Boulevard
Lakewood, Colorado 80228

*[signature]*

# ADMISSION TO PRACTICE CERTIFICATE

In compliance with Local Rule 83.8(b)(6) the undersigned applicant hereby certifies that:

### (MANDATORY)

#1 __XX__  I have read and am familiar with the provisions of the Judicial Code (Title 28 United States Code) which pertain to the jurisdiction of and practice in the U.S. District Courts, the Rules of the United States District Court for the District of Columbia, and the Rules of Professional Conduct as adopted by the District of Columbia Court of Appeals [Local Rule 83.8(b)(6)(i),(iii)and(iv)]; D.C. Bar Voluntary Standards for Civility in Professional Conduct, adopted by the Bar on June 18, 1996 (attached as Appendix D) [Local Rule 83.8(b)(6)(v)]; and

#2 __xx__  I am familiar with the Federal Rules of Civil Procedure [Local Rule 83.8(b)(6)(ii)];

and/or

#3 _____  I am familiar with the Federal Rules of Criminal Procedure [Local Rule 83.8(b)(6)(ii)].

An attorney who wishes to appear as sole or lead counsel in a contested evidentiary hearing or trial on the merits further certifies that:

### (OPTIONAL)

#4 __XX__  I have previously acted as sole or lead counsel in a federal district court or the Superior Court of the District of Columbia or a state trial court of general jurisdiction in a contested jury or bench trial or other contested evidentiary hearing in which testimony was taken in open court and an order or other appealable judgment was entered. [Local Rule 83.2(b)(1)];OR

#5 _____  I have participated in a junior capacity in an entire contested jury or bench trial in a federal district court or the Superior Court of the District of Columbia or a state trial court of general jurisdiction. [Local Rule 83.2(b)(2)];OR

#6 _____  I have satisfactorily completed a continuing education trial advocacy course of at least 30 hours sponsored by the District of Columbia Bar or accredited by a State Bar. [Local Rule 83.2(b)(3)].

In consideration of Local Rules 83.10(a) and 83.11, the undersigned applicant certifies that:

### (OPTIONAL)

#7 _____  I have read Local Rule 83.10(a) and understand that members in good standing of the bar of this Court have an obligation to assist or represent the needy in civil matters before this Court whenever requested by the Court and if necessary, without compensation. I have read Local Rule 83.11 and understand that the Court has established a voluntary Civil Pro Bono Panel from which attorneys may be appointed by the Court to represent indigent pro se litigants. I have indicated below whether I would like to receive additional information regarding the Court's Civil Pro Bono Panel.

____ Please Send      ____ Do Not Send

I understand that my petition will be heard on the date prescribed by Rule 83.8(d) of this Court and that no further notice of said hearing will be given. At the time of my admission, I will be prepared to take the oath prescribed by 83.8(e). I declare under penalty of perjury that the foregoing is true and correct.

__10/31/2006__              _____[signature]_____
(DATE)                        (PETITIONER'S SIGNATURE)

4

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| COMMUNTIES FOR A GREAT NORTHWEST, and MOUNTAIN STATES LEGAL FOUNDATION,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENTOF THE INTERIOR, *et al.*,<br><br>Defendants. | Civil No. 06-01842<br><br>**ORDER GRANTING APPLICATION OF RONALD W. OPSAHL TO PRACTICE *PRO HAC VICE*** |

This matter having come before this Court on the application of Ronald W. Opsahl for admission *pro hac vice* in the above-captioned matter, and the Court being fully advised in the premises and good cause being shown:

**IT IS HEREBY ORDERED** that Ronald W. Opsahl be and is hereby granted permission to practice *pro hac vice* in the above-captioned case.

Dated this _____ day of _____, 2006.

**BY THE COURT:**

_____
United States District Judge