UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COMMUNITIES FOR A GREAT NORTHWEST, and MOUNTAIN STATES LEGAL FOUNDATION,<br><br>　　Plaintiffs,<br><br>　　v.<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR, *et al.*,<br><br>　　Defendants. | Civil Action No. 06-1842 (RCL) |

## ORDER

This matter having come before this Court on the application [3] of Ronald W. Opsahl for admission *pro hac vice* in the above-captioned matter, and the Court being fully advised in the premises and good cause being shown, it is hereby

ORDERED that Ronald W. Opsahl be and hereby is granted permission to practice *pro hac vice* in the above-captioned case.

SO ORDERED.

Signed by United States District Judge Royce C. Lamberth, November 1, 2006.