UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COMMUNITIES FOR A GREAT NORTHWEST, MOUNTAIN STATES LEGAL FOUNDATION,<br><br>        Plaintiffs,<br><br>    v.<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR, 1849 C Street, N.W., Washington D.C. 20240; UNITED STATES FISH AND WILDLIFE SERVICE, 1849 C Street, N.W., Washington D.C. 20240; DIRK KEMPTHORNE, Secretary of the Interior, 1849 C Street, N.W., Washington, D.C. 20240; H. DALE HALL, Director, United States Fish and Wildlife Service, 1849 C Street, N.W., Washington, D.C. 20240; REN LOHOEFENER, Regional Director, Pacific Region, United States Fish and Wildlife Service, 911 NE 11th Avenue, Portland, OR 97232; and, J. MITCH KING, Regional Director, Mountain-Prairie Region, United States Fish and Wildlife Service, 134 Union Boulevard, Lakewood, CO 80228,<br><br>        Defendants. | Case No. 1:06-CV-01842-RCL<br><br>**FEDERAL DEFENDANTS' NOTICE OF APPEARANCE** |

To the Court, the parties, and their attorneys of record:

    On behalf of the Federal Defendants, the United States enters the appearance of James A. Maysonett, Trial Attorney, as counsel for this matter. Copies of future filings, notices, and

decisions should be sent to Mr. Maysonett.

    Respectfully submitted,

    Dated: November 29, 2006

    SUE ELLEN WOOLDRIDGE, Assistant Attorney General
    United States Department of Justice
    Environment and Natural Resources Division
    JEAN E. WILLIAMS, Chief
    LISA L. RUSSELL, Assistant Section Chief

       /s/ James A. Maysonett
    _____
    JAMES A. MAYSONETT, Trial Attorney (D.C. Bar 463856)
    Wildlife and Marine Resources Section
    Benjamin Franklin Station, P.O. Box 7397
    Washington, D.C. 20044-7397
    Telephone: (202) 305-0216
    Facsimile: (202) 305-0275
    Attorneys for Federal Defendants