AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

COMMUNITIES FOR A GREAT NORTHWEST; MOUNTAIN STATES
LEGAL FOUNDATION

**SUMMONS IN A CIVIL CASE**

V.

U.S. DEP'T OF THE INTERIOR; U.S. FISH & WILDLIFE SERVICE;
DIRK KEMPTHORNE, Secretary, DOI; H. DALE HALL, Director,
U.S. Fish & Wildlife Serv.; REN LOHOEFENER, Regional Director,
Pacific Region, U.S. Fish & Wildlife Serv.; J. MITCH KING, Regional
Director, Mountain-Prairie Region, U.S. Fish & Wildlife Service.

CASE NUMBER 1:06CV01842

JUDGE: Royce C. Lamberth

DECK TYPE: Administrative Agency Review

DATE STAMP: 10/26/2006

TO: (Name and address of Defendant)

Civil Process Clerk
United States Attorney's Office
District of Columbia District
555 Fourth Street, N.W.
Washington, D.C. 20530

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

William Perry Pendley
Mountain States Legal Foundation
2596 South Lewis Way
Lakewood, Colorado 80227

an answer to the complaint which is served on you with this summons, within ____60____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON                    OCT 2 6 2006

CLERK                                          DATE

_(signature)_
(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE 11/27/06 |
| NAME OF SERVER (PRINT) Jane E. Larrew | TITLE Legal Secretary |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

　Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify):  Pursuant to F.R.C.P. 4(i)

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   11/27/06
　　　　　　　　Date

Signature of Server

Mountain States Legal Foundation
2596 S. Lewis Way
Lakewood, CO  80227
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery |
| 1. Article Addressed to:<br>Civil Process Clerk<br>U S Atty's office<br>D.C. District<br>555 Fourth Street N.W.<br>Washington DC 20530 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered     ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label) | 7004 2510 0006 1985 6679 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540