UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COMMUNITIES FOR A GREAT NORTHWEST, and MOUNTAIN STATES LEGAL FOUNDATION,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR, *et al.*,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 06-1842 (RCL)<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER

Defendants, the United States Department of the Interior, *et al.*, have filed an answer. Therefore, a Local Rule 16.3 Conference shall be held within fifteen (15) days of this date between plaintiffs and defendants. Within ten (10) days thereafter, a report shall be filed with the Court, along with a proposed scheduling order. The Proposed Scheduling Order required by Rule 16.3(d) shall be submitted in Word Perfect (preferred) or Microsoft Word format by email to RCL_ECF@dcd.uscourts.gov.

SO ORDERED.

    SO ORDERED.

    Signed by United States District Judge Royce C. Lamberth, January 2, 2007.