IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COMMUNITIES FOR A GREAT NORTHWEST, and MOUNTAIN STATES LEGAL FOUNDATION<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR, *et al*.<br><br>Defendants. | Case No. 1:06-CV-01842-RCL<br><br>**JOINT LOCAL RULE 16.3 REPORT** |

Pursuant to this Court's January 2, 2007, Order and Local Rule 16.3, the parties conferred regarding the management of this case. The respective position of the parties with respect to the management of this case are set forth below.

1.  No dispositive motions have been filed. Defendants may file, on or before February 28, 2007, a motion for transfer of venue, pursuant to 28 U.S.C. § 1404, to remove this case to the United States District Court for the District of Montana, Missoula Division. If such a motion is filed, Plaintiffs will file their opposition on or before March 14, 2007.

2.  The parties do not anticipate joining any other parties. At this time, the parties do not contemplate amending their pleadings. However, Plaintiffs expressly reserve their right to move to amend their Complaint until after they review the administrative record to determine whether the administrative record reveals any additional claims for relief.

3.  The parties do not believe that this case should be assigned to a Magistrate Judge.

4. The parties have discussed the possibility of settlement. At this time, there is no possibility of settlement.

5. The parties believe that this case is inappropriate for this Court's alternative dispute resolution procedures.

6. The parties believe that this case may be decided upon cross-motions for summary judgment. Accordingly, the parties propose the following schedule: Defendants will file an administrative record on or before March 30, 2007. Plaintiffs will move for either discovery beyond the administrative record or supplementation of the administrative record on or before May 31, 2007. If Plaintiffs do not move for either discovery or supplementation, Plaintiffs will move for summary judgment on or before June 15, 2007. If Plaintiffs move for summary judgment, Defendants will file a response to that motion and their own cross-motion for summary judgment on or before August 15, 2007. Plaintiffs will then file a response/reply memorandum on or before October 15, 2007. Defendants will then file a reply memorandum on or before November 15, 2007.

7. The parties agree to dispense with the initial disclosures required by Fed. R. Civ. P. 26(a)(1). It is the position of the Federal Defendants that initial disclosures are not required in this case because judicial review here is limited to the administrative record.

8. The parties believe that this case may be decided on the administrative record. However, Plaintiffs expressly reserve the right to review the administrative record and move for either discovery beyond the administrative record and/or supplementation of the administrative record if Plaintiffs do not believe that the administrative record is complete. Plaintiffs anticipate that discovery, if necessary, will be limited to requests for document production and/or

interrogatories. If necessary, Plaintiffs believe that discovery will be completed within four months. It is the position of the Federal Defendants that, because judicial review here is limited to the administrative record, no discovery is appropriate. Nonetheless, the parties will work to resolve any disputes concerning discovery or the scope of the administrative record before presenting such disputes to the Court.

9. At this time, the parties do not believe that expert witnesses will be necessary.

10. This is not a class action case.

11. The parties do not anticipate the need for bifurcation.

12. The parties do not believe that a pretrial conference will be necessary.

13. The parties do not believe that a trial will be necessary because the parties believe that this case may be resolved on cross-motions for summary judgment.

14. The parties have identified no other matters appropriate for inclusion in a scheduling order.

DATED this 26th day of January 2007.

Respectfully Submitted By:

MOUNTAIN STATES LEGAL FOUNDATION


/s/ Ronald W. Opsahl
Ronald W. Opsahl, Esq.
William Perry Pendley, Esq.
2596 South Lewis Way
Lakewood, Colorado 80227
(303) 292-2021
(303) 292-1980 (facsimile)
ropsahl@mountainstateslegal.com

Attorneys for Plaintiffs

DATED this 26th day of January 2007.

        Respectfully Submitted By:

        MATTHEW J. MCKEOWN,
        Acting Assistant Attorney General
        United States Department of Justice
        Environment and Natural Resources Division

        JEAN E. WILLIAMS, Chief
        LISA L. RUSSELL, Assistant Section Chief

        /s/ James A. Maysonett
        JAMES A. MAYSONETT, Trial Attorney
        Wildlife and Marine Resources Section
        Benjamin Franklin Station, P.O. Box 7397
        Washington, D.C. 20044-7397
        (202) 305-0216
        (202) 305-0275 (facsimile)

        Attorneys for Defendants

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on the 26th day of January, 2007, I filed the attached Joint Local Rule 16.3 Report and Proposed Order electronically through the CM/ECF system, which caused the following to be served by electronic means:

JAMES A. MAYSONETT, Trial Attorney
Wildlife and Marine Resources Section
Benjamin Franklin Station, P.O. Box 7397
Washington, D.C. 20044-7397
(202) 305-0216
(202) 305-0275 (facsimile)

      /s/ Ronald W. Opsahl
      Ronald W. Opsahl, Esq.
      MOUNTAIN STATES LEGAL FOUNDATION
      2596 South Lewis Way
      Lakewood, Colorado 80227
      (303) 292-2021
      (303) 292-1980 (facsimile)
      ropsahl@mountainstateslegal.com

      Attorney for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COMMUNITIES FOR A GREAT NORTHWEST, ) <br> and MOUNTAIN STATES LEGAL ) <br> FOUNDATION ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES DEPARTMENT OF THE ) <br> INTERIOR, *et al*. ) <br> ) <br> Defendants. ) <br> _____) | Case No. 1:06-CV-01842-RCL <br><br> **PROPOSED SCHEDULING** <br> **ORDER** |

Pursuant to the Court's January 2, 2007, Order, the Parties' have submitted their Joint Local Rule 16.3 Report. Having reviewed the Parties' proposed plan, IT IS ORDERED that the following schedule is hereby set:

1.  On or before February 28, 2007, Defendants may file a motion for transfer of venue, pursuant to 28 U.S.C. § 1404, to remove this case to the United States District Court for the District of Montana, Missoula Division. If such a motion is filed, Plaintiffs will file their opposition on or before March 14, 2007.

2.  On or before March 30, 2007, Defendants will lodge an Administrative Record.

3.  On or before May 31, 2007, if necessary, Plaintiffs will move for either discovery beyond the administrative record or supplementation of the administrative record.

4.  If Plaintiffs do not move for either discovery or supplementation, the following schedule is hereby ordered:

    A.  Plaintiffs will move for summary judgment on or before June 15, 2007.

  B. On or before August 15, 2007, Defendants will file their cross-motion for summary judgment and response brief.

  C. On or before October 15, 2007, Plaintiffs will file their response and reply brief.

  D. On or before November 15, 2007, Defendants will file their reply brief.

5. If Plaintiffs move for either discovery or supplementation, the parties will confer regarding modifying this Scheduling Order and file with the Court a new proposed schedule.

ENTERED this _____ day of _____, 2007.

                    _____
                    Royce C. Lamberth
                    UNITED STATES DISTRICT JUDGE