IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COMMUNITIES FOR A GREAT NORTHWEST, )<br>and MOUNTAIN STATES LEGAL )<br>FOUNDATION )<br>)<br>    Plaintiffs, )<br>)<br>v. )<br>)<br>UNITED STATES DEPARTMENT OF THE )<br>INTERIOR, *et al*. )<br>)<br>    Defendants. )<br>_____ ) | Case No. 1:06-CV-01842-RCL |

## ORDER

Pursuant to the Court's January 2, 2007, Order, the Parties' have submitted their Joint Local Rule 16.3 Report. Having reviewed the Parties' proposed plan, IT IS ORDERED that the following schedule is hereby set:

    1.    On or before February 28, 2007, Defendants may file a motion for transfer of venue, pursuant to 28 U.S.C. § 1404, to remove this case to the United States District Court for the District of Montana, Missoula Division. If such a motion is filed, Plaintiffs will file their opposition on or before March 14, 2007.

    2.    On or before March 30, 2007, Defendants will lodge an Administrative Record.

    3.    On or before May 31, 2007, if necessary, Plaintiffs will move for either discovery beyond the administrative record or supplementation of the administrative record.

    4.    If Plaintiffs do not move for either discovery or supplementation, the following

schedule is hereby ordered:

    A.    Plaintiffs will move for summary judgment on or before June 15, 2007.

    B.    On or before August 15, 2007, Defendants will file their cross-motion for summary judgment and response brief.

    C.    On or before October 15, 2007, Plaintiffs will file their response and reply brief.

    D.    On or before November 15, 2007, Defendants will file their reply brief.

5.    If Plaintiffs move for either discovery or supplementation, the parties will confer regarding modifying this Scheduling Order and file with the Court a new proposed schedule.

SO ORDERED.

Signed by United States District Judge Royce C. Lamberth, January 29, 2007.