**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| COMMUNITIES FOR A GREAT NORTHWEST, MOUNTAIN STATES LEGAL FOUNDATION, </br></br> Plaintiffs, </br></br> v. </br></br> UNITED STATES DEPARTMENT OF THE INTERIOR, et al., </br></br> Defendants. | Case No. 1:06-CV-01842-RCL </br></br> **Federal Defendants' Unopposed Motion for Extension of Time** |

    1.    On January 29, 2007, the Court entered a schedule in this matter that was based on the schedule proposed by the parties in their joint meet and confer statement. Docket No. 18.

    2.    Under that order, the Federal Defendants must file their motion to transfer venue (if any) by February 28, 2007, and the Plaintiffs must file their opposition to any such motion by March 14, 2007.

    3.    The Federal Defendants intend to move this Court to transfer this case to the United States District Court for the District of Montana (for reasons that we will explain in our memorandum). As the result of unexpected hearings in other matters, however, counsel for the Federal Defendants require a brief extension of the current deadlines to adequately prepare that motion. Specifically, the Federal Defendants ask the Court to extend the deadline for their motion to transfer by two (2) days, from February 28 to March 2, 2007; and to also extend the deadline for Plaintiffs' opposition by two (2) days, from March 14 to March 16, 2007.

    4.    Counsel for the Federal Defendants have conferred with counsel for Plaintiffs on this matter. Plaintiffs do not oppose this extension of time.

5.	The Court has not previously granted any extensions of time on this motion, and this extension will not otherwise affect the progress of this case.

>Respectfully submitted,
>
>Dated: February 21, 2007
>
>SUE ELLEN WOOLDRIDGE, Assistant Attorney General
>United States Department of Justice
>Environment and Natural Resources Division
>JEAN E. WILLIAMS, Chief
>LISA L. RUSSELL, Assistant Section Chief
>
>	/s/ James A. Maysonett
>	_____
>JAMES A. MAYSONETT, Trial Attorney (D.C. Bar 463856)
>Wildlife and Marine Resources Section
>Benjamin Franklin Station, P.O. Box 7397
>Washington, D.C. 20044-7397
>Telephone: (202) 305-0216
>Facsimile: (202) 305-0275
>Attorneys for Federal Defendants

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COMMUNITIES FOR A GREAT NORTHWEST, MOUNTAIN STATES LEGAL FOUNDATION,<br><br>    Plaintiffs,<br><br>  v.<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR, et al.,<br><br>    Defendants. | Case No. 1:06-CV-01842-RCL<br><br>**[Proposed] Order** |

This matter comes before the Court on Federal Defendants' Unopposed Motion for Extension of Time. The Court **ORDERS** that the Federal Defendants shall file their motion to transfer venue by March 2, 2007, and that the Plaintiffs shall file their opposition to that motion by March 16, 2007.

**IT IS SO ORDERED**,

_____     _____
Dated                                              Royce C. Lamberth
                                                        United States District Judge