# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| COMMUNITIES FOR A GREAT NORTHWEST, MOUNTAIN STATES LEGAL FOUNDATION,<br><br>       Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR, et al.,<br><br>       Defendants. | Case No. 1:06-CV-01842-RCL<br><br>**Federal Defendants' Second Unopposed Motion for Extension of Time** |

    1.    The Federal Defendants moved to transfer this case to the United States District Court for the District of Montana on March 2, 2007. The Plaintiffs filed their opposition to that motion on March 12, 2007. Under the operation of the local rules, the Federal Defendants' reply in support of transfer was due yesterday, March 19, 2007.

    2.    Unfortunately, a small fire broke out yesterday in the offices of the counsel for the Federal Defendants. As a result, counsel for the Federal Defendants was unable to work in his office yesterday or access the computer systems necessary to file that reply brief.

    3.    For this reason, the Federal Defendants request a one-day extension of the deadline to file their reply in support of transfer, from Monday, March 19, 2007 to Tuesday, March 20, 2007.

    4.    Counsel for the Federal Defendants have conferred with counsel for Plaintiffs on this matter. Plaintiffs do not oppose this extension of time.

               Respectfully submitted,

               Dated: March 20, 2007

SUE ELLEN WOOLDRIDGE, Assistant Attorney General
United States Department of Justice
Environment and Natural Resources Division
JEAN E. WILLIAMS, Chief
LISA L. RUSSELL, Assistant Section Chief

/s/ James A. Maysonett
_____
JAMES A. MAYSONETT, Trial Attorney (D.C. Bar 463856)
Wildlife and Marine Resources Section
Benjamin Franklin Station, P.O. Box 7397
Washington, D.C. 20044-7397
Telephone: (202) 305-0216
Facsimile: (202) 305-0275
Attorneys for Federal Defendants

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| COMMUNITIES FOR A GREAT NORTHWEST, MOUNTAIN STATES LEGAL FOUNDATION, )<br><br>Plaintiffs, )<br><br>v. )<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR, et al., )<br><br>Defendants. ) | Case No. 1:06-CV-01842-RCL<br><br>**[Proposed] Order** |

This matter comes before the Court on Federal Defendants' Second Unopposed Motion for Extension of Time. The Court **ORDERS** that the Federal Defendants shall file their reply in support of transfer by March 20, 2007.

**IT IS SO ORDERED**,

_____    _____
Dated                                                           Royce C. Lamberth
                                                                      United States District Judge

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| COMMUNITIES FOR A GREAT NORTHWEST, MOUNTAIN STATES LEGAL FOUNDATION, )<br><br>Plaintiffs, )<br><br>v. )<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR, et al., )<br><br>Defendants. ) | Case No. 1:06-CV-01842-RCL<br><br>**[Proposed] Order** |

This matter comes before the Court on Federal Defendants' Second Unopposed Motion for Extension of Time.  The Court **ORDERS** that the Federal Defendants shall file their reply in support of transfer by March 20, 2007.

**IT IS SO ORDERED**,

_____   _____
Dated                                                          Royce C. Lamberth
                                                                       United States District Judge