UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COMMUNITIES FOR A GREAT NORTHWEST, and MOUNTAIN STATES LEGAL FOUNDATION,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR, *et al.*,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 06-1842 (RCL)<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER

This matter comes before the Court on the federal defendants' Unopposed Motion [21] for Extension of Time. The Court ORDERS that the federal defendants shall file their motion to transfer venue by March 2, 2007, and that the plaintiffs shall file their opposition that motion by March 16, 2007, *nunc pro tunc*.

SO ORDERED.

Signed by United States District Judge Royce C. Lamberth, April 21, 2007.