UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COMMUNITIES FOR A GREAT NORTHWEST, and MOUNTAIN STATES LEGAL FOUNDATION, | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) ) |
| UNITED STATES DEPARTMENT OF THE INTERIOR, *et al.*, | ) ) ) |
| Defendants. | ) ) |

Civil Action No. 06-1842 (RCL)

## ORDER

This matter comes before the Court on the federal defendants' Second Unopposed Motion [24] for Extension of Time. The Court ORDERS that the federal defendants shall file their reply in support of transfer by March 20, 2007, *nunc pro tunc*.

SO ORDERED.

Signed by United States District Judge Royce C. Lamberth, April 21, 2007.