UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **COMMUNITIES FOR A GREAT NORTHWEST, and MOUNTAIN STATES LEGAL FOUNDATION,** <br><br> Plaintiffs, <br><br> v. <br><br> **UNITED STATES DEPARTMENT OF THE INTERIOR,** *et al.*, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) )  **Civil Action No. 06-1842 (RCL)** |

# ORDER

Upon consideration of plaintiffs' Unopposed Motion [27] to File a First Amended Complaint and the record of this case it is hereby

ORDERED that the Motion [27] is GRANTED. The First Amended Complaint shall be deemed filed this date.

SO ORDERED.

Signed by United States District Judge Royce C. Lamberth, April 21, 2007.