# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| COMMUNITIES FOR A GREAT NORTHWEST, MOUNTAIN STATES LEGAL FOUNDATION, ) ) ) ) | ) |
| Plaintiffs, ) | Case No. 1:06-CV-01842-RCL |
| v. ) | **FEDERAL DEFENDANTS' NOTICE OF ADDITIONAL APPEARANCE** |
| UNITED STATES DEPARTMENT OF THE INTERIOR, et al., ) ) ) | |
| Defendants. ) | |

To the Court, the parties, and their attorneys of record:

On behalf of the Federal Defendants, the United States enters the appearance of Joseph H. Kim, Trial Attorney, as counsel for this matter. Copies of future filings, notices, and decisions should be sent to Mr. Kim.

Dated: June 7, 2007         Respectfully submitted,

                                RONALD J. TENPAS, Acting Assistant Attorney General
                                United States Department of Justice
                                Environment and Natural Resources Division
                                JEAN E. WILLIAMS, Chief
                                SETH M. BARSKY, Assistant Section Chief

                                  /s/ Joseph H. Kim
                                JOSEPH H. KIM, Trial Attorney (IL Bar 6243249)
                                Wildlife and Marine Resources Section
                                Benjamin Franklin Station, P.O. Box 7397
                                Washington, D.C. 20044-7397
                                Telephone: (202) 305-0207
                                Facsimile: (202) 305-0275

                                Attorneys for Federal Defendants