**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| COMMUNITIES FOR A GREAT NORTHWEST, MOUNTAIN STATES LEGAL FOUNDATION,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR, et al.,<br><br>　　　　Defendants. | Case No. 1:06-CV-01842-RCL<br><br>**FEDERAL DEFENDANTS' MOTION TO STAY BRIEFING ON CROSS-MOTIONS FOR SUMMARY JUDGMENT** |

　　　　COME NOW, the Federal Defendants, by and through undersigned counsel, and hereby move the Court to stay briefing on the cross-motions for summary judgment as outlined by this Court's scheduling Order dated January 29, 2007 [Docket No. 18]. As detailed below, Federal Defendants believe a stay is warranted because there are several pending threshold motions outstanding and certain events that have occurred which make addressing summary judgment at this time premature until those issues are resolved. In support of this Motion, and in accordance with LCvR 7(a) of the local rules of this Court, Federal Defendants include the following statement of specific points and authorities. In compliance with LCvR 7(m) of the local rules of this Court, counsel for Federal Defendants has conferred with counsel for Plaintiffs regarding this Motion, and Plaintiffs have indicated that they oppose this Motion.

　　　　1.　　On January 26, 2007, after a conference among the parties, the parties submitted to this Court their Joint Local Rule 16.3 Report [Docket No. 17], which set forth the parties then-proposed scheduling dates for management of this case. Subsequently, on January 29, 2007, this

Court entered a scheduling Order [Docket No. 18] (the "Order"), which effectively adopted the parties proposed schedule.

2.   All activities required to be completed under the Order to date have been completed. The only remaining activities scheduled under the Order are the briefing for cross-motions for summary judgment. See Order at ¶ 4. The next required event is Plaintiffs' motion for summary judgment, which is currently due on or before June 15, 2007.

3.   On January 23, 2007, just prior to the Order, several conservation organizations moved to intervene in this case. See Docket No. 16. This intervention motion has now been fully briefed, see Docket Nos. 19, 20, and awaits an order by this Court. Federal Defendants seek to stay the briefing on cross-motions for summary judgment, in part, to allow for resolution of this motion for intervention, which may affect the number of parties participating in such briefing and thus may require a new briefing schedule.

4.   In addition, subsequent to the issuance of the Order, several activities have occurred that are also relevant to this Motion. For example, Plaintiffs have since filed a First Amended Complaint. See Docket Nos. 27, 30, 31. This amended pleading has been answered by Federal Defendants. See Docket No. 32. Depending on the outcome of the above-referenced motion for intervention, these additional parties may yet need to answer.

5.   Furthermore, as contemplated by the Order, Federal Defendants have filed a motion to transfer venue, pursuant to 28 U.S.C. § 1404, to transfer this case to the United States District Court for the District of Montana. See Docket No. 22. Briefing on this motion was completed March 20, 2007 (at least by the current parties to this case), see Docket Nos. 23, 25, and awaits an

order by this Court. Federal Defendants seek to stay the briefing on cross-motions for summary judgment, in part, to allow for resolution of this motion for transfer.

6. Most recently, on May 17, 2007, and in response to one of the related cases in the District of Montana that formed the basis for the above-referenced motion for transfer, Federal Defendants withdrew the biological opinion which forms the basis for all or a substantial portion of Plaintiffs' complaint (including as amended). See Exhibits 1 and 2 hereto. In light of this event, Federal Defendants believe the case is now moot and therefore intend to file a motion to dismiss all claims of the First Amended Complaint. Federal Defendants seek to stay the briefing on cross-motions for summary judgment, in part, to allow for resolution of this expected motion to dismiss. Because this motion is expected to have a jurisdictional basis, Federal Defendants submit that such issues should be addressed, whether by this Court or the District of Montana, before substantive issues are addressed through cross-motions for summary judgment. See Steel Co. v. Citizens for a Better Environment, 523 U.S. 83, 101 (1998).

7. Although Plaintiffs have indicated that they stand ready to file their opening brief for summary judgment by June 15, 2007, for the reasons stated above, Federal Defendants seek to stay summary judgment briefing pending resolution of the above-referenced motions.

WHEREFORE, Federal Defendants respectfully request that this Court stay all briefing on any cross-motions for summary judgment until this Court has ruled on the pending motions for intervention and transfer, and a District Court has also ruled on the motion to dismiss which Federal Defendants expect to file shortly.

Dated: June 7, 2007          Respectfully submitted,

RONALD J. TENPAS, Acting Assistant Attorney General
United States Department of Justice

Environment and Natural Resources Division
JEAN E. WILLIAMS, Chief
SETH M. BARSKY, Assistant Section Chief

   /s/ Joseph H. Kim
JOSEPH H. KIM, Trial Attorney (IL Bar 6243249)
Wildlife and Marine Resources Section
Benjamin Franklin Station, P.O. Box 7397
Washington, D.C. 20044-7397
Telephone: (202) 305-0207
Facsimile: (202) 305-0275

Attorneys for Federal Defendants



| United States Department of Agriculture | Forest Service | Kootenai National Forest<br><br>406 293-6211 | Forest Supervisor's Office<br>1101 US Highway 2 West<br>Libby, MT 59923 |

File Code: 1950/2670
Date: April 16, 2007

**RECEIVED**
APR 18 2007
U.S. FISH & WILDLIFE SERVICE
ECOLOGICAL SERVICES
SPOKANE, WA

Susan Martin
United States Fish & Wildlife Services
11103 E. Montgomery Drive
Spokane, WA 99206

Dear Susan,

The Forest Service intends to prepare a supplemental environmental analysis in response to the District court decision in the Cabinet Resources Group, et al. vs. the United States Fish and Wildlife Service (FWS) and the United States Forest Service, CV 04-236-M-DWM, (Order December 13, 2006). The supplement will address the issues identified by the court and will result in a new or modified decision which addresses access management for grizzly bears.

We will consult with the Fish and Wildlife Service pursuant to section 7(a) (2) of the Endangered Species Act (ESA) prior to adoption of a final strategy. In light of the court's order of December 13, 2006 the previous access strategy is no longer in place.

We look forward to working closely with the FWS to insure compliance with ESA during this analysis.

Sincerely,

PAUL BRADFORD
Forest Supervisor

cc: Deborah L Austin, Ranotta McNair, Julia Riber, Alan J Campbell, John McKay, Quinn Carver, John Gubel, Mark Wilson - FWS



Caring for the Land and Serving People          Printed on Recycled Paper



# United States Department of the Interior

FISH AND WILDLIFE SERVICE



TAKE PRIDE
IN AMERICA

*Upper Columbia Fish and Wildlife Office*
*11103 East Montgomery Drive*
*Spokane, Washington 99206*

May 17, 2007

Paul Bradford, Forest Supervisor
Kootenai National Forest
1101 U.S. Highway 2 West
Libby, Montana 59923

Subject: Biological Opinion on the Proposed Forest Plan Amendment for Motorized Access Management within the Selkirk and Cabinet-Yaak Grizzly Bear Recovery Zones for the Kootenai, Idaho Panhandle, and Lolo National Forests

Dear Mr. Bradford:

This letter responds to your April 16, 2007, letter stating the United States Forest Service's (Forest Service) intention to prepare a supplemental environmental analysis for the subject Forest Plan Amendment. On December 13, 2006, the District Court for the District of Montana remanded the 2002 Final Environment Statement and 2004 Record of Decision for the subject action to the Forest Service for the preparation of a new environmental analysis (CV 04-236-M-DVM). Your letter stated that the supplemental environmental analysis will result in a new or modified action, and that the previous access strategy is no longer in place.

Inasmuch as the previously consulted-on action is no longer valid, the Service is officially withdrawing the subject biological opinion (FWS Ref. No. 1-9-02-F-048). The Forest Service should consult with the U.S. Fish and Wildlife Service (Service) prior to the adoption of a final strategy. As you stated in your letter, we also look forward to working closely with the Forest Service to ensure compliance with the Endangered Species Act of 1973, as amended.

Sincerely,

Susan B. Martin

Supervisor

cc: FS, IPNF, CdA SO (Attn: Ranotta McNair, Shanda Dekome)
    FS, Lolo NF, Missoula, MT (Attn: Deborah Austin)
    FWS, Helena, Mt.
    FWS, Kalispell, Mt.
    DOI Solicitor's Office, Region 1 (Eric Nagle)

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COMMUNITIES FOR A GREAT NORTHWEST, MOUNTAIN STATES LEGAL FOUNDATION,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR, et al.,<br><br>Defendants. | Case No. 1:06-CV-01842-RCL<br><br>**[PROPOSED] ORDER ON FEDERAL DEFENDANTS' MOTION TO STAY BRIEFING ON CROSS-MOTIONS FOR SUMMARY JUDGMENT** |

This matter having come before the Court on the Federal Defendants' Motion to Stay Briefing on Cross-Motions for Summary Judgment, it is hereby **ORDERED** that the motion is **GRANTED**. The remaining requirements of this Court's Order dated January 29, 2007 [Docket No. 18] are hereby stricken, and summary judgment briefing is stayed pending the Court's issuance of orders on the motions to intervene [Docket No. 16], to transfer [Docket No. 22], and/or to dismiss.

**IT IS SO ORDERED**,

_____     _____
Dated                                                Royce C. Lamberth
                                                     United States District Judge