Ronald W. Opsahl, Esq.
William Perry Pendley, Esq. (D.C. Bar No. 378906)
MOUNTAIN STATES LEGAL FOUNDATION
2596 South Lewis Way
Lakewood, Colorado 80227
(303) 292-2021
(303) 292-1980 (facsimile)
ropsahl@mountainstateslegal.com

Attorneys for Plaintiffs

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COMMUNITIES FOR A GREAT NORTHWEST and MOUNTAIN STATES LEGAL FOUNDATION,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR, *et al.*<br><br>Defendants. | Case No. 1:06-CV-01842-RCL<br><br>**MOTION FOR SUMMARY JUDGMENT** |

COMES NOW, Plaintiffs, by and through their attorneys, hereby move for summary judgment, pursuant to Federal Rules of Civil Procedure Rule 56 and the rules of this Court, because there is no genuine issue as to any material fact and because Plaintiffs are entitled to a judgment as a matter of law. Support for this Motion is in: 1) Plaintiffs' Memorandum of Point and Authorities in Support of Plaintiffs' Motion for Summary Judgment; and 2) Plaintiffs' Statement of Undisputed Facts, both of which are filed concurrently herewith. Plaintiffs reserve the right to submit additional evidence that may be relevant to these issues in further support of this motion or in any further proceeding before this Court.

WHEREFORE, Plaintiffs respectfully request that summary judgment be entered in their favor.

DATED this 13th day of June 2007.

        Respectfully Submitted By:

        MOUNTAIN STATES LEGAL FOUNDATION

        /s/ Ronald W. Opsahl
        Ronald W. Opsahl, Esq.
        William Perry Pendley, Esq. (D.C. Bar No. 378906)
        2596 South Lewis Way
        Lakewood, Colorado 80227
        (303) 292-2021
        (303) 292-1980 (facsimile)

        Attorneys for Plaintiffs

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on the 13th day of June 2007, I filed the attached Motion for Summary Judgment electronically through the CM/ECF system, which caused the following to be served by electronic means:

Joseph H. Kim, Esq.
James A. Maysonett, Esq.
Wildlife and Marine Resources Section
Benjamin Franklin Station, P.O. Box 7397
Washington, D.C. 20044
(202) 305-0207
(202) 305-0275 (facsimile)
joseph.kim@usdoj.gov

Timothy J. Preso, Esq.
Douglas L. Honnold, Esq.
Jenny K. Harbine, Esq.
Earthjustice
209 South Willson Avenue
Bozeman, Montana 59715
(406) 586-6999
(406) 586-9695 (facsimile)
tpreso@earthjustice.org

Jason Rylander, Esq.
Defenders of Wildlife
1130 17th Street NW
Washington, D.C. 20036
(202) 682-9400
(202) 682-1331 (facsimile)
jrylander@defenders.org

                                                     /s/ Ronald W. Opsahl
                                                     Ronald W. Opsahl, Esq.
                                                     MOUNTAIN STATES LEGAL FOUNDATION
                                                     2596 South Lewis Way
                                                     Lakewood, Colorado 80227
                                                     (303) 292-2021
                                                     (303) 292-1980 (facsimile)
                                                     ropsahl@mountainstateslegal.com

                                                     Attorney for Plaintiffs