GRIZZLY BEAR

RECOVERY PLAN

Prepared by the

U.S. Fish and Wildlife Service in cooperation with the Recovery
Plan Leader, Don L. Brown, Montana Department of Fish, Wildlife,
and Parks.

APPROVED

DATE: **JAN 29 1982**

U.S. Fish and Wildlife Service: _Robert A. Jantzen_
Director

**EXHIBIT**

tabbies

1

1:06-CV-1842

PART  II

GRIZZLY BEAR RECOVERY PLAN OUTLINE

Primary Goal:  To remove the grizzly bear from threatened
               status in the 48 conterminous United States

In the wake of the human force spreading across the land, grizzly bears have survived in certain refugia - primarily the national parks and wilderness areas - in western North America. That this is true, is altogether fitting with the purpose of these areas: to conserve, perpetuate and portray as a composite whole, the indigenous flora and fauna.

As relatively pristine environments, the national parks and wilderness areas can fulfill the crucial role of providing a standard of environmental health, the concept of which Aldo Leopold stated years ago: "A person (or a society) cannot know what sickness is without some criterion of health." UNESCO has embraced this idea through its "Man and the Biosphere" program.

Hence, we may look toward national parks and similar refugia as our best benchmarks, indicative of healthy communities of plants and animals. It is with this rationale that we have selected available grizzly bear population data from Yellowstone and Glacier National Park to establish our recovery objectives for the species.

To be healthy, however, means to be whole. Since the national parks may not constitute complete ecosystems for a wide ranging species such as the grizzly bear, it is only proper and necessary to delineate such intact ecosystems. It is within these areas that we must apply systematic management to conserve habitats for healthy grizzly bear populations.

Exploration and development of resources and increasing numbers of people within the range of grizzly bears are rapidly dwindling the space and habitat necessary for the bear's survival. All ecosystems are being adversely affected and the time for decisions to reverse this trend is now.

This plan addresses six areas in the conterminous 48 states where grizzly bears are known to have been present during the past decade. These six grizzly bear ecosystems appear to presently have adequate space and suitable habitat to offer the potential for securing and restoring this species as a viable, self-sustaining member of each ecosystem.

The population parameters or their biological equivalents necessary for recovery of the grizzly bear population in the Yellow-

stone Grizzly Bear Ecosystem (YGBE), the Northern Continental Divide Grizzly Bear Ecosystem (NCDGBE), and the Cabinet-Yaak Grizzly Bear Ecosystem (CYGBE) have been determined or estimated. Recovery levels are defined for each of the populations.

Population parameters necessary for recovery of the species in the Selkirk Mountains Grizzly Bear Ecosystem (SMGBE), Selway-Bitterroot Grizzly Bear Ecosystem (SBGBE) and North Cascades Grizzly Bear Ecosystem (NCGBE) are undetermined. This plan outlines some management options for these populations and steps that will be required to maintain the present population or to initiate actions to effect recovery.

The plan has been structured in a step down outline form addressing each ecosystem. It is recognized that there is much duplication between the sections addressing each ecosystem. However, the initial data base on populations and habitat are significantly different; the specific limiting factors are of varying magnitude between ecosystems; the current management direction is different between ecosystems; and the agencies and groups that have management jurisdiction over the bulk of the grizzly bear habitat in each ecosystem are different. It is for these reasons that we have organized the plan in this manner. The agencies, groups, or individuals that are involved or interested in each ecosystem have a complete chapter addressing not only the elements all ecosystems have in common, but also the elements specific to each ecosystem.

Management guidelines for National Forest and National Park lands have been formulated for the YGBE but stratification of all Forest lands has not been accomplished. Guidelines for the other five ecosystems have not been formulated nor has any stratification of the habitat been accomplished by any state or federal agency. Only the Flathead Reservation within the NCDGBE has taken these steps and only within the reservation boundaries.

ABBREVIATED STEP-DOWN OUTLINE

Objective:  Describe methods and actions needed to
            bring grizzly bear populations to
            recovered status

1. State or establish the population objective and identify limiting
   factors.
   11. State or determine population conditions at which the species
       is viable and self-sustaining.
   12. State, estimate or determine current population  conditions.
   13. Identify the man-related population limiting factors if
       present populations differ from desired.
       131. Identify sources of direct mortality.
       132. Identify sources of indirect mortality.

2. Redress population-limiting factors.
   21. Identify and reduce sources of direct mortality.
   22. Identify and reduce sources of indirect mortality.
   23. Monitor compliance with recovery plan.

3. State or determine the extent and quality of habitat and
   space appropriate to the achievement of the population goal.
   31. Identify or state occupied space and habitat.
   32. Identify or state agency management stratification and
       direction within occupied habitat.
   33. Identify or state the differences between total acres with
       agency stratification and management direction and total
       acres in occupied space and habitat.
   34. Recommend critical habitat.
   35. Identify travel corridors connecting islands of habitat or
       grizzly bear ecosystems.

4. Resolve differences between occupied space and habitat and
   agency management stratifications and direction.

5. Monitor populations and habitats.
   51. Monitor populations before and during recovery.
   52. Monitor populations after recovery.
   53. Monitor habitats before and during recovery.
   54. Monitor habitats after recovery.

6. Manage populations and habitats.
   61. Manage populations and habitats prior to recovery on
       Federal lands.
   62. Manage populations and habitats prior to recovery on
       private and state lands.
   63. Manage populations and habitats after recovery on all lands.

7.   Monitor public attitudes.
     71.  Sample public viewpoint.
     72.  Formulate and implement plans for public acceptance.

8.   Implementation of the plan.

9.   Revise appropriate federal and state regulations and initiate
     international cooperation.

Figure 3. Yellowstone Grizzly Bear Ecosystem (occupied territory)    1979.



RECOVERY PLAN

YELLOWSTONE GRIZZLY BEAR ECOSYSTEM

Subgoal: Secure and maintain a viable, self-sustaining grizzly bear population in the Yellowstone Grizzly Bear Ecosystem (Figure 3)

Y1. State or establish a population goal in reference to present population conditions and limiting factors.

  Y11. State or determine the level at which the grizzly bear population is considered to be viable and self-sustaining.

    Y111. The grizzly bear population in the Yellowstone Grizzly Bear Ecosystem will be viable and self-sustaining when monitoring efforts indicate that recruitment, natality and mortality are at levels supporting a stable or increasing population. The population will be judged recovered (eligible for delisting) when it is determined to be viable at a population size equal to or greater than the population size documented by Craighead et al. They documented a population consisting of 229 bears based on a census efficiency of 77.3 percent, that was recomputed by Cowan (1975) to 301 bears based upon a census efficiency of 58.8 percent. Due to undetermined recruitment and natural mortality rates under free ranging conditions, the higher number is recommended. Due to annual variations in the environment, population characteristics will be judged on a running six year average. During the 1959-67 period, a self-sustaining population associated with a supplemental food source was documented by Craighead et al. (1974) and is represented by the following statistics:

| | |
|---|---|
| Reproductive rate | 0.651 (Craighead et al. 1974) |
| Females with cubs of the year | 14.889 (av. pop. 177) (Craighead et al. 1974) |
| | 19.2 (av. pop. 229) (extrapolated from Craighead et al. 1974) |

-36-

| | | |
|---|---|---|
| Females with cubs of the year (cont'd) | 25.2 | (av. pop. 301) (extrapolated Craighead et al. 1974 and Cowan, 1975) |
| Cubs/Females | 2.209 | (Craighead et al. 1974) |
| Reproductive cycle | 3.400 | (Craighead et al. 1974) |
| Estimated total avg. annual mortality | 33.2* | bears (Craighead et al. 1974 |

RATE

18.65% (Craighead et al. 1974)
17.10% (Shaffer 1978)

| | | |
|---|---|---|
| Avg. annual known mortality | 18.889 | bears (Craighead et al. 1974) |

Y112. Re-evaluate population criteria (Y111) as new information becomes available.

Y12. Determine or state present population characteristics.

Y121. The present grizzly bear population in the Yellowstone Grizzly Bear Ecosystem, which does not have a significant supplemental food source, is described by the following population characteristics computed as running 6-year averages (Blanchard and Knight 1980) [2/]:

| | | |
|---|---|---|
| Reproductive rate | 0.555** | (Knight et al. 1979) |
| Females with cubs of the year | 12.000 | (Knight et al. 1979) (av. pop. unspecified) |

---

*1967 Mortality included an unusually high number of grizzly bears that were killed after it was advertised that 1967 would be the last year of hunting in Wyoming (Craighead, J. 1980 pers. com.)
**A higher rate of cub survival will lower the reproductive rate needed for a stable population (Blanchard and Knight 1980).

| | | |
|---|---|---|
| Cubs/female | 1.900 | (Knight et al. 1979) |
| Reproductive cycle | 3.000 [3/] | (Knight et al. 1979) |
| Avg. annual known man-caused mortality | 11.000 | (Knight et al. 1979) |

The statistics in Y121 are based on a small sample at this time. Continued research is needed to establish the parameters that describe a viable self-sustaining population existing without a significant supplementary food source.

Y122. Re-evaluate population data (Y121) as new information is made available.

Y13. Identify or state the man-related population limiting factors if present population characteristics are less than those judged necessary to sustain a viable population.

Y131. Identify or state sources of direct mortality

Y1311. Illegal hunting

Y13111. Poaching, vandalism, malicious killing

Y13112. Accidental losses resulting from mistaken identity by black bear hunters.

Y13113. Private citizen control by livestock operators, apiarists, outfitters, resort operators in protection of property.

Y1312. Accidental deaths

Y13121. Road kills (highway, train, etc.)

Y13122. Scientific error

Y1313. Control measures

Y13131. Agency (State, NPS or USFWS) control

Y131311. Livestock conflicts

Y131312. Other property damage

Y131313. Life threatening situations

Y13132. Private citizen control

Y131321. Self-defense

-38-

Y132. Identify or state activities which can indirectly limit grizzly bear populations through adverse habitat changes, human encroachment on grizzly bear habitat and displacement, grizzly/human conflicts, or adverse conflict resolution.

Y1321. Grazing operations

Y1322. Timber operations (including road construction)

Y1323. Mining, water development, and energy exploration/development

Y1324. Recreation operations

Y1325. Human development of conflicting enterprises, (subdivisions, dog kennels, fish farms, boneyards, garbage dumps, etc.)

Y1326. Cumulative impacts

Y2. Redress population limiting factors

Y21. Reduce the numbers of bears lost to the population through direct man-caused mortality.

Recommended annual man-induced grizzly bear mortality goal for expediting species recovery is zero. Since this mortality level will not likely be achieved, reaching the recovery goal will be expedited if all man-caused mortality does not exceed the currently documented man-caused mortality of 11 bears per year (Knight et al. 1979), calculated as a running 6-year average. This level of man-caused mortality is within the theoretical tolerance limits of 5 to 6% man-caused mortality suggested by Cowan (1972).

Y211. Illegal hunting

Y2111. Provide a concerted law enforcement effort by designating a specially trained law enforcement team coordinated by the U.S. Fish and Wildlife Service to minimize the illegal kill of grizzly bears. One or more persons representing the U.S. Fish and Wildlife Service, National Park Service, U.S. Forest Service, State of Montana, State of Wyoming and State of Idaho will be appointed. Each member will receive specialized training to work on illegal kills of grizzly bears. The

team will be trained initially by the Interagency Grizzly Bear Study Team (IAGBST) and other biologists in such matters as distribution, home ranges of identifiable bears, movements by season, mating habits, current location of radio-marked bears and other biological information that may be helpful to the team. Representatives from the Forest Service and Bureau of Land Management will be encouraged to attend in order to more ably assist in gathering field evidence.

All incidents of grizzly bear kills, suspected illegal activities, and rumors of kills will be communicated between the enforcement team, their respective agencies and the IAGBST on a daily basis or as often as is practical.

The Enforcement Team Leader will keep all members of the enforcement team and the IAGBST informed and will organize coordination meetings as needed.

Special emphasis will be directed at covert operations which may be operating commercially.

The Enforcement Team will operate through an interstate, interagency agreement under the direction of the U.S. Fish & Wildlife Service.

It is imperative that the group leader establish a line of communications and rapport with all field personnel, field office staff and local law enforcement agencies in order that he may be notified immediately on a violation or threat of a violation.

Public assistance will be solicted in reporting suspected or known illegal kills. Persons furnishing information which leads to a finding of civil violation or a conviction of a criminal violation of 50 CFR, Part 17.40 regarding grizzly bears, can be rewarded up to one half of the fine or civil penalty not to exceed $2,500.

States having toll free numbers for reporting violations or for information should publicize their numbers as a means of reporting grizzly problems and grizzly bear deaths.

Y2112.   Reduce accidental losses resulting from mistaken identity by black bear hunters.

Y21121.   The state conservation agencies will make information available to all black bear hunters to assist them in distinguishing between black and grizzly bears.

Y21122.   State agencies will issue special warnings to black bear hunters using areas frequented by grizzly bears.

Y21123.   Black bear hunting regulations will be modified as appropriate to reduce or eliminate areas of significant conflicts or time periods of conflict.

Y21124.   The special enforcement team will investigate accidental grizzly bear kills and recommend prosecution when appropriate.

Y2113.   Reduce accidental deaths from other causes

Y21131.   All agencies will increase warning signs along highways and roads in high-use grizzly bear areas.

Y21132.   All agencies will increase efforts to clean up carrion and other attractants along highways and other routes within occupied grizzly bear range. See "Guidelines" [4/] pages 15, 30 and 36.

Y21133.   State and federal agencies will seek cooperation of railroad train crews regarding the reporting of all collisions resulting in death of large animals that could attract grizzly bears. Removal or burial of such animals will be arranged.

Y21134.   Reduce losses due to mishandling of bears, e.g., an overdose of immobilizing drugs or by improper post-handling. Only ex-perienced personnel that are certified by a sponsoring unit having the required permits

and knowledgeable in the application of capture techniques, immobilizing drugs, transportation of drugged animals, scientific data collecting, etc. will handle grizzly bears. The safest effective drugs available will be used.

Y21135. Prepare detailed guidelines for trapping, immobilizing, transporting and handling grizzly bears.

Y21136. Agencies responsible for licensing, conducting, or in anyway overseeing rodent damage control programs, using toxic substances in occupied grizzly bear habitat, should use the most selective (but effective) rodenticide available, and use it in lowest effective dosage. Poison bait will only be used under the on-site supervision of a certified applicator. Disturbances on the treatment site should be created for a minimum of three nights following application of any rodenticide in order to discourage scavenging by grizzly bears. Poisoning within grizzly bear habitat should be delayed as long as possible into July to minimize the potential for grizzly bears to consume poisoned rodents or bait (O'Gara 1980 pers. com.).

Y2114. Agency control on federal lands will be in accordance with 50 CFR 17.40.

Y21141. For grizzly bears involved in livestock conflicts, animal damage control officers will follow the "Guidelines" pages 11, 27, 35 and 59-64 and other appropriate interagency agreements.

Y21142. All other agency control related to grizzly bears should be governed by "Guidelines" directions starting on page 59 and other interagency agreements.

Y2115. Private citizen control. The only legal citizen control of a grizzly bear is that related to self defense. The law enforcement team should carefully investigate every case of grizzly bear mortality alleged to be self defense.

Y2116. Agency control on state and private lands. Follow "Guidelines" direction, pages 61 and 62 related to management situation 2 and other procedures developed by the Fish and Wildlife Service and wildlife agencies in accordance with applicable federal or state laws and regulations.

Y212. Necessary removal of problem bears can be accomplished by a state licensed hunter supervised by a qualified employee of state conservation agencies. Sport hunting on national forest, BLM, state and private lands is recognized as a legitimate tool for managing grizzly bear populations once recovery has been achieved and for controlling nuisance grizzly bears. Species managers must develop regulations to reduce mortality of female grizzly bears.

Y213. The U.S. Fish and Wildlife Service will appoint a grizzly bear mortality coordinator to tabulate annual bear mortality for all grizzly bear ecosystems and assure that all cooperating agencies and the public have current mortality data. The coordinator will maintain key contacts with all agencies and keep detailed records of all conditions surrounding each grizzly bear death. A standard form, meeting the needs of all agencies will be prepared.

Y22. Reduce or eliminate activities identified in Y132 which indirectly limit grizzly bear populations through adverse habitat changes, human displacement of bears, grizzly/human conflicts or conflict resolutions adverse to conservation of grizzly bears.

Y221. Grazing operations

Y2211. On federal lands apply "Guidelines" to make grazing operations compatible with grizzly bear spacial and seasonal habitat requirements. Management direction is currently given in "Guidelines" pages 11, 27, 35 & 45.

Y2212. On state and private lands, agencies and field personnel of agencies involved in grizzly bear management will communicate the intent of the "Guidelines" as described above (Y2211) as a cooperative extension effort.

Y222. Timber operations and fire management

Y2221. On federal lands apply "Guidelines" to make timber operations compatible with grizzly bear spacial and habitat requirements. Management direction is currently given in "Guidelines", pages 6, 21, 34 & 40.

Y2222. On state and private lands, agencies and field personnel of agencies involved in grizzly bear management will communicate the intent of the "Guidelines" as described above (Y2221) as a cooperative extension effort.

Y223. Mining and energy operations

Y2231. On federal lands or lands where sub-surface rights are under federal jurisdiction apply "Guidelines" to make mining and energy operations compatible with grizzly bear spacial and habitat requirements. Management direction is currently given in "Guidelines", pages 17, 32, 38 & 48.

Y2232. On state and private lands, agencies and field personnel of agencies involved in grizzly bear management will communicate the intent of the "Guidelines" as described above (Y2231) as a cooperative extension effort.

Y224. Recreation activities

Y2241. On federal lands apply "Guidelines" to make recreation activites compatible with grizzly bear spacial and habitat requirements. Management direction is currently given in "Guidelines", pages 14, 28, 36 & 46.

Y2242. On state and private lands, agencies and field personnel of agencies involved in grizzly bear management will communicate the intent of the "Guidelines" as described above (Y2241) as a cooperative extension effect.

Y225. Human development. Land management agencies, state regulatory agencies, county commissioners and county zoning boards should give consideration to the needs of grizzly bears in any actions requiring their approval. When homes, summer homes, cabins, camps, farm operations, etc., with attendant dog kennels, pig farms, garbage dumps and boneyards are allowed to invade the habitat occupied by

-44-

grizzly bears, they will directly or indirectly, but effectively reduce the space and habitat necessary for the bears survival. For private lands not subject to the above restrictions, wildlife managers should give consideration to purchase, lease or easement if habitat components are necessary to survival of the species.

Y226. Monitor and determine the cumulative impact of past project actions. Determine the cumulative effects of all, or any combination, of the actions described above (Y221-Y225) that may adversely impact grizzly bears. Past adverse impacts on the bears, and their habitat, must be a major consideration in the evaluation of any new action (Jonkel 1979). New actions must be evaluated on a regional basis to avoid the cumulative effects of several well planned individual actions impacting bears from too many directions simultaneously. History records that at some point in time, probably associated with the degree of stress, grizzly bears no longer use certain portions of their former range. Therefore, each new action has the potential of being "the last straw," from the standpoint of the bear, and every effort must be made to evaluate each new action with respect to former and future actions.

Y23. Coordinate, monitor and report on activiites relating to redressing population limiting factors and monitor compliance with recovery plan.

Y3. Determine the habitat and space required for the achievement of the grizzly bear population goal.

Y31. State or determine occupied space and habitat where management considerations for grizzly bears are necessary. 5/

Y311. Identify or state occupied grizzly bear space and habitat by land ownership and administrative unit. Occupied space and habitat were delineated by workshop members participating in a grizzly bear recovery planning workshop December 6 and 7, 1979, Missoula, Montana (Fig 3 and Table 2). Present occupied habitat boundaries will be corrected as new data become available.

Y312.    Identify or state Forest Service, Bureau of Land Management, state and National Park Service management stratifications within occupied space and habitat (See Table 2).

Y32.   Compare agency management stratifications by administrative unit with occupied space and habitat delineations and identify areas where additional management stratification or management direction is necessary (See Table 2).

Y33.   Correct data in Table 2 as new information is available.

Y34.   Recommend critical habitat

Y4.   Resolve differences between occupied space and habitat versus agency stratifications within occupied habitat (Table 2), and/or adjust presently delineated stratifications.

Assumptions:

The November 5, 1979 biological opinion of the Fish and Wildlife Service issued to the Forest Service is that "Implementation of the Guidelines for Management Involving Grizzly Bears in the Greater Yellowstone Area will promote the conservation of the grizzly bear." Regions 2 and 4 of the forest service have fully implemented the "Guidelines" including stratification of all occupied grizzly bear range in terms of appropriate management situations and managment direction. Forest Service Region 1 has implemented the "Guidelines" only to the extent that Management Situation 1 has been applied to "essential habitat" designated by USFS in 1977. The remainder of Region 1 occupied habitat is unstratified and without the interim management direction outlined in the "Guidelines." Forest Service Region 1 states they will address this subject through forest planning. The Fish and Wildlife Service, states of Montana, Wyoming and Idaho, and a majority of participants attending the grizzly bear recovery planning workshops agreed in principle with the "Guidelines"; specifically that occupied habitat and space should be stratified in terms of management direction that reflects the differing intensities and importance of grizzly bear use.

This plan recognizes that Management Situations 1, 2 and 3, which are most frequently applied, adequately provide for grizzly bear survival and recovery if fully applied with a commitment to recover the species. The plan specifically recognizes that areas designated as Management Situation 1 provide adequate and necessary conservation measures for grizzly bears, and also

recognizes that provisions are made for reclassification of other areas to Management Situaton 1 if use representing need is documented.

NOTE: Persons attending the workshops were not all in full agreement with acreages designated for occupied habitat, habitat stratification or areas for resolution. Numerous calls suggesting boundary changes were received during plan formulation, some with apparent justification and some for reasons unknown. Further, there appeared to be a variance in the interpretation of the <u>Criteria for Grizzly Bear Critical Habitat Identification</u> (USFS, 1975) used in the delineation of essential habitat, between forests and between forest districts; and, almost no data on state or private lands. Reconvening the workshops to review each suggested change seemed impractical. Therefore, the acreages presented will have to suffice for a beginning (see Footnote 5), the refinement of occupied habitat and habitat stratification is a plan element.

Y41.   Areas for resolution and/or adjustment within the Shoshone National Forest which includes 9,000 acres of state and private land.

Y42.   Areas for resolution and/or adjustment within the Targhee National Forest.

   Y421.   7,025 acres of state and private land

   Y422.   38,000 acres of MS2 to be re-evaluated for possible adjustment to MS1* Fish Creek area (most was originally in MS1 in 1977)

Y43.   Areas for resolution and/or adjustment within the Bridger-Teton National Forest.

   Y431.   3,820 acres of state and private land

   Y432.   9,300 acres of MS2 to be re-evaluated for adjustment to MS1* Rosie's Ridge

Y44.   Areas for resolution within the Gallatin National Forest

   Y441.   176,000 acres of unstratified lands (forest, private and state) within the occupied space and habitat that are in need of management stratification and direction.**

---

*Habitat components and sightings over last several years (Knight 1980 pers. com.).
**USFS lands are being stratified (4-8-81).

TABLE 2. OCCUPIED HABITAT, AGENCY MANAGEMENT STRATIFICATION WITHIN, AND DIFFERENCES WHICH REQUIRE RESOLUTION IN THE YELLOWSTONE GRIZZLY BEAR ECOSYSTEM

| MGMT. AGENCY | AREAS WITHIN OCCUPIED HABITAT* | ACRES WITH MGMT STRATIFICATION & GUIDELINES DELINEATED BY AGENCIES | | DIFFERENCES | AREAS FOR RESOLUTION (ACRES WITHOUT MGMT. STRATIFICATION OR GUIDELINE DIRECTION)*** |
|---|---|---|---|---|---|
| Shoshone National Forest | 1,258,000 | MS1 | 412,000 | | -0- |
| | | MS2 | 819,600 | | -0- |
| | | MS3 | 17,400 | | -0- |
| | | | | 9,000 | 9,000 |
| Targhee National Forest | 389,390 | MS1 | 171,390 | | -0- |
| | | MS2 | 217,000 | | -0- |
| | | MS3 | 1,000 | | -0- |
| Bridger-Teton Nat'l Forest | 734,100 | MS1 | 665,500 | | -0- |
| | | MS2 | 61,500 | | -0- |
| | | MS3 | 7,100 | | -0- |
| Gallatin National Forest | 522,000 | MS1 | 346,001 | 176,000**** | 176,000**** |
| Custer National Forest | 32,000 | MS1 | -0- | -0- | -0- |
| | 124,500 | MS2 | -0- | -0- | -0- |
| | | | | 2,000 | 2,000 |
| Grand Teton Nat'l Park & John D. Rockefeller, Jr. Memorial Parkway | 97,728 | MS1 | 95,373 | -0- | -0- |
| | | MS2 | -0-** | | -0- |
| | | MS3 | 2,355 | -0- | -0- |
| Yellowstone National Park | 2,221,773 | MS1 | 2,221,773 | -0- | -0- |
| Bureau of Land Management (Idaho) | 2,800 | MS1 | -0- | -0- | -0- |
| | | MS2 | 2,200 | -0- | -0- |
| | | MS3 | -0- | | -0- |
| Bureau of Land Management (MT) | 600 | | -0- | 600 | 600 |
| Private Lands | 54,845 | | -0- | 54,845 | 54,845 |

* See Figure 1.
** MS2 areas exist south of occupied territory designated in map. See Job #4.
*** Management guidelines need to be developed for these areas.
**** Presently being stratified.

Y442. Review 20,000 acres of area between Taylor Fork and Muddy Creek along the divide and including the Taylor-Hilgard Range for inclusion in occupied grizzly bear range in light of the comments regarding occupied habitat in the Buck Creek-Yellow Mules final environmental statement.

Y443. Re-evaluate 20,000 acres for possible inclusion in MS1 Horse Butte, Red Canyon and south of Taylor's Fork

Y444. 33,000 acres of state and private land

Y45. Areas for resolution within the Custer National Forest which include 2,000 acres of state and private land.

Y46. Areas for resolution within Grand Teton National Park and the John D. Rockefeller, Jr. Memorial Parkway, none.

Y47. Areas for resolution within Yellowstone National Park, none.

Y48. Areas for resolution within lands administered by the Bureau of Land Management.

Y481. 2,800 acres of land within occupied space and habitat in Idaho that are in need of stratification and management direction relative to grizzly bears.

Y482. Unknown acres of land within occupied space and habitat in Montana that are in need of stratification and management direction relative to grizzly bears.

Y49. Approximately 55,000 acres of state and private land are within the occupied space and habitat of this grizzly bear ecosystem. These lands, both within or adjacent to USFS and BLM lands, are not stratified for grizzly bear management relating to direct grizzly mortality and grizzly/human conflicts potential. Agencies should encourage landowners to eliminate conditions related to problems. Management direction described in "Guidelines" would be appropriate in principle as solutions Long-range solutions include purchases, easements or leases, if warranted and other solutions are unavailable. All agencies should identify parcels representing actual or potential problems.

Y49A. Coordinate, monitor, and report activities related to resolving differences between occupied space and habitat and agency stratification and management direction and monitor compliance with recovery plan.

Y5. Monitor grizzly bear population and habitats.

Y51. Monitor grizzly bear population prior to recovery.

Y511. Develop and conduct an intensive monitoring system to measure the selected population parameters by using an appropriate experimental design with sufficient sampling effort to permit valid comparisons with the benchmark statistics in Y111.

Y512. Collate, analyze and compare current research data with with benchmark statistics to determine recovery progress and plan compliance. Coordinate population analysis to assure a common understanding of techniques used in on-going studies.

Y513. Standardize observation report forms and encourage all agencies to require field personnel to use them; develop procedures for verification of reports on grizzly bears and submit copies of all observations, reports of sightings, verifications and other relevant information to the Grizzly Bear Recovery Coordinator. He in turn will submit monthly reports to effected personnel and agencies. Report forms 4 and 5 found on pages 124-125 of the "Guidelines" are examples.

Y52. Monitor grizzly bear population following recovery.

Y521. Develop and conduct an extensive monitoring system to index one or more of the selected population parameters and to provide information on the geographical and ecological distribution. This should be a systematic sampling method to allow valid assessments of population trends by managers.

Y522. Standardize the monitoring procedures and reports and deposit all reports with the Grizzly Bear Recovery Coordinator, who will submit monthly reports to relevant agencies and personnel.

Y53. Monitor grizzly bear habitat prior to recovery.

Y531. Continue habitat surveys to refine current habitat delineations and habitat stratifications. Use a mapping scale appropriate for valid assessments of trends

(changes in quality, loss or gain) in habitat components. Standardize terminology (see BGP Special Report No. 41).

Y532.  Within the context of current habitat delineations and stratification, develop a more refined grizzly bear habitat classification management system to determine more precisely the nature and extent of habitat.

Y5321.  Refine classification and map habitat components, giving non-wilderness areas first priority.

Y5322.  Establish a quality index for the extent of the habitat components in the ecosystem.

Y5323.  Establish a benchmark of present habitat values to measure the cumulative effects of all actions over time that have impacted grizzly bear habitat.

Y5324.  Monitor changes in grizzly bear use of habitat components under various types and degree of human use (i.e., logging, mineral or energy exploration/development, recreation, etc.).

Y5325.  Report management activities used successfully to improve habitat.

Y54.  Monitor grizzly bear habitat following recovery.

Y541.  Inventory and map changes in extent of habitat components every 5 years.

Y542.  Continue evaluation of present habitat changes to measure cumulative effects of all actions over time that have impacted grizzly bear habitat.

Y543.  Coordinate and review agency action plans, report periodically on status of recommended action programs necessary for plan compliance and advise appropriate agencies on actions necessary to avoid relisting of the species.

Y6.  Manage grizzly bear population and habitats.

Y61.  Manage populations and habitats on Federal lands by applying management guidelines developed to maintain or enhance habitats, to make land use activities compatible with grizzly bears spacial and habitat requirements; to minimize the potential for human/bear conflicts.

Y611.   Develop and refine procedures for relocating grizzly bears: Refine "Guidelines" relative to relocation of bears as needs dictate and research indicates.

Y6111.  Develop and coordinate procedures to expedite the relocation of nuisance bears, review and update interagency agreements (NPS, FS, WG&F, IF&G, MFW&P, FWS) see pages 57-64 "Guidelines," make a determined effort to relocate bears within 24 hours and continue search for new release areas.

Y6112.  Research and develop methods to rehabilitate problem bears and develop an aversive conditioning of the bear that will cause the bear to avoid repeating the behavioral pattern that led to the human/bear confrontation. The track record on relocated bears staying out of trouble is less than good. The learned behavior of the original experience that caused them to be a problem bear appears to persist; after several similar encounters the grizzly bear is usually dispatched.

Y6113.  Develop and coordinate interagency agreements and procedures for the introduction of grizzly bears into areas of former habitat or to bolster low level populations outside the YGBE. Note: Strong leadership will be necessary to reach agreements between all state and federal agencies and a thorough investigation conducted prior to transplanting bears to areas of low populations or for the introduction of new populations. Using nuisance bears for this purpose should be discouraged unless rehabilitation training is proven to be successful.

Y612.  Control or remove documented nuisance grizzly bears on all lands within recommended mortality levels per criteria and steps on pp. 59-62 of the Guidelines (see Y21)*.

Y62.  Manage populations and habitats on private and state lands by developing and applying management guidelines prior to recovery that maintain or enhance habitats and recommend land use activities compatible with grizzly bear requirements for space and habitat; minimize potential for human/bear conflicts. See Y611 and Y612.

---

*Removal of nuisance bears by a state licensed hunter, supervised by a qualified representative of a state wildlife agency, is an acceptable option.

Y63.   Continue to manage habitats and populations on all lands upon recovery of the grizzly bear population in the ecosystem. Refine control methods, establish harvest quotas and develop a coordinated system for sport hunting of grizzly bears on non-park lands.

Y631.   Intensify management activities and monitoring of grizzly bears in areas of sheep allotments to reduce losses of both bears and sheep.

Y632.   Establish baseline data on grizzly bears for at least two years prior to issuance of any permit for major construction activities that may create a disturbance for grizzly bears that may cause them to abandon the area.

Y633.   Monitor radio-tagged grizzly bears in the areas where special permits or unusual activities that may impact grizzly bears are being conducted.

Y7.   Develop and initiate appropriate information and education programs.

Reducing man-induced mortalities is a major factor in effecting the recovery of the grizzly bear. Therefore, it is crucial to the recovery effort that people understand reasons for actions in order to have a favorable attitude toward the bear. Private conservation organizations interested in the recovery of grizzly bears could be of assistance if they would disseminate appropriate information in their publications and news releases.

Y71.   Sample, quantify and evaluate public attitudes toward grizzly bears, grizzly habitat protection and maintenance, land use restrictions, mitigating measures, relocation of bears, hunting, nuisance bear control actions and habitat acquisition or easement.

Y711.   Sample and evaluate attitudes of people residing in or adjacent to grizzly bear management areas.

Y712.   Sample and evaluate attitudes of people geographically removed from grizzly bear management areas.

Y72.   Formulate ways to improve public attitudes and acceptance of habitat maintenance and protection, research and management. Agencies having the authority and responsibility for control actions will institute and carry out information and education programs to inform citizens having problems with grizzly bears of the appropriate procedures and contacts for assistance.

Y73.  Develop means to extend public attitudes to actions plans and/or funding.

Y8.  Implementation of plan by jobs, priority and cost. To facilitate implementation the Fish and Wildlife Service will appoint a Grizzly Bear Recovery Coordinator to collate all relevant information on grizzly bears, coordinate and stimulate compliance and action to implement recovery plan. He will submit progress reports and conduct workshops and meetings as necessary. This is a particularly important position that will provide a central focal point for the accumulation, exchange, and dissemination of information, and a central point for multi-agency coordination that will greatly aid in the judicious use of resources and materially enhance the recovery effort. The Fish and Wildlife Service should expeditiously establish this position.

Y9.  Revise appropriate federal and state regulations to reflect current situations and facilitate implementation of actions necessary for species recovery.

YGBE FOOTNOTES

1/  It is difficult to determine the total population of a secretive, wide-ranging species such as the grizzly bear which occupies rugged, wilderness areas.  Appropriate and monitorable population parameters which indicate population status can serve as an alternative to a total population figure. The parameters selected as benchmark indicators are based upon Craighead et al. (1974) which represent:

(1) the Yellowstone grizzly bear population from 1959-67; (2) a census efficiency computed to be 77.3%*; and, (3) a population which was increasing at a computed rate up to 2.4% annually with an age structure of 18.6% cubs, 13% yearlings, 24.9% subadults, 43.7% adults (N=177) (Craighead et al., 1974).

The following assumptions relate to the population parameters, habitat and space judged necessary to grizzly bears:

a.    Craighead et al. (1974) represents the only long-term source of data on Yellowstone grizzly bears that contains quantified population parameters relating to a population level estimated from a calibrated sample.

b.    The estimated population occurring between 1959-67 is assumed to represent a population that would not require the protection of ESA; i.e., a recovered population (see pp. 2 of Introduction).

c.    The space and habitat occupied at the present time (Fig 3), under appropriate management, is adequate to serve the needs of a population indicated by the above statistics.

d.    The population parameters for comparison will be computed as a running 6-year average to assure a real population response up to a recovery level, rather than simply population stability at a lesser level that may be inadequate.

e.    Current distribution and behavioral patterns of grizzly bears are probably fundamentally different from those of the 1959-67 period.  However, there is insufficient evidence in grizzly bear literature to assume current or future population characteristics could not resemble those of the earlier population. Beecham (1980) found a strong

_____

*58.8% census efficiency computed by Cowan et al. (1975 pers. com. to Cole).

correlation between nutrition and productivity of two Idaho black bear populations; any major vegetative change or removal of arificial food sources would affect growth rates and therefore the reproductive potential of the population.   Intensive monitoring will document the extent of difference or similarity.

Blanchard and Knight (1980) qualify the present population indicators as follows:

2/  "Accurate estimates of the number of grizzly bears inhabiting the YGBE have eluded us for several reasons.  The study areas covers over 7700 square miles (20,000 $km^2$) of rugged isolated terrain which is 70 to 75% timber covered.  Even our most optimistic estimate of 350 bear places the density of grizzly bears at only one per 20 square miles (50 $km^2$).  The most pessimistic estimate of 84 or less (Craighead et al. 1974) places the density at one bear per 95 square miles (245 $km^2$).  Given these natural low densities, nocturnal habits of Yellowstone grizzly bears and the physiography of the study area, accurate estimation of the entire population is difficult."  Present population indicators in the YGBE are based on data from the Blanchard and Knight (1980) (1) for the 1974 to 1979 period; (2) an unknown census efficiency, "---although observability of instrumented bears indicates that it is significantly less then 77%", (Blanchard and Knight 1980); (3) a population of unknown stability with an age structure of 6.5% cubs, 16% yearlings, 37% subadults, 40.3% adults, (N=62), (Blanchard and Knight 1980).

3/  The reproductive cycle of 3.0 from Knight et al. (1979) is believed to be from an insufficient sample size (N = 5).  Consequently, the reproductive cycle of 3.4 (N=68) (Craighead et al. 1974) was used to compute the current reproductive rate.

4/  Guidelines for Management Involving Grizzly Bears in the Greater Yellowstone Area (1979).  U.S. Forest Service and National Park Service personnel, with the support of the state wildlife agencies of Montana, Wyoming, and Idaho, cooperatively developed guidelines for grizzly protection and management in the national forests and national parks of the Greater Yellowstone Area.  The "Guidelines" received a favorable biological opinion from the U.S. Fish and Wildlife Service following a request for consultation by the U.S. Forest Service.  Recognizing the "Guidelines" were written with terms primarily applicable to the Forest Service and Park Service, we believe the concept is sound for other federal agencies, state agencies and for lands administered by private enterprise to minimize human/grizzly conflicts causing adverse impacts to the bear or its habitat.

5/  The occupied space and habitat for each grizzly bear ecosystem was estimated by qualified personnel in attendance at each

of six workshops.  The precision of the designation of occupied habitat was a function of the amount of formal research conducted in the respective areas and the degree of familiarity various qualified personnel had with specific areas or regions.  Species occurrence and presence of habitat components were major considerations. Consideration was given to what is biologically and ecologically practical and feasible for grizzly bears.  Delineated areas are those where management considerations for grizzly bears are deemed necessary.  The boundaries include areas which have different relative values to grizzly bears.  Some areas may be necessary to species needs and survival, while others may be used but not needed. Boundaries will be adjusted as new data become available.

FIGURE 4. NORTHERN CONTINENTAL DIVIDE GRIZZLY BEAR ECOSYSTEM AND CABINET-YAAK GRIZZLY BEAR ECOSYSTEM.

(OCCUPIED TERRITORY) 1979.

RECOVERY PLAN

NORTHERN CONTINENTAL DIVIDE GRIZZLY BEAR ECOSYSTEM

Subgoal:   Secure and/or maintain a viable, self-sustaining
           grizzly bear population in the Northern Continental
           Divide Grizzly Bear Ecosystem (NCDGBE) (Fig 4)

N1.  Establish a population goal in reference to the present
     population conditions and limiting factors.

          The grizzly population parameters for the NCDGBE are not as
          well documented as those for the Yellowstone Grizzly Bear
          Ecosystem.  However, Martinka has population data for
          Glacier National Park from 1967 through 1976. Based on
          population parameters computed for a 290 square mile census
          area, and an assumed census efficiency of 100%, a stable
          population at K (carrying capacity) is presumed (Martinka
          1980 pers. com.). From a density of 1 bear per 8.2 square
          miles in the study area, Martinka has extrapolated these
          data to a total average Park population of 201 grizzly bears
          during the study period.  Natality and immigration were
          assumed to equal mortality and emigration.  Thus, the
          average annual mortality rate is computed to be 17.8%
          (Martinka 1974).

          An age structure of 17.0% cubs, 18.5% yearlings*, and 64.5%
          subadults and adults is indicated from these data.  When
          consideration is given to the difference in study
          conditions, and an assumed reduction in cub and subadult
          mortality and breeding failures on a dispersed population,
          the age structure for the GNP population is not
          significantly different from that of the more intensively
          studied 1959-67 population in the YGBE.  That population was
          18% cubs, 13% yearlings and 68.6% subadults and adults
          (Craighead et al. 1974).

          The data indicated that an average of 10% of the total Park
          population were females with cubs in any given year, and
          that there were an equal number of females with yearlings.
          In addition, 10% (or more) are assumed to be breeding
          females each year at 4.5 years of age and older.  This
          assumes that a minimum of 60 adult female grizzly bears are
          present in the Glacier National Park population.  Shaffer

---

     *Includes an undetermined number of litters with young of age
      two or older (Martinka 1980 pers. com.).