(1978) computed that 32.07% of the total numbers of females
over 4.5 years of age in the Yellowstone population were
productive in any given year. Therefore, 62-64 females of
breeding age may be a more accurate estimate for the Glacier
National Park population. The GNP data are used as a benchmark
in determining a population goal for the entire NCDGBE.

N11. State or determine the level at which the grizzly bear population
is considered to be viable and self-sustaining.

N111. The grizzly bear population in the NCDGBE will be viable and
self-sustaining when monitoring efforts indicate that recruitment,
natality, and mortality are at levels supporting a stable or
increasing population. The population will be judged recovered
(eligible for delisting) when it is determined to be viable at
a population size of 440-680 bears (current estimated levels)
or above and/or monitoring efforts document the following
statistics or their biological equivalents computed as a running
six year average:

| | | |
|---|---|---|
| Reproductive rate | 0.593 | (Martinka 1974a) |
| Females with cubs of the year | 56.0 | (Martinka 1974a) (10% of total population) |
| Cubs/females | 1.78 | (Martinka 1974a) |
| Reproductive cycle | 3.0 years | (Martinka 1980 Pers. comm.) |
| Avg. annual known man-caused mortality | 25.0 bears | Legal limit |
| Avg. annual total mortality as % of total population | 18.65 | (Craighead et al. 1974) |
| | 17.10 | (Shaffer 1978) |
| | 17.80 | (Martinka 1974a) |

*Population estimates varied from 440 to 680 bears and were
extrapolated from known densities in five study areas and
knowledge of the extent of similar habitat within the 5.7
million acres of occupied habitat.1_/ (Jonkel, Servheen,
Craighead, J., 1980 all pers. com.). The mean (560) was
used to establish a goal.

N112.  Re-evaluate population criteria (N111) as new
information becomes available.

N12. Determine or state present population characteristics.

N121.  The grizzly bear population in the Northern Continental
Divide Ecosystem can currently be described in terms of
the following statistics based on best estimates:

| | | |
|---|---|---|
| Reproductive rate | 0.524 to 0.676 | (Cub/female ratio below divided by repro. cycle) |
| Females with cubs of the year – low est.        high est. | 38.0 [2/] 58.0 [2/] | (Servheen (1980) (Servheen 1980) |
| Cubs/female | 1.78 2.3 | (Martinka 1974) (Servheen 1980 pers. comm.) |
| Reproductive cycle: | 3.4 | (Craighead et al. 1974) |
| Avg. annual known man-caused mortality | 18.2* | (Greer 1979 pers. com.) |

For further reference on population parameters see pages
at end of this chapter and appendix A.

N13.  Identify or state the man-related population limiting factors
if present population characteristics are less than those
judged necessary to sustain a viable population.

N31.  Identify or state source of direct mortality.

N1311.  Hunting

N13111.  Illegal hunting

N131111.  Poaching, vandalism, malicious killing

N131112.  Accidntal losses resulting from mistaken
identity by black bear hunters.

---

*9.4 deaths from hunting and 8.8 deaths from control actions and
illegal kills (Greer 1975-79).

N131113.  Private citizens, control by livestock operators, apiarists, outfitters and resort operators in protection of property.

N13112.  Legal hunting.  Losses in the female segment

N1312.  Accidental deaths

N13121.  Road kills (highway, trains, etc.)

N13122.  Scientific errors

N1313.  Control measures

N13131.  Agency (State, NPS, BIA, or USFWS) control

N131311.  Livestock conflicts

N131312.  Other property damage

N131313.  Life threatening situations

N13132.  Private citizen control--self-defense

N132.  Identify or state activites which can indirectly limit grizzly bear population through adverse habitat changes, human encroachment on grizzly bear habitat, grizzly/human conflicts or adverse conflict resolution.

N1321.  Grazing, bee keeping operations, etc.

N1322.  Timber operations (including road construction)

N1323.  Mining, water impoundments and energy exploration/development

N1324.  Recreation operations

N1325.  Human development of conflicting enterprises; subdivisions dog kennels, pig farms, fish farms, boneyards, garbage dumps, etc.

N1326.  Cumulative impacts.

N2.  Redress population limiting factors

N21.  Reduce the numbers of female grizzly bears lost to the population through direct man-caused mortality.

The recommended annual man-caused female mortality goal for expediting species recovery is zero. Since this zero mortality goal will not likely be achieved, recovery is dependent upon reduced man-caused mortality of females. The Recovery Plan Group recommends that man-caused mortality be reduced to less than 9 females per year within occupied habitat (See Fig 4) to expedite recovery. (Average mortality for 1967 to 1979 was 9 females per year (Greer 1979 pers. com.).

## N211. Hunting

### N2111. Illegal hunting

#### N21111.

Develop a specially trained law enforcement team coordinated by the U.S. Fish and Wildlife Service to minimize the illegal kill of grizzly bears. One or more persons representing the U.S. Fish and Wildlife Service, U.S. Forest Service, National Park Service, State of Montana and enforcement personnel from the Blackfeet and Flathead Indian reservations will be appointed. Each member will receive specialized training to work on illegal kills of grizzly bears. The team would be trained initially by personnel of the Border Grizzly Project (BGP) in bear biology, home ranges of identifiable bears, current locations of radio-marked bears, and any other biological information that would be helpful to the team. All incidents of grizzly bear kills, suspected illegal activities, and rumors would be communicated between the enforcement team, their respective agencies and the BGP on a daily basis or as often as is practical. Representatives from the forest service and Bureau of Land Management will be encouraged to attend in order to more ably assist in gathering field evidence.

The Enforcement Team Leader would keep all members of the Enforcement Team and the BGP informed and will organize coordinaion meetings as needed. Special emphasis would be directed at covert operations which may be conducted commercially. It is imperative that the Group Leader establish a line of

communication and a rapport with all field personnel, field office staff, and local law enforcement agencies in order that he may be notified quickly in case of a violation, threat of a violation, or to assist in preventing a violation.

Public assistance will be solicited in reporting suspected or known illegal kills. Persons furnishing information which leads to a finding of civil violation or a conviction of a criminal violation of 50 CFR, Part 17.40 regarding grizzly bears, can be rewarded up to one-half of the fine not to exceed $2,500.

States having toll free numbers for reporting violations or for information should publicize their number as a means of reporting grizzly bear problems and grizzly bear deaths.

The enforcement team will operate through an interstate, interagency agreement under the direction of the U.S. Fish and Wildlife Service.

N21112. State conservation agencies will make information available to all black bear hunters to assist them in distinguishing between black and grizzly bears.

N21113. The special enforcement team will investigate accidental grizzly bear kills and recommend prosecution when appropriate.

N2112. Legal hunting

N21121. State agencies will issue special warnings to black bear hunters using areas frequented by grizzly bears.

N21122. Purposeful hunting losses of females will be reduced.

Examine the current grizzly bear hunting program annually in terms of its impacts on achieving the population goal

and develop alternatives which assure compatability between sport hunting and goal attainment. The alternatives could include regulations which (1) reduce mortality in the female segment by prohibiting the shooting of bears in groups of two or more (only 33% of the adult females would be vulnerable), or consider spring hunting when females are less vulnerable; (2) spread the hunter density by use of special permits; (3) set quota on man induced female mortality; and, (4) eliminate the hunting of grizzly bears.

N2113. Reduce accidental deaths from other causes.

N21131. All agencies will increase warning signs along highways and roads in high grizzly bear use areas.

N21132. All agencies will increase efforts to clean up carrion and other attractants along highways and roads under their jurisdiction. Suggested methods to address this problem can be found in "Guidelines for Management Involving Grizzly Bears in the Greater Yellowstone Area: (December, 1979, pp. 15, 30 and 36). 3/ (See Footnote 4 YGBE)

N21133. State and federal agencies will seek cooperation of railroad crews in reporting all collisions resulting in deaths of large animals that could attract grizzly bears. Removal or distribution of such animals will be arranged.

N21134. Agencies responsible for licensing, conducting, or in anyway overseeing rodent damage control programs using toxic substances in occupied grizzly bear habitat should use the most selective (but effective) rodenticide available and use it in the lowest effective dosage. Poison bait will only be used under the on-site supervision of a certified applicator. Disturbances on the treatment site should be created for a minimum of three nights following application of any rodenticide in order to discourage scavenging by grizzly bears. Poisoning

within grizzly bear habitat should be delayed as long as possible into July to minimize the potential for grizzly bears to consume poisoned rodents or bait (O'Gara 1980 pers. com.).

N21135.    Reduce losses due to mishandling of bears, overdoses of immobilizing drugs, or improper post-handling care. Only experienced personnel that are working under an Endangered Species Act permit and are certified by a sponsoring unit as knowledgeable in the application of capture techniques, immobilizing drugs, transportation of drugged animals, scientific data collecting, etc. will handle grizzly bears. The safest most effective drugs available will be used.

N21136.    Prepare detailed guidelines for trapping, immobilizing, transporting, and handling grizzly bears.

N2114.    Agency control on federal lands will be in accordance with 50 CFR, 17.40.

N21141.    Animal damage control officers or agency personnel will take actions similar to those found in the "Guidelines" pages 11, 27, 35 and 59-64, and will follow appropriate interagency agreements when controlling grizzly bears involved in livestock conflicts.

N21142.    All other agency control related to grizzly bears should be guided by the "Guidelines" directions starting on page 59 and other appropriate interagency agreements.

N2115.    Control by private citizens. The only legal citizen control of a grizzly bear is that related to self defense. The law enforcement team should carefully investigate each case of grizzly bear mortality alleged to be self defense.

N2116.    Agency control on private and state lands. Follow principle described in the "Guidelines" procedures, pages 61 and 62 related to Management Situation 2, or other procedures developed by the FWS, MFWP and BIA/Tribes in accordance with federal and state laws and regulations.

N212.   The Fish and Wildlife Service will appoint a Grizzly Bear Mortality Coordinator to tabulate annual bear mortality for all grizzly bear ecosystems and assure that all cooperating agencies and the public have current mortality data. The coordinator will maintain key contacts with all agencies and keep detailed records of all conditions surrounding each grizzly bear death. A standard form meeting the needs of all agencies will be prepared.

N22.   Reduce or eliminate activites identified in N132 which indirectly limit grizzly bear populations through adverse habitat changes, human displacement of grizzly bears, changes in bear behavior induced by human intrusion, adverse grizzly/human conflict or adverse conflict resolution.

N221.   Grazing, bee keeping operations, etc.

N2211.   Develop and apply systematic management guidelines on federal lands to make grazing, bee keeping, etc. operations compatible with grizzly bear special, and seasonal habitat requirements. Management direction is currently described in "Guidelines," pages 11, 27, 35 & 45.

N2212.   On state and private lands, agencies and field personnel of agencies involved in grizzly bear management will communicate intent of the "Guidelines" as described in above (N2211) as a cooperative extension effort.

N222.   Timber operations (including road construction, reforestation, etc.)

N2221.   Develop and apply systematic management guidelines on Federal lands to make timber operations compatible with grizzly bear spacial and habitat requirements. Management direction is currently described in "Guidelines," pages 17, 32, 34 & 40.

N2222.   On state and private lands, agencies and field personnel of agencies involved in grizzly bear management will communicate intent of "Guidelines" as described above (N221) as a cooperative extension effort.

N223.  Mining and energy operations

N2231.  Develop and apply systematic management guidelines on Federal lands to make water development and mining and energy operations compatible with grizzly bear spacial and habitat requirements. Management direction is currently described in "Guidelines," pages 17, 32, 38 & 48.

N2232.  On state and private lands, agencies and field personnel of agencies involved in grizzly bear management will communicate intent of "Guidelines" as described above (N2231) as a cooperative extension effort.

N224.  Recreation activities

N2241.  Develop and apply systematic management guidelines on Federal lands to make recreation operations compatible with grizzly bear spacial and habitat requirements.  Management direction is currently described in "Guidelines," pages 14, 28, 36 and 46 and in the Glacier Bear Management Plan.

N2242.  On state and private lands, agencies and field personnel of agencies involved in grizzly bear management will communicate intent of "Guidelines" as described above (N2241) as a cooperative extension effort.

N225.  Human development.  Land management agencies, state agencies, county commissioners and county zoning boards responsible for regulating homes, summer homes, cabins, camps, farm operations, etc., that may have attendant dog kennels, pig or goat farms, garbage dumps, and boneyards, should give consideration to the needs of grizzly bears in any actions requiring their approval when these activities invade the occupied habitat of the grizzly bear.  For private lands not subject to the above restrictions, wildlife managers should give consideration to purchase, lease, or easement if habitat components are necessary to survival of the species and other solutions are unavailable.

N226.  Monitor and determine the cumulative impact of past project actions.  Determine the cumulative effects of all, or any combination, of the actions described above (N221-N225) that may adversely impact grizzly bears at a multiple or amplified level.  Past adverse impacts on

the bears and their habitat must be a major consid-
eration in the evaluation of each new action (Jonkel
1979).  New actions must be evaluated on a regional
basis to avoid the cumulative effects of several well
planned individual actions impacting bears from too
many directions simultaneously.  History records that
at some point in time, probably associated with the
degree of stress, grizzly bears no longer use certain
portions of their former range.  Therefore, each new
action has the potential of being "the last straw,"
from the standpoint of the bear, and every effort must
be made to evaluate each new action with respect to
former actions and future actions.

N23.  Coordinate, monitor and report on activities relating to
redressing population limiting factors and monitor compliance
with recovery plan.

N3.  Determine the habitat and space appropriate to the achievement of
the grizzly bear population goal.

N31.  State or determine occupied space and habitat where manage-
ment considerations for grizzly bears are necessary. 4/

N311.  Identify or state occupied grizzly space and habitat
by land ownership and administrative unit.

N3111.  Occupied space and habitat were delineated by
workshop members participating in a grizzly bear
recovery planning workshop February 26 and 27,
1979, Missoula, Montana  (Fig 4 and Table 3).

N3112.  Occupied habitat boundaries will be corrected as
new data become available.

N312.  Identify or state Forest Service, Bureau of Land Manage-
ment, state lands and National Park Service management
stratifications within occupied space and habitat (see
Table 3.)

N32.  Compare agency management stratifications by administrative
unit with occupied space and habitat delineations, and
identify areas where additional management stratifications or
management direction is necessary (see Table 3).

N33.  Correct data in Table 3 as new information becomes available.

N34.  Recommend critical habitat.

N35.  Identify travel corridors connecting islands of habitat or
grizzly bear ecosystems.

N4.  Resolve differences between occupied space and habitat and agency
     stratifications within occupied habitat (Table 3), and/or adjust
     presently delineated stratifications.

ASSUMPTIONS:

A majority of the lands within the Yellowstone Grizzly Bear
Ecosystem have specific management direction through
stratification as per the "Guidelines." All of the federally
controlled lands in the NCDGBE (or elsewhere) are under the
general management direction per requirements of the Endangered
Species Act. In addition, the forest service lands have general
management direction spelled out in the National Forest Manage-
ment Act (NFMA), Forest Service Manual (FSM) Chapter 2670, and
various Region One Manual Supplements. BLM lands have general
management direction in the Federal Land Policy and Management
Act (FLPMA) of 1976 (PL94-579). However, federal lands in the
NCDGBE currently do not have interim guidelines relative to
grizzly bear management of specific land areas as were developed
for the YGBE.

The forest service intends to incorporate such direction for
grizzly bear habitat management in each Forest Plan (due in 1983)
as per direction in NFMA and FSM 2672. BLM will incorporate
grizzly bear habitat management in their Resource Management Plan
(due in 1983). The National Park Service is currently
considering application of the "Yellowstone Guidelines"
stratification system to Glacier National Park. The Flathead
Tribal Council is currently considering a management plan
including stratification that has been proposed by their
biologists. It is not known what is currently being contemplated
relative to future management direction on BLM or Blackfeet
Indian Reservation lands.

Stratification, with attendant management direction, reflects
differing intensities and importance of grizzly bear use.
Management direction for each stratified area must provide
adequate conservation measures to assure that the continued
existence of the grizzly bear is not jeopardized. A "bear
refuge" is not implied, but rather directions to managers on
"how" to make an action compatible with bear management
objectives rather than "what" is to be done. In addition,
guidelines for stratification must recognize that reclassifica-
tion upwards will be necessary if documented evidence supports
that a specific area is vital to the survival of the species, or
downward if it is determined to be relative unimportant.

The development of interim management direction and/or guidelines specific to grizzly bear management prior to 1983 (USFS) and for all other lands is recommended to expedite recovery.

N41.  Areas for resolution and/or adjustment within the Lewis and Clark National Forest.

   N411.  475,836* acres of stratified lands within occupied space and habitat that are in need of management direction.

   N412.  304,064 acres of occupied space and habitat that are in need of stratification and management direction relative to grizzly bear use.

   N413.  5,300 acres of private lands within the forest that are in need of stratification and management direction.

N42.  Areas for resolution and/or adjustment within the Black-feet Indian Reservation which include 138,000 acres of private lands and tribal and allotted lands are in need of stratification relative to grizzly bear use and need and management direction.

N43.  Areas for resolution and/or adjustment within the Helena National Forest.

   N431.  70,925* acres of stratified lands within occupied space and habitat that are in need of management direction.

   N432.  103,148 acres of occupied space and habitat that are in need of stratification and management direction relative to grizzly use.

   N433.  6,958 acres of private lands within the forest that are in need of stratification and management direction.

   N434.  615 acres of state lands within the forest that are in need of stratification and management direction.

N44.  Areas for resolution and/or adjustment within the Lolo National Forest.

   N441.  146,942* acres of stratified lands within occupied space and habitat that are in need of management direction.

---

*Essential habitat (1977) USFS.

N442.    87,087 acres of occupied space and habitat that are in need of stratification and management direction relative to grizzly bear use.

N443.    18,974 acres of private lands within the forest that are in need of stratification and management direction. Note: 800 acres are within USFS essential habitat (1977)

N45.   Areas for resolution and/or adjustment within the Flathead National Forest.

N451.    1,667,100* acres of stratified lands within occupied space and habitat that are in need of management direction.

N452.    388,548 acres of occupied space and habitat that are in need of stratification and management direction relative to grizzly bear use.

N453.    161,872 acres of private lands within the forest that are in need of stratification and management direction.

N454.    18,737 acres of state lands within the forest that are in need of stratification and management direction.

N455.    38,400 acres of state forest lands (Swan State Forest) within occupied space and habitat in need stratification relative to grizzly bear use and needs and are in need of management direction (outside Flathead National Forest).

N46.   Areas for resolution and/or adjustment within the Kootenai National Forest.

N461.    121,472* acres of stratified lands within occupied space and habitat that are in need of management direction.

N462.    4,047 acres of occupied space and habitat that are in need of stratification and management direction relative to grizzly bear use.

N463.    15,324 acres of state and private lands within the Kootenai National Forest east of Highway 93 that are in need of stratification and management direction relative to grizzly bear use.

---

*Essential habitat (1977) USFS.

N47. Areas for resolution and/or adjustment within the Flathead Indian Reservation.

N471. 223,511 acres of tribal and allotted lands that have been stratified by relative use and habitat components of grizzly bears are in need of management direction. Note: Management plan has been formulated and is pending approval of the Tribal Council.

N472. 20,910 acres of private lands within the reservation have been stratified relative to grizzly bear use but lack management direction.

N473. 9,510 acres of state lands within the occupied range of a grizzly bear that are in need of management direction.

N48. Areas for resolution and/or adjustments within Glacier National Park.

N481. 1,013,120 acres of occupied space and habitat that are in need of stratification and management direction relative to grizzly bear use.

N482. 713 acres of private lands that may require additional management direction.

N49. Areas for resolution and/or adjustments within Bureau of Land Management lands which includes 24,240 acres of BLM lands that are in need of stratification and management direction relative to grizzly bear use.

N49A. Areas for resolution and/or adjustment within private and State lands which includes 230,000 acres of private lands and 113,500 acres of State lands situated outside of National Forests, BLM, Glacier National Park or indian reservation boundaries, but within occupied territory that need to be stratified for relative grizzly bears use and attendant management direction developed.

Identify land parcels with actual or potential problems for grizzly bears.

N49B. Review all areas (federal, state, and private) following stratification and assignment of management direction to resolve differences between classifications made by land managers and recommendations made by research and wildlife managers; e.g., areas in Badger Creek, Montana Creek and Red Meadow Creek were not included in the

TABLE 3.  OCCUPIED HABITAT, AGENCY MANAGEMENT STRATIFICATION WITHIN,
AND DIFFERENCES IN NEED OF STRATIFICATION AND MANAGEMENT DIRECTION IN THE NCDCBE

| MGMT. AGENCY | ACRES WITHIN OCCUPIED HABITAT | ACRES STRATIFIED BY GRIZZLY USE | ACRES WITHIN OCCUPIED HABITAT WITHOUT STRATIFICATION | ACRES IN NEED OF STRATIFICATION RELATIVE TO GRIZZLY USE | ACRES IN NEED OF MGMT. DIRECTION OR GUIDELINES SPECIFIC TO GRIZZLY USE |
|---|---|---|---|---|---|
| Blackfeet Indian Reservation | 138,000 acres* | -0- | 138,000 acres | 138,000 acres | 138,000 acres |
| Lewis & Clark Natl. Forest | 779,900 | 475,836 | 304,064 | 304,064 | 779,900 |
| Private land within | 5,300 | -0- | 5,300 | 5,300 | 5,300 |
| Helena Natl. Forest | 174,073 | 70,925 | 103,148 | 103,148 | 174,073 |
| Private lands within | 6,958 | -0- (39) | 6,919 | 6,919 | 6,958 |
| State lands within | 615 | -0- | 615 | 615 | 615 |
| Lolo Natl. Forest | 234,029 | 146,942 | 87,087 | 87,087 | 234,029 |
| Private lands within | 18,974 | -0- (800) | 18,174 | 18,174 | 18,974 |
| State lands within | Unknown | | | | |
| Flathead Natl. Forest | 2,055,648 | 1,667,100 | 388,548 | 388,548 | 2,055,648 |
| Private Lands Within | 161,872 | -0- | unk | unk | 161,872 |
| State Lands Within | 18,737 | -0- | unk | unk | 18,737 |
| St. land** | 38,400* | -0- | 38,400 | 38,400 | 38,400 |

TABLE 3.  CONTINUED

| MGMT. AGENCY | ACRES WITHIN OCCUPIED HABITAT | ACRES STRATIFIED BY GRIZZLY USE | ACRES WITHIN OCCUPIED HABITAT WITHOUT STRATIFICATION | ACRES IN NEED OF STRATIFICATION RELATIVE TO GRIZZLY USE | ACRES IN NEED OF MGMT. DIRECTION OR GUIDELINES SPECIFIC TO GRIZZLY USE |
|---|---|---|---|---|---|
| Kootenai Natl. Forest | 125,519 | 121,472 | 4,047 | 4,047 | 125,519 |
| St & Private | 15,324 | -0- | 15,324 | 15,324 | 15,324 |
| Flathead Indian Reservation Tribal & Alloted Lands | 253,931 | 253,931 | -0- | -0- | 253,931 |
| Alloted Lands | 223,511 | 223,511 | -0- | -0- | 223,511*** |
| Private Lands Within | 29,910 | 20,910 | -0- | -0- | 20,910 |
| State Lands Within | 9,510 | 9,510 | -0- | -0- | 9,510 |
| Glacier Natl. Park | 1,013,120 | | 1,013,120 | 1,013,120 | 1,013,120**** |
| Private Lands Within | 713 | -0- | 713 | 713 | 713 |
| State lands within occupied range outside boundaries above | 113,580* | -0- | 113,580 | 113,580 | 113,580 |
| Bureau of Land Management | 24,240 | -0- | 24,240 | 24,240 | 24,240 |
| Private lands within occupied range outside boundaries above | 230,000* | -0- | 230,000 | 230,000 | 230,000 |

\*    Estimated
\*\*   Swan River State Forest
\*\*\*  Management Plan submitted to Tribal Council
\*\*\*\* GNP is operating under a Park-wide Management Plan

-75-

1977 Forest Service designation of essential habitat. Many wildlife managers and researchers believe these plus other areas belong in stratification and management direction designation equal to essential habitat or MS1.

Note:    Stratification of habitat for relative use implies that the management direction will relate to direct grizzly bear mortality, indirect (habitat related) mortality and human/bear conflict potential. Private lands within and outside Federal agency administrative boundaries are frequently high risk areas for bears and often complicate agency management direction. Landholders should be encouraged by agency and county personnel to eliminate condi-tions that may create human/grizzly conflicts. Manage- ment direction described in the "Yellowstone Guide-lines" would be appropriate to follow in principle for problem solution. Long-range solutions may include closure, easements, leases or purchase of problem areas if warranted, and if other satisfactory solutions are unavailable.

N5.  Monitor grizzly bear population and habitats.

   N51.  Monitor grizzly bear population prior to recovery.

      N511.  Develop and conduct an intensive monitoring system to measure the selected population parameters by using an appropriate experimental design with sufficient sampling effort to permit valid comparisons with the benchmark statistics in N111.

      N512.  Collate, analyze, and compare current research data data with benchmark statistics to determine recovery progress and plan compliance. Coordinate population analysis to assure a common understanding of techniques used in ongoing studies. Circulate appropriate reports.

      N513.  See Y513.

      N514.  Evaluate current mortality quota (N=25) annually and adjust if research so indicates.

   N52.  Monitor grizzly bear population following recovery.

      N521.  Develop and conduct an extensive monitoring system to index one or more of the selected population parameters and to provide information on the trends in geographical

and ecological distribution. This should be a systematic sampling method to allow valid assessments of population trends by managers.

N522. Standardize the monitoring procedures and reports and and deposit all reports with the Grizzly Bear Recovery Coordinator, who will submit reports to all relevant agencies and personnel.

N53. Monitor grizzly bear habitat prior to recovery.

N531. Develop a grizzly bear habitat classification/research and management system to determine the nature and extent of habitat components in the grizzly bear ecosystem. Use a mapping scale appropriate for valid assessments of trends (changes in quality, loss or gain) in habitat components. Standardize terminology (see BGP Special Report No. 41).

N532. Classify and map habitat components giving nonwilderness areas first priority.

N533. Establish a quality index for the extent and condition of the habitat components in the ecosystem.

N534. Establish a benchmark of present habitat values to measure cumulative effects of all actions over time that have impacted grizzly bear habitat.

N535. Monitor changes in grizzly bear use of habitat components under the various types and degree of human use (i.e. logging, mineral or energy exploration recreation, etc.).

N536. Determine and evaluate the results of habitat changes and modifications in order to assess the cumulative effects of these changes.

N537. Identify conservation and enhancement procedures and measures used successfully to improve habitat and report annually.

N54. Monitor grizzly bear habitat following recovery.

N541. Inventory and map the changes in the extent of habitat components every 5 years.

N542. Continue evaluation of present habitat values to measure cumulative effects of all actions over time that have impacted grizzly bear habitat.

N543. Coordinate and review agency actions and plans; report periodically on status of recommended actions and programs necessary for plan compliance--advise appropriate agencies on actions necessary to avoid relisting of species.

N6. Manage grizzly bear population and habitats.

N61. Develop and apply systematic management guidelines on federal lands prior to recovery to maintain, enhance or expand habitats; to make land use activities compatible with grizzly bear spacial and habitat requirements; to minimize the potential for conflicts; and to resolve human/bear conflicts.

N611. Develop and refine procedures for relocating grizzly bears.

N6111. Refine present procedures, expedite handling and search for new areas to relocate nuisance bears. Review interagency agreements (See Y6111).

N6112. Research and develop methods to retrain problem bears to develop avensive conditioning program that will cause the problem bear to avoid repeating the behavioral pattern that led to the human/bear confrontation (see Y6112 for additional comment).

N6113. Develop and coordinate interagency agreements and procedures to introduce grizzly bears into areas of former habitat or to bolster populations nearing extirpation outside the NCDGBE (see note following Y6113).

N612. Control or remove documented nuisance grizzly bears.

N62. Manage population and habitats on private and state lands prior to recovery by developing and applying systematic guidelines; recommend land use activities that are compatible with grizzly bear spacial and habitat requirements; minimize potential for grizzly/human conflicts; resolve conflicts (see N611 and N612).

N63. Continue management of population and habitats upon recovery of the grizzly bear population in the ecosystem, review control methods and harvest quotas for sport hunting of grizzly bears on non-Park lands.

N631. Intensify management activities and monitoring of grizzly bears in areas of sheep allotments; to reduce losses of both bears and sheep.

N632. Establish baseline data on grizzly bears for at least two years prior to the issuance of any permit for major construction activities that may create an unusual disturbance for the bears.

N633. Accelerate radio-tagging grizzly bears and increase monitoring efforts in areas where special permits or unusual activities may be impacting grizzly bears.

N7. Develop and initiate appropriate information and education programs. Reducing man-induced mortalities is a major factor in effecting the recovery of the grizzly bear. Therefore, it is crucial to the recovery effort that people understand reasons for actions in order to have a favorable attitude toward the bear. Private conservation organizations interested in the recovery of grizzly bears could be of assistance if they would disseminate apprporite information in their publications and news releases.

N71. Sample, quantify and evaluate public attitudes toward grizzly bears, grizzly habitat protection and maintenance, land use restrictions, mitigating measures, relocation of bears hunting, nuisance bear control actions and habitat acquisition or easement.

N711. Sample and evaluate attitudes of people residing in or adjacent to grizzly bear management areas.

N712. Sample and evaluate attitudes of people geographically removed from grizzly bear management areas.

N72. Formulate ways to improve public attitudes and acceptance of habitat maintenance and protection, research, and management

N73. Agencies having the authority and responsibility for control actions will institute and carry out information and education programs to inform citizens having problems with grizzly bears of the appropriate procedures and contacts for assistance.

N74. Develop means to extend public attitudes to action plans and/or funding.

N8. Implementation of the Plan by jobs, priority and cost. To facilitate implementation the Fish and Wildlife Service will appoint a Grizzly Bear Recovery Coordinator to collate all relevant information on grizzly bears, coordinate and stimulate compliance and action to implement rcovery plan. Submit progress reports and conduct workshop and meetings as necessary (See Y81).

N9. Revise appropriate federal and state regulations to reflect current situations and facilitate implementation of actions necessary for species recovery including the initiation of international cooperation where appropriate.

NCDGBE

FOOTNOTES

1/ Study area densities averaged 1 bear per 15 square miles; several research biologists suggested adjacent areas may harbor less bears or even half that density. Using these two extremes (1/15 mi$^2$ and 1/30 mi$^2$) to estimate upper and lower limits for the population in this ecosystem outside GNP, then adding 200 grizzly bears from GNP (Martinka 1974), a range of 440 to 680 bears was tentatively agreed upon by persons working on bear in this ecosystem. Because the four wilderness areas represent a very significant portion of this ecosystem (2,515 square miles) and because they have not been studied or sampled, it could be assumed they may harbor greater densities of bears than the peripheral areas based on the intact habitat, fewer disturbances, etc. Higher hunting success also seems to indicate this may be true, however no additional grizzly bears were added to the above estimates due to lack of data to support these assumptions.

2/ Servheen (1980) using the most conservative estimate for the NCDGBE population (1/30 square miles exclusive of Glacier National Park), computed an initial estimate of the numbers of adult females (4.5 years and older) in this ecosystem. From a sample of 180 bears of known sex and age (kills), Servheen (1980) developed a surviorship curve which indicated 29% of the population were adult females (65). To this estimate he added 60 females from GNP (Martinka 1974) to conclude that there may be as few as 130 adult females in the ecosystem. These data (29%) approximate the numbers of adult females from data gathered in GNP by Martinka (1974) in which he estimated that 29.8% of the population were adult females. Schaffer (1978), interpreting data from the Yellowstone ecosystem (Craighead et al., 1974), found 30.4% of the population were adult females.

    7280 (total square miles) ÷ 30 = 242 bears
    242 + 200 (GNP pop.) = 442 bears (lower est.)
    242 x .29 = 70 + 60 (GNP) = 130 adult females
    130 ÷ 3.4 reproductive cycle (Craighead et al. 1974) =
     38 breeding females

Repeating the above process using the higher estimate (1 bear per 15 square miles), and adding GNP data, the upper estimate of 680 total bears (198 adult females of which 58 could be breeding females) is desired.

3/ The Endangered Species Act of 1973, as amended, requires federal agencies to carry out conservation programs for grizzly bears and other threatened and endangered species and to insure that any action authorized, funded or carried out by such agency does not

jeopardize the continued existence of these species or result in the destruction or adverse modification of their critical habitat. The National Forest Management Act Regulations (Federal Register Volume 44, No. 181 Sept. 17, 1979) re-emphasizes the above and further requires that "objectives be determined for threatened and endangered species that provide for, where possible, their removal from listing as threatened and endangered species through appropriate conservation measures, including the designation of special areas to meet the protection and management needs of such species. Forest Service Manual 2672 states the direction for implementing the intent of the National Forest Management Act Regulations.

National forests and national parks with lands in the Yellowstone Grizzly Bear Ecosystem have adopted the "Guidelines for Management Involving Grizzly Bears in the Greater Yellowstone Area" (December 1979). The "Guidelines" designate special areas which are stratified in terms of management direction reflecting the differing intensities and the importance of grizzly use. They provide for the protection and management needs of the species in accord with existing laws. The "Guidelines" provide interim direction while Forest Management Plans are being prepared. They will be incorporated either intact or amended into Forest Plans. Grizzly bear management guidelines for the NCDGBE do not exist. Guidelines similar in concept and content to those for the Greater Yellowstone Area are urgently needed, at least on an interim basis.

4/ The occupied space and habitat for each grizzly bear ecosystem was determined by qualified personnel in attendance at each of six workshops. The precision of designating occupied habitat was a function of the amount of formal research conducted in the respective areas and the degree of familiarity various qualified personnel have with specific areas or regions. Designation of the areas was based on what is biologically and ecologically practical and feasible for grizzly bears. Species occurrence and the presence of habitat components were major considerations. Delineated areas are those where management considerations for grizzlies are necessary. The boundaries include areas which have different relative values to grizzlies. Some areas may be necessary to species needs and survival, others may not be needed. Boundaries will be adjusted as data become available.

RECOVERY PLAN

CABINET-YAAK GRIZZLY BEAR ECOSYSTEM

Subgoal:   Secure and/or maintain a viable, self-sustaining
grizzly bear population in the Cabinet-Yaak
Grizzly Bear Ecosystem (CYGBE) (Fig 4)

C1.  Establish a population goal in reference to the present
population conditions and limiting factors.

There are no documented population parameters for the CYGBE.
Adequate data on this population or any of its sub-areas are
lacking.  Albert W. Erickson under contract with the Lolo
National Forest in 1973-74 indicated that a few grizzly bears
were present in the Thompson Falls, Plains and Trout Creek ranger
districts and deemed the area capable of supporting a small
resident population (Erickson 1976). Subsequently, Erickson under
contract with the Kootenai National Forest in 1976-77 estimated
that less than a dozen grizzly bears exist in the Cabinet
Mountains, and that extirpation could result if specific
management actions were not initiated in the near future
(Erickson 1978).  His estimate apparently does not include
portions of the described ecosystem that are in the Yaak River
drainage or west of the Cabinet Mountains in Idaho.

The Cabinet Mountains and the Yaak River drainage may be
considered by some to be two distinct grizzly bear population
centers.  However, using all of the data available at the time of
the workshop held in Libby, Montana, March 6,1980, those in
attendance made the decision to consider both areas to be parts
of one grizzly bear ecosystem.  There is a break of some 10 or 12
miles between the occupied territory of the Cabinet Mountains and
that of the Yaak area.  The linking corridor is a series of 10-12
mountain peaks forming a high divide zone that would offer
protection for bears moving between the two areas.  Many
biologists working in the general area believe that interchanges
of grizzly bears between the Yaak area and the Cabinet Mountains
and between Yaak and British Columbia are necessary for the
continued existence of this population (See BGP Special Report
No. 41).

Attendants of the meeting and area biologists familiar with the
area, believe the habitat components and spacial requirements for
the species are adequate.  They have delineated approximately
1,800 square miles as the presently occupied range of grizzly
bears in the ecosystem and believe the habitat will support a
viable population.

In order to establish a goal for this population, without benefit
of data equal to that of either the YGBE or the NCDGBE, a decision
was made to use a minimum viable population requirement established
by Shaffer (1978).  Shaffer concludes, "A minimum viable population
(MVP) for any given species in any habitat is tentatively defined
as the smallest population having a 95% chance of remaining extant
for 100 years despite the foreseeable effects of--."  Using data
available for the Yellowstone grizzly bears and a computer simulation
for testing the relationship of population size and survival, he
hypothesizes that a population of 30 to 70 grizzly bears within
a minimum area of 2500 km$^2$  (965 mi$^2$) (Northern Rockies) to as much
as 7400 km$^2$ (Brooks Range) (Shaffer 1978), is required to support a
MVP.  For purposes of erring on the side of the grizzly bear, the MVP
population goal for this ecosystem was set at the upper limit of 70
bears for the presently delineated area of 1,818 mi$^2$  (1 bear/26 mi$^2$).

C11.  State or determine the level at which the grizzly bear
      population is viable and self-sustaining.

      C111.  The grizzly bear population in the CYGBE will be viable
             and self-sustaining when monitoring efforts indicate that
             recruitment, natality, and mortality are at levels
             supporting a stable or increasing population.  The
             population will be judged recovered (eligible for
             delisting) when it is determined to be viable at a
             population size of 70 bears or more and/or monitoring
             efforts document the following statistics or their
             biological equivalents computed as a running six year
             average:

| | | |
|---|---|---|
| Reproductive rate | 0.524 to 0.593 | Cubs/female divided by repro. cycle |
| Females with cubs of the year | 7.0 | (Martinka 1974a) (10% of total est. pop.) |
| Cubs/female | 1.78 | (Martinka 1974a) |
| Reproductive cycle | 3.0 years | (Martinka 1974a) |
| | 3.4 years | (Craighead et al. 1974) |
| Avg. annual known man-caused mortality 1968-78 (9 bears*) | less than 0.82 bears | (Greer 1980 pers. com.) |

*One bear legally killed by a hunter in 1974.

C112. Re-evaluate population data (C111) as new information becomes available.

C12. Determine or state present population characteristics which are unknown at present.

C13. Identify or state the man-related population limiting factors if present population characteristics are less than those judged necessary to sustain a viable population.

C131. Identify or state the sources of direct mortality

C1311. Illegal hunting

C13111. Poaching, vandalism, malicious killing

C13112. Accidental losses resulting from mistaken identity by black bear hunters.

C13113. Private citizen control by livestock operators, apiarists, outfitters and resort operators in protection of property.

C1312. Accidental deaths

C13121. Road kills (highway, train, etc.)

C13122. Scientific error

C1313. Control measures

C13131. Agency (State, NPS, or USFWS) control

C131311. Livestock conflicts

C131312. Other property damage

C131313. Life threatening situations

C13132. Private citizen control

C131321. Self defense.

C132. Identify, estimate, or state activities which can indirectly limit grizzly bear populations through adverse habitat changes, human displacement of grizzly bears, grizzly-human conflicts or adverse conflict resolution.

C1321. Grazing operations

C1322.  Timber operations (including road construction)

C1323.  Mining, water impoundments and energy exploration/development

C1324.  Recreation operations

C1325.  Human development of conflicting enterprises; subdivisions, dog kennels, fish farms, boneyards, garbage dumps, etc.)

C1326.  Cumulative impacts

C2.  Redress population limiting factors.

C21.  Reduce the numbers of bears lost to the population through direct man-caused mortality.

Recommended annual man-induced grizzly bear mortality goal for expediting species recovery is zero.

C211.  Illegal hunting.

C2111.  Provide a concerted law enforcement effort by developing a specially trained law enforcement team coordinated by the Fish and Wildlife Service to minimize the illegal killing of grizzly bears. One or more persons representing the Fish and Wildlife Service, Forest Service, State of Idaho, and State of Montana will be appointed. Close coordination with law enforcement officers in British Columbia and Alberta will be maintained. Each member will receive specialized training to work on illegal kills of grizzly bears. The team would be trained initially by the Border Grizzly Project (BGP) personnel in such matters as distribution, home ranges of identifiable bears, movements by season, mating habits, current location of radio-marked bears and other biological information that may be helpful to the team. Representatives from the Forest Service and Bureau of Land Management will be encouraged to attend in order to more ably assist in gathering field evidence.

All incidents of grizzly bear kills, suspected illegal activities, and rumors of kills will be communicated with the enforcement team, their respective agencies, and the BGP on a daily basis or as often as practical.

-85-

The Enforcement Team Leader will keep all members of the enforcement team and the BGP informed and will organize coordination meetings as needed.

Special emphasis will be directed at covert operations which may be operating commercially. The enforcement team will operate through an interstate, interagency agreement under the direction of the Fish & Wildlife Service. It is imperative that the Enforcement Team Leader establishes a line of communication and a rapport with all field personnel and field office staff in order that he may be notified immediately of a violation or threat of a violation.

Public assistance will be solicited in reporting suspected or known illegal kills. Persons furnishing information which leads to a finding of civil violation or a conviction of a criminal violation of 50 CFR, Part 17.40 regarding grizzly bears, can be rewarded up to one half of the fine or civil penalty not to exceed $2,500.

States having a toll free number for reporting violations or for information should publicize their number as a means of reporting grizzly bear problems and grizzly bear deaths.

C2112.  Reduce accidental losses resulting from mistaken identity by black bear hunters.

    C21121.  The state conservation agencies will make information available to all black bear hunters to assist them in distinguishing between black and grizzly bears.

    C21122.  State agencies will issue special warnings to black bear hunters using areas frequented by grizzly bears.

    C21123.  The special enforcement team will investigate accidental grizzly kills and recommend prosecution when appropriate.

C2113.  Reduce accidental deaths

    C21131.  All agencies will increase warning signs along highways and roads in high use grizzly bear areas.

C21132.    All agencies will increase efforts to clean up carrion and other attractants along highways and other routes.

Suggested methods to address this problem can be found in "Guidelines" pages 15, 30 and 36. (See Footnote 3, YGBE)

C21133.    State and federal agencies will seek the co-operation of railroad train crews in reporting all collisions resulting in the death of large animals that could attract grizzly bears. Removal or burial of such animals will be arranged.

C21134.    Agencies responsible for licensing, conducting, or in any way overseeing rodent damage control programs using toxic substances in occupied grizzly bear habitat should use the most selective (but effective) rodenticide available, and use it in the lowest effective dosage. Poison bait will only be used under the on-site supervision of a certified applicator. Disturbances on the treatment site should be created for a minimum of three nights following application of any rodenticide in order to discourage scavenging by grizzly bears. Poisoning within grizzly bear habitat should be delayed as long as possible into July to minimize the potential for grizzly bears to consume poisoned rodents or bait (O'Gara 1980 pers. com.).

C21135.    Reduce losses due to mishandling of bears, overdose of immobilizing drugs, or improper post-handling. Only experienced personnel who are working under an ESA permit and are certified by a sponsoring unit as knowledgeable in the application of capture techniques, immobilizing drugs, transportation of drugged animals, scientific data collecting, etc., will handle grizzly bears. The safest effective drugs available will be used.

C21136.    Prepare detailed guidelines for trapping, immobilizing, transporting and handling grizzly bears.

C2114. Agency control on Federal lands will be in accordance with 50 CFR 17.40

C21141.  Animal damage control officers or agency personnel will take actions similar to those found in the "Guidelines," pages 11, 27, 35, and 59, and will follow appropriate inter-agency agreements, when controlling grizzly bears involved in livestock conflicts.

C21142.  All other agency control related to grizzly bears should be similar to actions indicated in the "Guidelines" directions starting on page 59 or guided by appropriate agreements.

C2115.  Control by private citizens. The only legal citizen control of a grizzly bear is that related to self defense. The law enforcement team should carefully investigate each case of grizzly mortality alleged to be self defense.

C2116.  Agency control on private and state lands. Follow principle described in the "Guidelines" procedures, pages 61 and 62 related to MS2, or other procedures developed by FWS, MFW&P, IF&G, and in accordance with Federal and State laws.

C212.  See Y212, Part II

C213.  See Y213 and N212, Part II

C22.  Reduce or eliminate activities identified in C132 which indirectly limit grizzly bear populations through adverse habitat changes, human displacement of bears, changes in bear behavior induced by human intrusion, adverse grizzly/human conflicts or adverse or inadequate conflict resolution.

C221.  Grazing, bee keeping operations, etc.

C2211.  Develop and apply systematic management guidelines on Federal lands to make grazing operations, beekeeping, etc. compatible with grizzly bear spacial, and seasonal habitat requirements. Management direction is currently given in "Guidelines", pages 11, 27, 35 & 45.

C2212.  On state and private lands, agencies and field personnel of agencies involved in grizzly bear management will communicate intent of "Guidelines" as described above (C2211) as a cooperative extension effort.

C222.  Timber operations (including road construction, reforestation, etc.)

C2221. Develop and apply systematic management guidelines on federal lands to make timber operations compatible with grizzly bear spacial and seasonal habitat requirements. Management direction is currently given in "Guidelines," pages 17, 32, 24 & 40.

C2222. On state and private lands, agencies and field personnel of agencies involved in grizzly bear management will communicate intent of "Guidelines" as described above (C2221) as a cooperative extension effort.

C223. Mining and energy operations

C2231. Develop and apply systematic management guidelines on Federal lands to make water development and mining and energy operations compatible with grizzly bear spacial, and seasonal habitat requirements. Management direction is currently given in "Guidelines, " pages 17, 32, 38 & 48.

C2232. On state and private lands, agencies and field personnel of agencies involved in grizzly bear management will communicate intent of "Guidelines" as described above (C2231) as a cooperative extension effort.

C224. Recreation activities

C2241. Develop and apply systematic management guidelines on federal lands to make recreation activities compatible with grizzly bear spacial and seasonal habitat requirements. Management direction is currently given in "Guidelines", pages 14, 28, 36 & 46.

C2242. On state and private lands, agencies and field personnel of agencies involved in grizzly bear management will communicate intent of "Guidelines" as described above (C2241) as a cooperative extension effort.

C225. Human development. Land management agencies, state agencies, county commissioners, county zoning boards, responsible for regulating homes, summer homes, cabins, camps, farm operations, etc., that may have attendant dog kennels, pig or goat farms, garbage dumps and boneyards, should give consideration to the needs

of grizzly bears in any actions requiring their approval when these activities invade the occupied habitat of the grizzly. For private lands not subject to the above restrictions, wildlife managers should give consideration to purchase, lease or easement if habitat components are necessary to survival of the species.

C226. Monitor and determine the cumulative impacts of past project actions. Determine the cumulative effects of all, or any combination, of the actions described above (C221-C225) that may adversely impact grizzly bears at a multiple or amplified level. Past adverse impacts on the bears and their habitat must be a major consideration in the evaluation of each new action (Jonkel 1979). New actions must be evaluated on a regional basis to avoid the cumulative effects of several well planned individual actions impacting bears from too many directions simultaneously. History records that at some point in time, probably associated with the degree of stress, grizzly bears no longer use certain portions of their former range. Therefore, each new action has the potential of being "the last straw," from the standpoint of the bear, and every effort must be made to evaluate each new action with respect to former and future actions.

C23. Coordinate, monitor and report on activities relating to redressing population limiting factors and monitor compliance with recovery plan.

C3. Determine the habitat and space appropriate to the achievement of the grizzly bear population goal.

C31. State or determine occupied space and habitat where management considerations for grizzly bears are necessary.

C311. Identify or state occupied grizzly bear space and habitat by landownership and administrative unit.

C3111. Occupied space and habitat were delineated by workshop members participating in a grizzly bear recovery planning workshop March 6, 1980, Libby, Montana (See Fig 4 and Table 4).

C3112.  Occupied habitat boundaries will be corrected as
        new data become available.

C312.  Identify or state U.S. Forest Service, Bureau of Land
       Management, state lands and National Park Service
       management stratifications within occupied space and
       habitat.  See Table 4.

C32.  Compare agency management stratifications by administrative
      unit with occupied space and habitat delineations and
      identify areas where additional management stratification or
      management direction is necessary.  See Table 4.

C33.  Correct data in Table 4 as new information is made available.

C34.  Recommend critical habitat.

C35.  Identify travel corridors connecting islands of habitat or
      grizzly bear ecosystems.

C4.  Resolve differences between occupied space and habitat and agency
     stratifications within occupied habitat (Table 4) and/or adjust
     presently delineated stratifications.

ASSUMPTIONS

A majority of the land within the Yellowstone Grizzly Bear
Ecosystem have specific management direction through stratification
as per the "Guidelines."  All of the federally controlled lands
in the CYGBE (or elsewhere) are under general management
direction as per requirements of the Endangered Species Act.
In addition, the Forest Service lands have general management
direction spelled out in the National Forest Management Act
(NFMA), Forest Service Manual (FSM) Chapter 2680, and
various Region One Manual supplements.  However, federal
lands in the CYGBE currently do not have interim guidelines
relative to grizzly bear management of specific land areas.

The Forest Service intends to incorporate such direction for
grizzly bear habitat management in each Forest Plan (due in 1983)
as per direction in FNMA and FSM 2672.

Stratification, with attendant management direction, reflects the
differing intensities and importance of grizzly bear use.
Management direction for each stratified area must provide
adequate conservation measures to assure that the continued
existence of the grizzly bear is not jeopardized.  In addition,
guidelines for stratification must recognize that reclassification
will be necessary if documented evidence supports that a
specific area is vital to the survival of the species or
conversely, shows it is of lesser importance.

The development of interim management direction and/or guidelines specific to grizzly bear management prior to 1983 for USFS lands and for all other lands is recommended to expedite recovery.

C41.  Areas for resolution within the Kootenai National Forest.

    C411.  514,754* acres of stratified lands within occupied space and habitat that are in need of management direction. $^{3/}$

    C412.  319,141 acres of occupied space and habitat that are in need of stratification and management direction.

    C413.  53,105 acres of state and private lands within the forest boundary that are in need of stratification and management direction.

C42.  Areas for resolution within the Lolo National Forest.

    C421.  62,280* acres of stratified lands within occupied space and habitat that are in need of management direction.

    C422.  57,700 acres of occupied space and habitat that are in need of stratification and management direction.

    C423.  1,475 acres of state lands within the forest boundary that are in need of stratification and management direction.

    C424.  12,684 acres of private lands within the forest boundary that are in need of stratification and management direction.

C43.  Areas for resolution within the Panhandle National Forest (adjacent to Cabinet Mountains)

    C431.  69,848 *acres of stratified lands within occupied space and habitat that are in need of management direction.

    C432.  148,896 acres of occupied space and habitat that are in need of stratification and management direction.

    C433.  4,960 acres of state lands within the forest boundary that are in need of stratification and management direction.

---

*Essential habitat 1977 (USFS)
$^{3/}$ See Footnote $^{3/}$ NCDGBE pp. 80.

C434.  15,960 acres of private lands within the forest boundary that are in need of stratification and management direction.

C44.  Areas for resolution within Bureau of Land Management lands which include 2,000 acres of BLM lands that are in need of stratification and management direction relative to grizzly bear use.

C45.  Areas for resolution within private and state lands which includes 17,700 acres of private lands and 2,100 acres of state lands situated outside of National Forests and BLM boundaries, but within occupied territory that need to be stratified for relative grizzly bears use and attendant management direction developed including identification of parcels of state or private lands representing actual or potential problems to the recovery of the grizzly bear population.

Note: Stratification of habitat for relative use implies that the management direction will relate to direct grizzly bear mortality, indirect (habitat related) mortality, and grizzly/human conflict potential. Private lands within and outside Federal agency administrative boundaries are frequently high risk areas for bears and often complicate agency management direction. Landholders should be encouraged by agency and county personnel to eliminate conditions that may create human/grizzly conflicts. Management direction described in the "Yellowstone Guidelines" would be appropriate to follow in principle for problem solution. Long-range solutions may include closure, easements, lease, or purchase of problem areas if warranted and other satisfactory solutions are unavailable.

C46.  Review all areas following stratification and assignment of management direction to resolve differences between classifications made by land managers and recommendations made by research and wildlife managers.

C5.  Monitor grizzly bear population and habitats.

C51.  Monitor grizzly bear population prior to recovery.

C511.  Develop and conduct an intensive monitoring system to measure the selected population parameters by using an appropriate experimental design with sufficient sampling effort to permit valid comparisons with the benchmark statistics.

TABLE 4. OCCUPIED HABITAT, AGENCY MANAGEMENT STRATIFICATIONS WITHIN, AND DIFFERENCES IN NEED OF STRATIFICATION AND MANAGEMENT DIRECTION IN THE CYGBE

| MGMT. AGENCY | ACRES WITHIN OCCUPIED HABITAT | ACRES STRATIFIED BY GRIZZLY USE | ACRES WITHIN OCCUPIED HABITAT WITHOUT STRATIFICATION | ACRES IN NEED OF STRATIFICATION RELATIVE TO GRIZZLY USE | ACRES IN NEED OF MGMT. DIRECTION OR GUIDELINES SPECIFIC TO GRIZZLY BEAR |
|---|---|---|---|---|---|
| Kootenai Nat'l Forest | 833,895 acres | 154,574 acres | 319,141 acres | 319,141 acres | 833,895 acres |
| State & private lands within | 53,015 | -0- | 53,015 | 53,015 | 53,015 |
| Lolo Nat'l Forest | 119,980 | 62,280 | 57,700 | 57,700 | 119,980 |
| State lands within | 1,475 | -0- (690) | 785 | 785 | 1,475 |
| Private lands within | 12,684 | -0- (2672) | 10,012 | 10,012 | 12,684 |
| Panhandle Nat'l Forest | 218,744 | 69,848 | 148,896 | 148,896 | 218,744 |
| State lands within | 4,960 | -0- | 4,960 | 4,960 | 4,960 |
| Private lands within | 15,960 | -0- | 15,960 | 15,960 | 15,960 |
| Bureau of Land Management State lands within occupied outside boundaries above | 2,000* | -0- | 2,000 | 2,000 | 2,000 |
| Private lands within occupied outside boundaries above | 2,100* | -0- | 2,100 | 2,100 | 2,100 |
| | 17,700* | -0- | 17,700 | 17,700 | 17,700 |

* Estimated

C512. Collate, analyze, and compare current research data with data with benchmark statistics to determine recovery progress and plan compliance. Coordinate population analysis to assure a common understanding of techniques used in ongoing studies. Circulate appropriate reports.

C513. See Y513.

C52. Monitor grizzly bear populations following recovery.

C521. Develop and conduct an extensive monitoring system to index one or more of the selected population parameters and to provide information on the trends in geographical and ecological distribution. This should be a systematic sampling method to allow valid assessments of population trends by managers.

C522. Standardize the monitoring procedures and reports and deposit all reports with the Grizzly Bear Recovery Coordinator.

C53. Monitor grizzly bear habitat prior to recovery.

C531. Develop a grizzly bear habitat classification/research and management system to determine the nature and extent of habitat components in the grizzly bear ecosystem. Use a mapping scale appropriate for valid assessments of trends (changes in quality, loss or gain) in habitat components. Standardize terminology (see BGP Special Report No. 41).

C532. Classify and map habitat components giving non-wilderness areas first priority.

C533. Establish a quality index for the extent and condition of the habitat components in the ecosystem.

C534. Establish a benchmark of present habitat values to measure cumulative effects of all actions over time that have impacted grizzly bear habitat.

C535. Monitor changes in grizzly bear use of habitat components under various types and degree of human use (i.e. logging, mineral or energy exploration/ development recreation, etc.).

C536. Determine and evaluate the results of habitat changes and modifications in order to assess the cumulative effects of these changes for the entire grizzly bear ecosystem.

C537.  Identify conservation and enhancement procedures and measures used successfully to improve habitat and report annually.

C54.  Monitor grizzly bear habitat following recovery.

C541.  Inventory and map changes in the extent of habitat components every 5 years.

C542.  Continue evaluation of present habitat values to measure cumulative effects of all actions over time that have impacted grizzly bear habitat.

C543.  Coordinate and review agency actions and plans; report periodically on progress of recommended action and programs necessary for plan compliance. Advise appropriate agencies on actions necessary to avoid relisting of species.

C6.  Manage grizzly bear population and habitats.

C61.  Develop and apply systematic management guidelines on federal lands to maintain, enhance and expand habitats, to make land use activities compatible with grizzly bear spacial and habitat requirements, and to minimize the potential for conflicts; and to resolve grizzly/human conflicts.

C611.  Develop and refine procedures for relocating grizzly bears.

C6111.  Refine present procedures, expedite handling, and search for new areas to relocate bears. Review interagency agreements (see Y6111).

C6112.  Research and develop methods to rehabilitate problem bears; develop an aversive conditioning program that will cause the problem bears to avoid repeating the behavioral pattern that led to the human/bear confrontation (see Y6112 for additional comment).

C6113.  Develop and coordinate interagency agreements and procedures to introduce grizzly bears into areas of former habitat or to bolster populations nearing extinction (see note following Y6112).

C612.  Control or remove documented nuisance grizzly bears after giving consideration to the recommended mortality level (see Y612 and footnote).

C62.  Develop and apply management guidelines on private and state lands that maintain or enhance habitats; recommend land use

activities compatible with grizzly bear requirements for space and habitat; minimize potential for, and resolve, grizzly/human conflicts (see C611).

C63. Continue to manage populations and habitats on all lands following recovery in the ecosystem. Refine control methods and develop a coordinated system for control of population. Sport hunting will be a consideration under a harvest quota system.

C631. Establish baseline data on grizzly bears for at least two years prior to the issuance of any permit for major construction activities that may create an unusual disturbance for the bears.

C632. Accelerate radio-tagging grizzly bears and increase monitoring efforts in areas where special permits or unusual activities may be impacting grizzly bears.

C7. Develop and initiate an appropriate information and education program. Reducing man-induced mortality is a major factor in effecting the recovery of the grizzly bear. Therefore, it is crucial to the recovery effort that people understand reasons for actions in order to have a favorable attitude toward the bear. Private conservation organizations interested in the recovery of grizzly bears could be of assistance if they would disseminate appropriate information in their publications and news releases.

C71. Sample, quantify, and evaluate public attitudes toward grizzly bears, grizzly habitat protection and maintenance, land use restrictions, mitigating measures, relocation of bears, hunting, nuisance bear control actions and habitat acquisition or easement.

C711. Sample and evaluate the attitudes of people residing in or adjacent to grizzly bear management areas.

C712. Sample and evaluate attitudes of people geographically removed from grizzly bear management areas.

C72. Formulate ways to improve public attitudes and acceptance of habitat maintenance and protection, research and management.

C73. Agencies having the authority and responsibility for control control actions will institute and carry out information and education programs to inform citizens having problems with grizzly bears of the appropriate procedures and contacts for assistance.

C74.  Develop means of extending public attitudes to action plans and/or funding.

C8.  Implementation of the Plan by jobs, priority and cost.  To facilitate implementation the Fish and Wildlife Service will appoint a Grizzly Bear Recovery Coordinator to collate all relevant information on grizzly bears, coordinate and stimulate compliance and action to implement recovery plan.  Submit progress reports and conduct workshops and meetings as necessary (See Y81).

C9.  Revise appropriate federal and state regulations to reflect current situations and facilitate implementation of action necessary for species recovery including the initiation of international cooperation where appropriate.



FIGURE 5.  SELKIRK MOUNTAINS GRIZZLY BEAR ECOSYSTEM

- - - - OCCUPIED TERRITORY, 1979
on PANHANDLE NATIONAL FOREST



FIGURE 7
SELWAY-BITTERROOT
GRIZZLY BEAR ECOSYSTEM
DISTRIBUTION LIMITS UNKNOWN



FIGURE 6.

NORTH CASCADES GRIZZLY BEAR ECOSYSTEM

DISTRIBUTION LIMITS UNKNOWN

RECOVERY PLAN

SELKIRK MOUNTAINS, SELWAY-BITTERROOT WILDERNESS AND
NORTH CASCADE MOUNTAINS GRIZZLY BEAR ECOSYSTEMS


Subgoal:    Secure, maintain or re-establish grizzly bear
            populations in the Selkirk Mountains (S),
            Selway-Bitterroot Wilderness (SB), and North
            Cascade Mountains (NC) areas at viable
            population levels. (Figs 5, 6 and 7.)


1 (S,NC,SB)    Determine the present status of the grizzly bear
               population in each of the three ecosystems.

               Data on these three grizzly bear ecosystems are
               lacking. Only a few observations or other evidence
               noting the existence of grizzly bears are being
               recorded. Whether this is a result of a lack of effort
               or a scarcity of bears, or both, is uncertain.
               Presently there does not appear to be much enthusiasm
               for increasing the numbers of grizzly bears in these
               areas. There has been no concerted effort to determine
               the status of each population and a very limited amount
               of data are available on the extent and quality of the
               habitat. The high cost of collecting data in these
               ecosystems may detract from the effort necessary to
               recover grizzly bears in the YGBE, NCDGBE and CYGBE.


2 (S,NC,SB)    Determine the space and habitat necessary to support a
               viable population of grizzly bears in each of the three
               ecosystems.


3 (S,NC,SB)    Determine the appropriate actions necessary or develop
               a more refined recovery plan for each grizzly bear eco-
               system based on the data developed in Steps 1 and 2
               above.


    Note:      There is little that can be done at this time except
               exercise the normal protective actions in accordance
               with current federal and state regulations. Until
               items 1 and 2 are executed, and the data made
               available, informed management decisions will be
               difficult.

               Several wildlife biologists familiar with the Selkirk
               Mountains area are of the opinion that there is
               sufficient evidence on the grizzly bear population, at
               least in that portion of the ecosystem in Idaho, to

formulate a recovery plan similar to that of the CYGBE. A greater commitment by state wildlife agencies and federal and state land managers to determine the present status of the population and the extent and quality of the occupied grizzly bear range is needed before a viable population goal can be estimated.

Biologists participating in the workshops and subsequently have not been able to unanimously agree on how many populations are necessary for recovery of the species in the conterminous 48 states. For practical purposes and with the welfare of the species in mind, three areas were chosen to concentrate on a recovery effort--YGBE, NCDGBE and CYGBE. Other populations are expected to receive maximum protection under state and federal laws. A continued effort should be made by state and federal agencies to gather data on grizzly bears as funds permit, but not in a manner that will detract from the primary goal of the recovery plan.