# Grizzly Bear Recovery Plan

(Original Approved: January 29, 1982)

Prepared by: Dr. Christopher Servheen

Grizzly Bear Recovery Coordinator

U.S. Fish and Wildlife Service

Natural Science 312

University of Montana

Missoula, Montana 59812

Approved:

*Ralph O. Morgenweck*

Regional Director, U.S. Fish and Wildlife Service

September 10, 1993

Date



14491

EXHIBIT

3

1:06-CV-1842

004666

population (Servheen et al. 1991). Grizzly bear recovery zones have been established in the YGBE, NCDE, SE, and CYE. Recovery zones are currently being delineated for the NCE and BE. There is no firm evidence suggesting the recent presence of grizzlies in the San Juans. The lack of information in the San Juans is due in large part to limited reconnaissance and research efforts. Decisions concerning the status of the San Juans as an evaluation area are pending.

This recovery plan is not intended to provide precise details on all aspects of grizzly bear management. The recovery plan outlines steps that will facilitate the recovery of the species in the lower 48 States. The recovery plan is not a "decision document" as defined by the National Environmental Policy Act (NEPA). It does not allocate resources on public lands. The implementation of the recovery plan is the responsibility of Federal and State management agencies in areas where the species occurs. Implementation is done through incorporation of appropriate portions of the recovery plan into agency decision documents such as National Forest plans, National Park management plans, State game management plans and various State processes. Such documents are then subject to the NEPA process, State public review processes, and selection of alternatives.

Funds expended to achieve the goals and objectives of this recovery plan will be contingent upon appropriations, priorities, and budgetary constraints; a most important ingredient will be the degree of commitment exhibited by individuals in supervisory and management capacities toward conserving the grizzly bear. Inadequate funding or lack of full cooperation by individuals, groups, or agencies will only waste dollars and eventually increase the cost of recovery or increase the costs for tasks that will be necessary to prevent extinction of small populations. A concerted, unified recovery effort, coordinating the resources of Federal and State agencies and a supportive public, is the most effective approach to ensure that the grizzly bear will be present in all remaining ecosystems in the future.

## Requirements for Recovery

Two separate requirements must be met before the population within an ecosystem can be delisted. These are: (1) attainment of the population demographic parameters for that ecosystem within the monitoring period specified; and (2) as a requirement of the U.S. Fish and Wildlife Service, the development and completion of an interagency conservation strategy that will ensure that adequate regulatory mechanisms will continue to be present after delisting. Adequate regulatory mechanisms are those regulations, policies, and guidelines that will ensure that the grizzly bear population and the habitat of the species within the recovery zone will be conserved after delisting.

The interagency conservation strategy is necessary to ensure the existence of adequate regulatory mechanisms. Such a strategy will list legal authorities, and detail policy, management programs, and the continued commitment of management agencies to maintain a high standard of management after delisting of the grizzly within that ecosystem. The conservation strategy document will be prepared by an interagency team led by the U.S. Fish and Wildlife Service. The conservation strategy will (1) describe and summarize the habitat and population management that will exist and apply to the grizzly and grizzly habitat after the status of the grizzly is changed within that ecosystem and the species is no longer listed under the Act; and (2) demonstrate the adequacy, continuity, and continued agency application of population and habitat management regulatory mechanisms in order to ensure that the grizzly will not need to be relisted. All agencies will agree to implement the standards in the conservation strategy by signing the document. The ecosystem-specific standards and criteria in the conservation strategy will replace the recovery plan once the species is delisted in an ecosystem. Implementation of the conservation strategy after delisting is the responsibility of the involved agencies and will be necessary to maintain the standard of management required to conserve and maintain a viable population.

14515

004690

Grizzly bear populations may be listed, recovered, and delisted separately. For change in status of any grizzly population, the U.S. Fish and Wildlife Service would publish a proposed rulemaking in the *Federal Register*. This proposed rulemaking would detail the status of the population relating to the five factors in sec. 4.(a)(1) of the Act, and the rationale for changing the status of the population. These factors are: (1) the present and or threatened destruction, modification, or curtailment of its habitat or range; (2) overutilization for commercial, recreational, scientific, or educational purposes; (3) disease or predation; (4) the inadequacy of existing regulatory mechanisms; and (5) other natural or manmade factors affecting its continued existence. After publication of this proposed rule, there would be a public comment period and, because the grizzly bear is a species of much public interest, there also would be public hearings on the proposed rule. After the public comment period and the public hearings, the U.S. Fish and Wildlife Service would publish a final rule providing a decision on whether the status of the population is being changed.

The U.S. Fish and Wildlife Service requires that a conservation strategy specific to an ecosystem be completed prior to any process to delist the grizzly population within that ecosystem in order to ensure that adequate regulatory mechanisms will continue to conserve the grizzly bear and its habitat. This conservation strategy will be referenced in the *Federal Register* proposing a change of status for that population.

## Perspective on Areas of Recovery

Grizzly bear distribution has been reduced to less than 2 percent of historical range in the lower 48 States (fig. 2). The remaining populations are separated into six or seven fragments of once contiguous range. The 1982 recovery plan referenced these areas as "occupied habitat," and also made reference to the existence of grizzly bears in each of these areas within the past 10 years as a criterion for their inclusion as inhabited areas. The term "occupied habitat" has proved to be unworkable because of lack of definition and the fact that all areas where grizzly bear records occur in the recent past can be considered "occupied" in some sense. In order to clarify this situation, this revised recovery plan will use the term "recovery zone" to refer to designated regions within each of the grizzly bear ecosystems. The term "occupied habitat" will no longer be used.

Recovery zones have been established to identify the areas needed for recovery of the species within the 48 conterminous States. A recovery zone is defined as the area in each grizzly bear ecosystem within which the population and habitat criteria for achievement of recovery will be measured. All areas within the recovery zone will be managed as either Management Situation I, II, or III under the Interagency Grizzly Bear Guidelines (U.S. Forest Service 1986) (Appendix A) hereafter referred to as the Guidelines. Each recovery zone will include an area large enough and of sufficient habitat quality to support a recovered grizzly bear population. Recovery zones are divided into areas designated as Bear Management Units (BMU's). BMU's are areas that are used for habitat evaluation and population monitoring. Detailed large-scale maps of each recovery zone and respective BMU's are available in the local offices of State and Federal wildlife and land management agencies in that ecosystem.

Boundaries of recovery zones as described in this recovery plan are subject to change as new biological information becomes available. The following criteria provides the basis for action by the U.S. Fish and Wildlife Service, acting in cooperation with involved State and Federal agencies through IGBC management subcommittees and the IGBC, to change the boundaries of recovery zones:

1 4 5 1 6

004691

## Recovery

The plan addresses seven areas in the conterminous 48 States where grizzly bears are known or thought to have been present in 1975. These seven areas occur in the states of Montana, Wyoming, Idaho, Washington, and Colorado. These seven grizzly bear ecosystems either have or recently had the potential to provide adequate space and habitat to maintain the grizzly bear as a viable and self-sustaining species. These populations will be judged to be viable when they meet the demographic recovery targets and it can be demonstrated that adequate regulatory mechanisms exist to ensure continued population and habitat management after delisting.

The overall goal of the plan is to remove the grizzly bear from threatened status in each of the ecosystems in the 48 conterminous States. This will be achieved by:

(1)   meeting the demographic recovery goals of:

(a)   For the YGBE, 15 females with cubs over a running 6-year average both inside the recovery zone and within a 10 mile area immediately surrounding the recovery zone; 16 of 18 BMU's occupied by females with young from a running 6-year sum of verified sightings and evidence, and within the Plateau and Henry's Lake BMU's, a study will be initiated in 1993 to determine the potential and present habitat capability of these BMU's to support females with cubs; and no two adjacent BMU's shall be unoccupied; and known human-caused mortality not to exceed 4 percent of the population estimate based on the most recent 3-year sum of females with cubs. Furthermore, no more than 30 percent of this 4 percent mortality limit shall be females. These mortality limits cannot be exceeded during any 2 consecutive years for recovery to be achieved.

(b)   For the NCDE, 10 females with cubs inside Glacier National Park (GNP) and 12 females with cubs outside GNP over a running 6-year average both inside the recovery zone and within a 10 mile area immediately surrounding the recovery zone, excluding Canada; 21 of 23 BMU's occupied by females with young from a running 6-year sum of verified sightings and evidence, with no two adjacent BMU's unoccupied; and known human-caused mortality not to exceed 4 percent of the population estimate based on the most recent 3-year sum of females with cubs. Furthermore, no more than 30 percent of this 4 percent mortality limit shall be females. These mortality limits cannot be exceeded during any 2 consecutive years for recovery to be achieved. Furthermore, recovery cannot be achieved without occupancy in the Mission Mountains portion of this ecosystem.

(c)   For the CYE, six females with cubs over a running 6-year average both inside the recovery zone and within a 10 mile area immediately surrounding the recovery zone, excluding Canada; 18 of 22 BMU's occupied by females with young from a running 6-year sum of verified sightings and evidence; and known human-caused mortality not to exceed 4 percent of the population estimate based on the most recent 3-year sum of females with cubs. Furthermore, no more than 30 percent of this 4 percent mortality limit shall be females. These mortality limits cannot be exceeded during any 2 consecutive years for recovery to be achieved. Presently, grizzly bear numbers are so small in this ecosystem that the mortality goal shall be zero known human-caused mortalities.

(d)   For the SE, six females with cubs over a running 6-year average both inside the recovery zone and within a 10 mile area immediately surrounding the recovery zone, *including* Canada; 7 of 10 BMU's on the U.S. side occupied by females with young from a running 6-year sum of verified

004706

sightings and evidence; and known human-caused mortality not to exceed 4 percent of the population estimate based on the most recent 3-year sum of females with cubs. Furthermore, no more than 30 percent of this 4 percent mortality limit shall be females. These mortality limits cannot be exceeded during any 2 consecutive years for recovery to be achieved. Presently, grizzly bear numbers are so small in this ecosystem that the mortality goal shall be zero known human-caused mortalities.

(e)    Specific goals for the NCE and BE currently are being developed and will be appended to this plan when finalized.

(2)  demonstrating the existence of adequate regulatory mechanisms for population and habitat management through the development of a conservation strategy for each ecosystem.

## Step-Down Outline

1.    Establish the population objective for recovery and identify limiting factors.

    11.    Determine population conditions at which the species is viable and self-sustaining for each ecosystem.

        111. Determine population monitoring methods and criteria.

        112. Establish reporting procedures and systems to gather and evaluate information on populations.

    12.    Determine current population conditions.

    13.    Identify the human-related population limiting factors if present populations differ from desired.

        131. Identify sources of direct mortality.

        132. Identify sources of indirect mortality.

        133. Determine effects of human activities on bears and bear habitat, and incorporate the results into management plans and decisions on human activities.

2.    Redress population-limiting factors.

    21.    Manage sources of direct mortality.

        211. Reduce illegal killing.

            2111. Coordinate State, Federal, and tribal law enforcement efforts.

            2112. Reduce illegal killing by big game hunters and mistaken-identity killing by black bear hunters.

            2113. Investigate and prosecute illegal killing of grizzly bears.

_ 14532

2114. Reduce accidental mortality.

    21141. Increase efforts to clean up carrion and other attractants in association with roads, human habitation, and developed areas within recovery zones.

    21142. Reduce losses due to mishandling of bears during research and management actions through development of a bear handling manual.

    21143. Reduce losses due to predator and rodent control.

    21144. Ensure that control of nuisance bears is accomplished according to 50 CFR 17.40 and the Guidelines.

    21145. Reduce losses by developing and implementing public education and aware-ness programs.

212. Appoint a grizzly bear mortality coordinator.

22. Identify and reduce sources of indirect mortality.

221. Make domestic livestock grazing compatible with grizzly bear habitat requirements.

222. Make timber harvest and road building compatible with grizzly bear habitat requirements.

223. Make mining and oil and gas exploration and development compatible with grizzly bear habitat requirements.

224. Make recreation on Federal lands compatible with grizzly bear habitat needs.

225. Coordinate with State and county governments to make land-development and land-use decisions within the recovery zones compatible with grizzly bear habitat needs.

226. Monitor the cumulative effects of management actions in grizzly bear habitat.

23. Coordinate, monitor, and report activities relating to redressing population limiting factors, and monitor compliance with the recovery plan.

3. Determine the habitat and space required for the achievement of the grizzly bear population goal.

31. Define the recovery zone within which the grizzly bear will be managed.

32. Identify agency management stratifications within the Recovery Zone including the delineation of BMU's and Management Situations I, II, or III as defined in the Interagency Grizzly Bear Guidelines.

33. Conduct research to determine extent of grizzly bear range.

34. Conduct research to determine habitat use, food habits, home range size, and seasonal habitat preference, and incorporate into habitat management programs.

35. Conduct research to determine the relationship between habitat values, physiological condition of bears, and the ability of the habitat to sustain a population density necessary to achieve viable population size.

36. Conduct research to determine the effects of various road densities on grizzly bear habitat use and human-caused bear mortality.

37. Conduct research on the effects of habitat fragmentation caused by human activities in order to assess the possibility of linkage between grizzly bear ecosystems and between habitat tracts within ecosystems.

38. Evaluate the applicability of population viability analyses to grizzly bear recovery.

4. Monitor populations and habitats.

41. Monitor populations before, during, and after recovery.

411. Develop and conduct an intensive monitoring system to measure the annual number of females with cubs, family groups, and number of human-caused mortalities.

12. Develop a system of responsibilities to collate, analyze, and report annual information on population data.

413. Standardize observation report forms and methods, and develop training methods for all persons involved in reporting sightings of females with cubs and family groups.

414. Monitor relocated bears in order to assess the success of nuisance bear management.

42. Monitor habitats before, during, and after recovery.

421. Develop and apply the CEA process to allow monitoring of effects of management actions over a large geograhpic area of habitat.

422. Complete habitat mapping of the recovery zones and digitize these data so they are available for use by the CEA.

423. Establish a threshold of minimal habitat values to be maintained within each CEA unit in order to ensure that sufficient habitat is available to support a viable population.

424. Apply CEA to each BMU to ensure habitat quality is sufficient for maintenance of a viable population and to monitor changes in habitat as a result of human activity.

425. Report activities successfully used to manage habitat.

14534

004709

426. Develop a conservation strategy to outline habitat and population monitoring that will continue in force after recovery.

5. Manage populations and habitats.

    51. Manage populations and habitats prior to recovery on Federal lands.

        511. Refine procedures for aversively conditioning or relocating nuisance grizzly bears.

        512. Develop and test procedures to relocate bears between areas for demographic or genetic purposes.

        513. Apply Interagency Grizzly Bear Management Guidelines prior to recovery that maintain or enhance habitats.

    52. Manage populations and habitats on private and State lands by developing and applying management guidelines prior to recovery that maintain or enhance habitats. Recommend land use activities compatible with grizzly bear requirements for space and habitat; minimize the potential for human/bear conflicts.

    53. Develop and implement a conservation strategy for each ecosystem that outlines all habitat and population regulatory mechanisms in force after recovery.

6. Develop and initiate appropriate information and education programs.

    61. Evaluate public attitudes toward grizzly bear management, habitat protection and maintenance, land use restrictions, mitigating measures, relocation of bears, hunting, nuisance bear control actions, and habitat acquisition or easement.

    62. Formulate ways to improve public attitudes about grizzly bears and the grizzly bear recovery program.

7. Implement the recovery plan through appointment of a Recovery Coordinator.

8. Revise appropriate Federal and State regulations to reflect current situations and initiate international cooperation.

    81. Revise Federal and State regulations as necessary.

    82. Coordinate and exchange information and expertise with Canada and other countries concerning bear research and management.



Figure 5.

- 14536

004711

# Yellowstone Grizzly Bear Recovery Zone

*Subgoal: For the Yellowstone Grizzly Bear Recovery Zone (YGBE), 15 females with cubs over a running 6-year average both inside the recovery zone and within a 10 mile area immediately surrounding the recovery zone; 16 of 18 BMU's occupied by females with young from a running 6-year sum of observations, and within the Plateau and Henry's Lake BMU's, a study will be initiated in 1993 to determine the capability of these BMU's to support females with young; no two adjacent BMU's shall be unoccupied; and known, human-caused mortality not to exceed 4 percent of the population estimate based on the most recent 3-year sum of females with cubs. Furthermore, no more than 30 percent of this 4 percent mortality limit shall be females. These mortality limits cannot be exceeded during any 2 consecutive years for recovery to be achieved.*

## Establish the Population Objective for Recovery and Identify Limiting Factors. (Y1)

The population objective for the YGBE was based on data accumulated since 1975 on food habits, distribution, bear/human conflicts, home range, and density. Consideration of limiting factors included information on annual fluctuation in food sources, adult female survivorship, levels of human-caused mortality, and ongoing conflicts in the ecosystem, as well as demographic concerns. The goals detailed in this chapter are based on the best available scientific information on the population and are believed necessary for the population to be viable and as self-sustaining as possible in this ecosystem. These goals will be revised as necessary or as new information becomes available.

Recovery targets for the YGBE grizzly bear recovery zone were developed using the following assumptions and data:

(1) Recovery of the YGBE population depends upon verification that the population meets the criteria for a recovered population. A recovered population is defined as one that:

    (a) can sustain the existing level of known and estimated unknown, unreported human-caused mortality that exists within the ecosystem; and

    (b) is well distributed throughout the ecosystem.

(2) The target for the minimum number of unduplicated females with cubs on a running 6-year average is 15 verified reports, both inside the recovery zone and within a 10 mile area immediately surrounding the recovery zone. The target was derived using the following facts and assumptions about the grizzly bear population in the YGBE:

    (a) A running 6-year average of unduplicated females with cubs is based on a 3-year reproductive cycle and will allow at least 2 years when each adult female alive can be reported with cubs. A running 6-year tally will stabilize the average and make it less sensitive to differences in levels of annual reporting effort and sightability.

    (b) On average, 33 percent of adult females (at least 5 years old) will be with cubs each year. This is based on an average 3-year reproductive interval for adult female grizzly bears. The 6-year average number of females with cubs can be multiplied by three to estimate the minimum number of adult females in the population.

14537

Yellowstone Grizzly Bear Recovery Zone

(c)    The reporting efficiency for females with cubs is high in the YGBE compared to other ecosystems. This is due to a large amount of open habitat where bears are visible, a national park in the center of the recovery zone, and no regulated hunting of grizzly bears since 1974, resulting in less wary bears. These factors result in a higher level of sightings of females with cubs as compared to sightings in other ecosystems. It is recognized that not all females with cubs are seen and that the number reported each year represents only a known minimum number. However, a maximally conservative approach is warranted because the YGBE contains an isolated population of bears. Therefore, a sighting efficiency correction factor is not applied to the Yellowstone data and the unduplicated females with cubs actually seen are assumed to be the minimum number of females with cubs alive in the ecosystem. The calculated minimum number of females with cubs will underestimate the actual number.

(d)    The grizzly population in the YGBE is assumed to be 44 percent adults and 56 percent subadults (Knight and Blanchard, unpublished data).

(e)    The M:F sex ratio in the YGBE of adults and subadults is 51:49 (Knight et al. 1988, Appendix C).

(f)    The proportion of adult females in the population is 28.40 percent (using methods in Knight et al. 1988, Appendix C, and Knight et al. 1993, Appendix D).

The target of least 15 unduplicated females with cubs indicates a minimum population average of at least 158 bears (using methods in Knight et al. 1988): 15 females with cubs seen x 3 = 45 total adult females; and 45 divided by .2840 (the proportion of adult females in the population) = a minimum of 158 grizzly bears in the YGBE:

$$\frac{45}{.2840} = 158 \text{ grizzly bears}$$

(3)    Human-caused grizzly mortalities will continue at some long-term rate due to inevitable interactions between bears and people throughout the 9,500 mi² (24,605 km²) ecosystem. These mortality levels are likely to increase as the bear population increases and human-bear interactions increase.

(4)    Unknown, unreported, human-caused mortality occurs each year at some level.

(5)    Known human-caused mortality for grizzly bears in the YGBE averaged (from Craighead et al. 1988, and Knight et al. 1989, 1990, 1991, 1992, 1993):

| Year | Known Human-Caused Mortality | | |
|------|------------|-------------|---------------|
|      | All bears  | All females | Adult females |
| 1987 | 3          | 2           |               |
| 1988 | 6          | 2           |               |
| 1989 | 2          | 0           |               |
| 1990 | 9          | 6           | 4             |
| 1991 | 0          | 0           | 0             |
| 1992 | 4          | 1           | 0             |
| TOTAL | 24        | 11          | 4 (3 Year Sum) |
| 6-Year Average | 4 /Year | 2 /Year |       |

_ 14538

(6)  There is a relationship between sustainable human-caused mortality, recruitment of animals into the population, and the number of unduplicated females with cubs. Therefore, estimates of the number of females with cubs is important for managing mortality.

(7)  The calculation of the annual mortality limit is based on the more conservative number of adult females known to be alive for the past 3 years. The following YGBE minimum population estimate for the fall of 1992 was calculated using the assumptions listed above (items 2c-2f) and methods in Knight et al. (1988, Appendix C): The latest number of known adult females is the sum of the unduplicated females with cubs 1990-1992: 24 + 24 + 23 = 71, minus the 4 known adult female mortalities during this 3-year period, which yields a minimum of 67 adult females alive as of January 1993 (Knight et al. 1993). The number of adult females can be used with the method in Knight et al. (1988) to estimate the minimum population size as follows:

$$\text{Total Population} = \frac{67 \text{ adult females present}}{\text{proportion adult females in population}}$$

The minimum calculated population is $\dfrac{67}{2840}$ = 236 grizzly bears

(8)  The maximum human-caused mortality level that can be sustained without population decline by a grizzly bear population with the above-assumed characteristics is 6 percent, applied to the entire population, and no more than 30 percent of these mortalities should be females (Harris 1984).

(9)  The present minimum population estimate is 236 (see item 7 above) which could sustain a maximum human-caused mortality level of 6 percent or:

236 x 0.06 = 14 human-caused bear mortalities

(10) In order to facilitate recovery of the population, and to allow for both error in minimum population estimates and for unknown unreported mortality, the known human-caused mortality limit for the YGBE population is set at 4 percent of the most recent population estimate based on the 3-year sum of females with cubs. No more than 30 percent of this mortality limit may be females. The annual known human-caused mortality limit will be set by calculating the minimum population estimate for the year and setting the mortality limit for that year at 4 percent of this average.

The lead for compiling these annual calculations shall be the Recovery Coordinator of the U.S. Fish and Wildlife Service working in cooperation with other agencies. Management should seek to ensure that known, human-caused mortality does not exceed this limit. In order to account for changes in population size, the mortality limit will be calculated annually using the most recent 3-year sum of females with cubs as described in item 7 (above). This mortality level is conservative because:

(a)  it is applied to a minimum population estimate that is based on only those females with cubs actually seen in the YGBE. It is recognized that the actual population size is higher than the minimum estimate; and

(b)  according to Harris (1984), a grizzly bear population using assumptions for interior Rocky Mountain areas can sustain 6 percent human-caused mortality without experiencing a decline in that population.

14539

004714

Yellowstone Grizzly Bear Recovery Zone

For the present YGBE population estimate, a 4 percent known human-caused mortality limit is equivalent to:

$$236 \times 0.04 = 9 \text{ human-caused bear mortalities}$$
$$9 \times 0.30 = 3 \text{ human-caused female bear mortalities}$$

(11)  The 4 percent known, human-caused mortality limit for 1993 is nine bears (see item 10). The current 6-year average of annual, known, human-caused mortality is 4 bears (see item 5 above), or 1.7 percent of the minimum population estimate of 236 bears. This is below the limit of 4 percent.

The known, human-caused female mortality limit for 1993 is 30 percent of nine, or three females annually (see item 10). The current 6-year average of annual, known, human-caused female mortality is two (see item 5). This is 22 percent of 9, which is below the limit of 30 percent.

Human-caused grizzly mortality in the YGBE appears to be within sustainable levels at this time.

## Determine Population Conditions at which the Species is Viable and Self-sustaining. (Y11)

Reevaluate and refine population criteria as new information becomes available. The grizzly bear population in the YGBE will be viable when monitoring efforts indicate that recruitment and mortality are at levels supporting a stable to increasing population, and reproducing females are distributed throughout the recovery zone. The population will be judged as meeting recovery population requirements when, as determined through systematic monitoring throughout the recovery zone, it meets each of the following criteria:

(a)  The average number of unduplicated female grizzly bears with cubs-of-the-year is a minimum of 15 annually on a running 6-year average.

(b)  The distribution of family groups of grizzly bears represented by female grizzly bears accompanied by cubs, yearlings, or 2-year olds is reported in 16 of the 18 BMU's, on a running 6-year sum of observations with no two adjacent BMU's unoccupied. This is equivalent to verified evidence of at least one female grizzly bear with young at least once in each BMU over a 6-year period. The distribution is indicated by verified sightings or verified evidence such as tracks. The Plateau and Henry's Lake BMU's will be the focus of a study started in 1993 to determine their past and present habitat potential for occupancy by females with young. Considerations of recovery for the Yellowstone population will be suspended until the potential for occupancy within the Plateau and Henry's Lake BMU's by females is understood as determined by completion of the special study.

(c)  The known human-caused mortality level does not exceed 4 percent of the average of the previous 3 years minimum population estimate based on the unduplicated number of females with cubs, minus known, adult female deaths (see Y1.). In addition, the known, human-caused female mortality shall be no more than 30 percent of the total known mortality limit.

Other parameters may be monitored to evaluate the status of the YGBE population, however, the primary parameters that will be used to judge the status of the population for achievement of recovery and delisting will be the three parameters detailed above: unduplicated females with cubs, distribution of females with young, and annual human-caused mortality.

14540

004715

## Determine Population Monitoring Methods and Criteria. (Y11.1)

The maintenance of a secure and robust grizzly bear population will require careful, continuous monitoring. This monitoring should provide data to reasonably ensure that the population is secure. The greater the number of parameters monitored, the greater the assurance that the information is representative of the status of the population.

With this in mind, a system has been developed to monitor a wide range of parameters, with three being of primary importance. These include: unduplicated number of females with cubs seen annually, the distribution of females with young throughout the ecosystem, and the annual number of known human-caused mortalities. Other factors should also be monitored to increase confidence in the information, but these three parameters will be the key criteria used to judge the status of the population.

The target of distribution by females with young is designed to demonstrate adequate dispersion of the reproductive cohort within the recovery zone. Distribution of reproducing females will also provide evidence of adequate habitat management, assuming that successful reproduction is an indicator of habitat sufficiency. Lastly, adequate distribution of family groups indicates future occupancy of these areas because grizzly bear offspring, especially females, tend to occupy habitat within or near the home range of their mother after weaning.

The YGBE has a wide variety of habitat values. The distribution of bears, especially females with cubs, is directly related to the habitat values within any area. Areas of higher quality habitat are more likely to support higher densities of bears than areas of lower quality habitat. The recovery criterion of distribution of family groups of bears is measured within the BMU's. However, these BMU's were not originally delineated for measurement of the distribution of females with young. The BMU's were used as the area measurement for distribution of family groups because they already existed and their names and boundary lines were well known by management authorities.

Using BMU lines for measurement of the distribution of females with young has a disadvantage in that each area has a different overall value as bear habitat. The probability of seeing evidence of grizzly bears, especially females with young, is directly related to the habitat values of an area. This leads to different probabilities of expecting to see family groups of bears in each BMU.

In order to apply reasonably the distribution criteria to the BMU's, each was subjectively judged by the IGBST on overall habitat value with the expectation of seeing family groups. The result of this review was that two BMU's, the Plateau and Henry's Lake BMU's, had low habitat value, and thus a lower probability of seeing grizzly bear family groups relative to the other 16 BMU's. Because of the lower probability of seeing family groups in these areas, further habitat evaluation is necessary before a firm decision is made on the requirements for occupancy within these areas. A study should be initiated in 1993 to evaluate the habitat and the methods of locating female grizzly bears with cubs in the Plateau and Henry's Lake BMU's. At the end of this study, a final decision should be made as to the requirements for occupancy in these areas. During the interim period, efforts should continue to find evidence of occupancy by reproducing females in these areas.

All other BMU's had a reasonable probability of seeing family groups and the standard of 6 years of cumulative reports should be applied to these 16 BMU's. The recovery criteria for these remaining 16 BMU's will be evidence of family groups within each running 6-year period.

Yellowstone Grizzly Bear Recovery Zone

### Establish Reporting Procedures and Systems to Gather and Evaluate Information on Populations. (Y112)

All cooperating agency personnel should report females with cubs, and females with young, on the standard form as stated in the Guidelines (U.S. Forest Service 1986). Agency personnel should be assigned to and responsible for one or more BMU's to ensure consistency in the collection of reporting information. It should be the responsibility of such personnel to submit an annual report of the number of verified females with cubs for their respective BMU's to the appropriate reporting point by December 1 for compilation.

To eliminate duplicate reports, all sightings and track data should be reviewed by agency representatives at an annual meeting. Methods for eliminating duplicate reports should follow Knight and Blanchard (1993). A running 6-year average of unduplicated females with cubs will be calculated using the annual report data. All unduplicated females with cubs outside the recovery zone line but within 10 airline miles of the line shall be counted as part of the total number seen within the recovery zone.

Additionally, verified observations of females with young and verified evidence such as tracks should be plotted annually for a running 6-year cumulative total for determination of occupancy in all BMU's.

## Determine Current Population Conditions. (Y12)

The present grizzly bear population in the YGBE is described by the following population characteristics (IGBST data):

Annual average unduplicated females with cubs — 19.8 (1987-1992 6-yr. avg.) (fig. 6)

Annual average known, human-caused female deaths — 1.8 (1987-1992 6-yr. avg.)

Annual average known human-caused deaths — 4.0 (1987-1992 6 yr. avg.)

Number BMU's w/family groups — 16 of 18 (1987-1992 running sum)

Plateau and Henry's Lake BMU's — 1 of 2 (1983-1992 running sum)



Figure 6.
Unduplicated females with cubs in the Yellowstone Ecosystem, 1987-1992. Average=19.8.

14542

004717

## Identify the Human-related Population Limiting Factors if Present Populations Differ from Desired. (Y13)

Mortality from direct and indirect sources both within and surrounding the recovery zone must continue to be addressed if populations are to be recovered. Several programs are currently conducted by State wildlife agencies and through cooperative efforts of State and Federal agencies. These programs have been successful in managing mortality and should continue into the future.

### Identify Sources of Direct Mortality. (Y131)

Sources of direct mortality include poaching, vandal killing, and malicious killing. Accidental killings are a result of mistaken identity by black bear hunters. Private citizen control by livestock operators, apiarists, outfitters, hunter defense of quarry, and resort operators for protection of property also results in direct mortality. Accidental deaths result from road kills (automobiles, trains, etc.) or handling error when bears are captured for management or research. Direct mortality also occurs during agency control of nuisance bears for livestock conflicts, other property damage, or life-threatening situations. Live removal of a grizzly to a zoo or another ecosystem as part of nuisance bear management is also considered a mortality because individual relocated bears are no longer part of the population. Mortality occasionally results from actions of private citizens for self-defense or defense of others.

### Identify Sources of Indirect Mortality. (Y132)

Sources of indirect mortality are those actions that bring bears and people into conflict such as road use, land development, and recreation. These actions include, but are not limited to, road construction, livestock grazing operations, timber harvest mining, water development, and energy exploration/development, recreation, and human development of conflicting enterprises, (subdivisions, dog kennels, fish farms, pig farms, boneyards, garbage dumps, etc.).

### Determine Effects of Human Activities on Bears and Bear Habitat, and Incorporate the Results into Management Plans and Decisions on Human Activities. (Y133)

Complete research to document the effects of activities such as timber harvest, road use, oil and gas exploration, and recreation on behavior, physiological condition, population distribution, density, food habits, home range, reproduction, survivorship, and denning activities of grizzly bears. Revise the Guidelines as necessary as this information is obtained.

## Redress Population Limiting Factors. (Y2)

Develop ways to minimize actions that limit populations within and surrounding the recovery zone. Continue State and cooperative interagency efforts to manage mortality.

### Manage Sources of Direct Mortality. (Y21)

The recommended annual unmanaged human-induced grizzly bear mortality goal, within and surrounding the recovery zone, for expediting species recovery is zero. This mortality goal will not be achieved because some level of human-bear conflict is inevitable within the ecosystem. Reaching the recovery goal will be facilitated if all human-caused mortality within and outside the recovery zone does not exceed 4 percent of the population estimate based on the most recent 3-year sum of observations of females with cubs, and no more than 30 percent of this mortality limit is female. This level of human-caused mortality is below the theoretical tolerance limits of 6 percent human-caused

004718

mortality that is sustainable in a grizzly population having the characteristics of those in the lower 48 States (see Y1. above).

Known, human-caused mortalities in excess of the level sustainable at a given number of unduplicated females with cubs could result in population decline, while mortalities below this level would likely result in population increase. As the grizzly population increases, the number of sustainable known human-induced mortalities also increases. The known number of females with cubs is used to calculate what is believed to be a minimum population estimate; therefore, the projected number of sustainable mortalities (less than 4 percent of this minimum population) is conservative.

### Reduce Illegal Killing. (Y211)

Use all methods possible to minimize illegal kills.

#### Coordinate State, Federal, and Tribal Law Enforcement Efforts. (Y2111)

Provide a concerted law enforcement effort by designating a specially trained law enforcement team coordinated by the U.S. Fish and Wildlife Service to minimize the illegal kill of grizzly bears. One or more persons representing the U.S. Fish and Wildlife Service, National Park Service, U.S. Forest Service, States of Montana, Wyoming, and Idaho should be appointed. Each member should receive specialized training to work on illegal kills of grizzly bears. The team should be trained initially by the IGBST and other biologists in such matters as distribution, home ranges of identifiable bears, movements by season, mating habits, current location of radio-marked bears and other biological information that may be helpful to the team. Representatives from the U.S. Forest Service and Bureau of Land Management should be encouraged to attend in order to assist more ably in gathering field evidence.

All incidents of grizzly bear kills, suspected illegal activities, and rumors of kills should be communicated between the enforcement team, their respective agencies, and the IGBST on a daily basis or as often as is practical.

The Enforcement Team Leader should keep all members of the enforcement team and the IGBST informed, and should organize coordination meetings as needed. Special emphasis should be directed at covert operations that may be operating commercially.

The Enforcement Team should operate through an interstate, interagency agreement under the direction of the U.S. Fish & Wildlife Service.

It is imperative that the group leader establish a line of communication and rapport with all field personnel, field office staff, and local law enforcement agencies so that he/she may be notified immediately of a violation or threat of a violation.

Public assistance should be solicited in reporting suspected or known illegal kills. Persons furnishing information that leads to a finding of civil violation or a conviction of a criminal violation of 50 CFR 17.40 regarding grizzly bears, can be rewarded up to one half of the fine or civil penalty.

States having toll free numbers for reporting violations or for information should publicize their numbers as means of reporting grizzly problems and grizzly bear deaths.

14544

004719

### Reduce Illegal Killing by Big Game Hunters and Mistaken Identity Killing by Black Bear Hunters. (Y2112)

The State conservation agencies should continue to make information about handling and storing game available to big game hunters, to reduce the likelihood of the carcass being claimed by a grizzly. Information should continue to be provided to all black bear hunters to assist them in distinguishing between black and grizzly bears. State agencies should issue special warnings to black bear hunters using areas frequented by grizzly bears. Black bear hunting regulations should be modified as appropriate to reduce or eliminate areas of significant conflicts or time periods of conflict. Special attention should be given to evaluate and eliminate as necessary bear baiting in recovery zones.

### Investigate and Prosecute Illegal Killing of Grizzly Bears. (Y2113)

The special enforcement team should investigate accidental grizzly bear kills and recommend prosecution when appropriate.

### Reduce Accidental Deaths. (Y2114)

Minimize those activities that result in attraction of bears to sites of conflict and management mistakes that might result in losses.

#### Increase Efforts to Clean up Carrion and Other Attractants in Association with Roads, Human Habitation, and Developed Areas within Recovery Zones. (Y21141)

All agencies should evaluate and improve warning signs along highways and roads in high-use grizzly bear areas. All agencies should increase efforts to clean up carrion and other attractants along highways and other routes within occupied grizzly bear range.

#### Reduce Losses Due to Mishandling of Bears During Research and Management Actions through Development of a Bear Handling Manual. (Y21142)

To reduce losses due to mishandling of bears, (e.g., an overdose of immobilizing drugs or improper handling), only experienced personnel certified by a sponsoring unit having the required permits and knowledge in the application of capture techniques, immobilizing drugs, transportation of drugged animals, and scientific data collection should handle grizzly bears. Only the safest, most effective drugs available should be used. A detailed manual for trapping, immobilizing, transporting, and handling grizzly bears has been prepared for use by all agencies as a training and reference manual.

#### Reduce Losses Due to Predator and Rodent Control. (Y21143)

Agencies responsible for licensing, conducting, or in any way overseeing predator or rodent damage control programs using toxic substances in occupied grizzly bear habitat should use the most selective (but effective) rodenticide available, and use it in lowest effective dosage. Poison bait should be used only under the onsite supervision of a certified applicator. Poisoning within grizzly bear habitat should be delayed as long as possible into July to minimize the potential for grizzly bears to consume poisoned rodents or bait.

Yellowstone Grizzly Bear Recovery Zone

Agency control on Federal lands should be in accordance with 50 CFR 17.40. For grizzly bears involved in livestock conflicts, animal damage control officers should follow the Guidelines and other interagency agreements.

### Ensure that Control of Nuisance Bears is Accomplished According to 50 CFR 17.40 and the Guidelines. (Y21144)

All management control actions should be carried out according to the Guidelines. The only legal citizen control of a grizzly bear is that related to self-defense or defense of others. The law enforcement team should carefully investigate every case of grizzly bear mortality alleged to be self-defense or defense of others.

### Reduce Losses by Developing and Implementing Public Education and Awareness Programs. (Y21145)

Accidental mortalities and nuisance bear mortalities are often the result of lack of information about the effects of human behavior on grizzly bears such as sanitation in residential areas and back-country areas as well as the behavior of back-country visitors. Agencies should cooperate in the development and implementation of public education programs.

## Appoint a Grizzly Bear Mortality Coordinator. (Y212)

The U.S. Fish and Wildlife Service has appointed an employee of MDFWP as grizzly bear mortality coordinator to tabulate annual bear mortality for this ecosystem and ensure that all cooperating agencies and the public have current mortality data. The coordinator should maintain key contacts with all agencies and keep detailed records of all conditions surrounding each grizzly bear death. A standard form, meeting the needs of all agencies, should be prepared.

## Identify and Reduce Sources of Indirect Mortality. (Y22)

Ongoing human actions in grizzly habitat contribute to bear-human conflicts that often result in bear deaths. Management of these activities in consideration of the needs of bears will reduce indirect mortality.

### Make Domestic Livestock Grazing Compatible with Grizzly Bear Habitat Requirements. (Y221)

Encourage consideration of grizzly habitat needs regarding grazing on State and private lands. On Federal lands the Guidelines should be applied to make grazing operations compatible with grizzly bear spacial and seasonal habitat requirements. On State and private lands, agencies and field personnel of agencies involved in grizzly bear management should communicate the intent of the Guidelines as a cooperative extension effort.

### Make Timber Harvest and Road Building Compatible with Grizzly Bear Habitat Requirements. (Y222)

Strongly encourage consideration of grizzly habitat needs relating to timber harvest and road building on State and private lands. On Federal lands, the Guidelines should be applied, and road density guidelines should be phased in to make timber operations compatible with grizzly bear spacial and habitat requirements. On State and private lands, agencies and field personnel of agencies involved in grizzly bear management should communicate the intent of the Guidelines as a cooperative extension effort.

14546

004721

### Make Mining and Oil and Gas Exploration and Development Compatible with Grizzly Bear Habitat Requirements. (Y223)

Encourage consideration of grizzly habitat needs and road density guidelines relating to mining and oil and gas exploration on State and private lands. On Federal lands, the Guidelines should be applied and road density guidelines phased in to make mining and energy operations compatible with grizzly bear spacial and habitat requirements. On State and private lands, agencies and field personnel of agencies involved in grizzly bear management should communicate the intent of the Guidelines and road density guidelines as a cooperative extension effort.

### Make Recreation on Federal Lands Compatible with Grizzly Bear Habitat Needs. (Y224)

On Federal lands, the Guidelines should be applied and road density guidelines should be phased in to make recreation activities compatible with grizzly bear spacial and habitat requirements.

### Coordinate with State and County Governments to Make Land Development and Land Use Decisions within the Recovery Zones Compatible with Grizzly Bear Habitat Needs. (Y225)

Land management agencies, State regulatory agencies, county commissioner, and county zoning boards should be encouraged to give consideration to the needs of grizzly bears in any actions requiring their approval. When homes, summer homes, cabins, camps, farm operations, etc., with attendant dog kennels, pig farms, garbage dumps, and livestock carcass disposal sites are allowed to invade the habitat occupied by grizzly bears, they will directly or indirectly effectively reduce the space and habitat necessary for the bears survival. For private lands not subject to the above restrictions, wildlife managers should give consideration to purchase, lease, or easement if habitat components are necessary to survival of the species.

### Monitor the Cumulative Effects of Management Actions in Grizzly Bear Habitat. (Y226)

Determine the cumulative effects of all or any combination of the actions described above (Y221-Y225) that may adversely impact grizzly bears through application of the cumulative effects model on an ongoing basis. Past adverse impacts on the bears and their habitat must be a major consideration in the evaluation of any new action. New actions must be evaluated on a regional basis to avoid the cumulative effects of several well planned individual actions impacting bears from too many directions simultaneously. Historical records indicate that at some point in time, probably associated with the degree of stress, grizzly bears will no longer use certain portions of their former range; therefore, each new action has the potential of being "the last straw," from the standpoint of the bear, and every effort must be made to evaluate each new action with respect to former and future actions.

## Coordinate, Monitor, and Report Activities Relating to Redressing Population Limiting Factors and Monitor Compliance with the Recovery Plan. (Y23)

This should be accomplished through the activities of the Coordinator and the management subcommittees of the IGBC. Actions should be taken by the management committees as necessary to address needs and to ensure implementation of the recovery plan and the application of the Guidelines.

14547

004722

Yellowstone Grizzly Bear Recovery Zone

## Determine the Habitat and Space Required for the Achievement of the Grizzly Bear Population Goal. (Y3)

Careful definition of the recovery zones will allow agencies and the public to know where grizzly bears and grizzly habitat will be managed. Information on range and the biology of bears as well as the nature and quality of habitat is necessary to ensure that habitat is properly managed and that the habitat delineated has sufficient quality and quantity to support a viable population.

### Define the Recovery Zone within which the Grizzly Bear will be Managed. (Y31)

The recovery zone for the Yellowstone ecosystem was delineated by members of the YGBE Management Subcommittee of the IGBC (fig. 5). The recovery zone was defined on the basis of the best available information on bear and bear habitat distribution and needs for a viable, well distributed population. Present boundaries will be defined as the YGBE and should be corrected and revised as new data become available.

Changes in the recovery zone lines can be made by a committee appointed by the ecosystem management subcommittee consisting of representatives of the State wildlife agency, the U.S. Fish and Wildlife Service, and the involved land management agencies. Additions to the recovery zone line require that a significant area of seasonally important habitat exist outside the existing recovery zone line that is used by grizzly bears that live primarily within the recovery zone. The area to be added must have significant value to the survival of the bears within the recovery zone. Changes in the recovery zone lines should be made using the best biological information available.

It is recognized that grizzly bears will occur outside the recovery zone lines and that the mere presence of bears outside the recovery zone line is not sufficient reason for changing the line. The area to be added must be of significant biological value to bears residing inside the line. These values must be demonstrated by habitat mapping and bear movement data. Any changes to the recovery zone line should be approved by the ecosystem management subcommittee and the IGBC and should be appended to the recovery plan. Changes in the line should be finalized and effective upon approval by the IGBC.

### Identify Agency Management Stratifications within the Recovery Zone Including the Delineation of BMU's and Management Situations I, II, or III as Defined in the Guidelines. (Y32)

The BMU's should be defined on the basis of units suitable for application of the CEA. Management situations should be defined according to the Guidelines. Correct delineation of the management situation areas within the recovery zone as necessary as new information becomes available.

### Conduct Research to Determine the Extent of Grizzly Bear Range. (Y33)

This research is ongoing by the IGBST and cooperating agencies.

### Conduct Research to Determine Habitat Use, Food Habits, Home Range Size, and Seasonal Habitat Preference, and Incorporate into Habitat Management Programs. (Y34)

These data should be used to ensure that habitat values are available within the grizzly bear recovery zone and that ongoing management actions do not significantly degrade these habitat values. Information on behavior, physiological condition, population distribution, density, food habits, home

— 14548

004723

range, reproduction, survivorship, and denning activities has been gathered since 1975 by the IGBST, and prior to that time by the Craighead research team. These data are presented in peer-reviewed journals and in the annual reports of the IGBST. Additional research is carried out by State, private, and university cooperators.

It is crucial that this information on the grizzly bears' biological requirements be correlated with habitat conditions. Of particular relevance are habitat factors relating to ecosystem dynamics that may limit the range or food availability of bears. These factors can include climate change, fire effects, and plant phenology, habitat availability changes, and growth patterns of major food species. These factors are particularly important in the YGBE because the grizzly population there is an island population. The immediate effects of habitat dynamics may be more severe than in populations that are contiguous with larger areas of habitat. Detailed information on these factors should be gathered as soon as possible and annual recording of patterns should be initiated in order to recognize habitat dynamics changes as they might occur. This research and habitat evaluation should be undertaken by the IGBST and cooperating agencies. Results should be used by management agencies to judge the effectiveness of management policies. Policies should be adjusted as necessary when research demonstrates the need to do so. One area of special concern is the effect of fire management in grizzly bear habitat. Natural fires can improve grizzly bear habitat by increasing the quality and quantity of food sources. Fire suppression can reduce food availability and reduce habitat quality.

## Conduct Research to Determine the Relationship Between Habitat Values, Physiological Condition of Bears, and the Ability of the Habitat to Sustain a Population Density Necessary to Achieve Viable Population Size. (Y35)

Information on physiological condition of grizzly bears has been gathered since 1975 by the IGBST, and prior to that time by the Craighead research team. These data are presented in referenced journals and in the annual reports of the IGBST. Additional research is carried out by State, private, and university cooperators. This research and habitat evaluation should be undertaken by the IGBST and cooperating agencies. Results should be used by management agencies to judge the effectiveness of management policies. Policies should be adjusted as necessary when research demonstrates the need to do so.

## Conduct Research to Determine the Effects of Various Road Densities on Grizzly Bear Habitat Use and Human-caused Bear Mortality. (Y36)

This research is being conducted by cooperating agencies. Results should be used by management agencies to judge the effectiveness of management policies. Policies should be adjusted as necessary when research demonstrates the need to do so.

## Conduct Research on the Effects of Habitat Fragmentation Caused by Human Activities, such as Modification of Cover Type, Road Building, and Human Residences, in order to Assess the Possibility of Linkage between Grizzly Bear Ecosystems and between Habitat Tracts within Ecosystems. (Y37)

This research is being conducted by the U.S. Fish and Wildlife Service in cooperation with various Federal and State land management agencies, local governments, and the public. Results may be useful to developing long-term cooperative land management planning to include both public and private sectors.

004724

Yellowstone Grizzly Bear Recovery Zone

## Evaluate the Applicability of Population Viability Analyses (PVA) to Grizzly Bear Recovery. (Y38)

The PVA are based on theoretical biological models of a species reproduction, survival, and genetic interchange and stability through time. The PVA studies have been utilized sometimes in identifying possible population numbers that may contribute to long-term species survival. The applicability of a PVA study to grizzly bear recovery should be evaluated.

# Monitor Populations and Habitats. (Y4)

Population monitoring is necessary to determinate the status of the population and to assess the success of conservation efforts associated with recovery. An increasing population validates ongoing management efforts, while a decreasing population indicates a failure to address problems facing the population.

## Monitor Populations Before, During, and After Recovery. (Y41)

Develop and apply techniques to ensure the population is carefully monitored.

### Develop and Conduct an Intensive Monitoring System to Measure the Annual Number of Females with Cubs, Family Groups, and Number of Human-caused Mortalities. (Y411)

The method is detailed in Y11 and Y111.

### Develop a System of Responsibilities to Collate, Analyze, and Report Annual Information on Population Data. (Y412)

The system is detailed in Y112.

### Standardize Observation Report Forms and Methods, and Develop Training Methods for all Persons Involved in Reporting Sightings of Females with Cubs and Family Groups. (Y413)

Reporting system detailed in Y112. Training methods should involve identification materials to enable all individuals involved to be able to identify the bear species seen or to be able to report unknown species. Training methods should be distributed to all agency reporting personnel and should be formally presented in training sessions to seasonal and staff personnel at the beginning of each year in order to ensure quality observation data.

### Monitor Relocated Bears in Order to Assess the Success of Nuisance Bear Management. (Y414)

Efforts to monitor relocated bears should continue in the YGBE.

## Monitor Habitats Before, During, and After Recovery. (Y42)

Develop and apply techniques to ensure the habitat is carefully monitored.

### Develop and Apply the CEA Process to Allow Monitoring of Effects of Management Actions over a Large Geographic Area of Habitat. (Y421)

The CEA should be completed, thoroughly evaluated, and refined. If applicable, it can be applied to assist in judging the suitability of ongoing management actions. Development of CEA requires five phases: (1) data base compilation, (2) software development, (3) testing/validation, (4) development of mortality submodel, and (5) development of thresholds. Biologists' interpretation of data and output should be a continual part of the CEA. The CEA is currently at the testing/

14550

004725

validation stage where data bases are complete. Results of CEA testing and validation in the YGBE will facilitate its use in other grizzly bear ecosystems.

## Complete Habitat Mapping of the Recovery Zone and Digitize these Data so they are Available for use by the CEA. (Y422)

Habitat mapping should be standardized and completed in a format compatible with the CEA. Updating of these habitat maps should be programmed every 5 years, or as necessary.

## Establish a Threshold of Minimal Habitat Values to be Maintained within each CEA Analysis Unit in order to Ensure that Sufficient Habitat is Available to Support a Viable Population. (Y423)

The threshold value or series of values are the benchmarks used in conjunction with the CEA to judge that ongoing actions in grizzly habitat have not degraded the value and/or availability of the habitat to bears. The objective of determining thresholds is not to establish and maintain minimal values, but to establish a measure of the level of ongoing change in the habitat. Management should attempt to manage habitat above threshold values. Maintenance of habitat values above the threshold values allows greater environmental flexibility for bears and will benefit recovery.

Threshold values are unknown at this time. Development of the threshold values should be based on the best available biological data on the habitat needs and biology of the grizzly bear. Such values should be based on the assumption that environmental diversity is necessary for bear survival, especially in years of food shortage due to environmental conditions (i.e., years of berry crop failure or pinenut crop failure).

## Apply CEA to Each BMU to Ensure Habitat Quality is Sufficient for Maintenance of a Viable Population and to Monitor Changes in Habitat as a Result of Human Activity. (Y424)

As CEA becomes applicable in the YGBE, it should be applied every 5 years to each BMU to monitor changes in habitat quality and availability as a result of human activities and natural processes such as fire and plant succession. Deviations below the desired threshold level will require reanalysis of human activities in the BMU to ensure reattainment of the threshold level. Primary responsibility for CEA application lies with the ecosystem data base coordinator.

## Report Activities Successfully Used to Manage Habitat. (Y425)

This should be completed as part of the ongoing business of the management agencies, the YGBE Management Subcommittee, and the Recovery Coordinator.

## Develop a Conservation Strategy to Outline Habitat and Population Monitoring that will Continue in Force after Recovery. (Y426)

Development of a conservation strategy is underway for the YGBE. This conservation strategy should detail the habitat and population monitoring structures in the YGBE that will be in place after removal of the species from the threatened species list. The conservation strategy should ensure that proper habitat and population monitoring will remain in place to ensure that the species will remain recovered without protection under the Act. The conservation strategy should be finalized and signed by all agencies prior to any consideration of delisting the species. Its existence should demonstrate the existence of adequate regulatory mechanisms as required by section 4(b) of the Act.

Yellowstone Grizzly Bear Recovery Zone

## Manage Populations and Habitat. (Y5)

Apply the best management techniques to ensure recovered populations.

### Manage Populations and Habitats Prior to Recovery on Federal Lands. (Y51)

#### Refine Procedures for Relocating or Aversively Conditioning Nuisance Grizzly Bears. (Y511)

Develop and coordinate procedures to expedite the relocation of nuisance bears and review and update interagency agreements. Relocate bears within 24 hours and continue search for new release areas. Research and develop methods to deal with problem bears and test and develop aversive conditioning of bears, if possible. Evaluate the effects of relocated nuisance bears on resident bears in relocation areas. Refine the Guidelines as necessary.

#### Develop and Test Procedures to Relocate Bears between Areas for Demographic or Genetic Purposes. (Y512)

Develop and coordinate interagency agreements and procedures for the introduction of one grizzly bear into the breeding population in the Yellowstone area every 10 years for maintenance of genetic diversity. This procedure is a proactive strategy to minimize the possibility of loss of genetic diversity in this ecosystem. The time interval of every 10 years is based on computer simulations that indicate that adding one bear every generation (10 years for grizzly bears) to the breeding population of the YGBE will limit the loss of genetic diversity. However, more than one bear may need to be transplanted every 10 years. Using nuisance bears for this purpose should not be permitted. Ecosystems with larger populations that are not isolated breeding units should be sources of suitable bears. Responsibility for this effort lies with the Coordinator and the IGBST in cooperation with cooperating State and Federal agencies and universities.

#### Apply Interagency Grizzly Bear Management Guidelines Prior to Recovery that Maintain or Enhance Habitats. (Y513)

By applying the Guidelines, agencies should ensure that land use activities are conducted in a manner that is compatible with grizzly bear requirements for space and habitat and that minimizes the potential for human/bear conflicts. Ensure that road density guidelines are phased within grizzly bear habitat.

### Manage Populations and Habitats on Private and State Lands. (Y52)

Develop and apply management guidelines prior to recovery that maintain or enhance habitats. Recommend land use activities compatible with grizzly bear requirements for space and habitat; minimize potential for human/bear conflicts. Implement cooperative efforts with State lands agencies and private landowners to incorporate standards similar to the Guidelines and road density guidelines in order to ensure that management actions will be sensitive to grizzly bear habitat needs. Cooperative efforts between county, State, and Federal land management agencies will facilitate this.

14552

004727

## Develop and Implement a Conservation Strategy for each Ecosystem that Outlines all Habitat and Population Regulatory Mechanisms in Force after Recovery. (Y53)

Demonstrate the existence of adequate regulatory mechanisms after recovery. Provide guidelines for the continuation of habitat and population management upon recovery of the grizzly bear population in the ecosystem through the creation of a YGBE Conservation Strategy. This strategy presently is being developed for the YGBE. This conservation strategy should detail the habitat and population management structures in the YGBE that will be in place after removal of the species from the threatened species list in this ecosystem. The conservation strategy should ensure that proper habitat and population management will remain in place to ensure that the species will remain recovered without protection under the Act. The conservation strategy should be finalized and signed by all agencies prior to consideration of delisting the species. Its existence should demonstrate the existence of adequate regulatory mechanisms as required by section 4(b) of the Act.

## Develop and Initiate Appropriate Information and Education Programs. (Y6)

Managing human-induced mortalities is a major factor in effecting the recovery of the grizzly bear. Therefore, it is crucial to the recovery effort that the public understand reasons for actions in order to generate favorable or tolerant attitudes toward the bear. The IGBC has appointed an information and education (I&E) subcommittee to develop education programs and disseminate information. Private conservation organizations interested in the recovery of grizzly bears could be of assistance by including appropriate information in their publications and news releases.

## Evaluate Public Attitudes toward Grizzly Bear Management, Habitat Protection and Maintenance, Land Use Restrictions, Mitigating Measures, Relocation of Bears, Hunting, Nuisance Bear Control Actions, and Habitat Acquisition or Easement. (Y61)

Public attitudes are a major part of the success or failure of grizzly bear recovery efforts. Understanding of these attitudes and the basis for public sentiment is important. Carefully designed research surveys by qualified scientists experienced in such sampling should be initiated. The management subcommittee members should formulate the basic questions and attitudes of interest. The data will be useful in designing public outreach programs to foster public support for recovery programs.

## Formulate Ways to Improve Public Attitudes about Grizzly Bears and the Grizzly Bear Recovery Program. (Y62)

Agencies should use the data on public attitudes to formulate public relations and I&E programs through the respective I&E offices of each agency and the I&E subcommittee of the IGBC. Agencies having the authority and responsibility for grizzly bear control actions should institute and carry out I&E programs to inform citizens having problems with grizzly bears of the appropriate procedures and contacts for assistance.

## Implement the Recovery Plan through Appointment of a Recovery Coordinator. (Y7)

The Service has appointed a Recovery Coordinator to collate all relevant information on grizzly bears and to coordinate and stimulate compliance and action to implement the recovery plan. The Coordinator should submit progress reports and conduct workshops and meetings as necessary. This position provides a central focus for the accumulation, exchange, and dissemination of information, and a central point for multi-agency coordination that should aid in the judicious use of resources and materially enhance the recovery effort.

14 5 5 3

004728

(5)  Known, human-caused, nonhunting mortality for grizzly bears in the NCDE averaged nine bears per year from 1987-1992 (Dood et al. 1986, Dood and Pac 1988, Pac and Dood 1989, 1992, GNP, unpubl. data). Total human-caused mortality averaged 11 bears per year. Most human-caused mortality occurs outside GNP (Dood et al. 1986, Dood and Pac 1988, Pac and Dood 1989, 1992). The average number of human-caused mortalities inside GNP was 0.56 per year from 1974 to 1991 (GNP, unpublished data). The following table summarizes all known, human-caused, grizzly mortalities, including hunting, during the past 6 years:

| Year | Known Human-Caused Mortality | | |
| --- | --- | --- | --- |
|  | All bears | All females | Adult females |
| 1987 | 15 | 9 |  |
| 1988 | 5 | 1 |  |
| 1989 | 14 | 4 |  |
| 1990 | 12 | 5 |  |
| 1991 | 9 | 7 | 2 |
| 1992 | 13 | 8 | 0 |
|  |  |  | 3 |
| TOTAL | 68 | 34 |  |
| 6-Year Average | 11 /YEAR | 6 /YEAR | 5 (3 Year Sum) |

In 1986, grizzly bear hunting quotas for the NCDE were revised to reflect a more conservative management program. In 1991, grizzly bear hunting was suspended. Hunting mortality averaged 2.5 grizzlies annually from 1986 to 1991:

| Date | Hunting Kills | Non-Hunting Kills |
| --- | --- | --- |
| 1975-1985 | 10.2/yr | 8.4/yr |
| 1986-1991 | 2.5/yr | 8.5/yr |

(6)  There is a relationship between the sustainable human-caused mortality level, recruitment of animals into the population, and the number of unduplicated females with cubs. Therefore, the estimate of number of females with cubs is important to managing mortality.

(7)  Calculation of an annual mortality limit is based on the more conservative number of adult females known to be alive for the past 3 years. The following NCDE minimum population estimate for 1992 is calculated using the assumptions listed above (items 2c-2f) and methods from Knight et al. (1988, Appendix C):

The latest *minimum* number of known adult females in the NCDE is the sum of the number of unduplicated females with cubs seen both outside and within GNP during 1990-1992: 14 + 21 + 22 = 57, minus 5 adult female mortalities known to have occurred during this 3-year period, yielding 52 adult females alive as of January 1992. This number can then be divided by the 60 percent sightability factor to equal a minimum number of 87 adult females alive in the population as of fall of 1992.

14558

004729

Yellowstone Grizzly Bear Recovery Zone

## Revise Appropriate Federal and State Regulations to Reflect Current Situations and Initiate International Cooperation. (Y8)

Ensure consistent, up-to-date regulations and maintain international cooperation and communication with all other countries where brown bears are being managed.

### Revise Federal and State Regulations as Necessary. (Y81)

Federal and State regulations should be periodically revised to ensure regulatory adequacy. The Coordinator should initiate revision of Federal regulations through the *Federal Register* and Code of Federal Regulations (CFR). Federal regulations that may need periodic revision include special rules codified in the CFR and national forest and national park regulations, such as those regarding sanitation. The Coordinator should also assist States in regulation revisions as necessary. State regulations that may need periodic revision include regulations on the taking of bears and management of hunting. Hunting of grizzly bears should be evaluated as a management tool to relieve population pressures where such pressures are demonstrated.

### Coordinate and Exchange Information and Expertise with Canada and other Countries Concerning Bear Research and Management. (Y82)

This will increase information exchange of state-of-the-art bear research and management, will promote international cooperation, and improve management and recovery efforts. All IGBC member agencies and the Coordinator should exchange information and expertise with Canada and other countries managing bears concerning recovery activities. This exchange will promote international cooperation and improve management and recovery efforts. International cooperation is important to the success of the grizzly bear recovery effort.

International communication on bears and bear management is necessary to the success of the recovery effort. Many of the management problems and considerations facing the threatened grizzly bears in the United States, such as insular populations, small population size, conflicts with timber harvest and livestock grazing, genetic concerns relating to small population size, movement of bears from one area to another, management of hunting, and public attitudes, are also facing many of the other species of bears in Europe and Asia. Sharing of information on management approaches and techniques will facilitate recovery in the United States as well as assisting managers and researchers in other countries. The Recovery Coordinator should facilitate cooperation and international communication and provide information gained to managers and researchers as necessary.

14554

004730



Figure 7.

- 14555

# Northern Continental Divide Grizzly Bear Recovery Zone

*Subgoal: For the Northern Continental Divide Grizzly Bear Recovery Zone (NCDE), 10 females with cubs inside Glacier National Park (GNP) and 12 females with cubs outside GNP over a running 6-year average both inside the recovery zone and within a 10 mile area immediately surrounding the recovery zone, excluding Canada; 21 of 23 BMU's occupied by females with young from a running 6-year sum of observations with no two adjacent BMU's unoccupied; and known, human-caused mortality not to exceed 4 percent of the population estimates based on the most recent 3-year sum of females with cubs. Furthermore, no more than 30 percent of this 4 percent mortality limit shall be females. These mortality limits cannot be exceeded during any 2 consecutive years for recovery to be achieved. Furthermore, recovery in the NCDE cannot be achieved without occupancy in the Mission Mountains portion of this ecosystem.*

## Establish the Population Objective for Recovery and Identify Limiting Factors. (N1)

The population objective for the NCDE was based on data accumulated since 1975 on food habits, distribution, bear/human conflicts, home range, and density. Consideration of limiting factors included information on annual fluctuation in food sources, adult female survivorship, levels of human-induced mortality, and ongoing conflicts in the ecosystem, as well as demographic concerns. The goals detailed in this chapter are based on the best available scientific information on the population, and are believed necessary for the population to be viable and self-sustaining in this ecosystem. These goals will be revised as necessary or as new information becomes available.

Recovery targets for the NCDE grizzly bear recovery zone were developed using the following assumptions and data:

(1)  Recovery of the NCDE population depends upon verification that the population meets the criteria for a recovered population. A recovered population is defined as one that (a) can sustain the existing level of known and unknown, unreported, human-caused mortality that exists in the NCDE, and (b) is well distributed throughout the recovery zone in the NCDE.

(2)  The target for the minimum number of unduplicated females with cubs on a running 6-year average is 12 outside of GNP and 10 inside the GNP. Verified evidence of females with cubs within the recovery zone and within a 10 mile area immediately surrounding the recovery zone, excluding Canada, will be included. Both targets must be attained to meet recovery objectives. The following facts and assumptions about the grizzly bear population in the NCDE were used to determine the targets:

(a)  A running 6-year average of unduplicated females with cubs is based on a 3-year reproductive cycle and will allow at least 2 years when each adult female alive can be reported with cubs. A running 6-year tally will stabilize the average and make it less sensitive to changes in annual reporting levels and sightability.

(b)  On average, 33 percent of adult (at least 5 years old) females will be with cubs each year. This is based on an average 3-year reproductive interval for adult females. The 6-year average number of females with cubs can be multiplied by three to estimate the minimum number of adult females in the population.

**Northern Continental Divide Grizzly Bear Recovery Area**

(c) The reporting efficiency for females with cubs is 60 percent. Thus, of all females with cubs in the NCDE in a given year, on average 60 percent will be detected/seen and reported (based on average reporting of females on the Rocky Mountain Front, Montana, Aune and Kasworm 1989). This is a conservative estimate of females with cubs. Because of the forested nature of much of the NCDE, the reporting efficiency is most likely lower than 60 percent. Therefore, the calculated minimum number of females with cubs will underestimate the actual number. This process is designed to err on the side of the bear.

(d) The grizzly population in the NCDE is assumed to be 50 percent adults and 50 percent subadults (Grizzly Bear Compendium, 1987, pp. 47-59).

(e) The sex ratio of both adults and subadults is assumed to be 1:1 (Grizzly Bear Compendium, 1987, pp. 47-59).

(f) The proportion of adult females in the population is similar to that in the Yellowstone area at approximately 28.40 percent (Knight et al. 1988, Appendix C, and Knight et al. 1993, Appendix D).

The target of 12 unduplicated females with cubs outside GNP is sufficient to indicate a minimum population of at least 211 bears (using method of Knight et al. 1988) although it is recognized that bears do move between GNP and the rest of the NCDE:

12 females with cubs seen divided by 0.6 (sightability correction factor) = 20 total females with cubs; 20 x 3 = 60 adult females outside GNP; 60 divided by 0.2840 (the assumed proportion of adult females in population) = a minimum of 211 grizzly bears outside GNP.

The target of 10 unduplicated females with cubs inside GNP indicates that the population in GNP contains at least 180 bears:

10 females with cubs seen divided by 0.6 (sightability correction factor) = 17 total females with cubs; 17 x 3 = 51 adult females in GNP; and 51 divided by 0.2840 (assumed proportion of adult females in population) = a minimum of 180 grizzly bears inside GNP.

The combined targets of unduplicated females with cubs in the NCDE both inside and outside GNP would indicate a minimum population of at least 391 grizzlies:

211 + 180 = 391 grizzly bears

(3) Human-caused grizzly mortalities will continue at some long-term rate due to inevitable interactions between bears and people throughout the 9,600 mi² (24,864 km²) ecosystem. These mortality levels are not likely to decline significantly and will probably increase as the population increases and bear-human interactions increase.

Annual human-caused grizzly bear mortality varies (Dood et al. 1986, Dood and Pac 1988, Pac and Dood 1989, 1992). However, the average annual nonhunting mortality has remained almost constant since 1975, indicating that these kills are not likely to decline from present levels despite further intensive management.

(4) Unknown, unreported, human-caused mortality occurs each year at some level.

14557

004733

Northern Continental Divide Grizzly Bear Recovery Area

This number can be used to estimate the minimum population size for 1993 using the method from Knight et al. (1988, Appendix C):

$$\text{Total population} = \frac{87 \text{ adult females present}}{\text{proportion adult females in population}}$$

The minimum calculated population is $\dfrac{87}{.2840}$ = 306 grizzly bears

(8) The maximum human-caused mortality level that can be sustained without population decline by a grizzly bear population with the above-assumed characteristics is 6 percent when no more than 30 percent of these mortalities are females (Harris 1984).

(9) The present minimum population estimate is 306 bears (item 7 above) that could sustain a maximum human-caused mortality level of 6 percent or:

306 x 0.06 = 18 human-caused bear mortalities

(10) In order to facilitate recovery of the population, and to allow for both error in minimum population estimates and for unknown unreported mortality, the maximum known human-caused mortality limit for the NCDE population is set at 4 percent of the population estimate based on most recent 3-year sum of females with cubs. No more than 30 percent of this mortality limit may be females. The actual known human-caused mortality limit will be set each year by calculating the minimum population estimate for the year and setting the limit for that year at 4 percent of this average.

The lead for completion of these annual calculations shall be the Coordinator of the U.S. Fish and Wildlife Service working in cooperation with other agencies. Management should seek to ensure that known, human-caused mortality does not exceed this limit. In order to account for changes in population size, the mortality limit will be calculated annually using the most recent 3-year sum of females with cubs as described in item 7 (above). This mortality level is conservative because

(a) it is applied to a minimum population estimate that is based on the number of females with cubs seen in the NCDE, corrected by a conservative sightability factor (as detailed N1). It is recognized that the actual population size is higher than the minimum estimate; and

(b) according to Harris (1985), a grizzly bear population can sustain 6 percent human-caused mortality without experiencing a decline in that population.

For the present NCDE population estimate within and outside GNP of 306 bears, a 4 percent limit of known human-caused mortality is equivalent to:

306 x 0.04  = 12 total known human-caused bear mortalities, or
12 x 0.30  = 4 known human-caused female bear mortalities.

(11) The 4 percent known, human-caused mortality limit for 1993 is 12 bears (see item 10). The current 6-year average, annual, known, human-caused mortality is 11 bears (see item 5), or 3.6 percent of the present minimum population estimate of 306 bears. This is below the limit of 4 percent.

14559

004734

The known, human-caused female mortality limit for 1993 is 30 percent of 12, or 4 bears (see item 10). As of 1993, the 6-year average known, human-caused female mortality is 6 (see item 5). This is 50 percent of the limit of 12 known mortalities and therefore exceeds the female mortality limit of 30 percent.

Total human-caused grizzly mortality in the NCDE appears to be at or very near sustainable levels as of 1993, however female grizzly mortality exceeds the mortality limits. These figures are based on conservative population and mortality rate estimates.

## Determine Population Conditions at which the Species is Viable and Self-sustaining. (N11)

Reevaluate and refine population criteria as new information becomes available. The grizzly bear population in the Northern Continental Divide Grizzly Bear Recovery Zone will be viable when monitoring efforts indicate that recruitment and mortality are at levels supporting a stable to increasing population, and reproducing females are distributed throughout the recovery zone. The population will be judged as meeting recovery population requirements when, as determined through systematic monitoring throughout the recovery zone, it meets each of the following criteria:

(a)   The number of unduplicated females with cubs is a minimum of 12 outside GNP and a minimum of 10 inside GNP annually on a running 6-year average both inside the recovery zone and within a 10 mile area immediately surrounding the recovery zone, excluding Canada.

(b)   The distribution of family groups of grizzly bears represented by female grizzly bears accompanied by cubs or yearlings or 2-year olds is reported in 21 of the 23 BMU's on a running 6-year sum of observations. This is equivalent to verified evidence of at least one female grizzly bear with young within 21 of 23 BMU's over a 6-year period. Furthermore, no two adjacent BMU's can be unoccupied over a 6-year period. Recovery for the NCDE population cannot be achieved without occupancy within the Mission Mountains portion of this ecosystem.   The Rattlesnake BMU should undergo an analysis of its habitat potential for occupancy by females with young. This study should be done as soon as possible.

(c)   The known human-caused mortality level does not exceed 4 percent of the average of the previous 3 years minimum population estimate based on the unduplicated number of females with cubs minus known, adult female deaths (see N1.). In addition, the known, human-caused female mortality shall be no more than 30 percent of the total known mortality limit.

Other parameters may be monitored to evaluate the status of the NCDE population; however, the primary parameters that will be used to judge the status of the population for achievement of recovery and delisting will be the three parameters detailed above: unduplicated females with cubs, distribution of females with young, and annual known human-caused mortality.

## Determine Population Monitoring Methods and Criteria. (N111)

The maintenance of a secure and robust grizzly bear population will require careful, continuous monitoring. This monitoring should provide data to reasonably ensure that the population is secure. The greater the number of parameters monitored, the greater the assurance that the information is representative of the status of the population.

With this in mind, a system has been developed to monitor a wide range of parameters, with three being of primary importance. These include: unduplicated number of females with cubs seen annually, the distribution of females with young throughout the ecosystem, and the annual

14560

004735

Case 1:06-cv-01842-RCL     Document 37-5     Filed 06/13/2007     Page 34 of 50

number of known human-caused mortalities. Other factors also should be monitored to increase the confidence in the information, but these three parameters will be the key criteria used to judge the status of the population.

The target of distribution by females with young is designed to demonstrate adequate dispersion of the reproductive cohort within the recovery zone. Distribution of reproducing females also will provide evidence of adequate habitat management assuming that successful reproduction is an indicator of habitat sufficiency. Lastly, adequate distribution of family groups indicates future occupancy of these areas because grizzly bear offspring, after weaning, and especially female offspring, tend to occupy habitat within or near the home range of their mother.

### Establish Reporting Procedures and Systems to Gather and Evaluate Information on Populations. (N112)

All cooperating agency personnel should report females with cubs and females with young on the standard form as stated in the Guidelines (U.S. Forest Service 1986). Agency personnel should be assigned to and responsible for one or more BMU's to ensure consistency in collection of reporting information. It should be the responsibility of such personnel to report the annual number of valid, verified females with cubs for their respective BMU's to the appropriate reporting point by December 1 each year for compilation.

To eliminate duplicate reports, all sightings and track data should be reviewed by agency representatives at an annual meeting. Methods to eliminate duplicate reports should follow Knight and Blanchard (1993). A running 6-year average of unduplicated females with cubs should be calculated using the annual report data. All unduplicated females with cubs within the United States outside the recovery zone line but within 10 airline miles of the line shall be counted as part of the total number seen within the recovery zone during that year. Additionally, observations of females with young should be plotted annually for a running 6-year cumulative total for determination of occupancy.

### Determine current population conditions. (N12)

The present grizzly bear population in the Northern Continental Divide Grizzly Bear Ecosystem, is described by the following population characteristics:

Annual average unduplicated females w/cubs
(1987-1992, 6 yr. avg.) (fig. 8)

| | |
|---|---|
| Inside GNP | 11.3 |
| Outside GNP | 13.3 |

Annual average known, human-caused female deaths      5.7
(1987-1992  6 yr. avg.)

Annual average known, human-caused deaths      11.3
(1987-1992  6 yr. avg., M + F) (fig. 9)

Number of BMUs w/family groups      21 of 23
(1987-1992 running sum)

**_ 14561**

004736

Northern Continental Divide Grizzly Bear Recovery Area



Figure 8.
Unduplicated females
with cubs in the
NCDE, 1987-1992.
Average=11.3 inside
GNP; 12 outside GNP.



Figure 9.
Known Human-caused
mortalities in the
NCDE. Average 1987
to 1992=11.3. In-
cludes legal hunt
mortalities during
1987-1991.

004737

### Gather Information on Behavior, Physiological Condition, Population Distribution, Density, Food Habits, Home Range, Reproduction, Survivorship, and Denning Activities. (N121)

This information has been gathered since 1975 by researchers from the Montana Department of Fish, Wildlife, and Parks, the U.S. Fish and Wildlife Service, National Park Service, BLM, BIA, Tribal authorities, the U.S. Forest Service, British Columbia Wildlife Branch, and university researchers. These data are presented in refereed journals and in annual project reports.

## Identify the Human-related Population Limiting Factors if Present Populations Differ from Desired. (N13)

Mortality from direct and indirect sources both within and outside the recovery zone must continue to be addressed if populations are to be recovered. Several programs are currently conducted by the MDFWP and through cooperative efforts of State and Federal agencies. These programs have been successful in managing regulated mortality and in limiting unregulated mortality.

### Identify Sources of Direct Mortality. (N131)

Identified sources of direct mortality include poaching, killing by vandals, and malicious killing. Accidental killings are a result of mistaken identity by black bear hunters. Control by livestock operators, apiarists, outfitters, hunter defense of quarry, and resort operators for protection of property also results in direct mortality. Accidental deaths result from road kills (automobiles, trains, etc.) or handling error when bears are captured for management or research. Direct mortality also occurs during agency control of nuisance bears for livestock conflicts, other property damage, or life-threatening situations. Live removal of a grizzly to a zoo or another ecosystem as part of nuisance bear management is also considered a mortality because individual relocated bears are no longer part of the population. Mortality occasionally results from actions of private citizens for self-defense or defense of others.

### Identify Sources of Indirect Mortality. (N132)

Identified sources of indirect mortality are those actions that bring bears and people into conflict such as road use, land development, and recreation. These actions include but are not limited to road construction, livestock grazing operations, timber harvest, mining, water development, and energy exploration/development, recreation, and human development of conflicting enterprises, (subdivisions, dog kennels, fish farms, pig farms, boneyards, garbage dumps, etc.).

### Determine Effects of Human Activities on Bears and Bear Habitat and Incorporate the Results into Management Plans and Decisions on Human Activities. (N133)

Complete research to document the effects of activities such as timber harvest, road use, oil and gas exploration, and recreation on behavior, physiological condition, population distribution, density, food habits, home range, reproduction, survivorship, and denning activities. Revise the Guidelines as necessary as this information is obtained.

## Redress Population Limiting Factors. (N2)

Develop ways to minimize actions that limit populations. Continue State and cooperative interagency programs currently being conducted to manage mortality.

- 14563

004738

## Manage Sources of Direct Mortality. (N21)

The recommended annual unmanaged human-induced grizzly bear mortality goal, within and surrounding the recovery zone, for expediting species recovery is zero. This mortality goal will not be achieved because some level of human-bear conflict is inevitable in the ecosystem. Reaching recovery goals will be facilitated if all human-caused mortality within and outside the recovery zone does not exceed 4 percent of the estimated population based on the most recent 3-year sum of females with cubs, and no more than 30 percent of the mortality limit is female (see N1 above).

Known, human-caused mortalities in excess of the level sustainable at a given number of unduplicated females with cubs could result in population decline, while mortalities below this level would likely result in population increase. As the grizzly population increases, the number of sustainable known, human-induced mortalities also increases. The known number of females with cubs is used to calculate what is believed to be a minimum population estimate; therefore, the projected number of sustainable mortalities (less than 4 percent of this minimum population) is conservative.

### Reduce Illegal Killing. (N211)

Use all methods possible to minimize illegal mortality.

#### Coordinate State, Federal, and Tribal Law Enforcement Efforts. (N2111)

Provide a concerted law enforcement effort by designating a specially trained law enforcement team coordinated by the U.S. Fish and Wildlife Service to minimize the illegal kill of grizzly bears. One or more persons representing the U.S. Fish and Wildlife Service, National Park Service, U.S. Forest Service, and the State of Montana should be appointed. Each member should receive specialized training to work on illegal kills of grizzly bears. The team should be trained by biologists in such matters as distribution, home ranges of identifiable bears, movements by season, mating habits, current location of radio-marked bears, and other biological information that may be helpful to the team. Representatives from the U.S. Forest Service and Bureau of Land Management should be encouraged to attend in order to assist more ably in gathering field evidence.

All incidents of grizzly bear kills, suspected illegal activities, and rumors of kills should be communicated between the enforcement team and their respective agencies on a daily basis or as often as is practical.

The Enforcement Team Leader should keep all members of the enforcement team informed and should organize coordination meetings as needed. Special emphasis should be directed at covert operations that may be operating commercially.

The Enforcement Team should operate through an interstate, interagency agreement under the direction of the U.S. Fish & Wildlife Service.

It is imperative that the team leader establish a line of communication and rapport with all field personnel, field office staff, and local law enforcement agencies so he/she may be notified immediately on a violation or threat of a violation.

14564

004739

Public assistance should be solicited in reporting suspected or known illegal kills. Persons furnishing information that leads to a finding of civil violation or a conviction of a criminal violation of 50 CFR 17.40 regarding grizzly bears, can be rewarded up to one half of the fine or civil penalty.

States having toll-free numbers for reporting violations or for information should publicize their numbers as means of reporting grizzly problems and grizzly bear deaths.

### Reduce Illegal Killing by Big Game Hunters and Mistaken Identity Killing by Black Bear Hunters. (N2112)

The MDFWP should continue to make information about handling and storing game available to big game hunters to reduce the likelihood of the carcass being claimed by a grizzly. Information should continue to be provided to all black bear hunters to assist them in distinguishing between black and grizzly bears. Montana should issue special warnings to black bear hunters using areas frequented by grizzly bears. Black bear hunting regulations should be modified as appropriate to reduce or eliminate areas of significant conflicts or time periods of conflict.

### Investigate and Prosecute Illegal Killing of Grizzly Bears. (N2113)

The special enforcement team should investigate accidental grizzly bear kills and recommend prosecution when appropriate.

### Reduce Accidental Deaths. (N2114)

Minimize those activities that result in attraction of bears to sites of conflict and management mistakes that might result in losses.

#### Increase Efforts to Clean up Carrion and other Attractants in Association with Roads, Human Habitation, and Developed Areas within Recovery Zones. (N21141)

All agencies evaluate and improve warning signs along highways and roads in high-use grizzly bear areas. All agencies should increase efforts to clean up carrion and other attractants along highways and other routes within occupied grizzly bear range.

#### Reduce Losses due to Mishandling of Bears during Research and Management Actions through Development of a Bear Handling Manual. (N21142)

To reduce losses due to mishandling of bears (e.g., an overdose of immobilizing drugs or improper handling), only experienced personnel that are certified by a sponsoring unit having the required permits and knowledge in the application of capture techniques, immobilizing drugs, transportation of drugged animals, and scientific data collection should handle grizzly bears. Only the safest, most effective drugs available should be used. A detailed manual for trapping, immobilizing, transporting, and handling grizzly bears has been prepared for use by all agencies as a training and reference manual.

#### Reduce Losses due to Predator and Rodent Control. (N21143)

Agencies responsible for licensing, conducting, or in any way overseeing predator or rodent damage control programs using toxic substances in occupied grizzly bear habitat should use the most selective (but effective) rodenticide available, and use it in

14565

lowest effective dosage. Poison bait should only be used under the onsite supervision of a certified applicator. Poisoning within grizzly bear habitat should be delayed as long as possible into July to minimize the potential for grizzly bears to consume poisoned rodents or bait.

Agency control on Federal lands should be in accordance with 50 CFR 17.40. For grizzly bears involved in livestock conflicts, animal damage control officers should follow the Guidelines and other interagency agreements.

**Ensure that Control of Nuisance Bears is Accomplished According to 50 CFR 17.40 and the Guidelines. (N21144)**

All management control actions should be carried out according to the Guidelines. The only legal citizen control of a grizzly bear is that related to self-defense or defense of others. The law enforcement team should carefully investigate every case of grizzly bear mortality alleged to be self-defense or defense of others.

**Reduce Losses by Developing and Implementing Public Education and Awareness Programs. (N21145)**

Accidental mortalities and nuisance bear mortalities are often the result of lack of information about the effects of human behavior on grizzly bears such as sanitation in residential areas and back-country areas, as well as the behavior of back-country visitors. Agencies should cooperate in the development and implementation of public education programs.

## Appoint a Grizzly Bear Mortality Coordinator. (N212)

The U.S. Fish and Wildlife Service has appointed an employee of MDFWP as grizzly bear mortality coordinator to tabulate annual bear mortality for this ecosystem and ensure that all cooperating agencies and the public have current mortality data. The coordinator should maintain key contacts with all agencies and keep detailed records of all conditions surrounding each grizzly bear death. A standard form meeting the needs of all agencies should be prepared.

## Identify and Reduce Sources of Indirect Mortality. (N22)

Ongoing human actions in grizzly habitat contribute to bear-human conflicts that often result in bear deaths. Management of these activities in consideration of the needs of bears should reduce indirect mortality.

### Make Domestic Livestock Grazing Compatible with Grizzly Bear Habitat Requirements. (N221)

Encourage consideration of grizzly habitat needs regarding grazing on State and private lands. On Federal lands, the Guidelines should be applied to make grazing operations compatible with grizzly bear spacial and seasonal habitat requirements. On State and private lands, agencies and field personnel of agencies involved in grizzly bear management should communicate the intent of the Guidelines as a cooperative extension effort.

### Make Timber Harvest and Road Building Compatible with Grizzly Bear Habitat Requirements. (N222)

Encourage consideration of grizzly habitat needs and road density guidelines relating to timber harvest and road building on State and private lands. On Federal lands, the Guidelines should

14566

004741

be applied and road density guidelines should be phased in to make timber operations compatible with grizzly bear spacial and habitat requirements. On State and private lands, agencies and field personnel of agencies involved in grizzly bear management should communicate the intent of the Guidelines and road density guidelines as a cooperative extension effort.

### Make Mining and Oil and Gas Exploration and Development Compatible with Grizzly Bear Habitat Requirements. (N223)

Encourage consideration of grizzly habitat needs and road density guidelines relating to mining and oil and gas exploration on State and private lands. On Federal lands or lands where subsurface rights are under Federal jurisdiction, the Guidelines should be applied, and road density guidelines should be phased in to make mining and energy operations compatible with grizzly bear spacial and habitat requirements. On State and private lands, agencies and field personnel of agencies involved in grizzly bear management should communicate the intent of the Guidelines and road density guidelines as a cooperative extension effort.

### Make Recreation on Federal Lands Compatible with Grizzly Bear Habitat Needs. (N224)

On Federal lands, the Guidelines should be applied, and road density guidelines should be phased in to make recreation activities compatible with grizzly bear spacial and habitat requirements.

### Coordinate with State and County Governments to make Land Development and Land Use Decisions within the Recovery Zones Compatible with Grizzly Bear Habitat Needs. (N225)

Land management agencies, State regulatory agencies, county commissioner, and county zoning boards should be encouraged to give consideration to the needs of grizzly bears in any actions requiring their approval. When homes, summer homes, cabins, camps, farm operations, etc., with attendant dog kennels, pig farms, garbage dumps, and livestock carcass disposal sites are allowed to invade the habitat occupied by grizzly bears, they should directly or indirectly effectively reduce the space and habitat necessary for the bears survival. For private lands not subject to the above restrictions, wildlife managers should give consideration to purchase, lease, or easement if habitat components are necessary to survival of the species.

### Monitor the Cumulative Effects of Management Actions in Grizzly Bear Habitat. (N226)

Determine the cumulative effects of all or any combination of the actions described above (N221-N225) that may adversely impact grizzly bears through application of the cumulative effects model on an ongoing basis. Past adverse impacts on the bears and their habitat must be a major consideration in the evaluation of any new action. New actions must be evaluated on a regional basis to avoid the cumulative effects of several well planned individual actions impacting bears from too many directions simultaneously. Historical records indicate that at some point in time, probably associated with the degree of stress, grizzly bears will no longer use certain portions of their former range. Therefore, each new action has the potential of being "the last straw" from the standpoint of the bear, and every effort must be made to evaluate each new action with respect to former and future actions.

14567

### Coordinate, Monitor, and Report on Activities Relating to Redressing Population Limiting Factors and Monitor Compliance with the Recovery Plan. (N23)

This should be accomplished through the activities of the Coordinator and the management subcommittees of the IGBC. Actions should be taken by the management committees as necessary to address needs and to assure implementation of the recovery plan and the application of the Guidelines.

## Determine the Habitat and Space Required for the Achievement of the Grizzly Bear Population Goal. (N3)

Careful definition of the recovery zones should allow agencies and the public to know where grizzly bears and grizzly habitat will be managed. Information on range and the biology of bears as well as the nature and quality of habitat is necessary to ensure that habitat is properly managed and that the habitat delineated has sufficient quality and quantity to support a viable population.

### Define the Recovery Zone within which the Grizzly Bear will be Managed. (N31)

The recovery zone for the NCDE was delineated by members of the Northern Continental Divide Management Subcommittee of the IGBC (fig. 7). The recovery zone was defined on the basis of the best available information on bear and bear habitat distribution and needs for a viable, well distributed population. Present boundaries will be defined as the Northern Continental Divide Grizzly Bear Recovery Zone and should be corrected and revised as new data become available.

Changes in the recovery zone lines can be made by a committee appointed by the ecosystem management subcommittee consisting of representatives of the State wildlife agency, the U.S. Fish and Wildlife Service, and the involved land management agencies. Additions to the recovery zone line require that a significant area of seasonally important habitat exist outside the existing recovery zone line that is used by grizzly bears that live primarily within the recovery zone. The area to be added must have significant value to the survival of the bears within the recovery zone. Changes in the recovery zone lines should be made using the best biological information available.

It is recognized that grizzly bears will occur outside the recovery zone lines and that the mere presence of bears outside the recovery zone line is not sufficient reason for changing the line. The area to be added must be of significant biological value to bears residing inside the line. These values must be demonstrated by habitat mapping and bear movement data. Any changes to the recovery zone line should be approved by the ecosystem management subcommittee and the IGBC, and should be subsequently added to the next draft of the recovery plan. Changes in the line should be finalized and effective upon approval by the IGBC.

### Identify Agency Management Stratifications within the Recovery Zone including the Delineation of BMU's and Management Situations I, II, or III as Defined in the Guidelines. (N32)

The BMU's should be defined on the basis of units suitable for application of the CEM. Management situations should be defined according to the Guidelines. Correct delineation of the management situation areas within the recovery zone as necessary as new information becomes available.

### Conduct Research to Determine the Extent of Grizzly Bear Range. (N33)

This research is being conducted by cooperating agencies.

14568

004743

**Northern Continental Divide Grizzly Bear Recovery Area**

## Conduct Research to Determine Habitat Use, Food Habits, Home Range Size, and Seasonal Habitat Preference, and Incorporate into Habitat Management Programs. (N34)

These data should be used to ensure that habitat values are available within the grizzly bear recovery zone and that ongoing management actions do not significantly degrade these habitat values. Information on behavior, population distribution, density, food habits, home range, reproduction, survivorship, and denning activities has been gathered since 1975 by researchers from the MDFWP, the U.S. Fish and Wildlife Service, National Park Service, BLM, Bureau of Indian Affairs (BIA), Tribal authorities, the U.S. Forest Service, British Columbia Wildlife Branch, and university researchers. These data are presented in referenced journals and in annual project reports. It is crucial that this information on the grizzly bears' biological requirements be correlated with habitat conditions. Of particular relevance are habitat factors relating to ecosystem dynamics that may limit the range or food availability of bears. These factors can include climate change, fire effects, and plant phenology, habitat availability changes, and growth patterns of major food species. Detailed information on these factors should be gathered as soon as possible and annual recording of patterns should be initiated in order to recognize habitat dynamics changes as they might occur. This research and habitat evaluation should be undertaken by the IGBST and cooperating agencies. Results should be used by management agencies to judge the effectiveness of management policies. Policies should be adjusted as necessary when research demonstrates the need to do so. One area of special concern is the effect of fire management in grizzly bear habitat. Natural fires can improve grizzly bear habitat by increasing the quality and quantity of food sources. Fire suppression can reduce food availability and reduce habitat quality.

## Conduct Research to Determine the Relationship between Habitat Values, Physiological Condition of Bears, and the Ability of the Habitat to Sustain a Population Density Necessary to Achieve Viable Population Size. (N35)

This research is being conducted by cooperating agencies. Results to be used by management agencies to judge the effectiveness of management policies. Policies should be adjusted as necessary when research demonstrates the need to do so.

## Conduct Research to Determine the Effects of Various Road Densities on Grizzly Bear Habitat Use and Human-caused Bear Mortality. (N36)

This research is being conducted by cooperating agencies. Results to be used by management agencies to judge the effectiveness of management policies. Policies should be adjusted as necessary when research demonstrates the need to do so.

## Conduct Research on the Effects of Habitat Fragmentation Caused by Human Activities, such as Modification of Cover Type, Road Building, and Human Residences, in order to Assess the Possibility of Linkage between Grizzly Bear Ecosystems and between Habitat Tracts within Ecosystems. (N37)

This research is being conducted by the U.S. Fish and Wildlife Service in cooperation with various Federal and State land management agencies, local governments, and the public. Results may be useful to developing long-term cooperative land management planning to include both public and private sectors.

_ 14569

004744

## Evaluate the Applicability of PVA to Grizzly Bear Recovery. (N38)

The PVA are based on theoretical biological models of a species reproduction, survival, and genetic interchange and stability through time. The PVA studies sometimes have been utilized in identifying possible population numbers that may contribute to long-term species survival. The applicability of a PVA study to grizzly bear recovery should be evaluated.

# Monitor Populations and Habitats. (N4)

Population monitoring is necessary to determine the status of the population and to assess the success of conservation efforts associated with recovery. An increasing population validates ongoing management efforts, while a decreasing population indicates a failure to address problems facing the population.

## Monitor Populations Before, During, and After Recovery. (N41)

Develop and apply techniques to ensure the population is carefully monitored.

### Develop and Conduct an Intensive Monitoring System to Measure the Annual Number of Females with Cubs, Family Groups, and Number of Human-caused Mortalities. (N411)

The method is detailed in N11 and N111.

### Develop a System of Agency Responsibilities to Collate, Analyze, and Report Annual Information on Population Data. (N412)

The system is detailed in N112.

### Standardize Observation Report Forms and Methods, and Develop Training Methods for all Persons involved in reporting Sightings of Females with Cubs and Family Groups. (N413)

Reporting system is detailed in N112. Training methods should include identification materials to enable all individuals involved to identify and report the bear species seen, and to report unknown species. Training methods should be distributed to all agency reporting personnel and should be formally presented in training sessions to seasonal and staff personnel at the beginning of each year in order to ensure quality observation data. The need for the consistency of at least a minimum effort should be emphasized.

### Monitor Relocated Bears in Order to Assess the Success of Nuisance Bear Management. (N414)

Efforts to monitor relocated bears should continue within the NCDE.

## Monitor Habitats Before, During, and After Recovery. (N42)

Develop and apply techniques to ensure the habitat is carefully monitored.

### Develop and Apply the CEA Process to allow Monitoring of Effects of Management Actions over a Large Geographic Area of Habitat. (N421)

The CEA should be completed, thoroughly evaluated, and refined. If applicable, it can be applied to assist in judging the suitability of ongoing management actions. Development of CEA requires five phases: (1) data base compilation, (2) software development, (3) testing/validation, (4) development of mortality submodel, and (5) development of thresholds. Biologists' interpretation of data and output should be a continual part of the CEA. The CEA is currently at the testing

1 4 5 7 0

004745

Northern Continental Divide Grizzly Bear Recovery Area

validation stage where data bases are complete. Results of CEA testing and validation in the YGBE will facilitate its use in other grizzly bear ecosystems.

## Complete Habitat Mapping of the Recovery Zone and Digitize these Data so they are Available for Use by the CEA. (N422)

Habitat mapping should be standardized and completed in a format compatible with the CEA. Updating of these habitat maps should be programmed every 5 years, or as necessary.

## Establish a Threshold of Minimal Habitat Values to be Maintained within each CEA Analysis Unit in Order to Ensure that Sufficient Habitat is Available to Support a Viable Population. (N423)

The threshold value or series of values should be used in conjunction with the CEA to judge that ongoing actions in grizzly habitat have not degraded the value and/or availability of the habitat to bears. The objective of determining thresholds is not to establish and maintain minimal values, but to establish a measure of the level of change ongoing in the habitat. Agencies should attempt to manage habitat above threshold values to allow greater environmental flexibility for bears and to benefit recovery.

Threshold values are unknown at this time. Development of the threshold values should be based on the best available biological data on the habitat needs and biology of the grizzly bear. It should be based on the assumption that environmental diversity is necessary for bear survival, especially in years of food shortage due to environmental conditions (i.e., years of berry crop failure or pinenut crop failure).

## Apply CEA to each BMU to Ensure Habitat Quality is Sufficient for Maintenance of a Viable Population and to Monitor Changes in Habitat as a Result of Human Activity. (N424)

As CEA becomes applicable in the NCDE, it should be applied every 5 years to each BMU to monitor changes in habitat quality and availability as a result of human activities and natural processes such as fire and plant succession. Deviations below the desired threshold level will require reanalysis of human activities in the BMU to ensure reattainment of the threshold level. Primary responsibility for CEA application lies with the ecosystem data base coordinator.

## Report Management Activities Successfully used to Manage Habitat. (N425)

This should be completed as part of the ongoing business of the management agencies, the NCDE Management Subcommittee, and the Recovery Coordinator.

## Develop a Conservation Strategy to Outline Habitat and Population Monitoring that will Continue in Force after Recovery. (N426)

Development of a conservation strategy is underway for the NCDE. This conservation strategy should detail the habitat and population monitoring structures that will be in place after removal of the species from the threatened species list in this ecosystem. The conservation strategy should ensure that proper habitat and population monitoring will remain in place to ensure that the species will remain recovered without protection under the Act. The conservation strategy should be finalized and signed by all agencies prior to any consideration of delisting the species. Its existence should demonstrate the existence of adequate regulatory mechanisms as required by section 4(b) of the Act.

_ 14571

004746

## Manage Populations and Habitat. (N5)

Apply the best management techniques to ensure recovered populations.

### Manage Populations and Habitat Prior to Recovery on Federal Lands. (N51)

#### Refine Procedures for Relocating or Aversively Conditioning Nuisance Grizzly Bears. (N511)

Develop and coordinate procedures to expedite the relocation of nuisance bears, and review and update interagency agreements. Relocate bears within 24 hours and continue search for new release areas. Research and develop methods to deal with problem bears and test and develop aversive conditioning of bears, if possible. Evaluate the effects of relocated nuisance bears on resident bears in relocation areas. Refine the Guidelines as necessary.

#### Develop and Test Procedures to Relocate Bears between Areas for Demographic or Genetic Purposes. (N512)

Develop and coordinate interagency agreements and procedures for the introduction of one or more grizzly bears into the breeding population in the Yellowstone area every 10 years for maintenance of genetic diversity. The NCDE could be a source for bears suitable for relocation into the YE. This procedure is a proactive strategy to minimize the possibility of loss of genetic diversity in the YE. Sources of such bears should be ecosystems with larger populations that are not isolated breeding units. Using nuisance bears for this purpose should not be permitted. The NCDE Management Subcommittee should address the use of NCDE bears for this Yellowstone placement effort and initiate a review and position document on this need.

#### Apply Interagency Grizzly Bear Management Guidelines prior to Recovery that Maintain or Enhance Habitats. (N513)

By applying the Guidelines, agencies should ensure that land use activities are conducted in a manner that is compatible with grizzly bear requirements for space and habitat and minimizes the potential for human/bear conflicts. Ensure that road density guidelines are phased within grizzly bear habitat.

### Manage Populations and Habitats on Private and State Lands. (N52)

Develop and apply management guidelines prior to recovery that maintain or enhance habitats. Recommend land use activities compatible with grizzly bear requirements for space and habitat; minimize potential for human/bear conflicts. Implement cooperative efforts with State lands agencies and private landowners to incorporate standards similar to the Guidelines and road density guidelines in order to ensure that management actions will be sensitive to grizzly bear habitat needs. Cooperative efforts between State and Federal land management agencies will facilitate this process.

### Develop a Conservation Strategy that Outlines all Habitat and Population Regulatory Mechanisms in Force after Recovery. (N53)

Develop and implement conservation strategy that outlines all existing habitat and population regulatory mechanisms for each ecosystem. Demonstrate the existence of adequate regulatory mechanisms that will remain after recovery goals are reached. Provide guidelines for the continuation of habitat and population management upon recovery of the grizzly bear population in the ecosystem

_ 14572

004747

through the creation of an NCDE conservation strategy. A conservation strategy is being developed currently for the NCDE. This conservation strategy should detail the habitat and population management structures in the NCDE that will be in place after removal of the species from the threatened species list in this ecosystem. The conservation strategy should ensure that proper habitat and population management should remain in place to ensure that the species will remain recovered without protection under the Act. The conservation strategy should be finalized and signed by all agencies prior to any consideration of delisting the species. Its existence should demonstrate the existence of adequate regulatory mechanisms as required by section 4(b) of the Act.

## Develop and Initiate Appropriate Information and Education Programs. (N6)

Managing human-induced mortalities is a major factor in effecting the recovery of the grizzly bear. Therefore, it is crucial to the recovery effort that the public understand reasons for actions in order to generate tolerant or positive attitudes toward the bear. The IGBC has appointed an I&E subcommittee to develop education programs and disseminate information. Private conservation organizations interested in the recovery of grizzly bears provide valuable assistance when they include appropriate information in their publications and news releases.

### Evaluate Public Attitudes toward Grizzly Bear Management, Habitat Protection and Maintenance, Land Use Restrictions, Mitigating Measures, Relocation of Bears, Hunting, Nuisance Bear Control Actions, and Habitat Acquisition or Easement. (N61)

Public attitudes are a major part of the success or failure of grizzly bear recovery efforts. Understanding of these attitudes and the basis for public sentiment is important. Carefully designed research surveys by qualified scientists experienced in such sampling should be initiated. The management subcommittee members should formulate the basic questions and attitudes of interest. The data will be useful in designing public outreach programs to foster public support for recovery programs.

### Formulate Ways to Improve Public Attitudes about Grizzly Bears and the Grizzly Bear Recovery Program. (N62)

Agencies should use the data on public attitudes to formulate public relations and I&E programs through the respective I&E offices of each agency and the I&E subcommittee of the IGBC. Agencies having the authority and responsibility for grizzly bear control actions should institute and carry out I&E programs to inform citizens having problems with grizzly bears of the appropriate procedures and contacts for assistance.

## Implement the Recovery Plan through Appointment of a Recovery Coordinator. (N7)

The Fish and Wildlife Service has appointed a Recovery Coordinator to collate relevant information on grizzly bears and to coordinate and stimulate compliance and action to implement the recovery plan. The Coordinator should submit progress reports and conduct workshops and meetings as necessary. This position provides a central focus for the accumulation, exchange, and dissemination of information, and a central point for multi-agency coordination that will aid in the judicious use of resources and materially enhance the recovery effort.

_ 14573

004748

## Revise Appropriate Federal and State Regulations to Reflect Current Situations and Initiate International Cooperation. (N8)

Ensure consistent, up-to-date regulations and maintain international cooperation and communication with all other countries where brown bears are being managed.

### Revise Federal and State Regulations as Necessary. (N81)

The Recovery Coordinator should initiate the revision of Federal regulations when necessary through the *Federal Register* and CFR. The Recovery Coordinator should assist States in regulation revisions as necessary to ensure that regulations provide the State management authority with the ability to control bear mortality. Such authority is necessary to ensure that adequate regulatory mechanisms exist. These regulations include CFR regulations and national forest and national park regulations regarding sanitation. State regulations involved include regulations on the taking of bears and management of hunting. Hunting of grizzly bears should be evaluated as a management tool to relieve population pressures where such pressures are demonstrated.

### Coordinate and Exchange Information and Expertise with Canada and other Countries Concerning Bear Research and Management. (N82)

This will increase information exchange of state-of-the-art bear research and management, and will promote international cooperation and improve management and recovery efforts. All IGBC member agencies and the Coordinator should exchange information and expertise concerning recovery activities with Canada and other countries managing bears. International cooperation is critical to the success of the grizzly bear recovery effort. Four grizzly populations span the U.S./Canada border and the cooperation and involvement of Canadian management authorities will facilitate conservation of grizzlies in the U.S. Management authorities from British Columbia and Alberta need to be full participants in all aspects of the recovery program. Research conducted in Canada on grizzly bears is applicable to situations in the U.S.; cooperation in funding such research, cooperative efforts involving personnel from both countries, and sharing of research results is vital. Joint U.S./Canadian management of bears and bear habitat is necessary for the four ecosystems that lie along the U.S./Canada border. Cooperative international management plans should be developed for each ecosystem along the border incorporating concerns about the continued maintenance of habitats and populations. Such plans currently are being developed by MDFWP and wildlife agencies in British Columbia and Alberta.

International communication on bears and bear management is necessary to the success of the recovery effort. Many of the management problems and considerations facing the threatened grizzly bears in the U.S. such as insular populations, small population size, conflicts with timber harvest and livestock grazing, genetic concerns relating to small population size, movement of bears from one area to another, management of sport hunting, and public attitudes are also facing many of the other species of bears in Europe and Asia. Sharing of information on management approaches and techniques will facilitate recovery in the U.S. as well as assist managers and researchers in other countries. The Recovery Coordinator should facilitate cooperation and international communication and provide information gained to managers and researchers as necessary.

14574



Figure 10.

14575

## · Cabinet/Yaak Grizzly Bear Recovery Zone

*Subgoal: For the Cabinet/Yaak Grizzly Bear Recovery Zone (CYE), six females with cubs over a running 6-year average both inside the recovery zone and within a 10 mile area immediately surrounding the recovery zone, excluding Canada; 18 of 22 BMU's occupied by females with young from a running 6-year sum of verified evidence; and known, human-caused mortality not to exceed 4 percent of the population estimate based on the most recent 3-year sum of females with cubs. Furthermore, no more than 30 percent of this 4 percent mortality limit shall be females. These mortality limits cannot be exceeded during any 2 consecutive years for recovery to be achieved. Presently grizzly bear numbers are so small in this ecosystem that the mortality goal shall be zero known human-caused mortalities.*

### Establish the Population Objective for Recovery and Identify the Limiting Factors. (C1)

Approximately 2,600 mi² (6,734 km²) are delineated as the recovery zone in this area (fig. 10). At recovery levels, it is anticipated that the minimum population will be approximately 100 grizzly bears in this ecosystem. The basis for this goal is the relatively small size of this recovery zone. It should be noted that the 100 bears projected as the goal for this area are a subset of a much larger population that is contiguous with grizzly bear populations northward into Canada. Bears will and do move freely back and forth into the recovery zone from adjacent grizzly bear habitat in Canada. The population goal is set to ensure that a sufficient population of grizzly bears exists throughout the area to allow for a continued population in the U.S. portion of this area. The goal indicates the status, based on the three key items monitored, of the population in the Cabinet/Yaak portion of this contiguous area. These goals will be revised as necessary or as new information becomes available.

Recovery targets for the CYE grizzly bear recovery zone were developed using the following assumptions and methods:

(1)   Recovery of the CYE grizzly bear population depends upon verification that the population meets the criteria for a recovered population. A recovered population is defined as one that (a) can sustain the existing level of known and unknown, unreported, human-caused mortality that exists within the CYE, and (b) is well distributed throughout the recovery zone in the CYE.

(2)   Assuming that a minimum of 100 bears is a reasonable goal based on the size of the ecosystem and because it is contiguous with grizzly populations in Canada, the target for the minimum number of unduplicated females with cubs on a running 6-year average is six verified reports, both inside the recovery zone and within a 10 mile area immediately surrounding the recovery zone, excluding Canada. The target was derived using the following facts and assumptions about the grizzly bear population in the CYE:

(a)   A running 6-year average of unduplicated females with cubs is based on a 3-year reproductive cycle and will allow at least 2 years when each adult female alive can be reported with cubs. A running 6-year tally will also stabilize the average and make it less sensitive to changes in annual reporting levels and sightability.

004751

Cabinet/Yaak Grizzly Bear Recovery Zone

(b) On average, 33 percent of adult females (at least 5 years old) will be with cubs each year. This is based on an average 3-year reproductive interval for adult females. Thus, the 6-year average number of females with cubs can be multiplied by three to estimate the minimum number of adult females in the population.

(c) The reporting efficiency for females with cubs is estimated to be 60 percent. Thus, of all females with cubs in the CYE in a given year, on average 60 percent will be detected/seen and reported (based on average reporting of females on the Rocky Mountain Front, Montana, Aune and Kasworm 1989). This is a conservative estimate of females with cubs. Because of the forested nature of much of the CYE, the reporting efficiency is most likely lower than 60 percent. Therefore, the calculated minimum number of females with cubs will underestimate the actual number. This process is designed to err on the side of the bear.

(d) The grizzly population in the CYE is assumed to be 50 percent adults and 50 percent subadults (Grizzly Bear Compendium, 1987, pp. 47-59).

(e) The sex ratio of both adults and subadults is assumed to be 1:1 (Grizzly Bear Compendium, 1987. pp. 47-59).

(f) The proportion of adult females in the population is 28.40 percent (using methods in Knight et al. 1988, Appendix C, and Knight et al. 1993, Appendix D).

The target of at least 6 females with cubs is sufficient to indicate a minimum population of at least 106 bears (using method of Knight et al. 1988) (Appendix C):

6 females with cubs seen divided by 0.6 (sightability correction factor) = 10 total females with cubs; 10 × 3 = 30 adult females; 30 divided by 0.2840 (the assumed proportion of adult females in population) = a minimum of 106 grizzly bears in the CYE.

(3) There is a relationship between sustainable human-caused mortality and the number of unduplicated females with cubs. Therefore, the number of females with cubs can be useful in managing mortality.

(4) Human-caused mortality will continue at some long-term rate due to inevitable interactions between bears and people.

(5) Unknown, unreported, human-caused mortality occurs each year at some level.

(6) The maximum human-caused mortality level that can be sustained without population decline by a grizzly bear population is 6 percent when no more than 30 percent of these mortalities are females (Harris 1984).

(7) The present minimum population estimate for the Cabinet/Yaak ecosystem is 15-20 bears. Insufficient monitoring data are available to report the number of females with cubs at this time. Because of low estimated population and uncertainty in estimates, the current human-caused mortality goal to facilitate recovery of the population is zero. In reality, this goal may not be realized because human-bear conflicts are likely to occur at some level within the ecosystem. Management will strive to prevent all human-caused grizzly bear mortality in the CYE.

14577

004752