(8)  In the future, to facilitate recovery of the population as population growth is realized and to allow for both error in minimum population estimates and for unknown, unreported mortality, the human-caused mortality limit for the CYE population will be 4 percent, 30 percent of which may be females. In order to account for changes in population size and to establish a link between population size and known, human-caused mortality, the mortality limit will be recalculated annually using the most recent 3-year sum of females with cubs as described in Y1. The lead for completion of these calculations shall be the Recovery Coordinator of the U.S. Fish and Wildlife Service working in cooperation with other agencies. This mortality level is conservative because:

(a)  it is applied to a minimum population estimate that is based on the number of females with cubs seen in the CYE, corrected by a conservative sightability factor (as detailed in 2c). It is recognized that the actual population size is likely higher than the estimate; and

(b)  according to Harris (1985), a grizzly bear population can sustain 6 percent human-caused mortality without experiencing a decline in that population.

For the present CYE population estimate, the annual goal is zero known, human-caused mortality. The female mortality limit will remain zero until the three key parameters indicate a minimum population of approximately 100 grizzly bears.  Management will strive to prevent all human-caused mortality within and surrounding the CYE. If control actions are deemed absolutely necessary, the population will probably not experience overall decline if human-caused mortality remains less than 4 percent. For instance, a population of 86 grizzly bears could theoretically sustain a total of three mortalities or one female mortality annually (86 x 0.04 = 3, and 3 x 0.30 = 1).  However, these calculations do not account for demographic, genetic, or other problems that can be amplified dramatically in such small populations.

## Determine Population Conditions at which the Species is Viable and Self-sustaining. (C11)

Reevaluate and refine population criteria as new information becomes available.  The grizzly bear population in the CYE will be viable when monitoring efforts indicate that recruitment and mortality are at levels supporting a stable or increasing population, and reproducing females are distributed throughout the recovery zone.  The population will be judged as meeting recovery population requirements when, as determined through systematic monitoring throughout the recovery zone, it meets each of the following criteria:

(a)  The average number of unduplicated female grizzly bears with cubs is a minimum of six annually on a running 6-year average both inside the recovery zone and within a 10 mile area immediately surrounding the recovery zone, excluding Canada.

(b)  The distribution of family groups of grizzly bears represented by female grizzly bears accompanied by cubs or yearlings or 2-year olds is reported in 18 of the 21 BMU's on a running 6-year sum of observations. This is equivalent to verified evidence of at least one grizzly bear female with young within 18 of 21 BMU's over a 6-year period.

(c)  The known, human-caused mortality level does not exceed 4 percent of the population estimate based on the most recent 3-year sum of females with cubs, minus known adult female mortality. Additionally, no more than 30 percent of the known, human-caused mortality limit shall be females.  However, the mortality goal for this ecosystem is zero until the three key parameters monitored indicate a population of approximately 100 bears.

— 14578

004753

**Cabinet/Yaak Grizzly Bear Recovery Zone**

### Determine Population Monitoring Methods and Criteria. (C111)

The maintenance of a secure and robust grizzly bear population will require ongoing careful monitoring. This monitoring should provide data to allow reasonable assurance that the population is secure. The greater the number of parameters monitored, the greater the assurance that the information is representative of the status of the population.

With this in mind, a system has been developed to monitor a wide range of parameters, with three being of primary importance. These include (1) unduplicated number of females with cubs seen annually, (2) the distribution of females with young throughout the ecosystem, and (3) the annual number of known human-caused mortalities. Other factors should also be monitored to increase the confidence in the information, but these three parameters will be the key criteria used to judge the status of the population. The target of distribution by females with young is designed to demonstrate adequate dispersion of the reproductive cohort within the recovery zone. Distribution of reproducing females also will provide evidence of adequate habitat management assuming that successful reproduction is an indicator of habitat sufficiency. Lastly, adequate distribution of family groups indicates future occupancy of these areas because grizzly bear offspring, especially female offspring, tend to occupy habitat within or near the home range of their mother after weaning.

### Establish Reporting Procedures and Systems to Gather and Evaluate Information on Populations. (C112)

All cooperating agency personnel should report females with cubs of the year on the standard form as stated in the Guidelines (U.S. Forest Service 1985). Agency personnel should be assigned to and responsible for one or more bear management units to ensure consistency in collection of reporting information. It should be the responsibility of such personnel to submit an annual report of the number of verified females with cubs for their respective BMU's to the appropriate reporting point by December 1 for compilation.

To eliminate duplicate reports, sightings and track data should be reviewed by agency representatives at an annual meeting. Methods to eliminate duplicate reports should follow Knight and Blanchard (1993). A running 6-year average of unduplicated females with cubs should be calculated using the annual report data. All unduplicated females with cubs within the U.S. outside the recovery zone line but within 10 airline miles of the line shall be counted as part of the total number seen within the recovery zone during that year. Additionally, observations of females with young should be plotted annually for a running 6-year cumulative total for determination of occupancy.

## Determine Current Population Conditions. (C12)

The present grizzly bear population in the CYE is far below the levels necessary for viability. It is estimated that the population of grizzly bears in the east and west Cabinet Mountains is less than 15 animals. During 5 years of intensive research from 1983-87, only 3 grizzly bears were captured in this area while over 180 black bears were captured (Kasworm and Manley 1988). One female was known in this area, and she was 34 years old when she lost her collar in 1989. She is apparently beyond reproductive age and has never been seen with young during 6 years of monitoring. In 1990, a subadult female was successfully relocated into the Cabinet portion of the ecosystem (Kasworm and Thier 1991a). A second female was relocated into the Cabinets in 1992 (Kasworm et al. 1993). This female was seen with a cub in the spring of 1993. Both bears are known to have remained in the Cabinets. The Yaak

14579

004754

area between the Kootenai River and the Canadian border has a small grizzly population. Eight grizzly bears were captured and radio-collared in the Yaak during 1986-1991, and reproduction has been documented. Detailed monitoring of females with cubs in the CYE has been limited. Ongoing research activities should include the development and implementation of a reporting process.

## Identify the Human-related Population Limiting Factors if Present Populations Differ from Desired. (C13)

Mortality from direct and indirect sources within and surrounding the recovery zone must be addressed if populations are to recover.

### Identify Sources of Direct Mortality. (C131)

Sources of direct mortality include illegal hunting, poaching, vandal killing, and malicious killing. Accidental killings are a result of mistaken identity by black bear hunters. Private citizen control by livestock operators, apiarists, outfitters, hunter defense of quarry, and resort operators for protection of property also may result in direct mortality. Accidental deaths result from road kills (automobiles, trains, etc.) or handling error when bears are captured for management or research. Direct mortality may also occur during agency control of nuisance bears for livestock conflicts, other property damage, or life-threatening situations. Live removal of a grizzly to a zoo or another ecosystem as part of nuisance bear management is also considered a mortality because individual relocated bears are no longer part of the population. Mortality occasionally results from actions of private citizens for self-defense or defense of others.

### Identify Sources of Indirect Mortality. (C132)

Sources of indirect mortality are those actions that bring bears and people into conflict such as road use, land development, and recreation. These actions include but are not limited to road construction, livestock grazing operations, timber harvest, mining, water development, energy exploration/development, recreation, and human development of conflicting enterprises, (sub-divisions, dog kennels, fish farms, pig farms, livestock disposal sites, garbage dumps, etc.).

### Determine Effects of Human Activities on Bears and Bear Habitat and Incorporate the Results into Management Plans and Decisions on Human Activities. (C133)

Complete research to document the effects of timber harvest, road use, oil and gas exploration, hard rock mining, and recreation on behavior, physiological condition, population distribution, density, food habits, home range, reproduction, survivorship, and denning activities of grizzly bears. Revise the Guidelines as necessary as this information is obtained.

## Redress Population Limiting Factors. (C2)

Develop ways to minimize actions that limit populations.

### Reduce Sources of Direct Mortality. (C21)

The recommended annual human-induced grizzly bear mortality limit for expediting species recovery is zero. This is necessary for the present because of the low population of grizzly bears in this ecosystem. This mortality limit may not be achieved because some level of human-bear conflict within the ecosystem is inevitable. Reaching recovery goals will be facilitated if all human-caused mortality within and outside the recovery zone does not exceed 4 percent of the estimated population based on

_ 14580

004755

Cabinet/Yaak Grizzly Bear Recovery Zone

the most recent 3-year sum of females with cubs, and no more than 30 percent of this mortality is female (see C1. above).

Known, human-caused mortalities in excess of the level sustainable at a given number of unduplicated females with cubs could result in population decline, while mortalities below this level would likely result in population increase. As the grizzly population increases, the number of sustainable, known, human-induced mortalities also increases. The known number of females with cubs will be used to calculate what is believed to be a minimum population estimate; therefore, the projected number of sustainable mortalities (less than 4 percent of this minimum population) is conservative.

However, at this time, there are insufficient numbers of bears in the Cabinet/Yaak to sustain even low levels of human-caused mortality. Therefore, management should strive to prevent all human-caused mortality.

### Reduce Illegal Killing. (C211)

Use all methods possible to minimize illegal mortality.

#### Coordinate State, Federal, and Canadian Law Enforcement Efforts. (C2111)

Provide a concerted law enforcement effort by designating a specially trained law enforcement team coordinated by the U.S. Fish and Wildlife Service to minimize the illegal kill of grizzly bears. One or more persons representing the U.S. Fish and Wildlife Service, U.S. Forest Service, States of Montana and Idaho, and British Columbia should be appointed. Each member should receive specialized training to work on illegal kills of grizzly bears. The team should be trained initially by biologists in such matters as distribution, home ranges of identifiable bears, movements by season, mating habits, current location of radio-marked bears, and other biological information that may be helpful to the team.

All incidents of grizzly bear kills, suspected illegal activities, and rumors of kills should be communicated between the enforcement team and their respective agencies on a daily basis or as often as is practical.

The Enforcement Team Leader should keep all members of the enforcement team informed and should organize coordination meetings as needed. Special emphasis should be directed at covert operations that may be operating commercially.

The Enforcement Team should operate through an interstate, interagency agreement under the direction of the U.S. Fish & Wildlife Service.

It is imperative that the group leader establish a line of communications and rapport with all field personnel, field office staff, and local law enforcement agencies in order that he/she may be notified immediately on a violation or threat on a violation.

Public assistance should be solicited in reporting suspected or known illegal kills. Persons furnishing information that leads to a finding of civil violation or a conviction of a criminal violation of 50 CFR 17.40 regarding grizzly bears can be rewarded up to one half of the fine or civil penalty.

_ 14581

004756

States having toll-free numbers for reporting violations or for information should publicize their numbers as means of reporting grizzly problems and grizzly bear deaths.

### Reduce Illegal Killing by Big Game Hunters and Mistaken Identity Killing by Black Bear Hunters. (C2112)

Montana and Idaho should make information about handling and storing game available to big game hunters to reduce the likelihood of the carcass being claimed by a grizzly. Information should be provided to all black bear hunters to assist them in distinguishing between black and grizzly bears. Montana and Idaho should issue special warnings to black bear hunters using areas frequented by grizzly bears. Black bear hunting regulations should be modified as appropriate to reduce or eliminate areas of significant conflicts or time periods of conflict. Special attention should be given to evaluate and eliminate as necessary bear baiting in recovery zones. Bear baiting is prohibited in all portions of Montana.

### Investigate and Prosecute Illegal Killing of Grizzly Bears. (C2113)

The special enforcement team should investigate accidental grizzly bear kills and recommend prosecution when appropriate.

### Reduce Accidental Deaths. (C2114)

Minimize those activities that result in attraction of bears to sites of conflict and management mistakes that might result in losses.

#### Increase Efforts to Clean up Carrion and Other Attractants in Association with Roads, Human Habitation, and Developed Areas within Recovery Zones. (C21141)

All agencies should evaluate and improve warning signs along highways and roads in high-use grizzly bear areas. All agencies should increase efforts to clean up carrion and other attractants along highways and other routes within occupied grizzly bear range.

#### Reduce Losses Due to Mishandling of Bears During Research and Management Actions through Development of a Bear Handling Manual. (C21142)

To reduce losses due to mishandling of bears (e.g., an overdose of immobilizing drugs or improper handling), only experienced personnel that are certified by a sponsoring unit having the required permits and knowledge in the application of capture techniques, immobilizing drugs, transportation of drugged animals, and scientific data collection should handle grizzly bears. Only the safest, most effective drugs available should be used. A detailed manual for trapping, immobilizing, transporting, and handling grizzly bears has been prepared for use by all agencies as a training and reference manual.

#### Reduce Losses Due to Predator and Rodent Control. (C21143)

Agencies responsible for licensing, conducting, or in any way overseeing predator or rodent damage control programs using toxic substances in occupied grizzly bear habitat should use the most selective (but effective) rodenticide available, and use it in lowest effective dosage. Poison bait should be used only under the onsite supervision of a certified applicator. Poisoning within grizzly bear habitat should be delayed as long as possible into July to minimize the potential for grizzly bears to consume poisoned rodents or bait.

14582

004757

Cabinet/Yaak Grizzly Bear Recovery Zone

Agency control on Federal lands should be in accordance with 50 CFR 17.40. For grizzly bears involved in livestock conflicts, animal damage control officers should follow the Guidelines and other interagency agreements.

### Ensure that Control of Nuisance Bears is Accomplished According to 50 CFR 17.40 and the Guidelines. (C21144)

All management control actions should be carried out according to the Guidelines. The only legal citizen control of a grizzly bear is that related to self-defense or defense of others. The law enforcement team should carefully investigate every case of grizzly bear mortality alleged to be self-defense or defense of others.

### Reduce Losses by Developing and Implementing Public Education and Awareness Programs. (C21145)

Accidental mortalities and nuisance bear mortalities are often the result of lack of information about the effects of human behavior on grizzly bears such as sanitation in residential areas and back-country areas as well as the behavior of back-country visitors. Agencies should cooperate in the development and implementation of public education programs.

## Appoint a Grizzly Bear Mortality Coordinator. (C212)

The U.S. Fish and Wildlife Service has appointed an employee of MDFWP as grizzly bear mortality coordinator to tabulate annual bear mortality for this ecosystem and ensure that all cooperating agencies and the public have current mortality data. The coordinator should maintain key contacts with all agencies and keep detailed records of all conditions surrounding each grizzly bear death. A standard form meeting the needs of all agencies should be prepared.

## Identify and Reduce Sources of Indirect Mortality. (C22)

Ongoing human actions in grizzly habitat contribute to bear-human conflicts that often result in bear deaths. Management of these activities in consideration of the needs of bears will reduce indirect mortality.

### Make Domestic Livestock Grazing Compatible with Grizzly Bear Habitat Requirements. (C221)

Encourage consideration of grizzly habitat needs regarding grazing on State and private lands. On Federal lands, the Guidelines should be applied to make grazing operations compatible with grizzly bear spacial and seasonal habitat requirements. On State and private lands, agencies and field personnel of agencies involved in grizzly bear management should communicate the intent of the Guidelines as a cooperative extension effort.

### Make Timber Harvest and Roadbuilding Compatible with Grizzly Bear Habitat Requirements. (C222)

Encourage consideration of grizzly habitat needs relating to timber harvest and roadbuilding on State and private lands. On Federal lands, the Guidelines should be applied and road density guidelines should be phased in to make timber operations compatible with grizzly bear spacial and habitat requirements. On State and private lands, agencies and field personnel of agencies involved in grizzly bear management should communicate the intent of the Guidelines and road density guidelines as a cooperative extension effort.

_ 14583

004758

### Make Mining and Oil and Gas Exploration and Development Compatible with Grizzly Bear Habitat Requirements. (C223)

Encourage consideration of grizzly habitat needs and road density guidelines relating to mining and oil and gas exploration on State and private lands. On Federal lands or lands where subsurface rights are under Federal jurisdiction, the Guidelines should be applied; road density guidelines should be phased in to make mining and energy operations compatible with grizzly bear spacial and habitat requirements. On State and private lands, agencies and field personnel of agencies involved in grizzly bear management should communicate the intent of the Guidelines and road density guidelines as a cooperative extension effort.

### Make Recreation on Federal Lands Compatible with Grizzly Bear Habitat Needs. (C224)

On Federal lands, the Guidelines should be applied and road density guidelines should be phased in to make recreation activities compatible with grizzly bear spacial and habitat requirements.

### Coordinate with State and County Governments to Make Land Development and Land Use Decisions within the Recovery Zones Compatible with Grizzly Bear Habitat Needs. (C225)

Land management agencies, State regulatory agencies, county commissioner, and county zoning boards should be encouraged to give consideration to the needs of grizzly bears in any actions requiring their approval. When homes, summer homes, cabins, camps, farm operations, etc., with attendant dog kennels, pig farms, garbage dumps, and livestock disposal sites are allowed to invade the habitat occupied by grizzly bears, they should directly or indirectly effectively reduce the space and habitat necessary for the bears survival. For private lands not subject to the above restrictions, wildlife managers should give consideration to purchase, lease, or easement if habitat components are necessary to survival of the species.

### Monitor the Cumulative Effects of Management Actions in Grizzly Bear Habitat. (C226)

Determine the cumulative effects of all or any combination of the actions described above (C221-C225) that may adversely impact grizzly bears through application of the cumulative effects model on an ongoing basis. Past adverse impacts on the bears and their habitat must be a major consideration in the evaluation of any new action. New actions must be evaluated on a regional basis to avoid the cumulative effects of several well planned individual actions impacting bears from too many directions simultaneously. Historical records indicate that at some point in time, probably associated with the degree of stress, grizzly bears will no longer use certain portions of their former range. Therefore, each new action has the potential of being "the last straw" from the standpoint of the bear, and every effort must be made to evaluate each new action with respect to former and future actions.

## Coordinate, Monitor, and Report Activities Relating to Redressing Population-limiting Factors, and Monitor Compliance with the Recovery Plan. (C23)

This should be accomplished through the activities of the Coordinator and the management subcommittees of the IGBC. Actions should be taken by the management committees as necessary to address needs and to ensure implementation of the recovery plan and the application of the Guidelines.

14584

004759

Cabinet/Yaak Grizzly Bear Recovery Zone

## Determine the Habitat and Space Required for the Achievement of the Grizzly Bear Population Goal. (C3)

Careful definition of the recovery zones will allow agencies and the public to know where grizzly bears and grizzly habitat will be managed. Information on range and the biology of bears as well as the nature and quality of habitat is necessary to ensure that habitat is properly managed and that the habitat delineated has sufficient quality and quantity to support a viable population.

### Define the Recovery Zone within which the Grizzly Bear will be Managed. (C31)

The recovery zone for the CYE was delineated by members of the Northwest Ecosystem Management subcommittee of the IGBC (fig. 10). The recovery zone was defined on the basis of the best available information on bear and bear habitat distribution and needs for a viable, well distributed population. Present boundaries will be defined as the Cabinet/Yaak Grizzly Bear Recovery Zone and should be corrected and revised as new data become available.

Changes in the recovery zone lines can be made by a committee appointed by the ecosystem management subcommittee consisting of representatives of the State wildlife agency, the U.S. Fish and Wildlife Service, and the involved land management agencies. Additions to the recovery zone require that a significant area of seasonally important habitat exist outside the existing recovery zone line, and that it be used by grizzly bears that live primarily within the recovery zone. The area to be added must have significant value to the survival of the bears within the recovery zone. Changes in the recovery zone lines should be made using the best biological information available.

It is recognized that grizzly bears will occur outside the recovery zone lines and that the mere presence of bears outside the recovery zone line is not sufficient reason for changing the line. The area to be added must be of significant biological value to bears residing inside the line. These values must be demonstrated by habitat mapping and bear movement data. Any changes to the recovery zone line should be approved by the ecosystem management subcommittee and the IGBC, and should be added to the next draft of the recovery plan.

### Identify Agency Management Stratifications within the Recovery Zone including the Delineation of BMU's and Management Situations I, II, or III as Defined in the Guidelines. (C32)

The BMU's should be defined on the basis of units suitable for application of the CEM. Management situations should be defined according to the Guidelines (1985). Correct delineation of the management situation areas within the recovery zone as necessary as new information becomes available.

### Conduct Research to Determine the Extent of Grizzly Bear Range. (C33)

This research is being conducted by cooperating agencies.

### Conduct Research to Determine Habitat Use, Food Habits, Home Range Size, and Seasonal Habitat Preference and Incorporate into Habitat Management Programs. (C34)

These data should be used to ensure that habitat values are available within the grizzly bear recovery zone, and that ongoing management actions do not significantly degrade these habitat values. Information on behavior, population distribution, density, food habits, home range, reproduction, survivorship, and denning activities has been gathered since 1982 by researchers from the MDFWP, the

_ 14585

004760

U.S. Fish and Wildlife Service, the U.S. Forest Service, and university researchers. These data are presented in peer-reviewed journals and in annual project reports.

It is crucial that this information on the grizzly bears biological requirements be correlated with habitat conditions. Of particular relevance are habitat factors relating to ecosystem dynamics that may limit the range or food availability of bears. These factors can include climate change, fire effects, plant phenology, habitat availability changes, and growth patterns of major food species. Detailed information on these factors should be gathered as soon as possible, and annual recording of patterns should be initiated in order to recognize habitat dynamics changes as they might occur. This research and evaluation should be conducted by cooperating agencies. Results are to be used by management agencies to judge the effectiveness of management policies. Policies should be adjusted as necessary when research demonstrates the need to do so. One area of special concern is the effect of fire management in grizzly bear habitat. Natural fires can improve grizzly bear habitat by increasing the quality and quantity of food source. Fire suppression can reduce food availability and reduce habitat quality.

## Conduct Research to Determine the Relationship between Habitat Values, Physiological Condition of Bears, and the Ability of the Habitat to Sustain a Population Density Necessary to Achieve Viable Population Size. (C35)

This research is being conducted by cooperating agencies. Results to be used by management agencies to judge the effectiveness of management policies. Policies should be adjusted as necessary when research demonstrates the need to do so.

## Conduct Research to Determine the Effects of Various Road Densities on Grizzly Bear Habitat Use and Human-caused Bear Mortality. (C36)

This research is being conducted by cooperating agencies. Results to be used by management agencies to judge the effectiveness of management policies. Policies should be adjusted as necessary when research demonstrates the need to do so.

## Conduct Research on the Effects of Habitat Fragmentation Caused by Human Activities, such as Modification of Cover Type, Road Building, and Human Residences, in order to Assess the Possibility of Linkage between Grizzly Bear Ecosystems and between Habitat Tracts within Ecosystems. (C37)

This research is being conducted by the U.S. Fish and Wildlife Service in cooperation with various Federal and State land management agencies, local governments, and the public. Results may be useful to developing long-term cooperative land management planning to include both public and private sectors.

## Evaluate the Applicability of PVA to Grizzly Bear Recovery. (C38)

The PVA are based on theoretical biological models of a species reproduction, survival, and genetic interchange and stability through time. The PVA studies have been utilized sometimes in identifying possible population numbers that may contribute to long-term species survival. The applicability of a PVA study to grizzly bear recovery should be evaluated.

## Monitor Populations and Habitats. (C4)

Population monitoring is necessary to determine the status of the population and to assess the success of conservation efforts associated with recovery. An increasing population validates ongoing management efforts, while a decreasing population indicates a failure to address problems facing the population.

### Monitor Populations Before, During, and After Recovery. (C41)

Develop and apply techniques to ensure the population is carefully monitored.

#### Develop and Conduct an Intensive Monitoring System to Measure the Annual Number of Females with Cubs, Family Groups, and Number of Human-caused Mortalities. (C411)

The method is detailed in C11 and C111.

#### Develop a System of Agency Responsibilities to Collate, Analyze, and Report Annual Information on Population Data. (C412)

The system is detailed in C112.

#### Standardize Observation Report Forms and Methods, and Develop Training Methods for all Persons involved in Reporting Sightings of Females with Cubs and Family Groups. (C413)

Reporting system detailed in C112. Training methods should involve identification materials to enable individuals involved to be able to identify the bear species seen or to be able to report unknown species. Training methods should be distributed to all agency reporting personnel, and should be formally presented in training sessions to seasonal and staff personnel at the beginning of each field season in order to ensure quality observation data.

#### Monitor Relocated Bears in Order to Assess the Success of Nuisance Bear Management. (C414)

The probability of having nuisance bears at such low bear densities is slight; however, if a bear should become a nuisance such bears should be relocated and monitored.

### Monitor Habitats Before, During, and After Recovery. (C42)

Develop and apply techniques to ensure the habitat is carefully monitored.

#### Develop and Apply the CEA Process to Allow Monitoring of Effects of Management Actions over a Large Geographic Area of Habitat. (C421)

The CEA should be completed, thoroughly evaluated, and refined. If applicable, it can be applied to assist in judging the suitability of ongoing management actions. Development of CEA requires five phases (1) data base compilation, (2) software development, (3) testing/validation, (4) development of mortality submodel, and (5) development of thresholds. Biologists' interpretation of data and output should be a continual part of the CEA. The CEA is currently at the testing/validation stage where data bases are complete. Results of CEA testing and validation in the YGBE will facilitate its use in other grizzly bear ecosystems.

– 14587

004762

## Complete Habitat Mapping of the Recovery Zone and Digitize these Data so they are Available for use by the CEA. (C422)

Habitat mapping should be standardized and completed in a format compatible with the CEA. Updating of these habitat maps should be programmed every 5 years, or as necessary.

## Establish a Threshold of Minimal Habitat Values to be Maintained within each CEA unit in Order to Ensure that Sufficient Habitat is Available to Support a Viable Population. (C423)

The threshold values or series of values are the benchmarks used in conjunction with the CEA to judge that ongoing actions in grizzly habitat have not degraded the value and/or availability of the habitat to bears. The objective of determining thresholds is not to establish and maintain minimal values, but to establish a measure of the level of ongoing change in the habitat. Management should attempt to manage habitat above threshold values. Maintenance of habitat values above the threshold values allows greater environmental flexibility for bears and will benefit recovery.

Threshold values are unknown at this time. Development of the threshold values should be based on the best available biological data on the habitat needs and biology of the grizzly bear. It should be based on the assumption that environmental diversity is necessary for bear survival, especially in years of food shortage due to environmental conditions (i.e., years of berry crop failure).

## Apply CEA to each BMU to Ensure Habitat Quality is Sufficient for Maintenance of a Viable Population and to Monitor Changes in Habitat as a Result of Human Activity. (C424)

As CEA becomes applicable in the CYE, it should be applied every 5 years to each BMU to monitor changes in habitat quality and availability as a result of human activities and natural processes such as fire and plant succession. Deviations below the desired threshold level will require reanalysis of human activities in the BMU to ensure reattainment of the threshold level. Primary responsibility for CEA application lies with the ecosystem data base coordinator.

## Report Management Activities Successfully used to Manage Habitat. (C425)

This should be completed as part of the ongoing business of the management agencies, the Northwest Ecosystems Management Subcommittee, and the Recovery Coordinator.

## Develop a Conservation Strategy to Outline Habitat and Population Monitoring Mechanisms that will Continue in Force after Recovery. (C426)

This should be completed as population status data indicate attainment of the recovery targets. This conservation strategy should detail the habitat and population monitoring structures in the Cabinet/Yaak Ecosystem that will be in place after removal of the species from the threatened species list in this ecosystem. The conservation strategy should ensure that proper habitat and population monitoring will remain in place to ensure that the species will be remain recovered without protection under the Act. The conservation strategy must be finalized and signed by all agencies prior to any consideration of delisting the species. Its existence should demonstrate the existence of adequate regulatory mechanisms as required by section 4(b) of the Act.

004763

Cabinet/Yaak Grizzly Bear Recovery Zone

## Manage Populations and Habitat. (C5)

Apply the best management techniques to ensure recovered populations.

### Manage Populations and Habitats Prior to Recovery on Federal Lands. (C51)

#### Refine Procedures for Relocation of or Aversively Conditioning Nuisance Grizzly Bears. (C511)

Develop and coordinate procedures to expedite the relocation of nuisance bears, and review and update interagency agreements. Relocate bears within 24 hours and continue to search for new release areas. Research and develop methods to deal with problem bears, and test and develop aversive conditioning of bears, if possible. Evaluate the effects of relocated nuisance bears on resident bears in relocation areas. Refine the Guidelines as necessary.

#### Develop and Test Procedures to Relocate Bears from one Area into Another for Demographic or Genetic Purposes. (C512)

The introduction of grizzly bears into the population in the Cabinet Mountains area is underway and relocation procedures are being developed and tested. Some interagency agreements have been completed but should be reviewed annually and modified as needed. Further, specific procedures to increase the number of breeding-age females and the natural reproduction in the area need to be developed. Using nuisance bears for this purpose should not be permitted. Ecosystems with larger populations that are not isolated breeding units should be the source for suitable bears. Responsibility for this effort lies with the Coordinator in cooperation with the U.S. Forest Service and the MDFWP.

#### Apply Interagency Grizzly Bear Management Guidelines Prior to Recovery that Maintain or Enhance Habitats. (C513)

By applying the Guidelines, agencies should ensure that land use activities are conducted in a manner that is compatible with grizzly bear requirements for space and habitat, and minimizes the potential for human/bear conflicts. Ensure that road density guidelines are phased within grizzly bear habitat.

### Manage Populations and Habitats on Private and State Lands. (C52)

Develop and apply management guidelines prior to recovery that maintain or enhance habitats. Recommend land use activities compatible with grizzly bear requirements for space and habitat, minimize potential for human/bear conflicts. Implement cooperative efforts with State lands agencies and private landowners to incorporate standards similar to the Guidelines and road density guidelines in order to ensure that management actions will be sensitive to grizzly bear habitat needs. Cooperative efforts between State and Federal land management agencies should facilitate this.

### Develop a Conservation Strategy that Outlines all Habitat and Populations Regulatory Mechanisms in Force after Recovery. (C53)

Develop and implement conservation strategies that outline all existing habitat and population regulatory mechanisms for each ecosystem. Demonstrate the existence of adequate regulatory mechanisms after recovery. Provide guidelines for the continuation of habitat and population management upon recovery of the grizzly bear population in the ecosystem through the creation of a

_ 14589

004764

CYE conservation strategy. This conservation strategy should detail the habitat and population management structures in the CYE that will be in place after removal of the species from the threatened species list in this ecosystem. The conservation strategy should ensure that proper habitat and population management will remain in place to ensure that the species will remain recovered without protection under the Act. The conservation strategy should be finalized and signed by all agencies prior to consideration of delisting the species. Its existence should demonstrate the existence of adequate regulatory mechanisms as required by section 4(b) of the Act.

## Develop and Initiate Appropriate Information and Education Programs. Reducing Human-induced Mortalities is a Major Factor in Effecting the Recovery of the Grizzly Bear. (C6)

Therefore, it is crucial to the recovery effort that the public understand reasons for actions in order to generate tolerant or favorable attitudes toward the bear. The IGBC has appointed an I&E subcommittee to develop education programs and disseminate information. Private conservation organizations interested in the recovery of grizzly bears could be of assistance if they would include appropriate information in their publications and news releases.

### Evaluate Public Attitudes toward Grizzly Bear Management, Habitat Protection and Maintenance, Land Use Restrictions, Mitigating Measures, Relocation of Bears, Hunting, Nuisance Bear Control Actions, and Habitat Acquisition or Easement. (C61)

Public attitudes are a major part of the success or failure of grizzly bear recovery efforts. Understanding of these attitudes and the basis for public sentiment is important. Carefully designed research surveys by qualified scientists experienced in such sampling should be initiated. The basic questions and attitudes of interest should be formulated by the management subcommittee members. The data should be useful in designing public outreach programs to foster public support for support recovery programs.

### Formulate Ways to Improve Public Attitudes about Grizzly Bears and the Grizzly Bear Recovery Program. (C62)

Agencies should use the data on public attitudes to formulate public relations and I&E programs through the respective I&E offices of each agency and the I&E subcommittee of the IGBC. Agencies having the authority and responsibility for grizzly bear control actions should institute and carry out I&E programs to inform citizens having problems with grizzly bears of the appropriate procedures and contacts for assistance.

## Implement the Recovery Plan through Appointment of a Recovery Coordinator. (C7)

The Fish and Wildlife Service has appointed a Recovery Coordinator to collate all relevant information on grizzly bears, and to coordinate and stimulate compliance and action to implement the recovery plan. The Coordinator should submit progress reports and conduct workshops and meetings as necessary. This position provides a central focus for the accumulation, exchange, and dissemination of information, and a central point for multi-agency coordination that should aid in the judicious use of resources and materially enhance the recovery effort.

004765

## Revise Appropriate Federal and State Regulations to Reflect Current Situations and Initiate International Cooperation. (C8)

Ensure consistent, up-to-date regulations and maintain international cooperation and communication with all other countries where brown bears are being managed.

### Revise Federal and State Regulations as Necessary. (C81)

The Coordinator should initiate revision of Federal regulations through the *Federal Register* and CFR. The Coordinator should assist States in regulation revisions as necessary to ensure that regulations provide the State management authority with the ability to control bear mortality. Such authority is necessary to ensure that adequate regulatory mechanisms exist. These regulations include CFR regulations, and national forest and national park regulations regarding sanitation. State regulations involved include regulations on the taking of bears and management of hunting.

### Coordinate and Exchange Information and Expertise with Canada and other Countries Concerning Bear Research and Management. (C82)

This will increase information exchange of the state-of-the-art in bear research and management, and will promote international cooperation and improve management and recovery efforts. All IGBC member agencies and the Coordinator should exchange information and expertise concerning recovery activities with Canada and other countries managing bears. International cooperation is critical to the success of the grizzly bear recovery effort. Four grizzly populations span the U.S./Canada border. The cooperation and involvement of Canadian management authorities will facilitate conservation of grizzlies in the U.S. Management authorities from British Columbia and Alberta need to be full participants in all aspects of the recovery program. Research conducted in Canada on grizzly bears is applicable to situations in the U.S.; cooperation in funding such research, cooperative efforts involving personnel from both countries, and sharing of research results is vital. Joint U.S/Canadian management of bears and bear habitat is necessary for the four ecosystems that lie along the U.S./Canada border. Cooperative international management plans should be developed for each ecosystem along the border incorporating concerns about the continued maintenance of habitats and populations. Such plans should be developed and accepted by agencies on both sides of the border.

International communication on bears and bear management is necessary to the success of the recovery effort. Many of the management problems and considerations impacting the threatened grizzly bears in the U.S.—such as insular populations and small population size conflicting with timber harvest and livestock grazing, genetic concerns relating to small population size, movement of bears from one area to another, management of sport hunting, and public attitudes—are also impacting many species of bears in Europe and Asia. Sharing information on management approaches and techniques will facilitate recovery in the U.S. as well as assist managers and researchers in other countries. The Recovery Coordinator should facilitate cooperation and international communication, and provide information gained to managers and researchers as necessary.

_ 14591

# Selkirk Grizzly Bear Recovery Zone

*Subgoal: For the Selkirk Grizzly Bear Recovery Zone (SE), six females with cubs over a running 6-year average both inside the recovery zone and within a 10 mile area immediately surrounding the recovery zone, including Canada; 7 of the 10 BMU's on the U.S. side occupied by females with young from a running 6-year sum of observations; and known, human-caused mortality not to exceed 4 percent of the population estimate based on the most recent 3-year sum of females with cubs; furthermore, no more than 30 percent of this 4 percent mortality limit shall be females. These mortality limits cannot be exceeded during any 2 consecutive years for recovery to be achieved. Presently grizzly bear numbers are so small in this ecosystem that the mortality goal shall be zero known human-caused mortalities.*

## Establish the Population Objective for Recovery, and Identify the Limiting Factors. (S1)

The Selkirk area in the U.S. is the southern tip of the Selkirk Mountain Range that extends northward into Canada (fig. 11). The area of the U.S. portion is limited by the fact that the Selkirk range ends approximately 23 mi (60 km) south of the border. Because there is not sufficient area for a viable grizzly bear population on the U.S. side, and because the bears in the area regularly move across the border, a portion of the Selkirk Range on the Canadian side was included in the designated SE. The inclusion of this Canadian area brought the size of the SE to approximately 2,000 mi² (5,180 km²) necessary to support a minimum population of 90 bears. It is recognized that the SE is contiguous with grizzly bear habitat northward into Canada, and that the 90 bears projected as the goal in this recovery zone are a subset of a much larger population. Bears can and do move between the recovery zone and contiguous habitat to the north. The population goal for the recovery zone is set to ensure sufficient bears exist throughout the area to ensure a continued population in the U.S. portion of this recovery zone. All recovery goals will be revised as necessary or as new information becomes available.

Recovery targets for the SE were developed using the following assumptions and methods:

1.  Recovery of the SE grizzly bear population depends upon verification that the population meets the criteria for a recovered population. A recovered population is defined as one that (a) can sustain the existing level of known and unknown, unreported, human-caused mortality that exists within the SE and (b) is well distributed throughout the recovery zone in the SE.

2.  Assuming that a minimum of 90 bears is a reasonable goal based on the size of the ecosystem, and because it is contiguous with grizzly population in Canada, the target for the minimum number of unduplicated females with cubs on a running 6-year average is six verified reports, both inside the recovery zone and within a 10 mile area immediately surrounding the recovery zone, *including* Canada. The target was derived using the following facts and assumptions about the grizzly bear population in the SE:

    (a)  A running 6-year average of unduplicated females with cubs is based on a 3-year reproductive cycle, and will allow at least 2 years when each adult female alive can be reported with cubs. A running 6-year tally will stabilize the average and make it less sensitive to changes in annual reporting levels and sightability.

**14593**

(b) On average, 33 percent of adult females (at least 5 years old) will be with cubs each year. This is based on an average 3-year reproductive interval for adult females. The 6-year average number of females with cubs can be multiplied by three to estimate the number of adult females in the population.

(c) The reporting efficiency for females with cubs is 60 percent. Thus, of all females with cubs in the SE in a given year, on average 60 percent will be detected/seen and reported. This is a conservative estimate of females with cubs. Because of the forested nature of much of the SE, the reporting efficiency most likely is lower than 60 percent. Therefore, the calculated minimum number of females with cubs will underestimate the actual number. This process is designed to err on the side of the bear.

(d) The grizzly population in the SE is estimated to be 48 percent adults and 52 percent subadults (Weilgus et al. 1993).

(e) The sex ratio of adults is estimated to be approximately one male:two females, and for subadults is estimated to be one male:one female (Weilgus et al. 1993).

(f) The proportion of adult females in the population is 33 percent (Weilgus et al. 1993).

The target of at least 6 females with cubs is sufficient to indicate a minimum population of at least 91 bears (using method of Knight et al. 1988) (Appendix C):

6 females with cubs seen divided by 0.6 (sightability correction factor) = 10 total females with cubs; 10 × 3 = 30 adult females; 30 divided by 0.33 (the estimated proportion of adult females in the Selkirk population, Weilgus et al. 1993) = a minimum of 91 grizzly bears in the SE.

3. There is a relationship between the sustainable human-caused mortality levels, recruitment of animals into the population, and the number of unduplicated females with cubs. Therefore, the estimate of the number of females with cubs is important in managing mortality.

4. Human-caused grizzly mortalities will continue at some long-term rate due to inevitable interactions between bears and people throughout the ecosystem. These mortality levels will probably increase as the grizzly population increases and bear-human interactions increase.

5. Unknown, unreported, human-caused mortality occurs each year at some level.

6. The maximum human-caused mortality level that can be sustained without population decline by a grizzly bear population with the above assumed characteristics is 6 percent when no more than 30 percent of these mortalities are females (Harris 1984).

7. The present absolute minimum population estimate for the SE is at least 26-36 bears within the recovery zone (Weilgus et al. 1993). Insufficient monitoring data is available to report the number of females with cubs at this time. Because of low estimated population and uncertainty in estimates, the current human-caused mortality goal to facilitate recovery of the population is zero. In reality, this goal may not be realized because human-bear conflicts are likely to occur at some level within the ecosystem. Management should strive to prevent all human-caused mortality in the SE.

14594

004769



Figure 11.

14592

8. In the future, to facilitate recovery of the population as population growth is realized and to allow for both error in minimum population estimates and for unknown, unreported mortality, the human-caused mortality limit for the SE population will be 4 percent, 30 percent of this limit may be females. In order to account for changes in population size and to establish a link between population size and known, human-caused mortality, the mortality limit will be recalculated annually using the most recent 3-year sum of females with cubs as described in Y1. The lead for completion of these calculations shall be the Coordinator of the U.S. Fish and Wildlife Service working in cooperation with other agencies. This mortality level is conservative because:

(a) it is applied to a minimum population estimate that is based on the number of females with cubs seen in the SE corrected by a conservative sightability factor (as detailed in S1.). It is recognized that the actual population size is higher than the minimum estimate; and

(b) according to Harris (1984), a grizzly bear population can sustain 6 percent human-caused mortality without experiencing a decline in that population.

For the present SE population estimate, the annual goal is *zero* known, human-caused mortality. The female mortality limit will remain zero until the three key parameters indicate a minimum population of at least 90 grizzly bears. Management should strive to prevent all human-caused mortality within and surrounding the SE. If a control action is deemed necessary, the population will probably not experience overall decline if human-caused mortality remains less than 4 percent. A population of 86 grizzly bears could theoretically sustain a total of three mortalities or one female mortality annually ($86 \times 0.04 = 3$, and $3 \times 0.30 = 1$). However, these calculations do not account for demographic, genetic, or other problems that can be dramatically amplified in such small populations.

## Determine Population Conditions at which the Species is Viable and Self-sustaining. (S11)

Reevaluate and refine population criteria as new information becomes available. The grizzly bear population in the SE will be viable when monitoring efforts indicate that recruitment and mortality are at levels supporting a stable or increasing population, and reproducing females are distributed throughout the recovery zone. The population will be judged as meeting recovery population requirements when, as determined through systematic monitoring throughout the recovery zone, it meets each of the following criteria:

(a) The average number of unduplicated females with cubs is a minimum of six annually on a running 6-year average both inside the recovery zone and within a 10 mile area immediately surrounding the recovery zone, *including* Canada.

(b) The distribution of family groups of grizzly bears represented by female grizzly bears accompanied by cubs, yearlings, or 2-year olds is reported in 7 of the 10 BMU's in the U.S. portion of the recovery zone on a running 6-year sum of observations. This is equivalent to verified evidence of at least one grizzly bear female with young within 7 of 10 BMU's over a 6-year period. It is recognized that BMU's or their equivalent should be designated in the Canadian portion of the SE. This should be accomplished through a cooperative effort between U.S. and Canadian authorities.

004770

(c)  The known human-caused mortality level does not exceed 4 percent of the population estimate based on the most recent 3-year running sum of females with cubs, minus known adult female mortality. Additionally, ̄ ·· ore than 30 percent of the known human-caused mortality limit shall be females. Howeve.  .emale mortality goal for this ecosystem is zero until the three key parameters monitored indicate a population of at least 90 bears.

## Determine Population Monitoring Methods and Criteria. (S111)

maintenance of a secure and robust grizzly bear population will require ongoing careful ̄nitoring. This monitoring should provide data to allow reasonable assurance that the population is secure. The greater the number of parameters monitored, the greater the assurance that the information is representative of the status of the population.

With this in mind, a system has been developed to monitor a wide range of parameters, with three being of primary importance. These include unduplicated number of females with cubs seen annually, the distribution of females with young throughout the ecosystem, and the annual number of known human-caused mortalities. Other factors also should be monitored to increase the confidence in the information, but these three parameters will be the key criteria used to judge the status of the population. The target distribution by females with young is designed to demonstrate adequate dispersion of the reproductive cohort within the recovery zone. Distribution of reproducing females also will provide evidence of adequate habitat management, assuming that successful reproduction is an indicator of habitat sufficiency. Lastly, adequate distribution of family groups indicates future occupancy of these areas because grizzly bear offspring, especially female offspring, tend to occupy habitat within or near the home range of their mother after weaning.

## Establish Reporting Procedures and Systems to Gather and Evaluate Information on Populations. (S112)

All cooperating agency personnel should report females with cubs and females with young on the standard form as stated in the Guidelines (U.S. Forest Service 1985). Agency personnel should be assigned to and responsible for one or more BMU's to ensure consistency in collection of reporting information. It should be the responsibility of personnel assigned to BMU's to submit an annual report of the number of verified females with cubs for their BMU's to the appropriate reporting point by December 1 for compilation.

Agency representatives should review all reports, and track data and eliminate duplicate reports at an annual meeting. Methods to eliminate duplicate reports should follow Knight and Blanchard (1993). A running 6-year average of unduplicated females with cubs will be calculated using the annual reporting data. All unduplicated females with cubs outside the recovery zone line but within 10 airline miles of the line shall be counted as part of the total number seen within the recovery zone during that year. Observations of females with young will be plotted annually for a running 6-year cumulative total for determination of occupancy.

## Determine Current Population Conditions. (S12)

The present grizzly bear population in the SE is far below the levels necessary for viability. It is estimated that the population consists of at least 26-36 grizzly bears within the recovery zone, including both U.S. and Canadian portions (Weilgus et al. 1993). However, detailed monitoring of sightings of females with cubs and family groups has been limited. Research currently underway in the area is

_ 14596

_004771_

determining productivity and distribution data necessary for a better understanding of this population. As of 1992, two female grizzly bears have been captured and marked. A total of 28 different grizzly bears have been captured and collared. Of particular interest is the movement of bears across the border, especially the possible southward dispersal of subadults from areas of higher density in contiguous northern areas. As research proceeds, there should be a better understanding of this population and its status. Additionally, researchers are working to coordinate the reporting of females with cubs between the Idaho Fish and Game Department, the U.S. Forest Service, Idaho Department of Lands, Washington Department of Wildlife, and officials in British Columbia.

## Identify the Human-related Population Limiting Factors if Present Populations Differ from Desired. (S13)

Mortality from direct and indirect sources within and surrounding the recovery zone must be addressed if populations are to recover.

### Identify Sources of Direct Mortality. (S131)

Sources of direct mortality including illegal hunting, poaching, vandal killing, and malicious killing. Accidental killings are a result of mistaken identity by black bear hunters. Private citizen control by livestock operators, apiarists, outfitters, hunter defense of quarry, and resort operators for protection of property also may result in direct mortality. Accidental deaths result from road kills (automobiles, trains, etc.) or handling error when bears are captured for management or research. Direct mortality also may occur during agency control of nuisance bears for livestock conflicts, other property damage, or life-threatening situations. Live removal of a grizzly to a zoo or another ecosystem as part of nuisance bear management also is considered a mortality because individual relocated bears are no longer part of the population. Mortality occasionally results from actions of private citizens for self-defense or defense of others.

### Identify Sources of Indirect Mortality. (S132)

Sources of indirect mortality are those actions that bring bears and people into conflict such as road use, land development and recreation. These actions include but are not limited to road construction, livestock grazing operations, timber harvest, mining, water development, energy exploration/development, recreation, and human development of conflicting enterprises (subdivisions, dog kennels, fish farms, pig farms, boneyards, garbage dumps, etc.).

### Determine Effects of Human Activities on Bears and Bear Habitat and Incorporate the Results into Management Plans and Decisions on Human Activities. (S133)

Complete research to document the effects of timber harvest, road use, oil and gas exploration, and recreation on behavior, physiological condition, population distribution, density, food habits, home range, reproduction, survivorship, and denning activities. Revise the Guidelines as necessary as this information is obtained.

## Redress Population Limiting Factors. (S2)

Develop ways to minimize actions within and surrounding the recovery zone that limit populations.

004772

Selkirk Grizzly Bear Recovery Zone

## Reduce Sources of Direct Mortality. (S21)

To expedite species recovery, the recommended annual human-induced grizzly bear mortality goal within and surrounding the recovery zone is zero. This is necessary for the present because of the low population of grizzly bears within this ecosystem. This mortality goal may not be achieved because some level of human-bear conflict within the ecosystem is inevitable. Reaching recovery goals will be facilitated if all human-caused mortality within and outside the recovery zone does not exceed 4 percent of the estimated population based on the most recent 3-year sum of females with cubs and no more than 30 percent of this mortality limit is female (see S1. above).

Known human-caused mortalities in excess of the level sustainable at a given number of unduplicated females with cubs could result in population decline while mortalities below this level would likely result in population increase. As the grizzly population increases, the number of sustainable known human-induced mortalities also increases. The known number of females with cubs will be used to calculate what is believed to be a minimum population estimate; therefore, the projected number of sustainable mortalities (less than 4 percent of this minimum population) is conservative.

However, at this time there are insufficient numbers of bears in the U.S. portion of this area to support even low levels of human-caused mortality. Management should strive to prevent all human-caused mortality. Human-caused mortalities in the Canadian portion of this ecosystem are more sustainable due to the contiguous occupied habitats. However, maximum potential for recovery will be achieved with minimal numbers of human-caused mortalities within the Canadian portion of the recovery zone.

### Reduce Illegal Killing. (S211)

Use all methods possible to minimize illegal kills.

#### Coordinate State, Federal, and Canadian Law Enforcement Efforts. (S2111)

Provide a concerted law enforcement effort by designating a specially trained law enforcement team coordinated by the U.S. Fish and Wildlife Service to minimize the illegal kill of grizzly bears. One or more persons representing the U.S. Fish and Wildlife Service, U.S. Forest Service, State of Idaho, State of Washington, and British Columbia should be appointed. Each member should receive specialized training to work on illegal kills of grizzly bears. The team should be trained initially by biologists in such matters as distribution, home ranges of identifiable bears, movements by season, mating habits, current location of radio-marked bears and other biological information that may be helpful to the team.

All incidents of grizzly bear kills, suspected illegal activities, and rumors of kills should be communicated between the enforcement team and their respective agencies on a daily basis or as often as is practical.

The enforcement team leader should keep all members of the enforcement team informed and should organize coordination meetings as needed. Special emphasis should be directed at covert operations that may be operating commercially.

The enforcement team should operate through an interstate, interagency agreement under the direction of the U.S. Fish & Wildlife Service.

14598

004773

It is imperative that the group leader establish a line of communication and rapport with all field personnel, field office staff, and local law enforcement agencies in order that he/she may be notified immediately on a violation or threat of a violation.

Public assistance should be solicited in reporting suspected or known illegal kills. Persons furnishing information that leads to a finding of civil violation or a conviction of a criminal violation of 50 CFR 17.40 regarding grizzly bears can be rewarded up to one-half of the fine or civil penalty.

States having toll-free numbers for reporting violations or for information should publicize their numbers as means of reporting grizzly problems and grizzly bear deaths.

### Reduce Illegal Killing by Big Game Hunters and Mistaken Identity Killing by Black Bear Hunters. (S2112)

Idaho and Washington should continue to make information about handling and storing game available to big game hunters to reduce the likelihood of the carcass being claimed by a grizzly. Information should continue to be provided to all black bear hunters to assist them in distinguishing between black and grizzly bears. Idaho and Washington should issue special warnings to black bear hunters using areas frequented by grizzly bears. Black bear hunting regulations should be modified as appropriate to reduce or eliminate areas of significant conflicts or time periods of conflict. Special attention should be given to evaluate and eliminate as necessary bear baiting in recovery zones.

### Investigate and Prosecute Illegal Killing of Grizzly Bears. (S2113)

The enforcement team should investigate accidental grizzly bear kills and recommend prosecution when appropriate.

### Reduce Accidental Deaths. (S2114)

Minimize activities that result in attraction of bears to sites of conflict and management mistakes that might result in losses.

#### Increase Efforts to Clean up Carrion and other Attractants in Association with Roads, Human Habitation, and Developed Areas within Recovery Zones. (S21141)

All agencies should evaluate and improve warning signs along highways and roads in high-use grizzly bear areas. All agencies should increase efforts to clean up carrion and other attractants along highways and other routes within occupied grizzly bear range.

#### Reduce Losses due to Mishandling of Bears during Research and Management Actions through Development of a Bear Handling Manual. (S21142)

To reduce losses due to mishandling of bears (e.g., an overdose of immobilizing drugs or improper handling), only experienced personnel certified by a sponsoring unit having the required permits and knowledge in the application of capture techniques, immobilizing drugs, transportation of drugged animals, and scientific data collection should handle grizzly bears. Only the safest, most effective drugs available should be used. A detailed manual for trapping, immobilizing, transporting, and handling grizzly bears has been prepared for use by all agencies as a training and reference manual.

$-14599$

**Selkirk Grizzly Bear Recovery Zone**

### Reduce Losses due to Predator and Rodent Control. (S21143)

Agencies responsible for licensing, conducting, or in any way overseeing predator or rodent damage control programs using toxic substances in occupied grizzly bear habitat should use the most selective (but effective) rodenticide available, and use it in lowest effective dosage. Poison bait should be used only under the onsite supervision of a certified applicator. Poisoning within grizzly bear habitat should be delayed as long as possible into July to minimize the potential for grizzly bears to consume poisoned rodents or bait.

Agency control on Federal lands should be in accordance with 50 CFR 17.40. For grizzly bears involved in livestock conflicts, animal damage control officers should follow the Guidelines and other interagency agreements.

### Ensure that Control of Nuisance Bears is Accomplished According to 50 CFR 17.40 and the Guidelines. (S21144)

All management control actions should be carried out according to the Guidelines. The only legal citizen control of a grizzly bear is that related to self-defense or defense of others. The law enforcement team should carefully investigate every case of grizzly bear mortality alleged to be self-defense or defense of others.

### Reduce Losses by Developing and Implementing Public Education and Awareness Programs. (S21145)

Accidental mortalities and nuisance bear mortalities are often the result of lack of information about the effects of human behavior on grizzly bears such as sanitation in residential areas and back-country areas, as well as the behavior of back-country visitors. Agencies should cooperate in the development and implementation of public education programs.

## Appoint a Grizzly Bear Mortality Coordinator. (S212)

The U.S. Fish and Wildlife Service has appointed an employee of MDFWP as grizzly bear mortality coordinator to tabulate annual bear mortality for this ecosystem and ensure that all cooperating agencies and the public have current mortality data. The coordinator should maintain key contacts with all agencies and keep detailed records of all conditions surrounding each grizzly bear death. A standard form meeting the needs of all agencies should be prepared.

## Identify and Reduce Sources of Indirect Mortality. (S22)

Ongoing human actions in grizzly habitat contribute to bear-human conflicts that often result in bear deaths. Management of these activities in consideration of the needs of bears should reduce indirect mortality.

### Make Domestic Livestock Grazing Compatible with Grizzly Bear Habitat Requirements. (S221)

Encourage consideration of grizzly habitat needs regarding grazing on State and private lands. On Federal lands, the Guidelines should be applied to make grazing operations compatible with grizzly bear spacial and seasonal habitat requirements. On State and private lands, agencies and field personnel of agencies involved in grizzly bear management should communicate the intent of the Guidelines as a cooperative extension effort.

_ 14600

004775

### Make Timber Harvest and Roadbuilding Compatible with Grizzly Bear Habitat Requirements. (S222)

Encourage consideration of grizzly habitat needs and road density guidelines relating to timber harvest and roadbuilding on State and Private lands. On Federal lands, the Guidelines should be applied, and road density guidelines should be phased in to make timber operations compatible with grizzly bear spacial and habitat requirements. On State and private lands, agencies and field personnel of agencies involved in grizzly bear management should communicate the intent of the Guidelines and road density guidelines as a cooperative extension effort.

### Make Mining and Oil and Gas Exploration and Development Compatible with Grizzly Bear Habitat Requirements. (S223)

Encourage consideration of grizzly habitat needs and road density guidelines relating to mining and oil and gas exploration on State and private lands. On Federal lands or where subsurface rights are under Federal jurisdiction, the Guidelines should be applied, and road density guidelines should be phased in to make mining and energy operations compatible with grizzly bear spacial and habitat requirements. On State and private lands, agencies and field personnel of agencies involved in grizzly bear management should communicate the intent of the Guidelines and road density guidelines as a cooperative extension effort.

### Make Recreation on Federal Lands Compatible with Grizzly Bear Habitat Needs. (S224)

On Federal lands the Guidelines should be applied, and road density should be phased in to make recreation activities compatible with grizzly bear spacial and habitat requirements.

### Coordinate with State and County Governments to Make Land Development and Land Use Decisions Within the Recovery Zones Compatible with Grizzly Bear Habitat Needs. (S225)

Land management agencies, State regulatory agencies, county commissioner, and county zoning boards should be encouraged to give consideration to the needs of grizzly bears in any actions requiring their approval. When homes, summer homes, cabins, camps, farm operations, etc., with attendant dog kennels, pig farms, garbage dumps, and livestock disposal sites are allowed to invade the habitat occupied by grizzly bears, they will directly or indirectly effectively reduce the space and habitat necessary for the bears' survival. For private lands not subject to the above restrictions, wildlife managers should give consideration to purchase, lease, or easement if habitat components are necessary to survival of the species.

### Monitor the Cumulative Effects of Management Actions in Grizzly Bear Habitat. (S226)

Determine the cumulative effects of all or any combination of the actions described above (S221-S225) that may adversely impact grizzly bears through application of the CEM on an ongoing basis. Past adverse impacts on the bears and their habitat must be a major consideration in the evaluation of any new action. New actions must be evaluated on a regional basis to avoid the cumulative effects of several well planned individual actions impacting bears from too many directions simultaneously. Historical records indicate that at some point in time, probably associated with the degree of stress, grizzly bears will no longer use certain portions of their former range. Therefore, each new action has the potential of being "the last straw" from the standpoint of the bear, and every effort must be made to evaluate each new action with respect to former and future actions.

004776

Selkirk Grizzly Bear Recovery Zone

### Coordinate, Monitor, and Report on Activities Relating to Redressing Population Limiting Factors and Monitor Compliance with the Recovery Plan. (S23)

This should be accomplished through the activities of the Coordinator and the management subcommittees of the IGBC, both of which should operate in close coordination and communication with British Columbia authorities. Actions should be taken by the management committees as necessary to address needs and to ensure implementation of the recovery plan and the application of the Guidelines.

## Determine the Habitat and Space Required for the Achievement of the Grizzly Bear Population Goal. (S3)

Careful definition of the recovery zones will allow agencies and the public to know where grizzly bears and grizzly habitat will be managed. Information on range and the biology of bears as well as the nature and quality of habitat is necessary to ensure that habitat is properly managed, and that the habitat delineated has sufficient quality and quantity to support a viable population.

### Define the Recovery Zone within which the Grizzly Bear will be Managed. (S31)

The recovery zone for the SE was delineated by members of the Northwest Ecosystem Management Subcommittee of the IGBC and modified in 1987 by the addition of 162 square miles to the area delineated in the 1982 Recovery Plan (fig. 11). The recovery zone was defined on the basis of the best available information on bear and bear habitat distribution and needs for a viable, well distributed population. The additional area was added after radio-collared bears were found to use spring range that was outside the original lines. Present boundaries will be defined as the SE, and should be corrected and revised as new data become available.

Changes in the recovery zone lines can be made by a committee appointed by the ecosystem management subcommittee consisting of representatives of the State wildlife agency, the U.S. Fish and Wildlife Service, and the involved land management agencies. Additions to the recovery zone require that a significant area of seasonally important habitat exists outside the existing recovery zone line, and that it be used by grizzly bears that live primarily within the recovery zone. The area to be added must have significant value to the survival of the bears within the recovery zone. Changes in the recovery zone lines should be made using the best biological information available.

It is recognized that grizzly bears will occur outside the recovery zone lines and that the mere presence of bears outside the recovery zone line is not sufficient reason for changing the line. The area to be added must be of significant biological value to bears residing inside the line. These values must be demonstrated by habitat mapping and bear movement data. Any changes to the recovery zone line should be approved by the ecosystem management subcommittee and the IGBC, and should be subsequently added to the next draft of the recovery plan.

### Identify Agency Management Stratifications within the Recovery Zone including the Delineation of BMU's and Management Situations I, II, or III as Defined in the Guidelines. (S32)

The BMU's should be defined on the basis of units suitable for application of the CEA. Management situations should be defined according to the Guidelines. Correct delineation of the management situation areas within the recovery zone as necessary as new information becomes available. It is recognized that the Guidelines do not apply in Canada. Efforts to communicate the intent of the

— 14602

004777

Guidelines to British Columbia officials should be made through cooperative efforts via the Northwest Ecosystems Management Subcommittee.

## Conduct Research to Determine the Extent of Grizzly Bear Range. (S33)

This research is being conducted by cooperating agencies.

## Conduct Research to Determine Habitat Use, Food Habits, Home Range Size, and Seasonal Habitat Preference and Incorporate into Habitat Management Programs. (S34)

These data should be used to ensure that habitat values are available within the grizzly bear recovery zone, and that ongoing management actions do not significantly degrade these habitat values. Information on behavior, population distribution, density, food habits, home range, reproduction, survivorship, and denning activities has been gathered since 1983 by researchers from the Idaho Department of Fish and Game, the Washington Department of Wildlife, the U.S. Fish and Wildlife Service, the U.S. Forest Service, the British Columbia Wildlife Branch, and university researchers. These data are presented in peer-reviewed journals and in annual project reports.

It is crucial that information on the grizzly bears' biological requirements be correlated with habitat conditions. Of particular relevance are habitat factors relating to ecosystem dynamics that may limit the range or food availability of bears. These factors can include climate change, fire effects, plant phenology and habitat availability changes, and growth patterns of major food species. Detailed information on these factors should be gathered as soon as possible and annual recording of patterns should be initiated in order to recognize habitat dynamics changes as they might occur. This research and evaluation should be conducted by cooperating agencies. Results are to be used by management agencies to judge the effectiveness of management policies. Policies should be adjusted as necessary when research demonstrates the need to do so. One area of special concern is the effect of fire management in grizzly bear habitat. Natural fires can improve grizzly bear habitat by increasing the quality and quantity of food source. Fire suppression can reduce food availability and reduce habitat quality.

## Conduct Research to Determine the Relationship between Habitat Values, Physiological Condition of Bears, and the Ability of the Habitat to Sustain a Population Density Necessary to Achieve Viable Population Size. (S35)

This research is being conducted by cooperating agencies. Results to be used by management agencies to judge the effectiveness of management policies. Policies should be adjusted as necessary when research demonstrates the need to do so.

## Conduct Research to Determine the Effects of Various Road Densities on Grizzly Bear Habitat Use and Human-caused Bear Mortality. (S36)

This research is being conducted by cooperating agencies. Results to be used by management agencies to judge the effectiveness of management policies. Policies should be adjusted as necessary when research demonstrates the need to do so.

- 14603

004778

Selkirk Grizzly Bear Recovery Zone

## Conduct Research on the Effects of Habitat Fragmentation Caused by Human Activities, such as Modification of Cover Type, Roadbuilding, and Human Residences, in order to Assess the Possibility of Linkage between Grizzly Bear Ecosystems and between Habitat Tracts within Ecosystems. (S37)

This research is being conducted by the U.S. Fish and Wildlife Service in cooperation with various Federal and State land management agencies, local governments, and the public. Results may be useful to developing long-term cooperative land management planning to include both public and private sectors.

## Evaluate the Applicability of PVA to Grizzly Bear Recovery. (S38)

The PVA are based on theoretical biological models of a species reproduction, survival, and genetic interchange and stability through time. The PVA studies have been utilized sometimes in identifying possible population numbers that may contribute to long-term species survival. The applicability of a PVA study to grizzly bear recovery should be evaluated.

# Monitor Populations and Habitats. (S4)

Population monitoring is necessary to determine the status of the population and to assess the success of conservation efforts associated with recovery. An increasing population validates ongoing management efforts, while a decreasing population indicates a failure to address problems facing the population.

## Monitor Populations Before, During, and After Recovery. (S41)

Develop and apply techniques to ensure the population is carefully monitored.

### Develop and Conduct an Intensive Monitoring System to Measure the Annual Number of Females with Cubs, Family Groups, and Number of Human-caused Mortalities. (S411)

The method is detailed in S11 and S111.

### Develop a System of Responsibilities to Collate, Analyze, and Report Annual Information on Population Data. (S412)

The system is detailed in S112.

### Standardize Observation Report Forms and Methods, and Develop Training Methods for all Persons involved in Reporting Sightings of Females with Cubs and Family Groups. (S413)

Reporting system detailed in S112. Training methods should involve identification materials to enable individuals involved to be able to identify the bear species seen or to be able to report unknown species. Training methods should be distributed to all agency reporting personnel and should be formally presented in training sessions to seasonal and staff personnel at the beginning of each field season in order to ensure quality observation data.

### Monitor Relocated Bears in order to Assess the Success of Nuisance Bear Management. (S414)

The probability of having nuisance bears at such low bear densities is slight; however, if a bear should become a nuisance such bears should be relocated and monitored.

– 14604

004779

## Monitor Habitats Before, During, and After Recovery. (S42)

Develop and apply techniques to ensure the habitat is carefully monitored.

### Develop and Apply the CEA Process to Allow Monitoring of Effects of Management Actions over a Large Geographic Area of Habitat. (S421)

The CEA should be completed, thoroughly evaluated, and refined. If applicable, it can be applied to assist in judging the suitability of ongoing management actions. Development of CEA requires five phases (1) data base compilation, (2) software development, (3) testing/validation, (4) development of mortality submodel, and (5) development of thresholds. Biologists' interpretation of data and output should be a continual part of the CEA. The CEA is currently at the testing/validation stage where data bases are complete. Results of CEA testing and validation in the YGBE will facilitate its use in other grizzly bear ecosystems.

### Complete Habitat Mapping of the Recovery Zone and Digitize these Data so they are Available for Use by the CEA. (S422)

Habitat mapping should be standardized and completed in a format compatible with the CEA. Updating of these habitat maps should be programmed every 5 years, or as necessary.

### Establish a Threshold of Minimal Habitat Values to be Maintained within each CEA Unit in order to Ensure that Sufficient Habitat is Available to Support a Viable Population. (S423)

The threshold value or series of values are the benchmarks used in conjunction with the CEA to judge that ongoing actions in grizzly habitat have not degraded the value and/or availability of the habitat to bears. The objective of determining thresholds is not to establish and maintain minimal values, but to establish a measure of the level of ongoing change in the habitat. Management should attempt to manage habitat above threshold values. Maintenance of habitat values above the threshold values allows greater environmental flexibility for bears and will benefit recovery.

Threshold values are unknown at this time. Development of the threshold value should be based on the best available biological data on the habitat needs and biology of the grizzly bear. It should be based on the assumption that environmental diversity is necessary for bear survival, especially in years of food shortage due to environmental conditions (i.e., years of berry crop failure).

### Apply CEA to each BMU to Ensure Habitat Quality is Sufficient for Maintenance of a Viable Population and to Monitor Changes in Habitat as a Result of Human Activity. (S424)

As CEA becomes applicable in the SE, it should be applied every 5 years to each BMU to monitor changes in habitat quality and availability as a result of human activities and natural processes such as fire and plant succession. Deviations below the desired threshold level will require reanalysis of human activities in the BMU to ensure reattainment of the threshold level. Primary responsibility for CEA application lies with the ecosystem data base coordinator.

### Report Management Activities Successfully used to Manage Habitat. (S425)

This should be completed as part of the ongoing business of the management agencies, the Northwest Ecosystems Management Subcommittee, and the Recovery Coordinator.

- 14605

004780

**Selkirk Grizzly Bear Recovery Zone**

### Develop a Conservation Strategy to Outline Habitat and Population Monitoring Mechanisms that will Continue in force after Recovery. (S426)

This should be completed as population status data indicate attainment of the recovery targets. This conservation strategy should detail the habitat and population monitoring structures in the SE that will be in place after removal of the species from the threatened species list in this ecosystem. The conservation strategy should ensure that proper habitat and population monitoring will remain in place to ensure that the species will remain recovered without protection under the Act. The conservation strategy must be finalized and signed by all agencies prior to any consideration of delisting the species. Its existence should demonstrate the existence of adequate regulatory mechanisms as required by section 4(b) of the Act.

## Manage Populations and Habitat. (S5)

Apply the best management techniques to ensure recovered populations.

## Manage Populations and Habitats prior to Recovery on Federal Lands. (S51)

### Refine Procedures for Relocating or Aversively Conditioning Nuisance Grizzly Bears. (S511)

Develop and coordinate procedures to expedite the relocation of nuisance bears and review and update interagency agreements. Relocate bears within 24 hours and continue search for new release areas. Research and develop methods to deal with problem bears, and test and develop aversive conditioning of bears, if possible. Evaluate the effects of relocated nuisance bears on resident bears in relocation areas. Refine the Guidelines as necessary.

### Develop and Test Procedures to Relocate Bears from one Area into Another for Demographic or Genetic Purposes. (S512)

Develop and coordinate interagency agreements and procedures for the introduction of grizzly bears into areas where the populations are in need of additional bears for demographic and/or genetic reasons. This procedure is necessary to increase the number of breeding females in some areas such as the CYE. Using nuisance bears for this purpose should not be permitted. Sources of bears should be ecosystems with larger populations that are not isolated breeding units. Responsibility for this effort lies with the Coordinator in cooperation with other agencies. Cooperation of agencies involved in management in the SE, as necessary, should aid the development of these techniques.

### Apply Interagency Grizzly Bear Management Guidelines prior to Recovery that Maintain or Enhance Habitats. (S513)

By applying the Guidelines agencies should ensure that land use activities are conducted in a manner that is compatible with grizzly bear requirements for space and habitat, and minimizes the potential for human/bear conflicts. Ensure that road density guidelines are phased within grizzly bear habitat.

## Manage Populations and Habitats on Private and State Lands. (S52)

Develop and apply management guidelines prior to recovery that maintain or enhance habitats. Recommend land use activities compatible with grizzly bear requirements for space and habitat; minimize potential for human/bear conflicts. Implement cooperative efforts with State lands agencies

14606

004781

and private landowners to incorporate standards similar to the Guidelines and road density guidelines in order to ensure that management actions will be sensitive to grizzly bear habitat needs. Cooperative efforts between State and Federal land management agencies should facilitate this. This is especially important in the SE because of the large area of State-managed habitat within the recovery zone.

## Develop and Implement a Conservation Strategy that Outlines all Habitat and Population Regulatory Mechanisms in Force after Recovery. (S53)

Demonstrate the existence of adequate regulatory mechanisms after recovery. Provide guidelines for the continuation of habitat and population management upon recovery of the grizzly bear population in the ecosystem through the creation of a SE conservation strategy. This conservation strategy should detail the habitat and population management structures in the SE that will be in place after removal of the species from the threatened species list in this ecosystem. The conservation strategy should ensure that proper habitat and population management will remain in place to ensure that the species will remain recovered without protection under the Act. The conservation strategy must be finalized and signed by all agencies prior to any consideration of delisting the species. Its existence should demonstrate the existence of adequate regulatory mechanisms as required by section 4(b) of the Act.

## Develop and Initiate Appropriate I&E Programs. (S6)

Reducing human-induced mortalities is a major factor in effecting the recovery of the grizzly bear. Therefore, it is crucial to the recovery effort that the public understand reasons for actions in order to generate tolerant or favorable attitudes toward the bear. The IGBC has appointed an I&E subcommittee to develop education programs and disseminate information. Private conservation organizations interested in the recovery of grizzly bears could be of assistance if they would include appropriate information in their publications and news releases.

### Evaluate Public Attitudes toward Grizzly Bear Management, Habitat Protection and Maintenance, Land Use Restrictions, Mitigating Measures, Relocation of Bears, Hunting, Nuisance Bear Control Actions, and Habitat Acquisition or Easement. (S61)

Public attitudes are a major part of the success or failure of grizzly bear recovery efforts. Understanding of these attitudes and the basis for public sentiment is important. Carefully designed research surveys by qualified scientists experienced in such sampling should be initiated. The management subcommittee members should formulate the basic questions and attitudes of interest. The data should be useful in designing public outreach programs to foster public support for recovery programs.

### Formulate Ways to Improve Public Attitudes about Grizzly Bears and the Grizzly Bear Recovery Program. (S62)

Agencies should use the data on public attitudes to formulate public relations and I&E programs through the respective I&E offices of each agency and the I&E subcommittee of the IGBC. Agencies having the authority and responsibility for control actions should institute and carry out I&E programs to inform citizens having problems with grizzly bears of the appropriate procedures and contacts for assistance.

004782

Selkirk Grizzly Bear Recovery Zone

## Implement the Recovery Plan through Appointment of a Recovery Coordinator. (S7)

The Fish and Wildlife Service has appointed a Recovery Coordinator to collate all relevant information on grizzly bears, and to coordinate and stimulate compliance and action to implement the recovery plan. The Coordinator should submit progress reports and conduct workshops and meetings as necessary. This position provides a central focus for the accumulation, exchange, and dissemination of information, and a central point for multi-agency coordination that will aid in the judicious use of resources and materially enhance the recovery effort.

## Revise Appropriate Federal and State Regulations to Reflect Current Situations and Initiate International Cooperation. (S8)

Ensure consistent, up-to-date regulations and maintain international cooperation and communication with all other countries where brown bears are being managed.

### Revise Federal and State Regulations as Necessary. (S81)

The Coordinator should initiate the revision of Federal regulations through the *Federal Register* and CFR. The Coordinator should assist States in regulation revisions as necessary. Regulations should be revised to ensure regulatory adequacy. These regulations include CFR regulations and national forest and national park regulations regarding sanitation. State regulations involved include regulations on the taking of bears and management of hunting.

### Coordinate and Exchange Information and Expertise with Canada and other Countries Concerning Bear Research and Management. (S82)

This will increase information exchange of the state-of-the-art in bear research and management and will promote international cooperation and improve management and recovery efforts. All IGBC member agencies and the Coordinator should exchange information and expertise concerning recovery activities with Canada and other countries managing bears. International cooperation is critical to the success of the grizzly bear recovery effort. Four grizzly populations span the U.S./Canada border, and the cooperation and involvement of Canadian management authorities should facilitate conservation of grizzlies in the U.S. Management authorities from British Columbia and Alberta need to be full participants in all aspects of the recovery program. Research conducted in Canada on grizzly bears is applicable to situations in the U.S.; cooperation in funding such research, cooperative efforts involving personnel from both countries, and sharing of research results is vital. Joint U.S./Canadian management of bears and bear habitat is necessary for the four ecosystems that lie along the U.S./Canada border. Cooperative international management plans should be developed for each ecosystem along the border incorporating concerns about the continued maintenance of habitats and populations. Such plans should be developed and accepted by agencies on both sides of the border.

International communication on bears and bear management is necessary to the success of the recovery effort. Many of the management problems and considerations facing the threatened grizzly bears in the U.S.—such as insular populations, small population size, conflicts with timber harvest and livestock grazing, genetic concerns relating to small population size, movement of bears from one area to another— are also of concern to managers and researchers in other countries. Many of the problems facing bears must be addressed soon, and the sharing of information will assist in rapid transfer of technology and techniques among all those managing bears. The Recovery Coordinator should facilitate cooperation and international communication and provide information gained to managers and researchers as necessary.

- 14608

004783



Figure 12.

14609

004784



Figure 13.

14610

## Bitterroot and North Cascade Grizzly Bear Recovery Zone

*Subgoal: Develop the planning documents necessary to recovery the grizzly bear in the Bitterroot Mountains of Idaho and Montana (BE) and the North Cascade Mountains of Washington (NCE). (figures 12 and 13). Planning documents should be prepared for the North Cascades and the Bitterroot areas by interagency working groups during 1992 and 1993, and submitted to the Northwest Ecosystems Management Subcommittee for approval by 1994. These planning documents should follow the form and detail of the recovery chapters in this plan for each of the existing ecosystems. Public input should be sought throughout the development of these plans. Once these documents are completed, they should be appended to the grizzly bear recovery plan.*

## Evaluation of the Potential for Grizzly Bear Recovery in the San Juan Mountains and Other Possible Recovery Areas Throughout the Historical Range of the Grizzly Bear

*Subgoal: Evaluate the feasibility of grizzly bear recovery in the San Juan Mountains of Colorado and other potential recovery areas throughout the historical range of the grizzly bear. This analysis should focus on habitat values, size of the areas, human use and activities in general, relation to other areas where grizzly bears exist, and historical information. This analysis is expected to take 5 years, at which time a report should be presented to the IGBC.*

14611

004786

## Literature Cited

Allendorf, F.W., R.B. Harris, and L.H. Metzgar. 1991. Estimation of effective population size of grizzly bears by computer simulation. Proc. Fourth International Cong. of Systematics and Evolutionary Biol. In press.

_____, and C. Servheen. 1986. Genetics and the Conservation of the Grizzly Bear. Tree 1:88-89.

Almack, J.A., W.L. Gaines, P.H. Morrison, J.R. Eby, R.H. Naney, G.F. Wooten, S.H. Fitkin, and E.R. Garcia. 1991. North Cascades grizzly bear ecosystem evaluation; final report. Interagency Grizzly Bear Committee, Denver, Colo. 146 pp.

Amstrup, S.C., and J. Beecham. 1976. Activity patterns of radio-collared black bears in Idaho. J. Wildl. Manage. 40:340-348

Archibald, W.R., R. Ellis, and A.N. Hamilton. 1987. Responses of grizzly bears to logging truck traffic in the Kimsquit River Valley, British Columbia. Int. Conf. Bear Res. and Manage. 7:251-257.

Aune, K. and W. Kasworm. 1989. Final Report East Front Grizzly Bear Study. Montana Department of Fish, Wildlife, and Parks. Helena, Mont. 332 pp.

_____, and T. Stivers. 1985. Ecological studies of the grizzly bear in the Pine Butte Preserve. Mont. Dept. Fish, Wildl., and Parks, Helena, Mont. 154 pp.

Bailey, V. 1931. Mammals of New Mexico. U.S. Dept. of Ag., Biological Survey. 412 pp.

Banfield, A.W.F. 1974. The mammals of Canada. Univ. of Toronto Press for National Museum of Natural Science and the National Museums of Canada. Toronto, Canada. 438 pp.

Beringer, J., S.G. Seibert, and M.R. Pelton. 1989. Incidence of road crossing by black bears on Pisgah National Forest, North Carolina. Int. Conf. Bear Res. and Manage. 8:85-92.

Blanchard, B. 1978. Grizzly bear distribution in relation to habitat areas and recreational use: Cabin Creek-Hilgard Mountains. M.S. Thesis. Montana State Univ., Bozeman, Mont. 75 pp.

_____, and R. Knight. 1980. Status of grizzly bears in the Yellowstone system. Interagency Grizzly Bear Study Team. National Park Serv., Bozeman, Mont. 10 pp.

_____, and _____. 1991. Movements of Yellowstone grizzly bears. Biol. Conser. 58:41-67.

Brannon, R.D. 1984. Influence of roads and developments on grizzly bears in Yellowstone National Park. Interagency Grizzly Bear Study Team, Bozeman, Mont. 52 pp.

Brody, A.J. and M.R. Pelton. 1989. Effects of roads on black bear movements in western North Carolina. Wildl. Soc. Bull. 17:5-10.

Brown, D.E. 1985. The Grizzly In the Southwest. Univ. of Okla. Press, Norman. 274 pp.

14612

004787

Bunnell, F.L., and D.E.N. Tait. 1978. Population dynamics of bears and their implication. *in* Proc. Int. Conf. on Population Dynamics of Large Mammals. Logan, Utah. 64 pp.

Christensen, A.G. 1982. Cumulative effects analysis process. In: Cumulative effects analysis process. Grizzly habitat component mapping. Natl. Park Serv., U.S. For. Serv., Libby, Mont. 22 pp.

Churcher, C.S., and A.V. Morgan. 1976. A grizzly bear from the middle Wisconsin of Woodbridge, Ontario, Canada. J. Earth Sci. 13:341-347.

Cole, G.F. 1972. Preservation and management of grizzly bears in Yellowstone National Park. Pages 274-288 *in* S. Herrero, ed. Bears—their biology and management. IUCN Publ. New Series 23.

Compton, B., P. Zager, R.B. Weilgus. 1990. Selkirk Mountains grizzly bear ecology project. Apr. 1989 - Mar. 1990. Idaho Dept. of Fish and Game, Boise, ID. 26 pp.

Cowan, I. McT. 1972. The status and conservation of bears (*Ursidae*) of the world - 1970. Pages 343-367 *in* S. Herrero, ed. Bears—their biology and management. IUCN Publ. New Series 23.

Craighead, F.C., Jr. 1976. Grizzly bear ranges and movement as determined by radio-tracking. Pages 97-109 *in* M.R. Pelton, J.W. Lentfer, and G.E. Folk, Jr., eds. Bears—their biology and management. IUCN Publ. New Series 40.

_____. 1979. Track of the Grizzly. Sierra Club Books, San Francisco, Cal. 261 pp.

_____, and J.J. Craighead. 1972a. Data on grizzly bear denning activities and behavior obtained by using wildlife telemetry. Pages 94-106 *in* S. Herrero, ed. Bears—their biology and management. IUCN Publ. New Series 23.

_____, and _____. 1972b. Grizzly bear prehibernation and denning activities as determined by radio-tracking. Wildl. Monogr. 32. 35 pp.

Craighead, J.J., M.G. Hornocker, and F.C. Craighead, Jr. 1969. Reproductive biology of young female grizzly bears. J. Repro. Fert., Supl. 6:447-475.

_____, J. Varney, and F.C. Craighead, Jr. 1974. A population analysis of the Yellowstone grizzly bears. Bull. 40. Mont. For. and Cons. Exp. Sta. School of Forestry, Univ. of Montana, Missoula. 20 pp.

_____, J.S. Sumner and G.B. Scaggs. 1982. A definitive system for analysis of grizzly bear habitat and other wilderness resources. Wildlife-Wildlands Institute Monogr. no. 1. Univ. of Mont. Foundation, Univ. of Montana, Missoula.

_____, K. Greer, R. Knight, H.I. Pac. 1988. Grizzly bear mortalities in the Yellowstone ecosystem. Interagency Grizzly Bear Study Team. Bozeman, Mont. 102 pp.

Curry-Lindahl, K. 1972. The brown bear (*Ursus arctos*) in Europe: decline, present distribution, biology and ecology. Pages 74-80 *in* S. Herrero, ed. Bears—their biology and management. IUCN Publ. New Series 23.

004788

Davis, D. and B. Butterfield. 1991. The Bitterroot grizzly bear evaluation area: a report to the Bitterroot Technical Review Team. Interagency Grizzly Bear Committee, Denver, Colo. 56 pp.

Dean, F.C. 1976. Aspects of grizzly bear population ecology in Mount McKinley National Park. Pages 111-119 in M.R. Pelton, J.W. Lentfer, and G.E. Folk, Jr., eds. Bears—their biology and management. IUCN Publ. New Series 40.

Decker D.J. and K.G. Purdy. 1988. Toward a concept of wildlife acceptance capacity in wildlife management. Wildl. Soc. Bulletin. 16:53-57.

Dood, A., and H.I. Pac. 1988. Grizzly bear mortality studies in the conterminous 48 states, January 1, 1987 - December 31, 1988. Mont. Dept. of Fish, Wildl., and Parks. Bozeman, Mont.

_____, R.D. Brannon, and R.D. Mace. 1986. Final programmatic environmental impact statement, the grizzly bear in northwestern Montana. Mont. Dept. of Fish, Wildl., and Parks. Helena, Mont. 287 pp.

Egbert, A.L., and A.W. Stokes. 1976. The social behavior of brown bears on an Alaskan salmon stream. Pages 41-56 in M.R. Pelton, J.W. Lentfer, and G.E. Folk, Jr., eds. Bears—their biology and management. IUCN Publ. New Series 40.

Elgmork, K. 1978. Human impact on a brown bear population. Biol. Conser. 13:81-103.

Etkin, W. 1964. Cooperation and competition in social behavior. Pages 1-34 in W. Etkin, ed. Social behavior and organization among vertebrates. Univ. of Chicago Press, Chicago, Ill.

Geist, V. 1971. Bighorn sheep biology. Wildl. Soc. News. 136:61.

_____. 1974. On the relationships of social behavior and ecology in ungulates. Am. Zool. 14:205:220.

Glenn, L.P., J.W. Lentfer, J.B. Faro, and L.H. Miller. 1976. Reproductive biology of female brown bears (Ursus arctos), McNeil River, Alaska. Pages 381-390 in M.R. Pelton, J.W. Lentfer, and G.E. Folk, Jr., eds. Bears—their biology and management. IUCN Publ. New Series 40.

Greer, K.R. 1972. Grizzly bear mortality and management programs in Montana during 1971. Mont. Fish and Game Dept. Job Completion Report. P.R. Project W120-R-3. Helena, Mont. 43 pp.

_____. 1985. Montana statewide grizzly bear mortalities, 1983-84. Mont. Dept. Fish, Wildl., and Parks. Helena, Mont. 51 pp.

Guilday, J.E. 1968. Grizzly bears from eastern North America. Amer. Midland Naturalist 79:247-250.

Hamer, J.D. 1974. Distribution, abundance, and management implications of the grizzly bear and mountain caribou in the Mountain Creek watershed of Glacier National Park, British Columbia. M.S. Thesis. Univ. of Calgary, Alberta. 164 pp.

_____, S. Herrero, and R.T. Ogilvie. 1977. Ecological studies of the Banff National Park grizzly bear. Proj. Report 1978. 239 pp.

14614

004789

Harris, R.B. 1984. Harvest age structure as an indicator of grizzly bear population status. M.S. Thesis, Univ. of Montana, Missoula. 204 pp.

_____, editor. 1985. Results of the workshop on grizzly bear population genetics. Sponsored by the Office of the Grizzly Bear Recovery Coordinator, U.S. Fish and Wildl. Serv., Missoula, Mont. 8 pp.

_____. 1986. Grizzly bear population monitoring: current options and considerations. School of Forestry, Univ. of Montana, Missoula. 84 pp.

_____, and F.W. Allendorf. 1989. Genetically effective population size of large mammals: an assessment of estimators. Conserv. Biol. 3:181-191.

Herrero, S. 1970. Man and the grizzly bear (present, past, but future?) BioScience 20:1148-1153.

_____. 1972. Aspects of evolution and adaptation in American black bears (*Ursus americanus* Pallas) and brown and grizzly bears (*U. arctos* Linne') of North America. Pages 221-233 *in* S. Herrero, ed. Bears—their biology and management. IUCN Publ. New Series 23.

_____. 1976. Conflicts between man and grizzly bears in the national parks of North America. Pages 121-145 *in* M.R. Pelton, J.W. Lentfer, and G.E. Folk, Jr., eds. Bears—their biology and management. IUCN Publ. New Series 40.

_____. 1978. A comparison of some features of the evolution ecology, and behavior of black and grizzly/brown bears. Carnivore 1: 7-17.

_____, and D. Hamer. 1977. Courtship and copulation of a pair of grizzly bears, with comments on reproductive plasticity and strategy. J. Mammal. 1978.

Hoak, J.H., T.W. Clark and B. Wood. 1981. Grizzly bear distribution, Grand Teton National Park Area, Wyoming. Northwest Sci. 55:245-247.

Hock, R.J. 1960. Seasonal variations in physiological functions of Arctic ground squirrels and black bears. Mammalian Hibernation, Bull. Mus. Comp. Zool., Harvard. 124:125-171.

Hornocker, M.G. 1962. Population characteristics and social and reproductive behavior of the grizzly bear in Yellowstone National Park. M.S. Thesis. Univ. of Montana, Missoula. 94 pp.

Interagency Grizzly Bear Committee. 1986. Interagency Grizzly Bear Guidelines. U.S. For. Serv., Washington, D.C. 100 pp.

_____. 1987. Grizzly bear compendium. U.S Fish and Wildl. Serv., Missoula, Mont. 540 pp.

Jonkel, C.J, and C. Servheen. 1977. Bears and people: a wilderness management challenge. Western Wildlands 4:22-25.

_____, and I. McT. Cowan. 1971. The black bear in the spruce-fir forest. Wildl. Monogr. 27. 57 pp.

14615

004790

Kasworm, W. F., and T. Manley. 1988. Grizzly bear and black bear ecology in the Cabinet Mountains of Northwest Montana. Mont. Dept. of Fish, Wildl., and Parks. Helena, Mont. 122 pp.

___, and T.J. Thier. 1991a. Cabinet Mountains grizzly bear population augmentation, 1990 progress report. U.S. Fish and Wildl. Serv., Missoula, Mont. 14 pp.

___, and ___. 1991b. Cabinet-Yaak Ecosystem grizzly bear and black bear research, 1990 progress report. U.S. Fish and Wildl. Serv., Missoula, Mont. 53 pp.

___, ___, and C. Servheen. 1993. Cabinet Mountains grizzly bear population augmentation, 1992 progress report. U.S. Fish and Wildl. Serv., Missoula, Mont.

Kellert, S. 1985. Social and perceptual factors in endangered species management. J. Wildl. Manage. 49:528-536.

___. 1986. Social and perceptual factors in the preservation of animal species. Pages 50-73 *in* B. Norton ed. The preservation of species. Princeton Univ. Press, Princeton, NJ.

___, and T. Clark. 1991. The theory and application of a wildlife policy framework. Pages 17-35 *in* W.R. Mangun and S.S. Nagel, eds. Public policy and Wildl. Conserv. Greenwood, N. Y.

Kemp, G.A. 1972. Black bear population dynamics at Cold Lake, Alberta, 1968-70. Pages 26-31 *in* S. Herrero, ed. Bears—their biology and management. IUCN Publ. New Series 23.

King, R.T. 1938. The essentials of a wildlife range. J. Forestry 36:457-464.

Kistchinskii, A.A. 1972. Life history of the brown bear (*Ursus arctos L.*) in northeast Siberia. Pages 67-73 *in* S. Herrero ed. Bears—their biology and management. IUCN Publ. New Series 23.

Knight, R., and B.M. Blanchard. 1993. Can the status of the Yellowstone grizzly bear population be determined by counting females with cubs-of-the-year? Interagency Grizzly Bear Study Team, Bozeman, Mont. 20 pp. Wildl. Soc. Bulletin.: *Submitted*.

___, ___, and D.J. Mattson. 1989. Yellowstone grizzly bear investigations, annual report of the Interagency Study Team 1988. National Park Serv. 34 pp.

___, ___, and ___. 1990. Yellowstone grizzly bear investigations, annual report of the Interagency Study Team 1989. National Park Serv. 33 pp.

___, ___, and ___. 1991. Yellowstone grizzly bear investigations, annual report of the Interagency Study Team 1990. National Park Serv. 11 pp.

___, ___, and ___. 1992. Yellowstone grizzly bear investigations, annual report of the Interagency Study Team 1991. National Park Serv. 11 pp.

___, ___, and ___. 1993. Yellowstone grizzly bear investigations, annual report of the Interagency Study Team 1992. National Park Serv. In press.

14616

004791

Knight, R., J. Beecham, B. Blanchard, L. Eberhardt, L. Metzgar, C. Servheen, J. Talbot. 1988. Equivalent population size for 45 adult females. Report of Yellowstone Grizzly Bear Population Task Force. Unpubl. National Park Serv., Bozeman, Mont. 7 pp.

Koford, C.B. 1969. The last of the Mexican grizzly bears. IUCN Bull. New Series. 2:95.

Kurten, B. 1968. Pleistocene mammals of Europe. Weidenfeld and Nicolson, London. 317 pp.

Leopold, A.S. 1967. Grizzlies of the Sierra del Nido. Pacific Discovery Vol. 20. 30-32 pp.

Lloyd, K. and S. Fleck. 1977. Some aspects of the ecology of black and grizzly bears in southeastern British Columbia. B.C. Fish and Wildl. Branch, Victoria. 55 pp.

Lyon, L.J. 1979. Habitat effectiveness for elk as influenced by roads and cover. J. For. 77:658-660.

Martinka, C.J. 1972. Habitat relationships of grizzly bears in Glacier National Park. National Park Serv. Prog. Rep. 19 pp.

_____. 1974. Population characteristics of grizzly bears in Glacier National Park, Montana. J. Mammal. 55(1):2129.

_____. 1976. Ecological role and management of grizzly bears in Glacier National Park, Montana. Pages 147-156 in M.R. Pelton, J.W. Lentfer, and G.E. Folk, Jr., eds. Bears—their biology and management. IUCN Publ. New Series 40.

Mattson, D.J., R.R. Knight, and B.M. Blanchard. 1987. The effects of developments and primary roads on grizzly bear habitat use in Yellowstone National Park, Wyoming. Int. Conf. Bear Res. and Manage. 8:57-64.

McArthur, K.L. 1979. The behavior of grizzly bears in relation to people in Glacier National Park—a literature review. 70 pp.

McLellan, B.N. 1989. Effects of resource extraction industries on behaviour and population dynamics of grizzly bears in the Flathead drainage, British Columbia and Montana. Ph.D. thesis. Univ. of British Columbia, Vancouver. 116 pp.

_____. 1990. Relationships between human industrial activity and grizzly bears. Int. Conf. Bear Res. and Manage. 8:57-64.

_____, and R.D. Mace. 1985. Behavior of grizzly bears in response to roads, seismic activity, and people. Preliminary Rep., Can. Border Grizzly Proj., Cranbrook, B.C. 53 pp.

_____, and D.M. Shackleton. 1988. Grizzly bears and resource extraction industries: effects of roads on behaviour, habitat use, and demography. J. Appl. Ecol. 25:451-460.

Meagher, M., and S. Fowler. 1989. The consequences of protecting problem grizzly bears. Pages 141-144 in M. Bromley, ed. Bear-people conflicts: proceedings of a symposium on management strategies. Northwest Territories Dept. of Renew. Res., Yellowknife, Northwest Territories, Canada.

14617

004792

Mealey, S. 1975. The natural food habits of free ranging grizzly bears in Yellowstone National Park. M.S. Thesis. Montana State Univ., Bozeman. 159 pp.

Miller, S.D. and W.B. Ballard. 1982. Homing of transplanted Alaskan brown bears. J. Wildl. Manage. 46:869-876.

Mundy, K.R.D., and D.R. Flook. 1973. Background for managing grizzly bears in the national parks of Canada. Can. Wildl. Serv. Rep. Series. No. 22. 35 pp.

Murie, A. 1944. The wolves of Mount McKinley. U.S. Government Printing Office. Washington, D.C. 238 pp.

____. 1962. Mammals of Mount McKinley National Park, Alaska. Mount McKinley Nat. Hist. Assoc. 56 pp.

Pac, H.I., and A. Dood. 1989. Grizzly mortality studies in the conterminous 48 states, January 1, 1988 - December 31, 1989. Mont. Dept. of Fish, Wildl., and Parks. Bozeman, Mont.

____, and ____. 1992. Draft grizzly bear mortalities in the lower 48 states, 1990 - 1992. Unpubl. Mont. Dept. of Fish, Wildl., and Parks. Bozeman, Mont.

Palmisciano, D. 1986. Grizzly mortality update. Mont. Dept. of Fish, Wildl., and Parks, Bozeman, Mont. 2 pp.

Pearson, A.M. 1972. Population characteristics of the northern interior grizzly in the Yukon Territory, Canada. Pages 32-35 in S. Herrero, ed. Bears—their biology and management. IUCN Publ. New Series 23.

____. 1975. The northern interior grizzly bear (Ursus arctos). Can. Wildl. Serv. Rep. Series. 34. 86 pp.

____. 1976. The boreal forest grizzly bear, annual report for 1975. Unpubl. Can. Wildl. Serv. Rep. No. 2676. 18 pp.

Rausch, R.L. 1963. Geographic variation in size in North American brown bears (Ursus arctos L.) as indicated by condylobasal length. Can. J. Zool. 41:33-45.

____. 1978. Structure, status, reproductive biology, movements, distribution and habitat utilization of grizzly bears in Northern Petroleum Reserve A. Alaska Dept. of Fish and Game 105C studies. 41 pp.

Riegelhuth, R. 1966. Grizzly bears and human visitation. M.S. Thesis. Colorado State Univ., Fort Collins. 80 pp.

Rogers, L.L. 1977. Social relationships, movements, and population dynamics of black bears in northeastern Minnesota. Ph.D. Thesis. Univ. of Minnesota, St. Paul. 194 pp.

____, and S.M. Rogers. 1976. Parasites of bears: a review. Pages 411-430 in M.R. Pelton, J.W. Lentfer, and G.E. Folk ed. Bears—their biology and management. IUCN Publ. New Series 40.

**14618**

.004793

Russell, R.H., J.W. Nolan, N.G. Woody, G. Anderson, and A.M. Pearson. 1978. A study of the grizzly bear (Ursus arctos) in Jasper National Park. Can. Wildl. Serv., Edmonton. 95 pp.

Schallenberger, A. 1980. Review of oil and gas exploitation impacts on grizzly bears. Int. Conf. Bear Res. and Manage. 4:271-276.

_____, and C. Jonkel. 1980. Rocky Mountain east front grizzly studies, 1979. Border Grizzly Project Special Rep. No. 39. Univ. of Montana, School of Forestry, Missoula. 207 pp.

Scott, J.P. 1964. The effects of early experience on social behavior and organization. Pages 231-255 in W. Etkin, ed. Social behavior and organization among vertebrates. Univ. of Chicago Press, Chicago. 307 pp.

Servheen, C. 1990. The status and conservation of bears of the world. Int. Conf. Bear Res. and Manage. Monogr. Series No. 2. 32 pp.

_____, and L.C. Lee. 1979. Mission Mountains grizzly bear studies, an interim report, 1976-778. Border Grizzly Project, Mont. Forest and Conserv. Exp. Sta. School of Forestry, Univ. of Montana, Missoula. 299 pp.

_____, and R. Klaver. 1981. Grizzly bear dens and denning activity in the Mission and Rattlesnake Mountains, Montana. Int. Conf. Bear Res. and Manage. 5:201-207.

_____, W. Kasworm, and A. Christensen. 1987. Approaches to augmenting grizzly bear populations in the Cabinet Mountains of Montana. Int. Conf. Bear Res. and Manage. 7:363-367.

_____, A.N. Hamilton, R. Knight, B.N. McLellan. 1991. Evaluation of the Bitterroot and North Cascades to sustain viable grizzly bear populations. Rep. to the Interagency Grizzly Bear Committee. Boise, ID. 9 pp.

Shaffer, M.L. 1978. Determining minimum viable population sizes: a case study of the grizzly bear (Ursus arctos). Ph.D. Diss. School of Forestry and Environmental Studies, Duke Univ., Durham, North Carolina. 190 pp.

_____, and F.B. Samson. 1985. Population size and extinction: a note on determining critical population sizes. Amer. Naturalist. 125:145-152.

Singer, F.J. 1978. Seasonal concentrations of grizzly bears, North Fork of the Flathead River, Montana. Can. Field Nat. 92:283-286.

Smith, B.L. 1978. Investigation into black and grizzly bear responses to coastal logging - 1977. B.S. Thesis, Simon Fraser Univ., Burnaby, B.C. 85 pp.

Soule, M.E. 1980. Thresholds for survival: maintaining fitness and evolutionary potential. Pages 151-169 in M.E. Soule and B.A. Wilcox, eds. Conservation biology - an evolutionary-ecological perspective. Sinauer Associates, Sunderland, Mass.

004794

Spreadbury, B. 1984. Yukon grizzly transplant project. Prep. for Yukon Fish and Wildl. Branch, Environment Can., Yukon Fish and Game Assoc. and Univ. Calgary, Alberta.

Stebler, A.M. 1972. Conservation of the grizzly—ecological and cultural consideration. Pages 297-303 *in* S. Herrero, ed. Bears—their biology and management. IUCN Publ. New Series 23.

Storer, T.I., and L.P. Tevis. 1955. California grizzly. Univ. of Nebraska Press, Lincoln and London. 335 pp.

Troyer, W.A., and R.J. Hensel. 1964. Structure and distribution of a Kodiak bear population. J. Wildl. Manage. 28:769-772.

U.S. Fish and Wildlife Service. 1982. Grizzly Bear Recovery Plan. U.S. Fish and Wildl. Serv., Denver, Colo. 195 pp.

U.S. Forest Service. 1986. Interagency grizzly bear management guidelines. U.S. For. Serv., Missoula, Mont. 85 pp.

_____. 1990. CEM - a model for assessing effects on grizzly bears. U.S. For. Serv. 24 pp.

Weaver, J., R. Escano, D. Mattson, T. Puchlerz, and D. Despain. 1986. A cumulative effects model for grizzly bear management in the Yellowstone Ecosystem. Pages 234-246 *in* G.P. Contreras and K.E. Evans, eds. Proceedings-grizzly bear habitat symposium. U.S. For. Serv. Intermountain Res. Sta., Ogden, Utah. Gen. Tech. Rep. INT-207.

Weilgus, R.B., F.L. Bunnell, W. Wakkinen, and P. Zager. 1993. Population dynamics of Selkirk Mountains grizzly bears. J. Wildl. Manage. *Submitted.*

Wilcox, B.A. 1980. Insular ecology and conservation. Pages 95-117 *in* M.E. Soule' and B.A. Wilcox eds. Conservation biology—an evolutionary-ecological perspective. Sinauer Associates, Inc., Sunderland, Mass. 395 pp.

Wright, H. 1909. The grizzly bear. Univer. of Nebraska Press. Lincoln and London. 274 pp.

Zager, P.E. 1980. The influence of logging and wildfire on grizzly bear habitat in northwestern Montana. Ph.D. Diss. Univ. of Montana, Missoula. 131 pp.

_____, and C. Jonkel. 1983. Managing grizzly bear habitat in the northern Rocky Mountains. J. Forestry. 81:524-526.

14620

004795