



# United States Department of the Interior

### FISH AND WILDLIFE SERVICE



*Upper Columbia Fish and Wildlife Office*
*11103 East Montgomery Drive*
*Spokane, Washington 99206*

February 9, 2004

Bob Castaneda, Forest Supervisor
Kootenai National Forest
1101 U.S. Highway 2 West
Libby, Montana 59923

Ranotta McNair, Forest Supervisor
Idaho Panhandle National Forests
3815 Schreiber Way
Coeur d'Alene, Idaho 83815-8363

Deborah Austin, Forest Supervisor
Lolo National Forest
Building 24, Fort Missoula
Missoula, Montana 59804

Subject:     Biological Opinion on the Proposed Forest Plan Amendments for Motorized
             Access Management within the Selkirk and Cabinet-Yaak Grizzly Bear Recovery
             Zones for the Kootenai, Idaho Panhandle, and Lolo National Forests

Dear Mr. Castaneda, Ms. McNair, and Ms. Austin:

This letter transmits the U.S. Fish and Wildlife Service's biological opinion on the proposed
Forest Plan amendments, in accordance with section 7 of the Endangered Species Act of 1973, as
amended. The proposed amendments address motorized access management within the Selkirk
and Cabinet-Yaak Grizzly Bear Recovery Zones for the Kootenai, Idaho Panhandle, and Lolo
National Forests.

This biological opinion determines that implementation of the proposed amendments are not
likely to jeopardize the continued existence of the grizzly bear (*Ursus arctos*), Canada lynx
(*Lynx canadensis*), and bull trout (*Salvelinus confluentus*). We have provided an incidental take
statement with reasonable and prudent measures and terms and conditions to minimize incidental
take of the grizzly bear.

We look forward to working with you on the implementation of this biological opinion during the course of individual project level consultation. If you have any questions regarding this biological opinion, please contact me, Bryon Holt of this office at (509) 891-6839, or Paul Hanna of our Kalispell Field Office, Kalispell, Montana at (406) 758-6868.

Sincerely,

Susan B. Martin

Supervisor

Enclosure

cc: FWS, Helena, Mt.
    FWS, Kalispell, Mt.

# Biological Opinion for the Kootenai, Idaho Panhandle, and Lolo National Forests Land and Resource Management Plans Amendment for Motorized Access Management within the Selkirk and Cabinet-Yaak Grizzly Bear Recovery Zones
## FWS Ref. 1-9-02-F-148

Prepared by:

U.S. Fish and Wildlife Service
Upper Columbia Fish and Wildlife Office
Spokane, Washington

And

U.S. Fish and Wildlife Service
Montana Field Office
Kalispell, Montana

February 9, 2004

OPTIONAL FORM 99 (7–90)

**FAX TRANSMITTAL**  # of pages ► 3

To *Ron Swan*
Dept./Agency

From *Bryon Holt*
Phone # *(509) 893-8014*

Fax # *503/231-2166*
NSN 7540-01-317-7368    5099-101    GENERAL SERVICES ADMINISTRATION

000003

## TABLE OF CONTENTS

Introduction                                                          1

Consultation History                                                 2

Description of the Proposed Action                                   6

Status of the Species                                                9
- Grizzly Bear                                                       9
- Canada Lynx                                                       13
- Bull Trout                                                        22

Environmental Baseline                                              32
- Status of the Species within the Action Area                     32
  – Grizzly Bear                                                    32
  – Canada Lynx                                                     63
  – Bull Trout                                                      68

Effects of the Action                                             100
- Effects of the Action on Grizzly Bear                           100
- Effects of the Action on Canada Lynx                            112
- Effects of the Action on Bull Trout                             113

Cumulative Effects                                                122
- Grizzly Bear                                                    122
- Canada Lynx                                                     124
- Bull Trout                                                      124

Conclusion                                                        125
- Grizzly Bear                                                    125
- Canada Lynx                                                     127
- Bull Trout                                                      127

Incidental Take Statement                                         128
- Amount or Extent of Take                                        128
  – Grizzly Bear                                                  128
  – Canada Lynx                                                   132
  – Bull Trout                                                    132

- Effect of the Take                                              133
  – Grizzly Bear                                                  133

i

000004

- •      Reasonable and Prudent Measures       134
  - –      Grizzly Bear       134

- •      Terms and Conditions       134
  - –      Grizzly Bear       135

Conservation Recommendations       140

Reinitiation - Closing Statement       141

Literature Cited       143

Appendix A: Status of Lynx Analysis Units on Kootenai, Lolo, and Idaho Panhandle National Forests

Appendix B: Bull Trout stream redd survey and road mileage information

Figures

Figure 1: Current Grizzly Bear Distribution       4

Figure 2: Grizzly Bear Recovery Zones       10

Figure 3: Grizzly Bear Analysis Areas Outside of SRZ and CYRZ       43

000005

## Introduction

This document transmits the U.S. Fish and Wildlife Service's (Service) biological opinion based on the Service's review of the proposal to amend the Kootenai (KNF), Idaho Panhandle (IPNF), and Lolo National Forests (LNF) (hereafter collectively referred to as Forests) Land and Resource Management Plans (LRMP) for Motorized Access Management within the Selkirk and Cabinet-Yaak Grizzly Bear Recovery Zones (Amendment) and its effects on the threatened grizzly bear (*Ursus arctos*), threatened Canada lynx (*Lynx canadensis*; lynx), threatened gray wolf (*Canis lupus*), endangered woodland caribou (*Rangifer tarandus caribou*), threatened bald eagle (*Haliaeetus leucocephalus*), and threatened bull trout (*Salvelinus confluentus*), in accordance with section 7 of the Endangered Species Act of 1973, as amended (Act), (16 U.S.C. 1531 et seq.). Your request for formal consultation was dated and received on June 27, 2002.

During the course of formal consultation, the Service received new information pertaining to the distribution and status of grizzly bear outside of the Selkirk and Cabinet-Yaak Grizzly Bear Recovery Zones (collectively Recovery Zones). As the Service was unaware of grizzly bear residency in areas outside of the Recovery Zones, previously completed consultations for these forests do not adequately address the potential effects of current LRMP implementation upon grizzly bears in these areas. Therefore, pursuant to regulations at 50 CFR §402.16, we are reinitiating consultation on the Forests' LRMPs to address potential effects of these plans upon grizzly bears or their habitat located outside of, but adjacent to, the Recovery Zones. Thus, in addition to addressing the potential effects of the proposed Amendment on the grizzly bear, Canada lynx, and bull trout within the Recovery Zones, this biological opinion addresses the potential effects of the current implementation of the Forests' LRMPs on grizzly bears outside of the Recovery Zones.

The Service has reviewed the Forests' biological assessments (BA) prepared for the proposed Amendment and concurs with the Forests' determinations that the proposed Amendment "may affect but is not likely to adversely affect" the gray wolf, woodland caribou, and bald eagle. Concurrence by the Service is contingent upon implementation of the Amendment as described in the BAs.

Your letter requested our concurrence with your determination that this proposed Amendment "may affect, but is not likely to adversely affect" Canada lynx. As you may already know, the District Court for the District of Columbia issued an order on December 26, 2002, that enjoins the Service from issuing any "written concurrence[s]" that actions proposed by any Federal agencies "may affect, but are not likely to adversely affect" the Canada lynx. Until further notice, all consultations concerning effects to Canada lynx must be conducted in accordance with the direction of the Court. Specifically, any actions subject to consultation that may affect Canada lynx require formal consultation as described in 50 CFR 402.14 and preparation of a biological opinion that addresses how the proposed action is expected to affect Canada lynx in order to complete the procedural requirements of section 7.

1

000006

This biological opinion is based on information provided in the revised February 14, 2002, wildlife (grizzly bear, Canada lynx, gray wolf, bald eagle) biological assessment (BA), February 28, 2002, aquatic (Kootenai River white sturgeon, bull trout, redband trout) BA, the February 28, 2002 botanical (Ute ladies'-tresses, water howellia) BA, the March 2002 Final Environmental Impact Statement; Forest Plan Amendments for Motorized Access Management Within the Selkirk and Cabinet-Yaak Grizzly Bear Recovery Zones (FEIS), field investigations, and other sources of information. The IPNF provided the Service an amendment to the aquatic BA on January 22, 2003. A complete administrative record of this consultation is on file in the Service office in Spokane.

## Consultation History

Based on direction from the Interagency Grizzly Bear Committee (IGBC), and incorporating information from research conducted by Wakkinen and Kasworm (1997), in 1998 the Selkirk/Cabinet-Yaak Subcommittee (Subcommittee) of the IGBC approved an Interim Access Management Rule Set (Rule Set) to manage motorized access within the Selkirk and Cabinet-Yaak Recovery Zones (IGBC 1998b). The Rule Set was to be in place over the next three years, or until LRMPs were revised, or the Subcommittee determined a need to modify the direction. The Rule Set, rather than establishing standards for core habitat, and open and total road densities, as directed by the IGBC, merely outlines the following goals for each element: (1) there will be no net loss of core habitat, and the Forest Service will work to achieve 55 percent core habitat in Priority 1 Bear Management Units (BMUs); (2) there will be no net loss of core areas in the remainder of the BMUs (41 percent of all BMUs); (3) there will be no net increase in open and total road densities on National Forest System lands within these Ecosystems. The Rule Set also addressed the issue of administrative use on restricted roads, setting a standard of up to an average of one vehicle per day during the non-denning bear season (April 1st through November 15th), for a total of up to 115 round trips on restricted roads during the non-denning period. The Rule Set also allows for a 30-day public use period on one restricted road per BMU per year, without reducing habitat security calculations. This 30-day public use period can only occur, after coordination with the Service, in Priority 1 BMUs meeting 55 percent core habitat and in Priority 2 and 3 BMUs that meet 70 percent habitat security.

In the spring of 1999, the Alliance for the Wild Rockies filed a lawsuit challenging the KNF's and IPNF's implementation of the Rule Set without amending their LRMPs. The KNF and IPNF settled the lawsuit in March 2001 and agreed to amend their respective LRMPs to address grizzly bear management. The LNF was not included in the lawsuit; however, they requested to be included in the amendment process so as to update their LRMP to provide consistent direction within the Cabinet-Yaak Recovery Zone.

In March of 2001, the Forests established an Interdisciplinary Team (ID Team) to begin the process of amending their LRMPs. The Service was invited to participate on the ID Team and, thus, began informal consultation with the Forests through participation on this team.

000007

Subsequent to many meetings and conference calls with the ID Team, on May 10, 2002, the Forests submitted a letter requesting initiation of formal consultation for grizzly bears and bull trout. The letter was accompanied by biological assessments (BA) for these species.

Following receipt of the BAs, several informal meetings were held between our agencies to discuss the content and analysis contained in the BA pertaining to grizzly bears. These informal discussions resulted in a meeting on June 24, 2002, during which, the Service identified several points of clarification and additional information necessary to facilitate an analysis of the potential effects of the proposed Amendment upon grizzly bears. At this meeting, the Service also advised the Forests that we were still reviewing the bull trout BA to determine its completeness with regard to enabling an analysis of the proposed Amendment's potential effects upon bull trout. On July 22, 2002, we received the requested information pertaining to grizzly bears in a letter from the Forest Service, dated July 19, 2002.

Shortly after receiving the requested grizzly bear information, the Service began analyzing other preliminary information concerning the current distribution, and potential occupancy by grizzly bears of areas outside of, but adjacent to, the recovery zones within these Ecosystems. Through a coordinated effort involving the Service, Idaho Department of Fish and Game (IDFG), and Montana Fish, Wildlife, and Parks, the current distribution of grizzly bears was delineated on a map, which was finalized on October 2, 2002 (Figure 1). The current grizzly bear distribution map includes delineation of several areas outside of, but adjacent to the recovery zones. Through informal discussions and agreement, on November 19, 2002, the Forests provided an analysis of the implementation of their current LRMPs regarding their potential effects upon grizzly bears in these newly mapped areas of grizzly bear occupancy. To formalize and document the request for, and receipt of this information, on December 3, 2002, the Service requested additional information from the Forests regarding the potential effects of the current implementation of the LRMPs upon grizzly bears on the three forests within the newly mapped areas of grizzly bear occupancy outside of the recovery zones. To facilitate our analysis of the potential effects to grizzly bear within these areas, the Service requested additional information relative to total and open motorized road densities within these areas, and how the current LRMPs, or the LRMPs as modified by the proposed Amendment, would provide for the management of grizzly bears within these areas. On March 18, 2003, the Forests provided additional data supporting the analysis of the Amendment's potential effect upon grizzly bears within the newly mapped areas of grizzly bear occupancy.

On April 29, 2003, we advised the Forests that, because the information on road densities in the areas occupied by grizzly bears outside of the recovery zones, provided in the March 18, 2003, letter was generated using a linear road density analysis, we were unable to analyze the potential for incidental take of grizzly bears to occur within these areas. This was because the thresholds established for assessing incidental take are based on research using a Geographic Information System moving windows analysis technique. A moving window analysis is a spatial analysis of road density distribution, while a linear road density analysis is not. Therefore, to enable an

Figure 1. Current Grizzly Bear Distribution

3



Figure 1: Grizzly Bear Distribution (USFS 2002a)

analysis of the potential for incidental take of grizzly bears in areas occupied by grizzly bears outside of the recovery zone, we requested information on linear road density information within BMUs of the recovery zones that could be compared with moving windows road density information within the same BMUs. This comparison could then be extrapolated to the areas of grizzly bear occupancy outside of the recovery zones to complete an analysis for the potential for incidental take of grizzly bears in these areas. We also requested additional information pertaining to the status of grizzly bears for those portions of the KNF and LNF that lie within the BMUs situated in the Northern Continental Divide Grizzly Bear Recovery Zone.

Relative to bull trout, on June 26, 2002, the Service advised the Forests we had completed review of the BA, and had determined there were several inadequacies pertaining to the status of the bull trout population on the IPNF. Specific details of information pertaining to the status of bull trout on the IPNF were developed in conjunction with the IPNF and KNF over the course of the 2002 summer. Thus, in the December 3, 2002, letter previously referenced, we requested additional information regarding the current status of the bull trout population on the IPNF that was necessary to facilitate the analysis of the proposed Amendment's potential effect to this species on the IPNF. At that time, we advised the Forests that the Service considered the information and analysis contained in the BA pertaining to bull trout populations on the KNF and LNF as sufficient to enable initiation of formal consultation on the proposed Amendment. On January 24, 2003, we received the requested information in a letter from the Forest Service, dated January 22, 2003.

Pursuant to further review of the bull trout BA and January 22, 2003 supplemental information, on March 20, 2003, the Service informed the IPNF of several additional inconsistencies and inaccuracies pertaining to the IPNF's bull trout population status information. In a April 1-2, 2003, meeting, the IPNF provided the necessary information to the Service clarifying the identified deficiencies.

As previously indicated, your June 27, 2002, letter requested our concurrence with your determination that the proposed Amendment "may affect, but is not likely to adversely affect" Canada lynx. On December 26, 2002, the U.S. District Court for the District of Columbia issued an order on Civil Action No. 00-2996 (*Defenders of Wildlife, et al. v. Gale Norton, et al.*), enjoining the Service from issuing any written concurrences for actions that may affect, but are not likely to adversely affect, the Canada lynx. Consequently, in a letter February 24, 2003, we advised the Forests that, pursuant to the court's decision, we were initiating formal consultation on Canada lynx, and were therefore requesting additional information necessary to facilitate an analysis of the proposed Amendment's potential effect upon this species. On April 2, 2003, we received the requested information from the Forests in a letter dated March 29, 2003.

During an April 24, 2003, conference call we clarified with staff of the KNF and IPNF that, although the proposed Amendment does not specifically address road management directly related to lynx habitat maintenance, the Forests' intent is to abide by the Canada Lynx Conservation Agreement (CA), which was entered into between the Forest Service and the Service on February 7, 2000 (USFS and USFWS 2000). (Note: staff from the LNF were not

000010

present on the conference call). The intent of the CA is to conserve lynx and its habitat on federal lands administered by the Forest Service, and to reduce or eliminate adverse effects or risks to the species and its habitat. Furthermore, pursuant to the CA, the Forest Service agreed to defer all actions that are determined likely to adversely affect lynx, which are proposed by the Forest Service and do not involve third parties. The CA will remain in effect until such time as individual LRMPs are amended or revised, as appropriate, to incorporate information on lynx management. Such amendments or revisions will utilize the best currently available scientific information, including but not limited to the Lynx Conservation Assessment and Strategy (LCAS) (Rudiger et al. 2000) and the Lynx Science Report (Ruggerio et al. 2000a). Currently, the KNF, IPNF, and LNF are participating in a multi-forest amendment process involving 18 national forests in Montana, Wyoming, Idaho, and Utah to amend their respective LRMPs for lynx. Therefore, in a April 28, 2003, letter we requested written acknowledgment that the above discussion accurately reflected the April 24, 2003, conference call. Additionally, in our April 28, 2003, letter we requested additional information pertaining to the status of all Lynx Analysis Units (LAUs) on the LNF, because our February 24, 2003, letter incorrectly only requested information from the LNF for LAUs within the single BMU administered on its forest.

## BIOLOGICAL OPINION

### I.    Description of the Proposed Action

The Forests propose amending their respective LRMPs to address grizzly bear habitat management within the Recovery Zones by changing the objectives, standards, and guidelines related to open motorized route density (OMRD), total motorized route density (TMRD), and core habitat through implementation of Alternative E (preferred alternative) of the FEIS (Forest Service 2002c). The intent of Alternative E is to provide management flexibility in response to issues related to public and administrative access, economics, access to private inholdings, and increased grizzly bear security. Under Alternative E, the Forests propose to establish specific standards for the management of core habitat, OMRD, and TMRD for individual grizzly bear management units (BMUs) within the Recovery Zones (Table 1) reflecting the existing unique biological and social features (highways, high quality habitat, residential developments, linkage zones, etc.) within each individual BMU. Additionally, core habitat would be fixed in place for at least 10 years. The Forests anticipate that it may take five to nine years from the date of the decision to amend the LRMPs to achieve the proposed standards.

The Forests also propose to maintain administrative use of restricted roads within the Recovery Zones to less than or equal to ($\leq$) 57 round trips per active bear year (April 1 through November 15), divided seasonally. The seasonal apportionment of vehicle trips are as follows: $\leq$19 round trips in spring (April 1 thru June 15); $\leq$23 round trips in summer (June 16 through September 15); and $\leq$15 round trips in fall (September 16 through November 15). Restricted roads are defined as roads on which motorized vehicle use is restricted seasonally or year-long. The roads require effective physical obstructions (generally gates). Administrative use is defined as passenger vehicle access on a restricted road to conduct non-mechanized activities, such as planting, regeneration surveys, timber sale layout, etc, and may include contractors and

000011

Table 1. Bear management unit status and proposed standards (Forest Service 2002a).

| BMU | BMU Priorities | OMRD >1mi/mi² (%) | | TMRD >2mi/mi² (%) | | Percent Core | | Percent Federal Land |
|---|---|---|---|---|---|---|---|---|
| | | 2002 Status | Proposed Standard (max) | 2002 Status | Proposed Standard (max) | 2002 Status | Proposed Standard (min) | |
| 1 | 2 | 12.0 | 15.0 | 10.0 | 15.0 | 83.0 | 80.0 | 99 |
| 2 | 2 | 17.0 | 20.0 | 14.0 | 18.0 | 77.0 | 75.0 | 94 |
| 3 | 3 | 27.0 | 33.0 | 26.0 | 26.0 | 62.0. | 55.0 | 95 |
| 4 | 2 | 36.0 | 36.0 | 26.0 | 26.0 | 62.0 | 63.0 | 84 |
| 5 | 1 | 26.0 | 30.0 | 21.0 | 23.0 | 63.0 | 58.0 | 97 |
| 6 | 1 | 33.0 | 34.0 | 32.0 | 32.0 | 55.0 | 55.0 | 85 |
| 7 | 2 | 23.0 | 26.0 | 20.0 | 23.0 | 66.0 | 63.0 | 92 |
| 8 | 3 | 32.0 | 32.0 | 23.0 | 20.0 | 56.0 | 55.0 | 93 |
| 9 | 2 | 32.0 | 33.0 | 27.0 | 26.0 | 57.0 | 55.0 | 90 |
| 10 | 2 | 41.0 | 44.0 | 32.0 | 34.0 | 49.0 | 48.0 | 95 |
| 11 | 1 | 31.0 | 33.0 | 28.0 | 26.0 | 54.0 | 55.0 | 96 |
| 12 | 1 | 43.0 | 45.0 | 30.0 | 31.0 | 57.0 | 55.0 | 92 |
| 13 (Keno) | 1 | 28.0 | 33.0 | 24.0 | 26.0 | 62.0 | 55.0 | 99. |
| 14 (Northwest Peaks) | 1 | 28.0 | 33.0 | 26.0 | 26.0 | 56.0 | 55.0 | 99 |
| 15 | 1 | 31.0 | 33.0 | 30.0 | 26.0 | 50.0 | 55.0 | 94 |
| 16 | 1 | 29.0 | 33.0 | 38.0 | 26.0 | 45.0 | 55.0 | 96 |
| 17 | 2 | 31.0 | 33.0 | 26.0 | 26.0 | 50.0 | 55.0 | 99 |
| 18 (Boulder) | 3 | 29.0 | 33.0 | 35.0 | 29.0 | 49.0 | 55.0 | 92 |
| 19 (Grouse)[a,b] | 3 | 59.0 | 59.0 | 59.0 | 55.0 | 32.0 | 37.0 | 54 |
| 20 (N. Lightening) | 1 | 38.0 | 35.0 | 20.0 | 26.0 | 61.0 | 61.0 | 94 |
| 21 (Scotchman) | 2 | 35.0 | 35.0 | 27.0 | 26.0 | 63.0 | 62.0 | 81 |
| 22 | 3 | 39.0 | 33.0 | 42.0 | 35.0 | 49.0 | 55.0 | 89 |
| Blue-Grass | 1 | 27.0 | 33.0 | 29.0 | 26.0 | 50.0 | 55.0 | 96 |
| Long-Smith | 1 | 23.0 | 25.0 | 13.0 | 15.0 | 73.0 | 67.0 | 92 |
| Kalispell-Granite | 1 | 31.0 | 33.0 | 29.0 | 26.0 | 48.0 | 55.0 | 96 |
| Lakeshore | 3 | 78.0 | 82.0 | 50.0 | 56.0 | 20.0 | 20.0 | 86 |
| Salmo-Priest | 2 | 30.0 | 33.0 | 24.0 | 26.0 | 65.0 | 64.0 | 99 |
| Sullivan-Hughes | 1 | 23.0 | 23.0 | 20.0 | 18.0 | 59.0 | 61.0 | 99 |
| Myrtle | 2 | 30.0 | 33.0 | 19.0 | 22.0 | 60.0 | 56.0 | 85 |
| Ball-Trout | 2 | 18.0 | 20.0 | 9.0 | 13.0 | 72.0 | 69.0 | 94 |
| Le Clerc [a,c] | 3 | 38.0 | **** | 55.0 | **** | 30.0 | **** | 64 |
| IDL[d] | ? | ? | N/A | ? | N/A | ? | N/A | <2 |

[a] ≤ 75 percent Federal Lands
[b] Due to the high level of non-Federal lands within the Grouse BMU, existing conditions and standards are calculated assuming no contribution of secure habitat from private lands.
[c] LeClerc BMU is not addressed in this proposed Amendment as 90 percent of the acreage lies within the Colville National Forest.
[d] IDL BMU lands are not addressed in the proposed Amendment.

7

000012

permittees. Activities and/or use levels beyond those described above are subject to individual consultation.

The proposed Amendment will not prescribe site-specific access management decisions within the Recovery Zones. It will, however, establish various levels of human access within the Recovery Zones. The decision to change the status of a specific road or trail will be proposed through project-level analysis (USFS 2002a).

Planning for units of the National Forest System involves two levels of decision-making. The first level, often referred to as programmatic planning, is the development or amendment of LRMPs that provide management direction for resource programs, uses, and protection measures. The LRMPs and associated amendments are intended to set out Management Area prescriptions or decisions with goals, objectives, standards, and guidelines for future decision-making through site-specific planning. The environmental analysis accomplished at the plan amendment level guides resource management decisions and aids the next level of site-specific planning (USFS 2002a).

The second level of planning involves the analysis and implementation of management practices designed to achieve goals and objectives of the LRMP. This is commonly referred to as site-specific or project-level planning. It requires relatively detailed information that includes, for instance, the location, condition, and current uses of individual roads and trails, and the identification of when and where individual roads and trails will be open or closed to various types of use. This step is most often accomplished at the ranger district (local) level (USFS 2002a).

The Selkirk Recovery Zone (SRZ) contains 10 BMUs and the Cabinet-Yaak Recovery Zone (CYRZ) contains 22 BMUs. Table 1 depicts the current status of these BMUs, and the proposed standards for each, relative to core habitat, OMRD, and TMRD.

As stated previously, after formal consultation on the proposed Amendment was initiated on May 10, 2002, a map of grizzly bear occupancy outside of the Recovery Zones was finalized on October 2, 2002 (Figure 1). This map represents new information pertaining to the status of and potential effects to grizzly bears that was not previously analyzed relative to the implementation of the Forests current LRMPs. Therefore, this consultation serves two purposes: 1) to analyze potential effects to grizzly bears, Canada lynx, and bull trout resulting from implementation of the Forests proposed Amendment within the Recovery Zones; and 2) to reinitiate consultation on the Forests' LRMPs to address potential effects to grizzly bears occupying areas outside of, but adjacent to, the Recovery Zones within areas depicted on Figure 1 within these two Ecosystems.

It is also important to note that the Forests are currently beginning the process of revising their LRMPs, which they hope to have completed within the next three to five years. Thus, should new or additional information on grizzly bear behavior or habitat use become available in the intervening period, such new information could be incorporated into the revised LRMPS addressing grizzly bear management.

000013

## II.    Status of the Species

### A.    Grizzly Bear

The grizzly bear is one of two subspecies of the brown bear (*Ursus arctos*) which occupy North America. Coloration varies from light brown to almost black. Grizzly bears are generally larger than black bears (*Ursus americanus*), ranging between 200 and 600 pounds (lbs), and can be distinguished from them by longer, curved claws, humped shoulders, and a more concave face. Although relatively long-lived (20-25 years in the wild), the grizzly bear has a low reproductive rate due to the late age of first reproduction (4-7 years), small litter size (two cubs), long intervals between litters (three years), and limited cub survival (less than 50 percent). Grizzly bears are a wide-ranging species with individualistic behavior, although there is little evidence that they are territorial. Home range sizes vary, and the home ranges of adult bears frequently overlap. Most areas currently inhabited by the species are represented by contiguous, relatively undisturbed mountainous habitat exhibiting high topographic and vegetative diversity. Availability of spring habitat is a concern throughout the current range of the species. A more complete discussion of the biology and ecology of this species may be found in the 1993 Grizzly Bear Recovery Plan (Recovery Plan) (USFWS 1993).

Originally distributed in various habitats throughout North America from central Mexico to the Arctic Ocean, grizzly bears were thought to number approximately 50,000 in the early 1800's.

However, westward human expansion and development in the 1800s led to a rapid distributional recession of grizzly bear populations. Bear numbers and distribution in the lower 48 States dropped precipitously during this period, due to a combination of habitat deterioration, commercial trapping, unregulated hunting, and livestock depredation control. On July 28, 1975, the grizzly bear was listed as threatened in the conterminous U.S., at which time the species occupied less than two percent of its former range south of Canada and was distributed in five small populations totaling an estimated 800-1,000 bears (USDI 1975). The five remaining self-perpetuating or remnant populations occur primarily in mountainous regions, national parks, and wilderness areas of Washington, Idaho, Montana, and Wyoming.

A Grizzly Bear Recovery Plan was approved on January 29, 1982, and a revised plan was completed on September 10, 1993 (USFWS 1993). Recovery needs for the grizzly bear are described in the Recovery Plan, which outlines a series of goals and objectives necessary to provide for conservation and recovery of the grizzly bear in selected areas of the conterminous 48 States. One of these objectives is to recover grizzly bear populations in all of the ecosystems known to have suitable space and habitat. The Recovery Plan identifies six separate recovery zones or ecosystems: 1) the Yellowstone (YRZ); 2) the Northern Continental Divide (NCDRZ); 3) the CYRZ; 4) the SRZ; 5) the North Cascades (NCRZ); and 6 ) the Bitterroot (BRZ) (Figure 2).

The Recovery Plan identifies three indicators of population status, based on reproduction, numbers, and distribution, to be used as the basis for recovery in each ecosystem: (1) sufficient

9



Figure 2. Present grizzly bear ecosystems in the conterminous 48 States, 1990 (the San Juan Mountains area of Colorado is not shown).

reproduction to offset the existing levels of human-caused mortality; (2) adequate distribution of breeding animals throughout the area; and (3) a limit on total human-caused mortality. Based on these indicators, three specific parameters have been developed to monitor the status of grizzlies in each ecosystem: (1) the number of unduplicated females with cubs seen annually; (2) the distribution of females with young or family groups throughout the ecosystem; and (3) the annual number of known human-caused mortalities. To facilitate population monitoring and habitat evaluation within each ecosystem, the recovery zones are divided into areas designated as BMUs. These BMUs, designed to approximate the average home range of a female grizzly (approximately 100 square miles), assist in characterizing grizzly bear numbers and distribution within each ecosystem and in tracking cumulative effects (Christensen and Madel 1982).

In 1991, the Service received petitions to reclassify the five existing grizzly bear populations (YRZ, NCDRZ, CYRZ, SRZ, and NCRZ) from threatened to endangered. On April 20, 1992, the Service issued a "not warranted for reclassification" finding for the YRZ and NCDRZ populations (USFWS 1992). On February 12, 1993 (USDI 1993), the Service found that reclassification of grizzly bears in the CYRZ from threatened to endangered was warranted but precluded by work on higher priority species, but determined that such reclassification was not warranted for the grizzly bear population in the SRZ. On May 17, 1999 (USDI 1999a), the Service found that reclassification of grizzly bears in the SRZ from threatened to endangered was

10

warranted but precluded by work on higher priority species. Also, in its May 17, 1999 finding, the Service determined that preliminary information suggests that the CYRZ and SRZ grizzly bear populations may be connected through Canada. Therefore, the Service will consider formally recognizing a distinct population segment that would encompass both of these ecosystems. Until a final determination is made on a distinct population segment, the Service still considers the ecosystems to be separate.

The grizzly bear population within the YRZ continues to increase and expand its range. Currently, the population is estimated to range from 280 - 610 bears and occupy approximately 7,574,244 acres in the YZ (USFWS 2002a). All population recovery parameters were first achieved in 1994. However, for the next three years (1995-97) grizzly bear mortality limits were exceeded. Beginning in 1998 and continuing through 2001, all grizzly bear recovery parameters have been achieved (USFWS 2002a). Habitat based recovery criteria, a conservation strategy, and state management plans are currently in development.

The exact size of the grizzly bear population in the NCDRZ is unknown, but recent data from the northern one third of this ecosystem indicates that there are more bears than previously thought. Grizzly bears occupy approximately 6,128,129 acres within this ecosystem. Monitoring results indicate that through 1999 recovery criteria for several parameters were met, including: 1) numbers of females with cubs; 2) numbers of BMUs with family groups; 3) occupancy requirements for BMUs; and 4) total human-caused grizzly bear mortality. However, the female grizzly bear mortality recovery criterion was not met (USFWS 2001a).

The status of the NCRZ population is unknown, but bear numbers are suspected to be very low and probably less than 15 grizzly bears. The BRZ is not occupied by grizzly bears at this time, but the Service recently released a final environmental impact statement (FEIS) addressing the restoration of grizzly bears to this ecosystem (USFWS 2000a).

The CYRZ represents approximately eight percent of the total occupied grizzly bear range remaining within the conterminous 48 States. Grizzly bear numbers in this ecosystem are estimated at 30-40 animals. Until recently, the Service believed that this population was stable to increasing. This belief was based on perceptions of grizzly bear researchers familiar with this ecosystem, and population trend analyses. Grizzly bear biologists working in this ecosystem perceived that the population had increased due to more reported grizzly bear sightings, and sightings in areas not previously known to be used by grizzly bears in this ecosystem (Kasworm, pers. comm. 2000). Population trend analyses, using data from 1993 to 1998, although statistically inconclusive, indicated that the grizzly bear population was experiencing annual growth (USDI 1999a). To conduct population trend analyses, the Service utilizes the BOOTER computer model developed by Fred Hovey (Hovey and McLellan 1996, Mace and Waller 1998). The BOOTER program utilizes the survival and reproduction of female radio-collared bears to calculate population trend estimates and confidence intervals. In 1999 and 2000, an unusually high number of grizzly bear mortalities were sustained in this population; there were five grizzly bear mortalities in 1999 and four in 2000. Of the nine grizzly bear mortalities in 1999 and 2000, three were females and five were cubs. Thus, due to the mortalities of these females and cubs,

11

upon which the trend estimate is based, the point estimate, incorporating data from 1983 to 2000, was 0.984 (95 percent confidence interval = 0.857-1.092) (USFWS 2001b). Point estimates less than 1.0 indicate a declining population. However, due to wide confidence intervals surrounding the point estimate, the population trend is statistically inconclusive. Additionally, recovery plan criteria for grizzly bear numbers, reproduction, distribution, and mortality have not been met (USFWS 2001b).

The SRZ represents approximately six percent of the total occupied grizzly bear range remaining within the conterminous 48 States. The Selkirk grizzly bear population is contiguous with Canadian populations. This recovery zone is the only one that includes part of Canada because the habitat in the U.S. portion is not of sufficient size to support a minimum population. Approximately 47 percent of the recovery zone lies within British Columbia, where land ownership is 65 percent crown (public) land and 35 percent is private. Grizzly bear numbers in this ecosystem are estimated at 46 animals. Unlike the CYRZ population, the SRZ population is thought to be increasing, although a recent population trend analysis for the SRZ was also inconclusive. Additionally, recovery plan criteria for bear reproduction, distribution, and mortality have not been met (USFWS 2001b). Furthermore, population modeling indicated that one additional subadult female mortality in the sampled SRZ population could push the trend into a decline (USDI 1999a). In 2002, there were six grizzly bear mortalities, one of which was an adult female (Wakkinen and Johnson 2003).

Because a substantial portion of the SRZ lies within British Columbia, grizzly bear management measures and habitat management efforts in that province play a significant role in the status of grizzly bears in this ecosystem. The British Columbia portion of the SRZ is subjected to the same forestry, mining, recreation, and road construction pressures that exist in the U.S., all of which affect grizzly bear habitat. In 1995, the British Columbia provincial government developed a grizzly bear conservation strategy (Strategy) to ensure effective, enhanced protection and management of habitat through land use planning processes, new protected areas, and the Forest Practices Code. However, the government was recently criticized by a scientific advisory committee for its poor implementation of the Strategy (USDI 1999a). In 1998, this scientific advisory committee issued a report card on the government's implementation of the Strategy and gave the government a failing grade for most habitat protection measures. In response to these criticisms, the provincial government recently updated the Forest Practices Code to incorporate specific prescriptions for grizzly bear habitat. The government is also seeking to increase the percentage of the province that is set aside in parks and protected areas.

Unfortunately, the protective measures outlined above have not yet achieved the desired goals for habitat protection. Therefore, in its 1999 finding regarding reclassification of the Selkirk grizzly bear population to endangered status, the Service found that the lack of current habitat protection stemming from cumulative impacts related to access, mining, recreation, and forestry, both in the U.S. and Canada, poses a significant threat to the grizzly bear population, rendering the population warranted for endangered status (USDI 1999a).

12

000017

**B.      Canada Lynx**

The lynx is a medium-sized cat with long legs; large, well-furred paws; long tufts on the ears; and a short, black-tipped tail (McCord and Cardoza 1982). The winter pelage of the lynx is dense and has a grizzled appearance with grayish-brown mixed with buff or pale brown fur on the back, and grayish-white or buff-white fur on the belly, legs and feet. Summer pelage of the lynx is more reddish to gray-brown (Koehler and Aubry 1994). Adult males average 10 kilograms (22 pounds) in weight and 85 centimeters (33.5 inches) in length (head to tail), and females average 8.5 kilograms (19 pounds) and 82 centimeters (32 inches) (Quinn and Parker 1987). The lynx's long legs and large feet make it highly adapted for hunting in deep snow.

Classification of the Canada lynx (also called the North American lynx) has been subject to revision. In accordance with Wilson and Reeder (1993), the lynx in North America is *Lynx canadensis*. Previously the Latin name *L. lynx canadensis* was used for lynx (Jones et al. 1992; S. Williams, Texas Tech University, pers. comm. 1994). Other scientific names still in use include *Felis lynx* or *F. lynx canadensis* (Jones et al. 1986; Tumlison 1987).

In 1998, the lynx was proposed for listing as a threatened species under the Act (63 FR, July 8, 1998). The lynx in the contiguous United States was listed as threatened effective April 23, 2000 (65 FR 16052, March 24, 2000). The Service identified one distinct population segment in the lower 48 states. No critical habitat has been designated for the threatened population of Canada lynx in the contiguous United States. As explained in the final rule (65 FR 16052, March 24, 2000), designation of critical habitat would be prudent, but has been deferred until other higher priority work can be completed within the Service's current budget.
Life History

*Home range and dispersal* Lynx home range size varies by the animal's gender, abundance of prey, season and the density of lynx populations (Hatler 1988; Koehler 1990; Poole 1994; Slough and Mowat 1996; Aubry et al. 2000; Mowat et al. 2000). Documented home ranges vary from 8 to 800 square kilometers (3 to 300 square miles) (Saunders 1963; Brand et al. 1976; Mech 1980; Parker et al. 1983; Koehler and Aubry 1994; Apps 2000; Mowat et al. 2000; Squires and Laurion 2000). Preliminary research supports the hypothesis that lynx home ranges at the southern extent of the species' range are generally large compared to those in the core of the range in Canada (Koehler and Aubry 1994; Apps 2000; Squires and Laurion 2000).

Lynx are capable of dispersing extremely long distances (Mech 1977; Washington Department of Fish and Wildlife 1993); for example, a male was documented traveling 616 kilometers (370 miles) (Brainerd 1985). Lynx disperse primarily when snowshoe hare (*Lepus americanus*) populations decline (Ward and Krebs 1985; Koehler and Aubry 1994; O'Donoghue et al. 1997; Poole 1997). Subadult lynx disperse even when prey is abundant (Poole 1997), presumably as an innate response to establish home ranges.

During the early 1960s and 1970s, there were numerous occurrences of lynx documented in atypical habitat, such as in North Dakota. In those years, harvest returns indicated

000018

unprecedented cyclic lynx highs for the 20th century in Canada (Adams 1963; Harger 1965; Mech 1973; Gunderson 1978; Thiel 1987; McKelvey et al. 2000b). Many of these unusual observations were probably dispersing animals that either were lost from the population or later returned to suitable habitat.

**Diet** Snowshoe hares (*Lepus americanus*) are the primary prey of lynx, comprising 35-97 percent of the diet throughout the range of the lynx (Koehler and Aubry 1994). Other prey species include red squirrel (*Tamiasciurus hudsonicus*), grouse (*Bonasa umbellus, Dendragopus* spp., *Lagopus* spp.), flying squirrel (*Glaucomys sabrinus*), ground squirrel (*Spermophilus parryii, S. richardsonii*), porcupine (*Erethrizon dorsatum*), beaver (*Castor canadensis*), mice (*Peromyscus* spp.), voles (*Microtus* spp.), shrews (*Sorex* spp.), fish, and ungulates as carrion or occasionally as prey (Saunders 1963; Van Zyll de Jong 1966; Nellis et al. 1972; Brand et al. 1976; Brand and Keith 1979; Koehler 1990; Staples 1995; O'Donoghue et al. 1998).

During the cycle when hares become scarce, the proportion and importance of other prey species, especially red squirrel, increases in the diet (Brand et al. 1976; O'Donoghue et al. 1998; Apps 2000; Mowat et al. 2000). However, Koehler (1990) suggested that a diet of red squirrels alone might not be adequate to ensure lynx reproduction and survival of kittens.

Most research has focused on the winter diet. Summer diets are poorly understood throughout the range of lynx. Mowat et al. (2000) reported through their review of the literature that summer diets have less snowshoe hare and more alternate prey species, possibly because of a greater availability of other species.

There has been little research on lynx diet specific to the southern portion of its range except in Washington (Koehler et al. 1979; Koehler 1990). Southern populations of lynx may prey on a wider diversity of species than northern populations because of lower average hare densities and differences in small mammal communities. In areas characterized by patchy distribution of lynx habitat, lynx may prey opportunistically on other species that occur in adjacent habitats, potentially including white-tailed jackrabbit (*Lepus townsendii*), black-tailed jackrabbit (*Lepus californicus*), sage grouse (*Centrocercus urophasianus*), and Columbian sharp-tailed grouse (*Tympanuchus phasianellus*) (Quinn and Parker 1987; Lewis and Wenger 1998).

In northern regions, when hare densities decline, the lower quality diet causes sudden decreases in the productivity of adult female lynx and decreased survival of kittens, which causes the numbers of breeding lynx to level off or decrease (Nellis et al. 1972; Brand et al. 1976; Brand and Keith 1979; Poole 1994; Slough and Mowat 1996; O'Donoghue et al. 1997). Relative densities of snowshoe hares at southern latitudes are generally lower than those in the north, and differing interpretations of the population dynamics of southern populations of snowshoe hare have been proposed (Hodges 2000b).

Snowshoe hares have evolved to survive in areas that receive deep snow (Bittner and Rongstad 1982). Primary forest types that support snowshoe hare are subalpine fir (*Abies lasiocarpa*), Engelmann spruce (*Picea engelmannii*), Douglas-fir (*Pseudotsuga menziesii*), and lodgepole

14

pine (*Pinus contorta*) in the western United States, and spruce/fir, pine, and deciduous forests in the eastern United States (Hodges 2000b). Within these habitat types, snowshoe hares prefer stands of conifers with shrub understories that provide forage, cover to escape predators, and protection during extreme weather (Wolfe et al. 1982; Monthey 1986; Koehler and Aubrey 1994). Hares' use of habitat is correlated with understory cover (Hodges 2000a). Early successional forest stages generally have greater understory structure than do mature forests and therefore support higher hare densities (Hodges 2000a, b). However, mature forests can also provide snowshoe hare habitat as openings are created in the canopy when trees succumb to disease, fire, wind, ice, or insects, and the understory develops (Buskirk et al. 2000b).

Lynx seem to prefer to move through continuous forest, using the highest terrain available such as ridges and saddles (Koehler 1990; Staples 1995). Cover is important to lynx when searching for food (Brand et al. 1976) but lynx often hunt along edges (Mowat et al. 2000). Kesterson (1988) and Staples (1995) reported that lynx hunted along the edges of mature stands within a burned forest matrix and Major (1989) found that lynx hunted along the edge of dense riparian willow stands. Lynx have been observed (via snow tracking) to avoid large openings (Koehler 1990; Staples 1995) during daily movements within the home range.

***Den site selection*** Lynx use large woody debris, such as downed logs, root wads and windfalls, to provide denning sites with security and thermal cover for kittens (McCord and Cardoza 1982; Koehler 1990; Koehler and Brittell 1990; Mowat et al. 2000; Squires and Laurion 2000). During the first few months of life, kittens are left alone at these sites when the female lynx hunts. Downed logs and overhead cover provide protection of kittens from predators, such as owls, hawks and other carnivores during this period.

The age of the forest stand does not seem as important for denning habitat as the amount of downed, woody debris available (Mowat et al. 2000). Den sites may be located within older regenerating stands (>20 years since disturbance) or in mature conifer or mixed conifer-deciduous (typically spruce/fir or spruce/birch) forests. In Washington, lynx used lodgepole pine, spruce (*Picea* spp.), and subalpine fir (*Abies lasiocarpa*) forests older than 200 years with an abundance of downed woody debris for denning (Koehler 1990). A den site in Wyoming was located in a mature subalpine fir/lodgepole pine forest with abundant downed logs and a high amount of horizontal cover (Squires and Laurion 2000). A lynx den site found in Maine in 1999 was located in a forest stand in red spruce (*Picea rubra*) cover type that was logged in 1930 and again in the 1980s and is regenerating into hardwoods (Organ 1999). The site had a dense understory and an abundance of dead and downed wood.

Denning habitat must be in or near foraging habitat to be functional. The hunting range of females is restricted at the time of parturition, and their need to feed kittens requires an abundance of prey. Lynx, like other carnivores, frequently move their kittens until they are old enough to hunt with their mother. Multiple nursery sites are needed that provide kittens with overhead cover and protection from predators and the elements. Downed logs and overhead cover must also be available throughout the home range to provide security when lynx kittens are old enough to travel (Bailey 1974).

15

***Recruitment*** Breeding occurs through March and April in the north (Quinn and Parker 1987). Kittens are born in May to June in south-central Yukon (Slough and Mowat 1996). The male lynx does not help with rearing young (Eisenberg 1986). Slough and Mowat (1996) reported yearling females giving birth during periods when hares were abundant; male lynx may be incapable of breeding during their first year (McCord and Cardoza 1982).

In northern study areas during the low phase of the hare cycle, few, if any, live kittens are born and few yearling females conceive (Brand and Keith 1979; Poole 1994; Slough and Mowat 1996). However, Mowat et al. (2000) suggested that in the far north, some lynx recruitment occurs when hares are scarce and this may be important in lynx population maintenance during hare lows. During periods of hare abundance in the northern taiga, litter size of adult females averages 4 to 5 kittens (Mowat et al. 1996).

Koehler (1990) suggested that the low number of kittens produced in north-central Washington was comparable to northern populations during periods of low snowshoe hare abundance. In his study area, 2 radio-collared females had litters of 3 and 4 kittens in 1986 and 1 kitten in 1987 (the actual litter size of one of the females in 1987 was not determined) (Koehler 1990). Of the known-size litters in Washington, one kitten survived the first winter.

In Montana, Squires and Laurion (2000) reported that one marked female produced two kittens in 1998. In 1999, two of three females produced litters of two kittens each. In Wyoming (Squires and Laurion 2000), one female produced 4 kittens in 1998, but snow tracking indicated that the kittens were not with the female in November and were presumed dead. The same female produced 2 kittens in 1999.

***Mortality*** Reported causes of lynx mortality vary between studies. The most commonly reported causes include starvation of kittens (Quinn and Parker 1987; Koehler 1990), and human-caused mortality, mostly fur trapping (Ward and Krebs 1985; Bailey et al. 1986). Significant lynx mortality due to starvation has been demonstrated in cyclic populations of the northern taiga, during the first two years of hare scarcity (Poole 1994; Slough and Mowat 1996). Various studies have shown that, during periods of low snowshoe hare numbers, starvation can account for up to two-thirds of all natural lynx deaths. Trapping mortality may be additive rather than compensatory during the low period of the snowshoe hare cycle (Brand and Keith 1979). Hunger-related stress, which induces dispersal, may increase the exposure of lynx to other forms of mortality such as trapping and highway collisions (Brand and Keith 1979; Carbon and Patriquin 1983; Ward and Krebs 1985; Bailey et al. 1986).

Paved roads have been a mortality factor in lynx translocation efforts within historical lynx range. In New York, 18 translocated lynx were killed on highways (Brocke et al. 1990). It has been suggested by Brocke et al. (1990) that translocated animals may be more vulnerable to highway mortality than resident lynx. Six lynx were killed on 2- and 4-lane Colorado highways following their release as part of a reintroduction effort (Colorado Division of Wildlife 2003).

16

000021

Other than translocated animals, there have been documented occurrences of highway mortality of lynx in Wisconsin (Theil 1987), Minnesota (DonCarlos 1997; J. Cochrane, Service, pers. comm. 2003), and Montana (G. Joslin, Montana Department of Fish, Wildlife and Parks, pers. comm. 2003).

Predation on lynx by mountain lion (*Felis concolor*), coyote (*Canis latrans*), wolverine (*Gulo gulo*), gray wolf (*Canis lupus*), fisher (*Martes pennanti*) and other lynx has been confirmed (Berrie 1974; Koehler et al. 1979; Poole 1994; Slough and Mowat 1996; O'Donoghue et al. 1997; Apps 2000; Vashon et al. 2003; Squires and Laurion 2000). Squires and Laurion (2000) reported 2 of 6 mortalities of radio-collared lynx in Montana were due to mountain lion predation. Observations of such events are rare, and the significance of predation on lynx populations is unknown.

***Interspecific relationships with other carnivores*** Buskirk et al. (2000a) described the two major competition impacts to lynx as exploitation (competition for food) and interference (avoidance). Of several predators examined (birds of prey, coyote, gray wolf, mountain lion, bobcat (*Lynx rufus*), and wolverine), coyotes were deemed to most likely pose local or regionally important exploitation impacts to lynx, and coyotes and bobcats were deemed to possibly impart important interference competition effects on lynx. Mountain lions were described as interference competitors, possibly impacting lynx during summer and in areas lacking deep snow in winter, or when high elevation snow packs develop crust in the spring.

Exploitation competition may contribute to lynx starvation and reduced recruitment. During periods of low snowshoe hare numbers, starvation accounted for up to two-thirds of all natural lynx deaths in the Northwest Territories of Canada (Poole 1994). Major predators of snowshoe hare include lynx, northern goshawk (*Accipiter gentilis*), great horned owl (*Bubo virginianus*), bobcat, coyote, red fox (*Vulpes vulpes*), fisher, and mountain lion. In southern portions of snowshoe hare range, predators may limit hare populations to lower densities than in the taiga (Dolbeer and Clark 1975; Wolff 1980; Koehler and Aubry 1994).

Based on only anecdotal evidence, Parker et al. (1983) discussed competition between bobcats and lynx on Cape Breton Island. Lynx were found to be common over much of the island prior to bobcat colonization. Concurrent with the colonization of the island by bobcats, lynx densities declined and their presence on the island became restricted to the highlands, the one area where bobcats did not become established.

Population Dynamics

In Canada and Alaska, lynx populations undergo extreme fluctuations in response to snowshoe hare population cycles, enlarging or dispersing from their home ranges and ceasing the recruitment of young into the population after hare populations decline (Mowat et al. 2000). In the southern portion of the range in the contiguous United States, lynx populations appear to be naturally limited by the availability of snowshoe hares, as suggested by large home range size, high kitten mortality due to starvation, and greater reliance on alternate prey. These

17

000022

characteristics appear to be similar to those exhibited by lynx populations in the taiga during the low phase of the population cycle (Quinn and Parker 1987, Koehler 1990, Aubry et al. 2000). This is likely due to the inherently patchy distribution of lynx and hare habitat in the contiguous United States and corresponding lower densities of hares.

A lack of accurate data limits our understanding of lynx population dynamics in the contiguous United States and precludes drawing definitive conclusions about lynx population trends. Formal surveys designed specifically to detect lynx have rarely been conducted. Many reports of lynx (e.g., visual observations, snow tracks) have been collected incidentally to other activities, but cannot be used to infer population trends. Long-term trapping data have been used to estimate population trends for various species. However, trapping returns are strongly influenced by trapper effort, which varies between years, and therefore may not accurately reflect population trends. Another important problem is that trapping records of many States did not differentiate between bobcats and lynx, referring to both as "lynxcats." Overall, the available data are too incomplete to infer much beyond simple occurrence and distribution of lynx in the contiguous United States (McKelvey et al. 2000b)

Lynx populations in the contiguous United States occur at the southern periphery of a metapopulation whose core is located in the northern boreal forest of central Canada (McCord and Cardoza 1982; Quinn and Parker 1987; McKelvey et al. 2000a). Lynx population dynamics may emanate from the core to the periphery, as evidenced by a lagged correlation of lynx trap records and observations (McKelvey et al. 2000b; Mowat et al. 2000). In the Great Lakes Geographic Area, population dynamics in recent decades appear to be strongly driven by immigration from Canada (McKelvey et al. 2000b). In other areas and time periods, however, it is not known to what extent the correlation is due to immigration from Canada, population responses to the same factors controlling northern populations, or a combination of the two. We suspect that some areas in the contiguous United States naturally act as sources of lynx (recruitment is greater than mortality) that are able to disperse and potentially colonize other patches (McKelvey et al. 2000a). Other areas may function as sinks, where lynx mortality is greater than recruitment and lynx are lost from the overall population. Sink habitats are most likely those places on the periphery of the southern boreal forest where habitat becomes more fragmented and more distant from larger lynx populations. Fluctuations in prey populations may cause some habitat patches to change from being sinks to sources, and vice versa. The ability of naturally dynamic habitat to support lynx populations may change as the habitat undergoes natural succession following natural or manmade disturbances (i.e., fire, clearcutting).

<u>Status and Distribution</u>

The lynx in the contiguous United States was listed as threatened effective April 23, 2000 (65 FR 16052, March 24, 2000). At least one of five listing factors must be met for listing under ESA. These factors include: present or threatened destruction of habitat or range, over-utilization, disease or predation, inadequacy of existing regulatory mechanisms or other natural or human-made causes. The sole factor for listing the Canada lynx as threatened was inadequacy of

18

000023

existing regulatory mechanisms, specifically the lack of Forest Land and Resource Management Plans guidance to address the needs of lynx.

The following discussion of the status and distribution of lynx is largely excerpted from the Service's final rule (65 FR 16052, March 24, 2000). The historical and present range of the lynx north of the contiguous United States includes Alaska and that part of Canada that extends from the Yukon and Northwest Territories south across the United States border and east to New Brunswick and Nova Scotia. In the contiguous United States, lynx historically occurred in the Cascades Range of Washington and Oregon; the Rocky Mountain Range in Montana, Wyoming, Idaho, eastern Washington, eastern Oregon, northern Utah, and Colorado; the western Great Lakes Region; and the northeastern United States region from Maine southwest to New York (McCord and Cardoza 1982; Quinn and Parker 1987).

The distribution of lynx in North America is closely associated with the distribution of North American boreal forest (Agee 2000). In Canada and Alaska, lynx inhabit the classic boreal forest ecosystem known as the taiga (McCord and Cardoza 1982; Quinn and Parker 1987; Agee 2000; McKelvey et al. 2000b). The range of lynx extends south from the classic boreal forest zone into the subalpine forest of the western United States, and the boreal/hardwood forest ecotone in the eastern United States (Agee 2000; McKelvey et al. 2000b). Forests with boreal features (Agee 2000) extend south into the contiguous United States along the Cascade and Rocky Mountain Ranges in the west, the western Great Lakes Region, and along the Appalachian Mountain Range of the northeastern United States. Within these general forest types, lynx are most likely to persist in areas that receive deep snow, to which the lynx is highly adapted (Ruggiero et al. 2000). Lynx are rare or absent from the wet coastal forests of Alaska and Canada (Mowat et al. 2000).

At its southern margins in the contiguous United States, forests with boreal features, or southern boreal forests, become naturally fragmented as they transition into other vegetation types. Southern boreal forest habitat patches are small relative to the extensive northern boreal forest of Canada and Alaska, which constitutes the majority of lynx range. Many southern boreal forest habitat patches within the contiguous United States cannot support resident populations of lynx and their primary prey species.

The complexities of lynx life-history and population dynamics, combined with a general lack of reliable population data for the contiguous United States, make it difficult to ascertain the past or present population status of lynx in the contiguous United States. It is impossible to determine with certainty whether reports of lynx in many States were: 1) animals dispersing from northern populations that were effectively lost because they did not join or establish resident populations, (2) animals that were a part of a resident population that persisted for many generations, or (3) a mixture of both resident and dispersing animals.

The final rule (65 FR 16052, March 24, 2000) determining threatened status for the lynx in the contiguous United States summarized lynx status and distribution across four regions that are separated from each other by ecological barriers consisting of unsuitable lynx habitat. These

19

000024

distinct regions are the Northeast, the Great Lakes, the Northern Rocky Mountains/Cascades, and the Southern Rocky Mountains. While these regions are ecologically unique and discrete, the lynx is associated with southern boreal forest in each and, with the exception of the Southern Rocky Mountains Region, each area is geographically connected to the much larger population of lynx in Canada.

***Northeast Region (Maine, New Hampshire, Vermont, New York)*** Based on an analysis of cover types and elevation zones containing most of the lynx occurrences, McKelvey et al. (2000b) determined that, at the broad scale, most lynx occurrence records in the Northeast were found within the "Mixed Forest-Coniferous Forest-Tundra" cover type at elevations ranging from 250 to 750 meters (820 to 2,460 feet). This habitat type in the northeast United States occurs along the northern Appalachian Mountain range from southeastern Quebec, western New Brunswick, and western Maine, south through northern New Hampshire. This habitat type becomes naturally more fragmented and begins to diminish to the south and west, with a disjunct segment running north-south through Vermont, a patch of habitat in the Adirondacks of northern New York, and with a few more distant and isolated patches in Pennsylvania (McKelvey et al. 2000b).

As it did historically, the boreal forest of the Northeast continues to exist primarily in Maine where habitat is currently optimal and a resident, breeding population of lynx continues to exist. Maine's lynx population is currently much larger than we knew at the time of the final listing rule in 2000 and habitat is directly connected to substantive lynx populations and habitat in southeastern Quebec and New Brunswick. The potential exists for lynx to occur in New Hampshire because of its direct connectivity with Maine. Lynx in Vermont have always existed solely as dispersers. Lynx occurring in New York since 1900 have been dispersers. Detailed information on the status and distribution of lynx in this region is found in the Final Rule (65 FR 16052; March 24, 2000) and the Clarification of the Final Rule (68 FR 40076; July 3, 2003).

***Great Lakes Region (Minnesota, Wisconsin, Michigan)*** The majority of lynx occurrence records in the Great Lakes Region are associated with the "mixed deciduous-coniferous forest" type (McKelvey et al. 2000b). Within this general forest type, the highest frequency of lynx occurrences were in the sugar maple (*Acer saccharum*), basswood (*Tilia* spp.), jack pine (*Pinus banksiana*),white pine (*P. strobus*), and red pine (*P. resinosa*) forest types (McKelvey et al. 2000b). These types are found primarily in northeastern Minnesota, northern Wisconsin, and the western portion of Michigan's upper peninsula.

We conclude that northeastern Minnesota has historically supported and currently supports a resident lynx population, based on the number of lynx records, evidence of reproduction, and the presence of boreal forest contiguous with occupied habitat in Ontario. We conclude records of lynx in Wisconsin and Michigan constitute dispersing animals, rather than individuals from resident populations, based on the lack of evidence of reproduction, lack of connectivity with suitable habitat, and limited amount of habitat. Detailed information on the status and distribution of lynx in this region is found in the Final Rule (65 FR 16052; March 24, 2000) and the Clarification of the Final Rule (68 FR 40076; July 3, 2003).

20

000025

***Northern Rocky Mountains/Cascades Region (Washington, Oregon, Idaho, Wyoming, Utah, Montana)*** In this region, the majority of lynx occurrences are associated at a broad scale with the "Rocky Mountain Conifer Forest"; within this type, most of the occurrences are in moist Douglas-fir and western spruce/fir forests (McKelvey et al. 2000b). Most of the lynx occurrences are in the 1,500-2,000 meters (4,920-6,560 feet) elevation class (McKelvey et al. 2000b). These habitats are found in the Rocky Mountains of Montana, Idaho, eastern Washington, and Utah, the Wallowa Mountains and Blue Mountains of southeast Washington and northeastern Oregon, and the Cascade Mountains in Washington and Oregon. The majority of verified lynx occurrences in the United States and the confirmed presence of resident populations are from this region. The boreal forest of Washington, Montana, and Idaho is contiguous with that in adjacent British Columbia and Alberta, Canada.

We conclude that the Northern Rocky Mountains/Cascades Region continues to support resident lynx populations in north-central and northeastern Washington, western Montana and likely northern Idaho based on current evidence of reproduction in Washington and Montana and the presence of habitat able to support resident populations. We conclude that lynx have always occurred as dispersers in Oregon and Utah because habitat capable of supporting lynx is limited and there are relatively few historic records of lynx in these states. In northern Wyoming it appears habitat is less suitable to support resident populations and, therefore, we conclude animals in this area are most likely dispersers. Detailed information on the status and distribution of lynx in this region is found in the Final Rule (65 FR 16052; March 24, 2000) and the Clarification of the Final Rule (68 FR 40076; July 3, 2003).

***Southern Rocky Mountains Region (Colorado, SE Wyoming)*** Colorado represents the extreme southern edge of the range of the lynx. The southern boreal forest of Colorado and southeastern Wyoming is isolated from boreal forest in Utah and northwestern Wyoming by the Green River Valley and the Wyoming basin (Findley and Anderson 1956). These areas likely reduce opportunities for immigration from the Northern Rocky Mountains/Cascades Region and Canada (Halfpenny and Miller 1981; Koehler and Aubry 1994).

A majority of the lynx occurrence records in Colorado and southeastern Wyoming are associated with the "Rocky Mountain Conifer Forest" type. The occurrences in the Southern Rockies were generally at higher elevations (1,250 to over 3,750 meters (4,100-12,300 feet)) than were all other occurrences in the West (McKelvey et al. 2000b).

There are relatively few historic lynx records from this region (McKelvey et al. 2000b). We are uncertain whether the Southern Rockies supported a small resident population historically or whether such records were of dispersers that arrived during extremely high population cycles. If these historic records represent resident populations rather than dispersing animals that emigrated from the Northern Rocky Mountains, Cascades or Canada, then we believe a viable native resident lynx population no longer exists in the Southern Rocky Mountains. Although habitats in the Southern Rockies are far from source populations and more isolated, it is still possible that dispersers could arrive in the Southern Rocky Mountains during extreme highs in

21

000026

the population cycle. Detailed information on the status and distribution of lynx in this region is found in the Final Rule (65 FR 16052; March 24, 2000) and the Clarification of the Final Rule (68 FR 40076; July 3, 2003).

***Reports from other locations*** Lynx have been documented in habitats that are unable to support them long-term. Such occurrences are associated with cyclic population highs when lynx tend to disperse long distances. These unpredictable and temporary occurrences are not included within either the historic or current range of lynx because they are well outside of lynx habitat (65 FR 16052, March 24, 2000; 68 FR 40076, July 3, 2003). This includes records from Nevada, North Dakota, South Dakota, Iowa, Nebraska, Indiana, Ohio, and Virginia (Hall 1971; Burt 1954; Gunderson 1978; Mech 1980; McKelvey et al. 2000b; Johnson 1994; Jones 1994; South Dakota Natural Heritage Program 1994; Jobman 1997; Smithsonian Institute 1998).

### C. Bull Trout

The Columbia River Distinct Population Segment (DPS) of bull trout was listed as a threatened species pursuant to the Endangered Species Act, on June 10, 1998 (63 FR 31647) by the U. S. Department of Interior (USDI) (USDI 1998a). Subsequently, on November 1, 1999, with the listing of the Coastal-Puget Sound and St Mary-Belly River DPSs, the entire coterminous population of bull trout was listed as threatened (64 FR 58910) (USDI 1999b) pursuant to the Act. This listing encompasses five recognized interim distinct population segments (DPS) of bull trout defined as the: Klamath River, Columbia River, Jarbidge River, Coastal-Puget Sound, and St. Mary-Belly River.

Additionally, on November 29, 2002, the Service proposed critical habitat for the Columbia River and Klamath DPSs of the Federally threatened bull trout (*Salvelinus confluentus*) (67 FR 71236). Federal agencies are required to conference on any action which is likely to jeopardize the continued existence of any species proposed for listing or result in the destruction or adverse modification of proposed critical habitat pursuant to section 7(a)(4) of the Act [(50 CFR 402.10(a)]. The Forest Service has not requested to conference on the proposed bull trout critical habitat. Upon finalization of the proposed bull trout critical habitat, the Forest Service is expected to analyze all future step-down consultations which may be developed to meet proposed road density standards and then consult if they are determined to affect any final listing of bull trout critical habitat.

Also on November 29, 2002, the Service published a notice of availability of review of the Service's draft Recovery Plan for bull trout within the Columbia River DPS. However, due to its draft nature, the specific Recovery Plan objectives within the action area will not be discussed in this programmatic opinion. Site specific activities conducted under this programmatic opinion will have a detailed discussion of any final recovery plan objectives met as part of the step-down consultations. The Service is working towards completing the final Recovery Plan.

22

000027

*Species Description*

Bull trout is a federally threatened char, endemic to the Pacific Northwest and western Canada. A member of the family Salmonidae, bull trout and dolly varden (*Salvelinus malma*) were previously considered the same species, however the American Fisheries Society in 1980 formally recognized bull trout as a distinct species from dolly varden (Robins et al. 1980 as cited in USDI 1998a). While occupying similar habitat in western Washington, there appears to be little evidence of introgression (Haas and McPhail 1991) between the two species.

Characteristics distinguishing the two species as well as a taxonomic description of bull trout are presented by Haas and McPhail (1991). Two of the most useful characteristics in separating the two species are the shape and size of the head (Cavender 1978). The head of a bull trout is more broad and flat on top, being hard to the touch, unlike Dolly Varden. Bull trout have an elongated body, which is somewhat rounded and slightly compressed laterally. The mouth is large with the maxilla extending beyond the eye and with well-developed teeth on both jaws and head of the vomer (none on the shaft). Although they are often olive green to brown with paler sides, color is variable with locality and habitat. Their spotting pattern is easily recognizable showing pale yellow spots on the back, and pale yellow and orange or red spots on the sides. Bull trout fins are tinged with yellow or orange, while the pelvic, pectoral, and anal fins have white margins. Bull trout have no black or dark markings on the paired fins and have opaque dorsal fins.

*Historical and Current Distribution*

Bull trout are native to North America and are distributed from 41° to 60° North latitude along the Cascade and Rocky Mountain ranges (Meehan and Bjornn 1991). South of the 49th parallel, bull trout occur mainly west of the continental divide in river systems that drain the Columbia River basin, with exceptions found in Montana and Oregon (Platts et al. 1993). The historical range of bull trout was restricted to North America (Cavender 1978; Haas and McPhail 1991).

Genetic variation suggests an extended and evolutionarily important isolation between populations in the Klamath and Malheur basins and those in the Columbia River basin (Leary et al. 1993). Populations within the Columbia River basin are more closely allied and are thought to have expanded from common glacial refugia or to have maintained higher levels of gene flow among populations in recent geologic time (Williams et al. 1997). Bull trout are estimated to have historically occupied about 60 percent of the Columbia River basin (Quigley and Arbelbide 1997).

It is unlikely that bull trout occupied all of the accessible streams at any one time. Distribution of existing populations is often patchy even where numbers are still strong and habitat is in good condition (Rieman and McIntyre 1993; Rieman and McIntyre 1995). Habitat preferences or selection is likely important (Dambacher and Jones 1997; Goetz 1994; Rieman and McIntyre 1995) but more stochastic extirpation and colonization processes may influence distribution even within suitable habitats (Rieman and McIntyre 1995).

23

The Columbia River distinct population segment encompasses the entire Columbia River basin and all its tributaries, excluding the isolated bull trout populations found in the Jarbidge River. The Service recognizes 141 subpopulations in the Columbia River DPS within Idaho, Montana, Oregon, and Washington with additional subpopulations in British Columbia (USDI 1998a).

Bull trout are currently distributed throughout the Upper Columbia River geographical area (Kootenai, Flathead, Clark Fork, Blackfoot, Pend Oreille and Swan drainages). They are most widely distributed in the Swan, Blackfoot, Kootenai, and Clark Fork River basins and may be found throughout the action area.

### Biological Status

Rangewide, populations are generally isolated and remnant. The Columbia River DPS has declined in range and numbers. Though still widespread, there have been numerous extirpations reported throughout the Columbia River basin. Migratory life histories have been lost or limited throughout the range (Goetz 1994; Jakober 1995; Montana Bull Trout Scientific Group (MBTSG), 1998; Pratt and Huston 1993; Ratliff and Howell 1992; Rieman and McIntyre 1993, 1995) and fluvial bull trout populations in the upper Columbia River portion of the distinct population segment appear to be nearly extirpated. Resident populations existing in headwater tributary reaches are isolated and generally low in abundance (Thomas 1992). Bull trout in Flathead Lake and Lake Pend Oreille appear to be declining, while the Swan Lake adfluvial population appears to be the healthiest remaining population and is increasing.

Generally, where status is known and population data exists, bull trout populations in the entire Columbia River DPS are declining (Thomas 1992; Pratt and Huston 1993). Presently bull trout in the Columbia River basin occupy about 45 percent of their estimated historic range (Quigley and Arbelbide 1997). The Columbia River DPS is composed of 141 subpopulations, which indicates the level of habitat fragmentation and isolation. Of the 141 subpopulations, 75 are at risk of natural extirpation through physical isolation. Many of the remaining bull trout occur as isolated subpopulations in headwater tributaries, or in tributaries where the migratory corridors have been lost or restricted. Few bull trout subpopulations are considered "strong" in terms of relative abundance and subpopulation stability. Those few remaining strongholds are associated with large areas of contiguous habitats such as portions of the Snake River basin in Central Idaho, the South Fork Flathead River and the Swan River in Montana, and the Blue Mountains in Washington and Oregon (USDI 1998a).

### Life History Characteristics

Two distinct life-history forms, migratory and resident, occur throughout the range of bull trout (Pratt 1992; Rieman and McIntyre 1993). Migratory forms rear in natal tributaries for several years before moving to larger rivers (fluvial form), lakes (adfluvial or lacustrine form), or the ocean (anadromous) to mature (Goetz 1989; Brown 1992; Rieman and McIntyre 1993). Migratory bull trout may use a wide range of habitats ranging from first to sixth order streams and varying by season and life stage. Resident populations are generally found in small

24

000029

headwater streams where they spend their entire lives. Stream-resident bull trout occupy small, high-elevation streams. They rarely move and are seldom larger than 30 centimeters (Goetz 1989). Many "resident" subpopulations were once migratory, but now they only occupy remnants of their range.

Migratory bull trout become sexually mature from 4 to 9 years old (Shepard et al. 1984). Most bull trout spawning occurs between late August and early November (McPhail and Murray 1979; Pratt 1992; Shepard et al. 1984). Bull trout require a long period of time (over 220 days) from deposition of eggs until emergence. Hatching occurs in winter or early spring, and alevins may stay in the gravel for extended periods. Growth is variable with different environments, but first spawning is often noted after age four, and the fish may live 10 or more years (McPhail and Murray 1979; Pratt 1992; Rieman and McIntyre 1993). Bull trout spawn in consecutive or multiple years (Shepard et al. 1984; Pratt 1992).

Juveniles may move upstream of reaches used by adults for spawning, presumably to forage in other accessible waters (Fraley and Shepard 1989). Although some individuals may spend their entire life in a small segment of a stream, most are highly migratory, traveling to headwater streams to spawn and later migrate back to larger stream segments or lakes to rear (McPhail and Murray 1979). Seasonal movements by adult bull trout may range up to 300 km as migratory fish move from spawning and rearing areas into overwinter habitat in the downstream reaches of large sub-basins (Shepard et al. 1984).

Adfluvial bull trout mature in lakes or reservoirs and spawn in tributary streams. Fluvial forms have a similar life history as adfluvial forms, except they move frequently between mainstem rivers and smaller tributary streams. Juveniles remain between1 to 6 years in nursery streams before migrating downstream to either rivers (i.e., fluvial forms) or lakes (i.e., adfluvial forms) (Fraley and Shepard 1989; Brown 1992).

Even though bull trout may move throughout whole river sub-basins seasonally, spawning and juvenile rearing appears to be limited to the coldest streams or stream reaches. The patterns indicate that spatial and temporal variation in climate may strongly influence habitat available to bull trout. While temperatures are probably suitable throughout much of the northern portion of the range, predicted spawning and rearing habitat are restricted to increasingly isolated high-elevation or headwater "islands" toward the south (Goetz 1994; Rieman and McIntyre 1995). Although bull trout may be present throughout large river sub-basins, spawning and rearing fish are often found only in a portion of available stream reaches.

**Habitat Component Requirements**

Rieman and McIntyre (1993) stated that bull trout appear to have more-specific habitat requirements than other salmonids. They list the habitat characteristics of temperature, cover, substrate composition, channel stability, and migratory corridors as important influences in bull trout distribution and abundance. Bull trout growth, survival, and long-term population persistence appear to be dependent upon these five habitat characteristics. In general, it is

25

000030

believed bull trout need habitat providing cold, clean water, complex cover, and stable substrate with a low percentage of fine sediments, high channel stability, and stream/population connectivity. Although bull trout may be present throughout large river sub-basins, spawning and rearing fish are often found only in a portion of available stream reaches. Shepard et al. (1984) reported that only 28 percent of the available spawning reaches in the Flathead River system were used by bull trout for spawning.

Bull trout are strongly associated with various components of habitat complexity, including cover in the form of large woody debris, side channels, undercut banks, boulders, pools, and interstitial spaces in coarse substrate (McPhail and Murray 1979). Bull trout occupy a variety of habitat types during their life but are strongly associated with pools and large woody debris in the stream. Large pools, consisting of a wide range of water depths, velocities, substrates, and cover are characteristic of high-quality bull trout habitat (Watson and Hillman 1997). Bull trout typically spawn in cold, low-gradient second- to fourth-order tributary streams, over loosely compacted gravel and cobble having groundwater inflow (Shepard et al. 1984; Brown 1992). Spawning sites also seem to be near cover (Brown 1992) such as logs, undercut banks, and boulders. Preferred bull trout rearing habitat occurs in small headwater and tributary streams. Juveniles (less than 100 mm) are primarily bottom-dwellers, occupying positions above, on, or below the bottom and require cold-water tributaries with good cover (rocks and debris) and relatively little streambed sediment. Fry may be found in shallow, slow, backwater side-channels and eddies (Shepard et al. 1984).

As bull trout mature they move from slow backwater areas with large woody debris into deeper and faster water, such as runs and mainstream pools, but these pools are typically associated with large woody debris. Cover includes undercut banks, large woody debris, boulders, and pools, which are used as rearing, foraging, and resting habitat, and protection from predators (MBTSG 1998). Deep pools also help minimize and moderate stream temperatures and offer refuge from warmer water temperatures during summer low-flow conditions. Stream temperatures and substrate types are especially important to bull trout. Spawning occurs in the upper reaches of clear streams in areas of flat gradient, uniform flow, and uniform gravel or small cobble. Spawners require hiding cover such as logs and undercut banks. Strict habitat requirements make spawning and incubation habitat for bull trout limited and valuable (Fraley and Shepard 1989).

The maintenance of riparian vegetation is essential for controlling stream temperature, providing cover, and protecting against lateral erosion. Maintenance of streamside vegetation contributes to canopy density (shading) and reduces sedimentation. Suppressing solar radiation avoids artificially raising stream temperatures, thereby assisting spawning, hatching, and rearing survival. MBTSG (1998) reported that keeping sedimentation to near-natural levels contributes to the maintenance of spawning habitat and the diversity of aquatic invertebrates and other food items.

000031

Temperature

Rieman and McIntyre (1993) state that water temperature is consistently recognized by researchers more than any other factor as influencing bull trout distribution. Thermal barriers have contributed to the disruption and fragmentation of bull trout habitat (MBTSG 1998). Cold water temperatures are required for successful bull trout spawning and development of embryos and juveniles; cold water temperature also influences the distribution of juveniles (Bjornn and Reiser 1991; Goetz 1989; McPhail and Murray 1979; Pratt 1992; Fraley and Shepard 1989). Bull trout are associated with the coldest stream reaches within sub-basins. Bull trout spawning typically occurs in areas influenced by groundwater (Allan 1980; Shepard et al. 1984; Ratliff 1992; Fraley and Shepard 1989). In a recent investigation in the Swan River drainage, bull trout spawning-site selection occurred primarily in stream reaches directly influenced by groundwater upwellings or directly downstream of these upwelling reaches (Watson and Hillman 1997). Warmer summer stream temperatures, as well as extreme winter cold temperatures that can result in anchor ice, may be moderated by groundwater upwellings. Distribution is thought to be limited by temperatures above 59°F, while optimum incubation and rearing temperatures are thought to be much lower, 35.6 - 39.2°F and 39.2 - 46.4°F, respectively (Goetz 1989; Pratt 1992). Water temperature seems to be an important factor in determining survival in the early life history of juvenile bull trout; with cool water temperatures resulting in higher egg survival and faster growth rates for fry and juveniles (Pratt 1992).

In one study by Goetz (1994), juvenile bull trout were not found in water temperatures above 53.6°F. Some studies have indicated that temperatures must drop below 50°F before spawning occurs (McPhail and Murray 1979). Egg survival decreases as water temperature increases, with higher survival levels documented at 35.6 - 39.2°F (McPhail and Murray 1979). The best bull trout habitat in several Oregon streams had temperatures that seldom exceeded 59°F (Buckman et al. 1992; Ratliff 1992). Maintaining cold water temperatures is important for bull trout. Water temperature is controlled not only by shade (as influenced by canopy coverage of adjacent riparian stands), but also by groundwater sources, sedimentation, and influx of water from upstream areas, presence of large woody debris, elevation, and other factors.

Sediment

Sedimentation is shown to cause negative effects on bull trout, although no thresholds can be set as clear tolerance limits for population maintenance (Rieman and McIntyre 1993). Preferred spawning habitat includes low-gradient streams with loose, clean gravels (Fraley and Shepard 1989). Because bull trout eggs incubate about seven months in the gravel, they are especially vulnerable to fine sediments and water-quality degradation (Fraley and Shepard 1989). Juveniles can be similarly affected, as they also live on or within the streambed cobble (Oliver 1979; Pratt 1984).

Bull trout are more strongly tied to the stream bottom and substrate than other salmonids (Pratt 1992). Substrate composition has repeatedly been correlated with the occurrence and abundance of juvenile bull trout (Rieman and McIntyre 1993) and spawning-site selection by adults

27

000032

(Graham et al. 1981; McPhail and Murray 1979). Fine sediments can influence incubation survival and emergence success (Weaver and White 1985) but may also limit access to substrate interstices that are important cover during rearing and overwintering (Goetz 1994; Jakober 1995). Emergence success of fry appears to be affected by the proportion of sediment in the substrate (Pratt 1992). Rearing densities of juvenile bull trout have been shown to be lower when there are higher percentages of fine sediment in the substrate (Shepard et al. 1984). Due to this close connection to substrate, bed-load movements and channel instability can also negatively influence the survival of young bull trout.

Channel Complexity/Stability

Bull trout distribution and abundance is also positively correlated with complex forms of cover and with pools (Rieman and McIntyre 1993). Cover that bull trout are usually associated with consists of large or complex woody debris and undercut banks, but may also include coarse substrates (cobble and boulder). Juvenile and adult bull trout frequently inhabit areas of reduced water velocity, such as side channels, stream margins, and pools. These areas can be eliminated or degraded by management activities (Rieman and McIntyre 1993).

The association with substrate appears more important for bull trout than for other species, bull trout usually associate with complex forms of cover and with pools. Juveniles live close to in-channel wood, substrate, or undercut banks. The association with substrate suggests that highly variable stream flows, bed-load movements, and channel instability will influence the survival of young fish. Older fish use pools and areas with large or complex woody debris and undercut banks. Woody debris and habitat complexity (e.g., boulders and large rubble) has been significantly correlated with bull trout density estimates.

Migratory Corridors

Migratory bull trout ensure interchange of genetic material between populations, thereby promoting genetic variability. Unfortunately, migratory bull trout have been restricted or eliminated due to stream-habitat alterations, including seasonal or permanent obstructions, detrimental changes in water quality, increased temperatures, and the alteration of natural stream-flow patterns. Migratory corridors tie seasonal habitat together for anadromous, adfluvial, and fluvial forms, and allow for dispersal of resident forms for re-colonization of recovering habitats (USDA et al. 1993). Dam and reservoir construction and operation have altered major portions of bull trout habitat throughout the Columbia River basin. Dams without fish passage create barriers to fluvial and adfluvial bull trout which isolates populations, and dams and reservoirs alter the natural hydrologic regime, thereby affecting water temperature, water quality, and forage (USDA and USDI 1998).

**Factors Affecting Viability**

Factors limiting bull trout populations are complex and in some cases dependent upon the activities occurring within a particular watershed or sub-basin. Throughout all sub-basins, it

28

000033

appears that habitat destruction or modification is the most common factor affecting bull trout populations, followed by inadequate streamflow and water quality. Bull trout are sensitive to environmental disturbance at all life stages. Habitat degradation, impoundments and diversions, overharvest, and introduced species have each impacted bull trout in some way, and pose risks to bull trout in the Columbia River DPS.

Habitat Degradation

Bull trout are threatened by land-management activities and water-management activities that destroy, modify, or preclude use of their habitat. Logging and road-building activities affect bull trout through increased sediment production and delivery to streams, loss of large pools, increased stream temperatures, and loss of large woody debris.

Grazing can impair the function of riparian and aquatic habitats by promoting streambank erosion and sedimentation. Grazing can drastically limit the growth of riparian vegetation important for temperature control, streambank stability, fish cover, and detrital input, and can increase input of organic nutrients into streams (Platts 1991).

Watershed disruption has played a role in the decline of bull trout. Intermountain lakes and rivers at lower elevations that serve as overwintering habitat have been especially degraded by human activities, resulting in fragmented, isolated, local bull trout populations (MBTSG 1998). Consequently, bull trout have been more strongly associated with pristine or lightly disturbed sub-basins (Brown 1992; Clancy 1993; Cross and Everest 1995; Ratliff and Howell 1992). Thurow et al. (1997) determined that increasing road density and their related effects are associated with declines in four non-anadromous salmonid species (including bull trout). They found that most sub-watersheds with strong salmonid communities have no roads or very low road densities. The remaining strong populations are generally located in areas with low-density road systems. They concluded, therefore, that addressing impacts from roads is extremely important when trying to protect critical bull trout habitat requirements through the development of land-management guidelines. However, they did not establish a causal linkage to roads. Roads may have been associated with other factors such as ownership patterns, topography, and access that also are known to affect bull trout in various ways.

Population Structure

There are two ways that the above impacts of habitat land-use activities, water-management activities, overharvest, and introduced species might manifest themselves: 1) direct impacts to a given population or 2) affecting the link between populations.

Changes in sediment delivery; aggradation and scour; wood loading, riparian canopy and shading, or other factors influencing stream temperatures; and the hydrologic regime (winter flooding and summer low flow) are all likely to affect some, if not most, populations. Significant long-term changes in any of these characteristics or processes represent important risks for many remaining bull trout populations. Populations are likely to be most sensitive to

29

changes that affect critical spawning and rearing reaches, existing population strongholds, or habitats supporting remnant (relictual) resident populations. Important refuge habitats are currently found primarily in undisturbed headwater areas and are a high priority for protection.

Isolation and Fragmentation

Historically bull trout populations were well connected throughout the Columbia River basin. Habitat available to bull trout has been fragmented, and in many cases populations have been isolated. Dams have isolated sub-basins (Brown 1992; Pratt and Huston 1993; Rieman and McIntyre 1993). Irrigation diversions, culverts, and degraded mainstem habitats have eliminated or seriously depressed migratory life forms effectively isolating resident populations in headwater tributaries (Brown 1992; Ratliff and Howell 1992; Rieman and McIntyre 1993). Introduced species like brook trout may displace bull trout in lower stream reaches, further reducing the habitat available in many remaining headwater areas (Adams 1994; Leary et al. 1993). Loss of suitable habitat through watershed disturbance may also increase the distance between good or refuge habitats and strong populations, thus reducing the likelihood of effective dispersal (Frissell et al. 1995). Because many of the bull trout populations in the Columbia River basin have been fragmented and isolated, those that remain are now very important for the conservation of the species. Of special importance are those populations that are documented to be reproducing, for which there is limited knowledge. Lack of connections places isolated stocks at greater risk to episodic and catastrophic events and stochastic localized extirpation without re-colonization from nearby stocks. Migratory pathways allowing connections between these isolated strongholds or refugia or between key spawning and rearing reaches are necessary for the persistence and interaction of local populations as well as for long-term survival and recovery of the species. Disruption of migratory corridors can increase stress, reduce growth and survival, and lead to the loss of migratory life-history forms.

**Rangewide Conservation Needs of the Bull Trout**

Recovery of bull trout in the Columbia River DPS is likely to be enhanced through future reductions in the adverse effects resulting from timber harvest and road building, including remedying effects from past activities. Improved grazing practices will benefit bull trout in the Klamath and Columbia River DPSs. Providing for both upstream and downstream passage at dams and culverts of all sizes will facilitate re-colonization of previously occupied habitat and promote genetic exchange throughout the Columbia River, Coastal-Puget Sound, Jarbidge, and St. Mary-Belly River DPSs. Screening water diversions will prevent entrainment of bull trout throughout the Columbia River, Klamath River, and St. Mary-Belly River DPSs. Improvement of agricultural practices affecting water quality will benefit bull trout within the Columbia River, Klamath River, and Coastal-Puget Sound DPSs. Similarly, improved approaches to increased urbanization, such as requiring setbacks from stream banks and avoiding contamination of streams, will contribute to the recovery of the Coastal-Puget Sound and Columbia River DPSs.

Relative to other salmonids, bull trout survival is likely to be more dependent on habitat conditions that more closely resemble the historical, undisturbed environment because 1) they

000035

are top carnivores that are more vulnerable to environmental disturbances and more prone to extinction than species at lower trophic levels (Gilpin 1996); 2) their delayed sexual maturity (5 to 7 years; Rieman and McIntyre 1993) is likely to prolong recovery time from the effects of adverse actions; 3) unlike anadromous salmon, bull trout display little or no anadromy (i.e., none for the Columbia River, Jarbidge River, St. Mary-Belly River, and Klamath River DPSs) and, therefore, spend their entire life cycle in freshwater habitat, making them especially vulnerable to habitat disturbance; 4) bull trout require a long incubation and nursery period of time (220+ days) prior to fry emergence, making them especially vulnerable to water temperature changes, sediment deposition, and bedload movement; 5) bull trout juveniles are strongly associated with cover, including the interstitial spaces in the substrate, which makes them especially vulnerable to effects of sediment deposition, bedload movement, and changes in channel morphology (Weaver and Fraley 1993); 6) bull trout are vulnerable to hybridization with brook trout, a widely introduced species, as well as competition with other introduced exotics (e.g., lake trout) that can displace native bull trout; and 7) bull trout require colder water temperature than other native salmonids (Rieman and McIntyre 1993), thus restricting the available habitat compared to other salmonids and making them especially vulnerable to habitat alterations that affect stream temperatures.

Leary and Allendorf (1997) reported evidence of genetic divergence among bull trout subpopulations, indicating relatively little genetic exchange between them. Re-colonization of habitat where isolated bull trout subpopulations have been lost is either unlikely to occur (Rieman and McIntyre 1993) or will only occur over extremely lengthy time periods. Remnant or regional populations without the connectivity to re-found or support local populations have a greater likelihood of extinction (Rieman and McIntyre 1993; Rieman et al. 1997; MBTSG 1998). Healy and Prince (1995) reported that, because phenotypic diversity is a consequence of the genotype interacting with the habitat, the conservation of phenotypic diversity is achieved through conservation of the subpopulation within its habitat. They further note that adaptive variation among salmonids has been observed to occur under relatively short time frames (e.g., changes in genetic composition of salmonids raised in hatcheries; rapid emergence of divergent phenotypes for salmonids introduced to new environments). Healy and Prince (1995) conclude that while the loss of a few subpopulations within an ecosystem might have only a small effect on overall genetic diversity, the effect on phenotypic diversity and, potentially, overall population viability could be substantial. This concept of preserving variation in phenotypic traits that is determined by both genetic and environmental (i.e., local habitat) factors has also been identified by Hard (1995) as an important component in maintaining intraspecific adaptability (i.e., phenotypic plasticity) and ecological diversity within a genotype. He argues that adaptive processes are not entirely encompassed by the interpretation of molecular genetic data; in other words, phenotypic and genetic variation in adaptive traits may exist without detectable variation at the molecular genetic level, particularly for neutral genetic markers. Therefore, the effective conservation of genetic diversity necessarily involves consideration of the conservation of biological units smaller than taxonomic species (or DPSs). Reflecting this theme, the maintenance of local subpopulations has been specifically emphasized as a mechanism for the conservation of bull trout (Rieman and McIntyre 1993).

000036

## III.    Environmental Baseline

Regulations implementing the Act (50 CFR 402.02) define the environmental baseline as the past and present impacts of all Federal, State, or private actions and other human activities in the action area. Also included in the environmental baseline are the anticipated impacts of all proposed Federal projects in the action area which have undergone section 7 consultation, and the impacts of State and private actions which are contemporaneous with the consultation in progress.

Action area, as defined by the Act, is the entire area to be affected directly or indirectly by the Federal action and not merely the immediate area involved in the action. For the purposes of this Biological Opinion, we have defined the action area of the proposed action to include the project area, previously described in the Description of the Proposed Action section. Additionally, for grizzly bears, the reinitiated consultation on the Forests LRMPs extends the action area and effects analysis to those recently mapped and delineated areas occupied by resident grizzly bears outside of but adjacent to the Recovery Zones.

### Status of the Species Within the Action Area

#### A.    Grizzly Bear

Selkirk Ecosystem

On May 17, 1999 (USDI 1999a), the Service found that reclassification of grizzly bears in the SRZ from threatened to endangered was warranted but precluded by work on higher priority species. The Service concluded that the lack of current habitat protection stemming from cumulative impacts related to access, mining, recreation, and forestry, both in the U.S. and Canada, poses a significant threat to the grizzly bear population, rendering the population warranted for endangered status (USDI 1999a).

The SRZ encompasses approximately 1,957 square miles ($mi^2$) in northeastern Washington, northern Idaho, and southern British Columbia. Approximately 47 percent is located within British Columbia. Land ownership in the U.S. portion of the Selkirk recovery zone is approximately 80 percent Federal, 15 percent State, and 5 percent private lands. Forty-two percent of the entire recovery zone is under Federal ownership and therefore could be subject to management for recovery under the Act. The environmental baseline discussion for this biological opinion will include that portion of the SRZ within the U.S. The condition of the SRZ in British Columbia was discussed previously under the "Species Status" section.

Approximately 53 percent (1,081 $mi^2$) of the recovery area lies within the U.S., and is administered by two national forests: the IPNF and the Colville National Forest (CNF). However, the CNF is not included in the proposed Amendment. Therefore, because 90 percent of the LeClerc BMU is administered by the CNF, it is not included in the proposed Amendment. The Salmo-Priest and Sullivan-Hughes BMUs are administered by both the IPNF and CNF.

32

000037

Significant acreages of these BMUs occur within the IPNF, therefore, they are included in the proposed Amendment. The standards proposed in the Amendment are quantified relative to the entire acreage within each of the Salmo-Priest and Sullivan-Hughes BMUs. However, site-specific implementation of the standards will be coordinated between the IPNF and CNF.

The U.S. portion of the Selkirk recovery zone is divided into 10 BMUs, ranging in size from approximately 30-160 mi$^2$. Eight of these BMUs are administered at least in part by the IPNF. Of the remaining areas, one is administered by the CNF (LeClerc BMU), and the second encompasses approximately 160 mi$^2$ (roughly 8 percent of the Recovery Zone) owned by Idaho Department of Lands (IDL) east of Priest Lake. The smallest 30 square mile BMU (Lakeshore) lies along the west side of Priest Lake. While providing important grizzly bear habitats regularly occupied by grizzlies, this BMU serves more as a buffer for development and high human activity associated with Priest Lake.

•     Population Status

According to the Recovery Plan, the minimum population goal for the SRZ is 90 bears (USFWS 1993). Grizzly bears also occur in and use areas outside the SRZ, and therefore, population parameters include bears observed up to 10 miles outside the recovery zone boundary (USFWS 1993). This biological opinion will use the term SRZ to refer to the SRZ and the band of habitat up to 10 miles around the SRZ within which Recovery Plan parameters are reported.

The following recovery goals are established in the Recovery Plan (USFWS 1993):

1.     Six unduplicated females with cubs over a running 6-year average both inside the recovery zone and within a 10-mile area immediately surrounding the recovery zone, including Canada;
2.     Seven of the 10 BMUs on the U.S. side occupied by females with young on a running 6-year sum of observations; and
3.     Known, human-caused mortality may not exceed four percent of the population estimate based on the most recent 3-year sum of females with cubs; furthermore, no more than 30 percent of this four percent mortality limit shall be females. These mortality limits cannot be exceeded during any two consecutive years for recovery to be achieved. Presently grizzly bear numbers are so small in this ecosystem that the mortality goal is zero known human-caused mortalities.

The most recent available information on the status of this population relative to the demographic recovery plan parameters is presented in Table 2 (Wakkinen, pers. comm. 2003). Based on this information, the SRZ is only meeting one of the recovery goals outlined in the Recovery Plan, that for female grizzly bear mortality.

000038

Table 2:  Status of the SRZ as of 2002 in relation to the demographic recovery goals from the grizzly bear recovery plan (after Wakkinen 2003).

| Demographic Parameter | Recovery Plan Goals | Year 2002 |
|---|---|---|
| Females with cubs (6-year average) | 6.0 | 1.0 |
| Distribution of females with young | 7 of 10 BMUs | 5 of 10 BMUs |
| Female human-caused mortality limit (30% of the total mortality)[1] | 0.2 | 0.2 (6 year average) |
| Human-caused mortality limit (4% of the minimum population estimate)[1] | 0.6 | 2.0 (6 year average) |

[1]Presently grizzly bear numbers are so small in this ecosystem that the mortality goal is zero known human-caused mortalities.

In 2002, females with cubs of the year were not documented (Table 3).  However, reliable sightings of females with family groups were reported in 5 of 10 BMUs (Wakkinen pers. comm. 2003).  Female family groups were documented in Blue-Grass, Long-Smith, Myrtle, Kalispell-Granite, and the state lands BMUs.  Over the six-year period from 1997-2002, females with young were recorded in 5 of 10 BMUs.

Table 3.  Annual SRZ grizzly bear unduplicated counts of females with cubs, and known human-caused mortality (Wakkinen 2003).

| Year | Annual Females with cubs | Annual Human Caused Adult Female Mortality | Annual Human Caused All Female Mortality | Annual Human Caused Total Mortality | 4% Total Human Caused Mortality Limit[1] | 30% All Female Human Caused Mortality Limit[1] | Total Human Caused Mortality 6 Year Average | Female Human Caused Mortality 6 Year Average |
|---|---|---|---|---|---|---|---|---|
| 1988 | 0 | 0 | 1 | 2 | | | | |
| 1989 | 4 | 0 | 0 | 0 | | | | |
| 1990 | 1 | 0 | 1 | 2 | | | | |
| 1991 | 1 | 0 | 0 | 0 | | | | |
| 1992 | 1 | 1 | 1 | 2 | | | | |
| 1993 | 1 | 1 | 2 | 5 | 0.2 | 0.1 | 1.8 | 0.8 |
| 1994 | 1 | 0 | 0 | 1 | 0.2 | 0.1 | 1.7 | 0.7 |
| 1995 | 1 | 0 | 1 | 2 | 0.4 | 0.1 | 2.0 | 0.8 |
| 1996 | 1 | 0 | 0 | 1 | 0.6 | 0.2 | 1.8 | 0.7 |
| 1997 | 1 | 0 | 0 | 1 | 0.6 | 0.2 | 2.0 | 0.7 |
| 1998 | 1 | 0 | 0 | 1 | 0.6 | 0.2 | 1.8 | 0.5 |
| 1999 | 0 | 0 | 0 | 3 | 0.4 | 0.1 | 1.5 | 0.2 |
| 2000 | 2 | 0 | 0 | 0 | 0.6 | 0.2 | 1.3 | 0.2 |
| 2001 | 2 | 0 | 0 | 1 | 0.8 | 0.2 | 1.2 | 0 |
| 2002 | 0 | 1 | 1 | 6 | 0.6 | 0.2 | 2.0 | 0.2 |

[1]Presently grizzly bear numbers are so small in this ecosystem that the mortality goal is zero known human-caused mortalities.

34

000039

The mortality limit established by the Recovery Plan is based on a report by Harris (1985), who concluded that the maximum human-caused mortality rate that could be sustained by a grizzly bear population without population decline was six percent. However, to facilitate recovery, the Recovery Plan goal addressing mortality limits for the current population states that known human-caused mortalities may not exceed four percent of the population estimate, and that no more than 30 percent of this mortality shall be females. Using these limits, the annual mortality goals are calculated based on the minimum population estimate, which uses the most recent 3-year sum of females with cubs minus adult human-caused female mortality over the same 3-year period to estimate the minimum population. The actual annual mortality level is then derived by dividing the minimum population estimate by the most recent 6-year sum of human-caused grizzly bear mortalities (Table 3).

In its May 12, 1999, administrative finding on the status of the Selkirk population, the Service estimated the population at 46 grizzly bears (USDI 1999a). It should be noted that this estimate is not based on the same minimum population estimate technique described in the Recovery Plan, [and as further discussed in the Service's 2001 Amended Biological Opinion on the Continued Implementation of the IPNF's LRMP (2001 Biological Opinion)], but is rather a more liberal estimate based on previous research in the Ecosystem. Specifically, Wielgus et al. (1994), studying grizzly bears in an area encompassing approximately one third of the Ecosystem, estimated a population of 31 bears. This study area was believed to hold the highest densities of grizzly bears in the Ecosystem. The Service then conservatively estimated that bear densities in the remainder of the Ecosystem might be 25 percent of those densities within the study area, providing an additional 15 bears. Consequently, the total population estimate for the entire SRZ was 46 bears.

As indicated previously, grizzly bears are residing, at least seasonally, in areas outside of but adjacent to the SRZ (Figure 1). However, as portions of these bears' known movement patterns overlap the recovery zone, they have been included in the population estimate of 46 grizzly bears for the SRZ.

Population trend analyses in the SRZ have been inconclusive. Mortality information from 1983-1994 and 1983-1996 produced lambdas ($\lambda$s) (rate of change over time based on birth and death rates) of 0.976 and 0.994, respectively. In its 1999 administrative finding, using data up to and including 1998, the Service estimated $\lambda$ for the Selkirk population was 1.023 (95 percent confidence interval = 0.917-1.124). In 2000, preliminary trend calculations produced a $\lambda$ of 1.015 (95 percent confidence interval = 0.911 - 1.133) (Wakkinen pers. comm. 2003). In 2001, preliminary trend calculations produced a $\lambda$ of 1.003 (95 percent confidence interval = 0.894 - 1.123) (Wakkinen pers. comm 2003). However, due to the wide confidence intervals obtained in 1999, 2000, and 2001, the trend for each year, and overall, is statistically inconclusive. Even though the trend is statistically inconclusive, it is interesting to note that the point estimate was 1.023 in 1999, 1.015 in 2000 and 1.003 in 2001. These point estimates equate to an annual rate of change in the population of 2.3 percent in 1999, 1.5 percent in 2000, and 0.3 percent in 2001. Thus, the point estimate of the rate of increase declined from 1999 to 2001. In 2002, there were

35

000040

an unusually high number of mortalities, including an adult female. Female mortalities weigh heavily in the population model.

While population trend analyses have been inconclusive, the general perception of some research biologists working in the SRZ is that, in recent years, there has been a population increase. This perception is primarily based on more reported grizzly bear sightings, and sightings in areas not previously known to be used by grizzly bears in the Ecosystem (Wakkinen, pers. comm., 2003).

- Factors Affecting the Status of the SRZ Grizzly Bear Population

The Service's 1999 finding concluded that grizzly bears in the SRZ were in danger of extinction due to: 1) habitat alteration and human intrusion into grizzly bear habitat; and 2) a small population facing potential isolation by activities across the border in Canada. The finding also concluded that cumulative impacts of recreation, timber harvest, mining and other forest uses with associated road construction had reduced the amount of effective habitat for grizzly bears. Further, the finding stated that access management plans had the potential to reduce this threat, but had not been fully implemented.

Mortality:

Table 4 reports the total known grizzly bear mortality associated with the SRZ from 1982 to 2002. Within the recovery zone or within 10 miles of it over this 21-year period, there were 42 known grizzly bear mortalities, 34 of which were human-caused (9 were radio-collared bears).

Based on a population estimate of 46 grizzly bears, the current annual known human-caused mortality rate is approximately 3.5 percent, or about 1.6 bears per year (34 grizzly bear mortalities over 21 years). The current female grizzly bear human-caused annual mortality rate is approximately 0.6 percent, or about 0.3 bears per year (7 known human-caused female mortalities over 21 years). However, actual mortality numbers are likely to be higher, given the remote habitats typically occupied by grizzlies and the low probability of finding a dead bear unless it was radio-collared. A review of known grizzly bear mortalities in British Columbia, Alberta, Idaho, Washington, and Montana concluded that of the studies reviewed, management agencies would have been unaware of about half of the deaths of radio-collared grizzly bears if not for the radio collars (McLellan et al. 1999). Adjusting for the unknown, unreported mortality by using methods in McLellan et al. (1999) results in a total estimate of 50 human-caused mortalities (known and unknown). Based on a population estimate of 46 grizzly bears, this equates an average annual known and unknown human-caused mortality rate of approximately 5.0 percent, or about 2.3 bears per year (50 grizzly bear mortalities over 21 years).

Over the most recent 6-year period (1997-2002), there were 11 total known human-caused grizzly bear mortalities within the recovery zone or within 10 miles of it; one of which was a female bear. The total known human-caused grizzly bear mortalities are reflected in the 2002 Recovery Plan goals for this population.

000041

Table 4. Known grizzly bear mortalities associated with the SRZ, 1982-2003 (after Wakkinen and Johnson 2003).

| Mortality Date | Tag # | Sex | Age | Location | Mortality Category and Cause |
|---|---|---|---|---|---|
| Spring 1982 | None | M | AD | Priest River, ID | Human, Poaching |
| Autumn 1982 | None | Unk | Unk | LeClerc Creek, WA | Human, Unknown |
| 1985 | 867-85a[1] | Unk | Cub | N/A | Natural |
| Summer 1985 | 949[1] | M | 4.5 | US/BC border | Human, Unknown |
| Autumn 1986 | 898[1] | F | 1.5 | Grass Creek, ID | Human, Unknown |
| 1986 | None | M | Unk | BC Unit 4-8 | Human, Management Removal |
| Spring 1987 | 1005[1] | M | 10.5 | Wall Mtn, BC | Human, Poaching |
| Autumn 1987 | 962[1] | M | 7.5 | Trapper Creek, ID | Human, Poaching |
| Autumn 1988 | 1085[1] | F | 3.5 | Cow Creek, ID | Human, Mistaken Identity |
| Autumn 1988 | 1050[1] | M | 1.5 | Porcupine Creek, BC | Natural |
| 1988 | None | M | Unk | BC Unit 4-7 | Human, Legal Hunt |
| Summer 1989 | 1044[1] | F | 20+ | Laib Creek, BC | Natural, Conspecific |
| Autumn 1990 | 1042 | F | 3.5 | Maryland, BC | Human, Malicious |
| 1990 | None | M | Unk | BC Unit 4-8 | Human, Management Removal |
| Summer 1991 | 1076[1] | F | 20+ | Next Creek, BC | Natural |
| 1991 | 876-92a[1] | Unk | 1.5 | N/A | Natural |
| 1992 | None | M | Unk | Lost Creek, BC | Human, Defense of Property |
| Summer 1992 | 1090[1] | M | 5.5 | Laib Creek, BC | Unknown |
| Autumn 1992 | 1015 | F | 12.5 | Monk Creek, BC | Human, Self Defense |
| Autumn 1993 | 867[1] | F | 15.5 | Willow Creek, WA | Human, Malicious[2] |
| Autumn 1993 | 867-93a[1] | Unk | 0.5 | Willow Creek, WA | Human, Malicious[2] |
| Autumn 1993 | 867-93b[1] | Unk | 0.5 | Willow Creek, WA | Human, Malicious[2] |
| 1993 | None | M | Unk | BC Unit 4-8 | Human, Management Removal |
| 1993 | None | M | Unk | BC Unit 4-7 | Human, Legal Hunt |
| 1994 | None | M | Unk | BC Unit 4-7 | Human, Legal Hunt |
| Spring 1994 | 13 | M | AD | BC Unit 4-20[3] | Human, Legal Hunt |
| Spring 1995 | None | F | 1.5 | Boundary Creek, ID | Human, Unknown |
| Autumn 1995 | 1100[1] | M | 2.5 | Granite Pass, WA | Human, Mistaken Identity |
| 1996 | 1027-96b[1] | Unk | Cub | N/A | Natural |
| Autumn 1996 | 1022 | M | 2.5 | Boswell, BC | Human, Management Removal |
| Autumn 1997 | None | M | 1.5 | Salmo, BC | Human, Management Removal |
| Spring 1998 | 1023 | M | 4.5 | BC Unit 4-26[3] | Human, Legal Hunt |
| Summer 1998 | None | M | 3.5 | Usk, WA | Human, Under Investigation |
| Autumn 1999 | None | M | 22 | Wyundel, BC | Human, Depredation |
| Autumn 1999 | 1032 | M | 19 | Procter, BC | Human, Depredation |
| Autumn 1999 | 9810 | M | 10 | Smith Creek, ID | Human, Under Investigation |
| Summer 2001 | 7 | F | 13 | Porcupine Creek, BC | Natural |
| Autumn 2001 | None | M | Unk | Cottonwood Creek, BC | Human, Management Removal |
| Spring 2002 | 17 | M | 3.5 | Nelway, BC | Human, Depredation |
| Autumn 2002 | None | F | AD | West of Nelson, BC | Human, Under Investigation |
| Autumn 2002 | None | Unk | 1 | West of Nelson, BC | Human, Under Investigation |
| Autumn 2002 | None | Unk | 1 | West of Nelson, BC | Human, Under Investigation |
| Autumn 2002 | None | Unk | 1 | West of Nelson, BC | Human, Under Investigation |
| Autumn 2002 | 19 | M | 3.5 | Lamb Creek, ID | Human, Under Investigation |

[1]Part of radio collar sample at time of mortality.
[2]Human caused mortality determined only because of the radio collar on the animal at the time of death.
[3]Mortality outside recovery zone more than 10 miles.

Attraction of grizzly bears to improperly stored food and garbage is identified by the Recovery Plan as one of the principal causes of grizzly bear mortality (USFWS 1993). In 1995, after becoming habituated and conditioned to improperly stored food in a campground, a male grizzly

37

000042

bear was collared and relocated. Soon after being relocated, the bear was illegally killed by a hunter near Granite Pass, Washington.

Habitat:

A number of factors influence the quality and availability of habitat for grizzly bear in the SRZ. However, the primary factors are: habitat effectiveness and access management. This section also summarizes other habitat factors influencing the SRZ grizzly bear population.

Habitat effectiveness is defined as the amount of secure grizzly bear habitat (habitat at least one quarter mile from open roads, developments, and high levels of human activity) remaining within BMUs after impacted areas are subtracted from the total habitat in the BMUs. Based on work conducted by Christensen and Madel (1982), the IPNF's LRMP requires maintenance of a minimum of 70 square miles ($mi^2$) of secure habitat in each BMU. The intent of this requirement is to provide the minimum viable habitat needed to avoid grizzly bear displacement.

Currently, 78 percent (seven of the nine BMUs primarily under Forest Service management) of the BMUs meet the 70 $mi^2$ standard (Table 5). Of the two BMUs that do not meet the standard, one is the 30 $mi^2$ Lakeshore BMU west of Priest Lake. The Lakeshore BMU, while being small and primarily serving as a buffer for development and high human activities along Priest Lake, does contain important seasonal grizzly bear habitats regularly occupied by grizzly bears. The BMU currently provides approximately 8 $mi^2$ of secure habitat. The other BMU not meeting the standard is the Blue Grass BMU, which encompasses 90 $mi^2$ immediately south of the U.S./Canada border. The Blue Grass BMU is a high priority BMU providing key, year-round habitat for the Selkirk grizzly bear population. Maintenance of adequate habitat conditions in this BMU is particularly essential because of its importance to the Selkirk grizzly bear population. The Blue Grass BMU currently provides approximately 69 $mi^2$ of secure habitat.

Information on the level of habitat security within the remainder of the SRZ is not available as non-Federal entities do not necessarily manage their lands to maintain secure habitat for grizzly bears. Within the 160 $mi^2$ area encompassed by IDL east of Priest Lake, there are approximately 34 $mi^2$ of identified Scenic Areas, managed primarily for recreational and aesthetic purposes. Depending on the quantity and type of recreational activities, these areas may provide some level of secure habitat. Additional secure habitat is likely to be available within the IDL owned area, because the agency does implement access management to a degree. However, quantitative information on the extent of this secure habitat is not available for this area.

Additional secure habitat is likely to occur within the British Columbia portion of the SRZ, particularly in the Stagleap Provincial Park, located just north of the border. In 1995, the British Columbia provincial government developed a grizzly bear conservation strategy with a stated goal of enhancing habitat protection through land use planning processes. However, many of

38

000043

Table 5: 2002 status of SRZ BMUs relative to open roads, total roads, security habitat, and core habitat (after USFS 2002a).

| BMU | Percent with Open Roads >1 mi./sq.mi. | Percent with Total Roads >2 mi./sq.mi. | Square Miles Security Habitat | Percent Core Habitat |
|---|---|---|---|---|
| Blue Grass | 27 | 29 | 69 | 50 |
| Long-Smith | 23 | 13 | 80 | 73 |
| Ball-Trout | 18 | 9 | 76 | 72 |
| Myrtle | 30 | 19 | 70 | 60 |
| Salmo-Priest | 30 | 24 | 102 | 65 |
| Sullivan-Hughes | 23 | 20 | 92 | 59 |
| LeClerc | 38 | 55 | 74 | 30 |
| Kalispell-Granite | 31 | 29 | 100 | 48 |
| Lakeshore | 78 | 50 | 8 | 20 |
| IDL | ? | ? | ? | ? |

these processes are ongoing and have not had the opportunity to achieve the stated goals of habitat protection. In 1998, a scientific advisory committee gave the provincial government a failing grade on its habitat protection measures (USDI 1999a). Quantitative information on the amount of secure habitat in the British Columbia portion of the SRZ is not currently available.

Habitat security is accomplished largely through the effective management of restricted roads, and the administrative use of such roads. However, while the IPNF's LRMP does not specifically address administrative use, pursuant to the Service's 2001 Biological Opinion, the IPNF is required to maintain administrative use on restricted roads at ≤ 57 round trips per active bear year (April 1 through November 15) per road, divided seasonally. The 2001 Biological Opinion states that such use shall be apportioned as follows: ≤19 round trips in spring (April 1 thru June 15); ≤23 round trips in summer (June 16 through September 15); and ≤15 round trips in fall (September 16 through November 15). Administrative use is defined as passenger vehicle access on a restricted road to conduct non-mechanized activities, such as planting, regeneration surveys, timber sale layout, etc.

Access management pertaining to maintenance of grizzly bear habitat within BMUs primarily involves the density of roads within roaded habitat, and the quantity and quality of unroaded habitat. The effect of roads on grizzly bear behavior (Aune and Stivers 1985, McLellan and Mace (1985 In IGBC 1987), Kasworm and Manley 1988, McLellan and Shackleton 1988, Aune and Kasworm 1989, and Frederick 1991), grizzly bear populations and patterns of habitat use [IGBC Grizzly Bear Compendium (IGBC 1987), Frederick 1991, Recovery Plan (USFWS 1993), Mace and Manley 1993, Mace et al. 1996, Wakkinen and Kasworm 1997, and Mace et al. 1999], and grizzly bear mortality risk [McLellan and Mace (1985 In IGBC 1987), Dood et al. (1986 [cited as Dood et al. 1985 in text] of IGBC 1987), Aune and Kasworm 1989] has been thoroughly documented in the scientific literature. This research has clearly indicated the importance of managing three primary elements to avoid bear displacement from important

000044

habitats and to reduce bear mortality risk: (1) open road density, (2) total road density, and (3) core habitat (areas free of motorized access and high levels of human use).

Recognizing the need to incorporate this new information into the management of grizzly bears, in July 1994, the IGBC issued a Task Force Report that directed the IGBC subcommittees from each recovery zone to develop recommended parameters for core habitat, open road densities, and total road densities using the best biological information and considering the social and economic impacts of implementing those parameters (IGBC 1994). Core habitat is defined as areas greater than or equal to 0.31 miles from any road (open or restricted), motorized trail, or high intensity use area. Core habitat may contain restricted roads, but such roads must be *effectively* (emphasis added) closed with devices, including but not limited to earthen berms or barriers, or naturally closed by vegetative growth (IGBC 1998a). Additionally, per IGBC direction, core habitat should incorporate all seasonal components of grizzly bear habitat.

Based on the IGBC's direction, research data from radio-collared grizzly bears in the Selkirk Ecosystem and Cabinet-Yaak Ecosystem (collectively Ecosystems) were used to determine appropriate levels of these three parameters for both Ecosystems.

The Selkirk and Cabinet-Yaak Recovery Zones are each subsumed within the larger Selkirk and Cabinet Yaak Ecosystems, respectively. Wakkinen and Kasworm (1997) found that grizzly bears in these two Ecosystems: (1) used areas having total road densities greater than two miles/square mile ($mi/mi^2$) less than expected; (2) used areas having open road densities greater than one $mi/mi^2$ less than expected; and (3) used core habitat more than expected, while non-core habitat was used less than expected. The researchers found that within six female grizzly bear home ranges: (1) the amount of area having a total road density greater than two $mi/mi^2$ averaged 26 percent; (2) the amount of area having an open road density greater than one $mi/mi^2$ averaged 33 percent; and (3) the home ranges were comprised of an average 55 percent (range = 40-71.5 percent) core habitat. This analysis indicates that at least 55 percent of a BMU should be in core habitat to avoid displacement of bears (Wakkinen and Kasworm 1997).

While the sample sizes obtained by Wakkinen and Kasworm (1997) were small, the results were consistent with those found in similar studies conducted in the Northern Continental Divide Ecosystem (NCDE), although road density numbers in that Ecosystem were lower (open and total road densities = 19 percent, each) and core habitat was higher (68 percent). The NCDE parameters were developed using composite home range information, rather than average multi-years home range information as used for the Selkirk and Cabinet-Yaak Ecosystems. These values provide the best available indication of the habitat conditions used by grizzly bears in the Selkirk and Cabinet-Yaak Ecosystems.

In their study, Wakkinen and Kasworm (1997) did not determine if bears selected home ranges with fewer roads relative to road densities across the entire ecosystem (i.e., second order selection) because a complete access route map for the entire ecosystem was not available during the study period. Instead, they determined bear use of areas greater or lesser than expected within existing home ranges relative to access route density (third order selection). The above

40

000045

referenced orders are referred to as first and second order, respectively, in Wakkinen and Kasworm (1997). Therefore, we are unable to conclude whether the 26 percent and 33 percent for total and open road densities respectively, represents the optimal selection of habitat by bears, or if these numbers simply reflect the condition of the environment from which they have to choose (i.e., do grizzly bears in the Selkirk or Cabinet-Yaak Ecosystems have the opportunity to choose areas with less road density?). For example, Mace and Manley (1993) studied grizzly bears in the NCDE, which encompasses significant portions of a National Park and Wilderness Areas, and found that approximately 19 percent of their home ranges had a total road density exceeding 2 mi/mi$^2$, 19 percent of their home ranges had an open road density exceeding 1 mi/mi$^2$, and 67.5 percent of their home ranges was comprised of core habitat. It should also be emphasized that Mace and Manley (1993) generated their results using a composite of female home ranges while Wakkinen and Kasworm (1997) obtained their results from averaging multi-year individual female home ranges.

An important consideration when interpreting results of the study conducted by Wakkinen and Kasworm (1997), in light of the apparent differences in road densities and core habitats of grizzly bears between the NCDE and the Selkirk/Cabinet-Yaak Ecosystems, is the fact that two of the six female bears in the Selkirk/Cabinet-Yaak study were killed by humans immediately following the period of monitoring, and a third female was the subadult offspring of one of the females in the study. While this female did produce cubs during the last year of monitoring that went into the study, subadult female home ranges decline as they approach reproductive age and change as a result of learning (Wakkinen and Kasworm 1997). Even though this female only produced cubs during the last year of monitoring, all years of radio locations were used to generate her home range.

Most of the research (cited above) documenting the need for managing road densities and unroaded habitat within grizzly bear home ranges was published after the IPNF had developed their 1987 LRMP, and thus, is not specifically addressed in the LRMP. However, recognizing the importance of managing for these parameters, the IPNF has been working on a project-by-project basis towards achieving the habitat conditions identified by Wakkinen and Kasworm (1997) that are used by the average adult female grizzly bear in the SRZ and CYRZ. Further, pursuant to the 2001 Biological Opinion, the IPNF is required to achieve these parameters within a specified time frame such that each BMU: contains at least 55 percent core habitat; has no more than 26 percent total road density exceeding 2 mi/mi$^2$; and has no more than 33 percent open road density exceeding 1 mi/mi$^2$.

Currently, of the nine BMUs managed primarily by the Forest Service, five (55 percent) contain at least 55 percent core habitat, seven (78 percent) have open road densities exceeding 1 mi/mi$^2$ in 33 percent or less of the BMU, and five (55 percent) have total road densities exceeding 2 mi/mi$^2$ in 26 percent or less of the BMU (Table 5). The Lakeshore BMU and the LeClerc BMUs do not meet any of the standards. However, as discussed earlier, because of the Lakeshore's small size (30 square miles), achievement of the habitat parameters may not be possible. The LeClerc BMU is primarily managed by the CNF, and has a high degree of intermingled private land, which may make achieving all habitat parameters very difficult. Since 1999, total road

41

000046

density $\geq 2$ mi/mi$^2$ in this BMU has increased from 53 percent to 55 percent of the BMU, and open road density $\geq 1$ mi/mi$^2$ has decreased from 39 percent to 38 percent of the BMU. However, core habitat has decreased from 32 percent to 30 percent of the BMU over this same period.

State and private forest management activities occur within the SRZ. As previously discussed, state lands are primarily encompassed within the 160 mi$^2$ IDL managed area. The IDL administers these lands primarily for timber production to provide funding for the State school system. This area contains a significant amount of important grizzly bear habitat, and bears are known to occur in this area. Approximately 34 mi$^2$ of this area fall within the Upper Priest Lake Scenic Area and the Selkirk Crest Scenic Area, managed primarily for recreational and aesthetic purposes. The remainder of the area is actively managed for timber production. The IDL implements road management with the use of gates to restrict access, however, the Service has no information regarding existing total and open road densities or amount of core habitat within this area. When information on habitat conditions is not available, the Service typically provides the benefit of the doubt to the species and assumes a conservative scenario to provide for protection of the species. Therefore, for purposes of characterizing baseline conditions in the IDL administered area, the Service assumes that, outside of the 34 mi$^2$ of Scenic Areas mentioned above, open and total road densities exceed those values previously described, and that available core habitat is less than 55 percent of the area.

Stimson Lumber Company (SLC) and Forest Capitals, Inc., the primary private forest managers in the SRZ, manage their ownerships primarily for timber production. The majority of SLC ownership within the SRZ occurs within the LeClerc BMU; approximately 27 percent (21,000 acres) of the land within the LeClerc BMU is owned by Stimson. Stimson Lumber Company has entered into a Conservation Agreement with the CNF and the Service to minimize adverse affects to grizzly bears resulting from implementation of activities on its ownership within the LeClerc BMU through road and vegetation management, including but not limited to ensuring: open road density on its ownership does not exceed 1 mi/mi$^2$ during the non-denning period of April 1 through November 15; no increase in roads open to public motorized use, except where such increase will result in additional available habitats for grizzly bear; administrative use levels on certain roads do not exceed 12 round trips during the spring period (April 1 through June 15); that their land contributes proportionally to the maintenance of a minimum of 40 percent vegetative cover; maintenance of vegetative screening adjacent to open roads; and the distance to cover from any point within harvest units does not exceed 600 feet by limiting the size of harvest units. Currently, Forest Capitals has not entered into an agreement with the Service for grizzly bear management on its ownership within the SRZ.

As identified above, grizzly bears are living in areas outside of but adjacent to the Recovery Zones. Relative to the SRZ, grizzly bear occupancy occurs in two separate mapped areas adjacent to the southwestern (Priest Area) and southeastern (Pack River Area) boundaries of the recovery zone (Figure 3). The Priest Area circumscribes an area of approximately 107 mi$^2$, and the Pack River Area circumscribes an area approximately 35 mi$^2$ (Table 6). Both areas contain a mixture of federal and non-federal land. Outside of the Recovery Zones, but within these areas identified as occupied by grizzly bears, the IPNF's LRMP does not contain specific standards

42



Figure 3: Grizzly Bear Analysis Areas Outside of SRZ and CYRZ (USFS 2002a)

[1] Libby and Fisher Areas are outside of the projected grizzly distribution area in the short term, but are included in this analysis to complete the process for lands associated with the CYRZ, per verbal agreement with the Service (September 26, 2002).

43

000048

pertaining to the management of grizzly bears or the maintenance of their habitat. However, the IPNF's LRMP does contain standards pertaining to the management of other species and their habitats (such as elk, and sensitive and indicator species) which are beneficial to grizzly bears. Some of these standards control the type and intensity of activities, including road management, that may occur within these species habitats.

Science has shown that road management and the density of roads is probably one of the most important factors influencing grizzly bear habitat use and grizzly bear mortality. Currently, linear open road densities within the Priest and Pack River Areas are 2.2 mi/mi$^2$ and 0.8 mi/mi$^2$, respectively, and linear total road densities are 6.2 mi/mi$^2$ and 2.7 mi/mi$^2$, respectively. On National forest system lands only within the Priest and Pack River Areas, linear open road densities are 2.1 mi/mi$^2$ and 0.6 mi/mi$^2$, and linear total road densities are 6.2 mi/mi$^2$ and 2.6 mi/mi$^2$. We currently do not have any information regarding the quantity of unroaded habitat contained within these areas (Table 6).

The above linear road density information is not analogous to, and therefore may not be comparable with road density information derived using a moving windows analysis technique, upon which the road density standards for the Recovery Zones are based. A moving window analysis is a spatial analysis of road density distribution, while a linear road density analysis is not.

Table 6: Grizzly bear occupancy areas adjacent to the SRZ: size and road density status (USFS 2002a).

| Area | Size (mi$^2$) | Linear Total Road Density Across All Ownerships (mi/mi$^2$) | Linear Total Road Density on National Forest Lands Only (mi/mi$^2$) | Linear Open Road Density Across All Ownerships (mi/mi$^2$) | Linear Open Road Density on National Forest Lands Only (mi/mi$^2$) |
|---|---|---|---|---|---|
| Priest | 107 | 7.7 | 7.8 | 4.6 | 5.0 |
| Pack River | 35 | 2.7 | 2.6 | 0.8 | 0.6 |

Existing Management Direction:

The following goals, objectives, and standards, currently contained in the IPNF's LRMP (USFS 1987), may provide some benefits to grizzly bears and their habitat within these areas of mapped grizzly bear residency outside of the SRZ:

- ► The goals and objectives of the LRMP set the framework for minimizing take:

  - Roads will be developed and managed to the minimum standards and miles necessary to meet the objectives of the management area (MA).
  - Manage vertebrate wildlife habitat to maintain viable populations of all species.

000049

- Manage big game habitat toward achieving the goals of the Idaho Department of Fish and Game (IDFG).
- Grazing management will protect soil and water resources, riparian areas, and T&E plant and animal species. Grazing is permitted on less than two percent of the Forest with a majority of the forage use occurring on 7,500 acres.
- The needs of Threatened & Endangered (T&E), and sensitive plant and animal species have priority in managing existing range allotments. No new allotments will be established in areas where conflicts can be expected with T&E or sensitive species.
- Riparian resources will be managed to feature dependent resources (fish, water quality, natural channels, certain vegetation, and wildlife communities) while producing other resource outputs at levels compatible for the objective for dependent resources. (Also note, the IPNF amended the Forest Plan to incorporate the INFISH Guidelines that increase protection of riparian resources.)
- Management for elk habitat needs will emphasize road management to maintain adequate security and habitat potential on summer range.

▸ Specific management standards and guidelines in place to achieve the forest goals:

- Forest-wide standard- Management of habitat and security needs for T&E species will be given priority in identified habitat. Results of research regarding habitat of T&E species will be incorporated into management direction as it becomes available.
- IPNF Management Area (MA) 2 & 3- "Road and trail restrictions may be necessary to reduce human/bear conflicts.
- IPNF MA 4 & 5- Within critical habitat components motorized recreation use may be restricted to provide needed wildlife security.
- IPNF MA 6- Special emphasis will be given to the maintenance, protection and enhancement of key habitat components (including security).
- IPNF MA 9- Existing local roads will generally be closed to vehicles over 40" wide. No local road construction is planned.
- IPNF MA10- Parker and Long Canyons are closed to motorized use.
- IPNF MA 11- Salmo-Priest Wilderness is to be managed as non-motorized. Within grizzly bear and caribou habitat, recreation use and access may be restricted to provide needed wildlife security during use periods. (Includes proposed wilderness i.e., Scotchman Peak and Selkirk Crest areas)
- IPNF MA 11- Proposed Wilderness- Motorized use may be permitted ..........., except within bounds of Mallard Larkins Pioneer Area, ......
- IPNF MA 12- No new roads will be allowed in the Wild River portion (St Joe River).
- IPNF MA12- Within the Upper Priest Wild River area, uses will be limited to non-motorized except on established roads.
- IPNF MA 16- Maintenance of natural channels and adequate streamside vegetation will have a high priority in range allotment plans and prescriptions. A specific

45