objective for stream bank protection will be included in all allotment management plans where second order or larger streams are involved.
- IPNF MA 19 & 20- Motorized recreation activities will be allowed where they do not conflict with wildlife and other resource needs.
- IPNF is increasing information and education efforts in 2003 and 2004 as it relates to sanitation, prior to developing a food storage order. The "Pack-it-in Pack-it-out" policy is in place.
- IPNF is working on a forest-wide food storage order.

Other Factors:

The SRZ is one of the smallest grizzly bear recovery zones at approximately 1,957 mi$^2$, and only 53 percent is contained within the conterminous U.S. The remainder (47 percent) lies within British Columbia. The British Columbia portion of the SRZ is subjected to the same forestry, mining, recreation, and road construction pressures that exist in the U.S., all of which affect grizzly bear habitat. While the British Columbia provincial government has developed and implemented a grizzly bear conservation strategy (Strategy), it was recently criticized by a scientific advisory committee for its poor implementation of the Strategy.

In summary, the Service, in its 1999 administrative finding determined that the Selkirk grizzly bear population was warranted for listing as endangered (USDI 1999a). This determination was made in large part because of the small size of the SRZ, grizzly bear mortalities, small size of the grizzly bear population, and existing habitat conditions. Grizzly bear mortalities, particularly human-caused mortalities, have affected a significant portion of the grizzly bear population over the last 21 years, with mortalities remaining substantially higher than Recovery Plan goals. None of the Recovery Plan goals (relative to bear reproduction, distribution, and mortality) are being met. It is speculated that, in recent years, the Selkirk grizzly bear population may have experienced growth. However, as annual population trend modeling has been statistically inconclusive, the speculation of population growth is based on the perceptions of some researchers familiar with this Ecosystem. Given the foregoing discussion of grizzly bear mortality and habitat conditions within this Ecosystem, there is clearly a need for improved protection of grizzly bears and their habitat within this Ecosystem. Past and ongoing habitat management efforts have resulted in improved habitat conditions within the SRZ, although several BMUs still have unacceptably high road densities and insufficient core habitat.

Cabinet-Yaak Ecosystem

On February 12, 1993 (USDI 1993), the Service found that reclassification of grizzly bears in the CYRZ from threatened to endangered was warranted but precluded by work on higher priority species. In its May 17, 1999, finding, which reaffirmed the warranted but precluded finding originally made in 1993, the Service concluded that the lack of current habitat protection stemming from cumulative impacts related to access, mining, recreation, and forestry, both in the U.S. and Canada, poses a significant threat to the grizzly bear population (USDI 1999a).

46

The CYRZ encompasses approximately 2,600 mi$^2$ (1,728,000 acres), is located in northwest Montana and northeast Idaho, and is administered by three forests: IPNF, KNF, and LNF. The CYRZ is bordered to the north by the Canadian border, to the south by the Clark Fork River, to the west by the towns of Moyie Springs and Clark Fork, and to the east by the town of Libby, and is bisected by the Kootenai River. Land ownership within the CYRZ is approximately 90 percent Federal (1,555,200 acres), 5 percent State (86,400 acres), and 5 percent private lands (86,400 acres).

The CYRZ is often described in terms of having two portions, the Cabinet Mountains portion forming the southern half of the CYRZ, and the Yaak portion forming the northern half of the CYRZ. The Cabinet Mountains portion covers approximately 978,000 acres, is topographically diverse with a steep mountain range up to 8,700 feet near the center and more definable seasonal habitats, and contains the Cabinet Mountains Wilderness area. The Cabinet Mountains Wilderness area is approximately 34 miles long, varies from 0.5 to 7 miles wide, and consists of 94,272 acres of higher elevation habitat. The Cabinet Mountains portion is connected to the Yaak portion by two relatively narrow corridors of habitat, approximately 7.5 miles wide, separated by a broad, privately owned valley where the town of Troy is located. The Yaak portion is 466,000 acres and has gentler topography and slightly lower elevations, up to 7,700 feet. Seasonal grizzly bear habitats are not as clearly definable in the Yaak portion. More grizzly bear research and telemetry work has occurred in the Yaak than in the Cabinet Mountains portion of the ecosystem.

As mentioned above, recovery zones are divided into BMUs to facilitate grizzly bear management. To this end, 22 BMUs averaging approximately 100 mi$^2$ have been established in the CYRZ. Fifteen BMUs are managed entirely by the KNF, 4 BMUs are managed entirely by the IPNF, 1 BMU is managed entirely by the LNF, and two BMUs are jointly managed by the KNF and IPNF.

- Population Status

According to the Recovery Plan, the minimum population goal for the CYRZ is 100 bears (USFWS 1993). Grizzly bears also occur in and use areas outside the CYRZ, and therefore, population parameters include bears observed up to 10 miles outside the recovery zone boundary (USFWS 1993). This biological opinion will use the term CYRZ to refer to the CYRZ and the band of habitat up to 10 miles around the CYRZ within which Recovery Plan parameters are reported.

The following recovery goals for the CYRZ have been established in the Recovery Plan (USFWS 1993):

1.   Six females with cubs over a running 6-year average both inside the recovery zone and within a 10 mile area immediately surrounding the recovery zone, excluding Canada;

47

2.  Eighteen of 22 BMUs occupied by females with young from a running 6-year sum of verified evidence; and

3.  Known, human-caused mortality not to exceed 4 percent of the population estimate based on the most recent 3-year sum of females with cubs. Furthermore, no more than 30 percent of this 4 percent mortality limit shall be females. These mortality limits cannot be exceeded during any 2 consecutive years for recovery to be achieved. Presently, grizzly bear numbers are so small in this ecosystem that the mortality goal shall be zero known human-caused mortalities.

The most recent available information on the status of this population relative to the demographic recovery plan parameters are presented in Table 7 (Kasworm, pers. comm. 2003). Based on this information, the only recovery goal met in the CYRZ in 2002 was total human-caused mortality.

Table 7:  Status of the Cabinet-Yaak Ecosystem as of 2002 in relation to the demographic recovery goals from the grizzly bear recovery plan (after Kasworm 2003).

| Demographic Parameter | Recovery Plan Goals | Year 2002 |
|---|---|---|
| Females with cubs (6-year average) | 6.0 | 1.7 |
| Distribution of females with young | 18 of 22 BMUs | 13 of 22 BMUs |
| Female human-caused mortality limit (30% of the total mortality)[1] | 0.4 | 0.8 (6 year average) |
| Human-caused mortality limit (4% of the minimum population estimate)[1] | 1.4 | 1.0 (6 year average) |

[1]Presently grizzly bear numbers are so small in this ecosystem that the mortality goal is zero known human-caused mortalities.

In 2002, four females with cubs were documented (Table 8). Recorded sightings occurred in BMUs 11 - 17, and 21. From 1996 to 2001, family groups were recorded in BMUs 2, 4 - 7, 11 - 17, and 21 (13 of 22 BMUs) (Kasworm pers. comm. 2003). As discussed in the Service's 2001 Biological Opinion, the reported BMU occupancy by females with young must be viewed cautiously, as the same family group may account for several of the reported sightings in the separately occupied BMUs.

As described previously, the mortality goals established by the Service's Recovery Plan for the CYRZ are based on work conducted by Harris (1985), and are calculated using the annual minimum population estimate divided by the most recent 6-year sum of human-caused grizzly bear mortalities. Table 8 contains the data on which the annual mortality levels for the CYRZ are calculated.

In its May 17, 1999, administrative finding on the status of the CYRZ grizzly bear populations (USDI 1999a), the Service reported an estimate of 30-40 bears. As noted previously, this

000053

Table 8. Annual CYRZ grizzly bear unduplicated counts of females with cubs, and known human-caused mortality (Kasworm 2003).

| Year | Annual Females with cubs | Annual Human Caused Adult Female Mortality | Annual Human Caused All Female Mortality | Annual Human Caused Total Mortality | 4% Total Human Caused Mortality Limit[1] | 30% All Female Human Caused Mortality Limit[1] | Total Human Caused Mortality 6 Year Averages | Female Human Caused Mortality 6 Year Averages |
|---|---|---|---|---|---|---|---|---|
| 1988 | 1 | 1 | 1 | 1 | | | | |
| 1989 | 0 | 0 | 1 | 1 | | | | |
| 1990 | 1 | 0 | 0 | 1 | | | | |
| 1991 | 1 | 0 | 0 | 0 | | | | |
| 1992 | 1 | 0 | 0 | 0 | | | | |
| 1993 | 2 | 0 | 0 | 1 | 0.9 | 0.3 | 0.7 | 0.3 |
| 1994 | 1 | 0 | 0 | 0 | 0.9 | 0.3 | 0.5 | 0.2 |
| 1995 | 1 | 0 | 0 | 0 | 0.9 | 0.3 | 0.3 | 0 |
| 1996 | 1 | 0 | 0 | 1 | 0.7 | 0.2 | 0.3 | 0 |
| 1997 | 3 | 0 | 0 | 0 | 1.2 | 0.4 | 0.3 | 0 |
| 1998 | 0 | 0 | 0 | 0 | 0.9 | 0.3 | 0.3 | 0 |
| 1999 | 0 | 0 | 1 | 2 | 0.7 | 0.2 | 0.5 | 0.2 |
| 2000 | 2 | 0 | 1 | 1 | 0.5 | 0.1 | 0.7 | 0.3 |
| 2001 | 1 | 1[2] | 2 | 2 | 0.5 | 0.1 | 1.0 | 0.8 |
| 2002 | 4 | 0 | 1 | 1 | 1.4 | 0.4 | 1.0 | 0.8 |

[1]Presently grizzly bear numbers are so small in this ecosystem that the mortality goal is zero known human-caused mortalities.

[2]Mortality discovered in 2002 and assumed to be an adult female, pending DNA verification.

estimate is not based on the same minimum population estimate technique described in the Recovery Plan, upon which the annual mortality limits are calculated. Rather the Service's 1999 finding used a combination of population estimates derived separately for the Cabinet Mountains and Yaak River drainage. The population in the Cabinet Mountains was estimated at 15 or fewer grizzly bears in 1988 (Kasworm and Manley 1988). Although 4 female grizzly bears were transplanted into the Cabinet Mountains from 1990 through 1994 (Kasworm et al. 1998), in 2001, the Service concluded that there is insufficient data to change the 1988 Cabinet Mountains population estimate (USDI 2001). In the Yaak River drainage, an estimate of a minimum of 20 grizzly bears was generated using unduplicated counts of all bears over 3-year intervals from 1989-1999 (USDI 1999a). A total of 27 different bears were identified from 1989-1998; four of which are known or suspected to have died (Kasworm, unpub. report 1999). Combining the estimates from the Cabinet Mountains with the Yaak River drainage resulted in a total population conservatively estimated at 30-40 individuals in the CYRZ.

As indicated previously, grizzly bears are residing in areas outside of but adjacent to the CYRZ (Figure 3). Some of these bears have home ranges partially overlapping the CYRZ to varying

000054

degrees, others reside entirely outside of the recovery zone, and outside of the 10-mile buffer. Grizzly bear mortalities that occur within a 10 mile band around the CYRZ are factored into the recovery goals for the CYRZ. However, grizzly bear mortalities that occur outside of the 10 mile buffer surrounding the CYRZ, but within the recently delineated areas of the Cabinet-Yaak Ecosystem (as noted previously, the CYRZ is contained within the larger Cabinet-Yaak Ecosystem), are not accounted for in the recovery parameters, and do not contribute to the population estimates for this ecosystem.

Population trend analyses in the CYRZ have been inconclusive. Grizzly bear population trend analyses were conducted in the early 1990s for the CYRZ (Servheen et al.1994), but data were insufficient to determine population trends. In 1999, the Service analyzed mortality information from 1983 to 1998 and reported a $\lambda$ of 1.100 (95 percent confidence interval = 0.971 - 1.177), which indicates an increasing population. However, due to the wide confidence interval, the trend was statistically inconclusive. Preliminary calculations (Kasworm pers.comm 2001) incorporating mortality data for 2000 indicate a $\lambda$ of 0.984 (95 percent confidence interval = 0.857 - 1.092). Because the point estimate was less than 1.0, it indicates a declining population. Once again, however, because the confidence intervals were wide, the trend was statistically inconclusive. Even though the trend is statistically inconclusive, it is interesting to note that the point estimate was 1.100 in 1999, 1.000 in 2000 (Kasworm pers. comm. 2000), and 0.984 in 2001. These point estimates equate to an annual rate of change in the population of 9.5 percent in 1999, 2.6 percent in 2000, and -1.6 percent in 2001. Even though the trend estimates are inconclusive, due primarily to recent high levels of grizzly bear mortalities, the Service is concerned about the status of this population (Kasworm pers. comm. 2003)

- Factors Affecting the Status of the CYRZ Grizzly Bear Population

The Service's 1999 finding concluded that grizzly bears in the CYRZ were in danger of extinction due to: 1) habitat alteration and human intrusion into grizzly bear habitat; and 2) a small population facing potential isolation by activities across the border in Canada. The finding also concluded that cumulative impacts of recreation, timber harvest, mining and other forest uses with associated road construction had reduced the amount of effective habitat for grizzly bears. Further, the finding stated that access management plans had the potential to reduce this threat, but had not been fully implemented.

Potential isolation from grizzly bears in the Canada portion of the greater CYRZ is identified as a potential threat to grizzly bears in the U.S. portion of the ecosystem. Conditions in Canada and along the international boundary currently allow movement of grizzly bears between Canada and the Yaak portion of the CYRZ, but grizzly bear habitat is being impacted by highways and associated development in Canada. Additionally, U.S. Highway 2 bisects the ecosystem between the Yaak and Cabinet Mountains portions. To date, the Service has no information documenting movement of grizzly bears across Highway 2 between the Yaak and Cabinet Mountains (W. Kasworm, pers. comm. 2002). The combination of the highway, river, railroad and associated

50

development may be or may become a substantive barrier to movement of grizzly bears in the ecosystem.

Mortality:

Table 9 reports the total known grizzly bear mortality associated with the CYRZ from 1982 to 2002. Within the recovery zone or within 10 miles of it over this 21-year period there were 28 known grizzly bear mortalities, 15 of which were human-caused (5 were radio-collared bears). Using the more conservative population estimate of 30 grizzly bears, the current annual known human-caused mortality rate is approximately 2.3 percent, or about 0.7 bears per year (15 grizzly bear mortalities over 21 years). The current female grizzly bear human-caused annual mortality rate is approximately 1.0 percent, or about 0.3 bears per year (7 known human-caused female mortalities over 21 years). However, as discussed earlier, actual mortality numbers are likely to be higher. Thus, adjusting for the unknown, unreported mortality by using methods in McLellan et al. (1999) results in a total estimate of 24 human-caused mortalities (known and unknown). Again using the lower population estimate of 30 grizzly bears, this equates to an average annual known and unknown human-caused mortality rate of approximately 3.7 percent, or about 1.1 bears per year (24 grizzly bear mortalities over 21 years).

Over the most recent 6-year period (1997-2002), there were six total known human-caused grizzly bear mortalities within the recovery zone or within 10 mile of it; four of which were female bears. The total known human-caused grizzly bear mortalities are reflected in the 2002 Recovery Plan goals for this population.

Until recently, grizzly bear mortalities, especially human-caused mortalities of female grizzly bears, had been declining. In 1999, at least five grizzly bears are known to have died, including 2 females (Kasworm, pers. comm., 1999). Two of the five known grizzly bear mortalities were human-caused. A subadult female was tagged in the U.S., but was killed by a hunter in Canada who claimed self-defense. An adult male grizzly bear was euthanized as a result of an agency management control action because of adverse interactions with humans, in which lax sanitation was a contributing factor. An adult female and 2 cubs of unknown sex died of natural causes. They are thought to have been killed by another bear, possibly a male grizzly bear. In 2000, four grizzly bears were known to have died. One female subadult was killed illegally, and three grizzly bears died of natural causes. In 2001, four grizzly bears were known to have died. A subadult female was killed due to mistaken identity by a hunter, one grizzly bear was apparently hit by a train, and two cubs died of natural causes. In 2002, two bears were known to have died. One yearling female grizzly bear, presumably orphaned, died of natural causes several weeks after being preemptively moved. Another subadult female grizzly bear died in the Porcupine Creek area of the Yaak. This mortality was apparently human-caused and is under investigation.

As indicated previously, the improper storage of attractants, such as food items and garbage, may lead to habituation of grizzly bears. Such food conditioning of grizzly bears may require management control actions, consisting of capture and relocation, to reduce the potential for

51

000056

Table 9. Known grizzly bear mortalities associated with the CYRZ, 1982-2002 (after Kasworm 2003).

| Mortality Date | Tag # | Sex | Age | Location | Mortality Category and Cause |
|---|---|---|---|---|---|
| Autumn 1982 | None | M | AD | Grouse Creek, ID | Human, Malicious |
| 1984 | None | Unk | Unk | Harvey Creek, ID | Human, Mistaken Identity |
| Autumn 1985 | 14[1] | M | AD | Lyons Gulch, MT | Human, Self Defense |
| Summer 1986 | 106[1] | Unk | Cub | Burnt Creek, MT | Natural |
| Autumn 1987 | None | F | Cub | Flattail Creek, MT | Human, Mistaken Identity |
| Spring 1988 | 134[1] | M | AD | BC Unit 4-5[2] | Human, Legal Hunt |
| Autumn 1988 | None | F | AD | Seventeen Mile Creek, MT | Human, Self Defense |
| Summer 1989 | 129[1] | F | 3.5 | Burnt Creek, MT | Human, Research |
| 1990 | None | M | Unk | Poverty Creek, MT | Human, Malicious |
| 1992 | None | Unk | Unk | Trail Creek, MT | Unknown |
| Summer 1993 | 258[1] | F | 7.5 | Libby Creek, MT | Natural |
| Summer 1993 | 258[1] | Unk | 0.5 | Libby Creek, MT | Natural |
| 1993 | None | M | AD | Libby Creek, MT | Human, Malicious |
| Spring 1996 | 302[1] | M | 3.5 | Dodge Creek, MT | Human, Unknown[3] |
| Autumn 1997 | 355[1] | M | AD | Gold Creek, BC[2] | Human, Unknown[3] |
| Spring 1999 | 106[1] | F | 21 | Seventeen Mile Creek, MT | Natural, Predation |
| Spring 1999 | 106[1] | Unk | 0.5 | Seventeen Mile Creek, MT | Natural, Predation |
| Spring 1999 | 106[1] | Unk | 0.5 | Seventeen Mile Creek, MT | Natural, Predation |
| Autumn 1999 | 596[1] | F | 2.5 | Hart Creek, BC | Human, Self Defense |
| Autumn 1999 | 358 | M | 15 | Yaak River, MT | Human, Management Removal |
| Spring 2000 | 538[1] | Unk | 0.5 | Hawkins Creek, BC | Natural |
| Spring 2000 | 538[1] | Unk | 0.5 | Hawkins Creek, BC | Natural |
| Summer 2000 | 303[1] | Unk | 0.5 | Fowler Creek, MT | Natural |
| Autumn 2000 | 592[1] | F | 3 | Pete Creek MT | Human, Under Investigation[3] |
| 2001 | 538 | Unk | Cub | Cold Creek, BC | Unknown (natural) |
| 2001 | 538 | Unk | Cub | Cold Creek, BC | Unknown (natural) |
| 2001 | Unk | F | Sub | Spread Creek MT | Human- mistaken identity |
| 2001 | Unk | Unk | AD | Elk Creek, MT | Human, train collision |
| 2002 | Unk | F | 1 | Marten Creek, MT | Natural |
| 2002 | Unk | F | Sub | Porcupine Creek, MT | Human, Under Investigation |

[1] Part of radio collar sample at time of mortality.

[2] Mortality outside recovery zone more than 10 miles.

[3] Human caused mortality determined only because of the radio collar on the animal at the time of death.

adverse encounters between people and bears. In many instances, however, the ultimate fate of food habituated grizzly bears is mortality due to their increased vulnerability to illegal shooting or legal defense of life or management control actions. In 1999, a male grizzly bear was

000057

euthanized because of adverse interactions with humans precipitated by lax sanitation procedures. More recently, in May 2003, a subadult male grizzly bear in the CYRZ had to be captured and relocated due to repeated entrances into a dumpster that was not resistant to grizzly bears.

Within the CYRZ, only two grizzly bear management control actions have been implemented from 1982-2003 as a result of sanitation related problems, which might imply that lax sanitation is not an issue. However, lax sanitation in the CYRZ is a concern. The infrequent need to implement grizzly bear control actions may simply reflect the low density of grizzly bears throughout this ecosystem, rather than indicating sanitation practices are not leading to grizzly bear habituation. For example, black bears are substantially more numerous in this ecosystem and, each year, many must be captured, and removed or destroyed because they have become habituated to human food and/or garbage. Therefore, unless this potential for habituation is removed, it can be expected that grizzly bear problems related to sanitation will increase as grizzly bear numbers increase in this ecosystem.

Habitat:

Parts of three national forests are contained within the CYRZ: IPNF, KNF, and LNF. Each of the Forests developed and implemented LRMPs in the 1980's, incorporating measures addressing management of grizzly bears. The Service completed section 7 consultation on the IPNF, KNF, and LNF LRMPs and issued biological opinions to each of the forests in 1986 (USFWS 1986), 1985 (USFWS 1985), and 1982 (USFWS 1982), respectively. The Service concluded that implementation of the LRMPs, with measures addressing grizzly bear management, would not be likely to jeopardize the continued existence of the grizzly bear. The measures implemented by the Forests were based upon the existing scientific information available at the time relative to grizzly bear management and behavior. The Forests developed standards and guidelines related to grizzly bear management to: 1) avoid the likelihood of jeopardizing the continued existence of grizzlies in the Selkirk and Cabinet-Yaak Ecosystems; 2) contribute toward grizzly bear conservation; and 3) coordinate Forest activities with the biological needs of the grizzly. However, while the objectives of grizzly bear Management were the same across all three forests, the actual standards adopted and implemented under each of the individual forest's LRMPs were slightly different.

The LRMPs for the KNF and IPNF require management of security habitat (effective grizzly bear habitat), while the LNF LRMP contains no such requirement. The IPNF LRMP requires maintaining effective grizzly bear habitat of at least 70 $mi^2$ within each BMU, and the KNF LRMP requires maintaining effective grizzly bear habitat of at least 70 percent within each BMU. However, because BMUs are approximately 100 $mi^2$ in the CYRZ, the KNF requirement to manage for 70 percent security habitat essentially equates to the maintenance of 70 $mi^2$ of effective grizzly bear habitat within each BMU, which is similar to the IPNF. While the LNF LRMP does not require management for security habitat, pursuant to its LRMP, in the early

53

000058

1990s the LNF adopted a requirement for management of displacement habitat within Bear Management Analysis Areas (BMAA; subunits within a BMU that are delineated for cumulative effects analysis).

Currently, 73 percent (16 of 22) of BMUs in the CYRZ provide at least 70 percent or 70 mi$^2$ effective grizzly bear habitat (Table 10). Two of the BMUs that currently do not provide 70 percent security habitat are BMUs 10 and 12, which contain 65 and 60 percent security habitat, respectively. As described previously, the northern and southern portions of the CYRZ are connected by 2 relatively narrow corridors of habitat. This area of connectivity is contained entirely within the boundaries of BMUs 10 and 12. Thus, these two BMUs may play a particularly important role in providing for grizzly bear movement between the Yaak portion (northern) and the Cabinet Mountain portion (southern) of the CYRZ. This may also have implications for maintaining the demographic and genetic stability, and thus overall population sustainability of grizzly bears within the CYRZ. The Grouse BMU also does not currently provide 70 mi$^2$; it currently contains 59 mi$^2$ of security habitat. However, federal lands comprise less than 75 percent of this BMU. The BMU managed by the LNF (BMU 22) currently provides 64 percent security habitat.

Additionally, while the LNF LRMP does not require management of security habitat, it does require the LNF to manage for displacement habitat within BMAAs. Seventeen BMAAs have been delineated within BMU 22.

To better manage human access into grizzly bear habitat, the KNF LRMP requires management for grizzly bears within Management Situation 1 (MS 1) grizzly bear habitat. Management Situation 1 grizzly bear habitat is defined as those lands that contain grizzly population centers and/or habitat that is needed for the survival and recovery of the species. In those areas, the needs of the grizzly bear will be given priority over other management considerations. Land uses which can affect grizzly bears and/or their habitat will be made compatible with grizzly needs or such uses will be disallowed or eliminated (IGBC 1987). Within MS 1 habitat, the KNF is required to maintain an average linear open road density at $\leq 0.75$ mi/mi$^2$. The LNF, pursuant to the changes adopted in the early 1990s (referenced above), is required to manage for grizzly bears within MS 1 habitat as well. Within MS 1 habitat, the LNF is required to: 1) maintain an average linear open road density $\leq 1$ mi/mi$^2$ within BMAAs; and 2) maintain an average linear open road density of $< 0.75$ mi/mi$^2$ within BMAAs with known (a) movement corridors, (b) concentrations of spring/fall feeding components, and/or (c) protein concentrations. The IPNF LRMP does not require management of open road density.

Pursuant to revised regulations governing section 7 consultation procedures under the Act, the Service administratively amended the biological opinions for the KNF, LNF, and IPNF in 1995 (USFWS 1995), 1996 (USFWS 1996), and 2001 (USFWS 2001b), respectively. The Service amended the biological opinions to provide the Forests with an analysis of incidental take, which incorporated new scientific information on the effects of roads on grizzly bear behavior and habitat use. The 1995 and 1996 biological opinions require the KNF and LNF, respectively, to

000059

incorporate IGBC recommendations relative to the management of open and total roads densities and core habitat.

Table 10: 2002 status of Cabinet-Yaak BMUs relative to open roads, total roads, security habitat, and core habitat (Forest Service 2002a).

| BMU | Percent with Open Roads >1 mi./sq.mi. | Percent with Total Roads >2 mi./sq.mi. | Percent Security Habitat (sq. mi.) | Percent Core Habitat |
|---|---|---|---|---|
| 1[a] | 12 | 10 | 89 | 83 |
| 2[a] | 17 | 14 | 83 | 77 |
| 3[a] | 27 | 26 | 70 | 62 |
| 4[a] | 36 | 26 | 65 | 62 |
| 5[a] | 26 | 21 | 76 | 63 |
| 6[a] | 33 | 32 | 70 | 55 |
| 7[a] | 23 | 20 | 80 | 66 |
| 8[a] | 32 | 23 | 77 | 56 |
| 9[a] | 32 | 27 | 72 | 57 |
| 10[a] | 41 | 32 | 65 | 49 |
| 11[a] | 31 | 28 | 71 | 54 |
| 12[a] | 43 | 30 | 60 | 57 |
| 13[b] (Keno) | 28 | 24 | 72 (69) | 62 |
| 14[b] (Northwest Peaks) | 28 | 26 | 75 (82) | 56 |
| 15[a] | 31 | 30 | 70 | 50 |
| 16[a] | 29 | 38 | 72 | 45 |
| 17[a] | 31 | 26 | 74 | 50 |
| 18[c] (Boulder) | 29 | 35 | 77 (75) | 49 |
| 19[c] (Grouse) | 59 | 59 | 60 (59) | 32 |
| 20[c] (N. Lightening) | 38 | 20 | 69 (74) | 61 |
| 21[c] (Scotchman) | 35 | 27 | 70 (67) | 63 |
| 22[d] | 39 | 42 | 64 | 49 |

[a]Managed solely by the KNF
[b]Management is shared between the KNF and IPNF
[c]Managed solely by the IPNF; [d]Managed solely by the LNF

55

000060

As previously discussed, in 1998 the Selkirk/Cabinet-Yaak Subcommittee of the IGBC approved implementation of the Rule Set addressing management of motorized access within the Recovery Zones. To briefly restate, the Rule Set outlines the following goals: 1) no net loss of core habitat and the Forest Service will work to achieve 55 percent core habitat in Priority 1 BMUs; 2) no net loss of core areas in the remainder of the BMUs; and 3) no net increase in OMRD and TMRD on National Forest System lands within these Ecosystems. The Rule Set specifically did not establish new standards for OMRD or TMRD, but did require commitment to standards contained in existing LRMPs and existing incidental take statements from the Service. Thus, pursuant to their LRMPs, and the 1995 and 1996 biological opinions, the KNF and LNF, respectively, are required to manage for OMRD and TMRD, as well as core habitat.

Regarding the IPNF, however, their existing LRMP, and the Service's 1986 biological opinion did not require management for core habitat, or OMRD or TMRD. Thus the Rule Set's only requirement applicable to the IPNF was the parameter addressing management and maintenance of core habitat. The Service's 2001 Biological Opinion analyzed the current LRMP's potential for causing incidental take of grizzly bears, and provided the IPNF with an incidental take statement to minimize such take. The incidental take statement requires the forest to manage grizzly bear habitat so that each BMU contains: at least 55 percent core habitat; no more than 26 percent total road density exceeding 2 mi/mi$^2$; and no more than 33 percent open road density exceeding 1 mi/mi$^2$. The 2001 Biological Opinion requires each BMU to achieve these habitat parameters within a specified time frame.

The Rule Set has not been formally adopted as management direction by the Forests. However, recognizing the importance of managing for the access levels recommended by Wakkinen and Kasworm (1997) the Forests have been working on a project-by-project basis towards their achievement.

Currently, within the CYRZ, 7 of 22 BMUs (64 percent) have open motorized route densities exceeding 1 mi/mi$^2$ in 33 percent or less of the BMU, and 11 of 22 BMUs (50 percent) have total motorized route densities exceeding 2 miles/mi$^2$ in 26 percent or less of the BMU (Table 10).

The Rule Set also addressed administrative use of restricted roads. The Rule Set established a standard of up to an average of one vehicle per day during the non-denning bear season, for a total of up to 115 round trips on restricted roads during the non-denning period. However, it should be noted that, based primarily on critical evaluations and comments by Metzgar (1998), Mace (pers. comm. 1999), and Wakkinen and Kasworm (pers. comm. 1999), the Subcommittee has directed the Access Task Force for these two Ecosystems to revisit the issue of administrative use to determine if the guidance outlined in the Rule Set should be modified.

None of the Forests LRMPs specifically address administrative use. However, each forest has incorporated guidance governing administrative use on restricted roads within grizzly bear habitat. Currently, the KNF limits administrative use to 121 trips per year per restricted road. The LNF limits administrative use to 14 days per year per restricted road. The IPNF, pursuant to the 2001 Biological Opinion, is required to limit administrative use to 57 vehicle round trips per

56

active bear year per road, apportioned as follows: ≤19 round trips in spring (April 1 thru June 15); ≤23 round trips in summer (June 16 through September 15); and ≤15 round trips in fall (September 16 through November 15). Further, IPNF administrative use is defined as passenger vehicle access on a restricted road to conduct non-mechanized activities, such as planting, regeneration surveys, timber sale layout, etc.

Private forest management activities occur within the CYRZ. Plum Creek Timber Company and Forest Capital, Inc. are the primary private forest managers in the CYRZ. Activities on Plum Creek lands that are solely on Plum Creek, but occur within MS-1 habitat, are conducted according to Plum Creek grizzly bear habitat standards which involve a linear open road density standard of 1 mi/mi$^2$, maintenance of cover for bears, and protection of seasonal habitats (USFWS 2003).

Areas of resident grizzly bears occupancy outside of but adjacent to the CYRZ are depicted in Figure 3. The size (in square miles) of these areas, and their status relative to linear open and total road densities are described in Table 11.

Table 11: Grizzly Bear Occupancy Areas adjacent to the CYRZ; size and road density status (Forest Service 2002a).

| Area | Size (mi$^2$) | Linear Total Road Density Across All Ownerships (mi/mi$^2$) | Linear Total Road Density on National Forest Lands Only (mi/mi$^2$) | Linear Open Road Density Across All Ownerships (mi/mi$^2$) | Linear Open Road Density on National Forest Lands Only (mi/mi$^2$) |
|---|---|---|---|---|---|
| Troy | 68 | 4.7 | 2.6 | 4.6 | 1.2 |
| Clark Fork | 442 | 2.6 | 2.6 | 1.3 | 0.9 |
| Cabinet Face | 150 | 4.7 | 3.9 | 3.2 | 2.2 |
| West Kootenai | 326 | 3.3 | 3.0 | 1.7 | 1.3 |
| Tobacco | 802 | 3.9 | 3.3 | 3.0 | 1.8 |
| Libby[1] | 290 | 4.1 | 3.4 | 1.5 | 1.9 |
| Fisher | 559 | 3.9 | 2.7 | 3.3 | 1.0 |
| Deer Ridge | 64 | 4.6 | 4.2 | 2.3 | 1.6 |

[1]Libby and Fisher Areas are outside the projected grizzly distribution area in the short term, but are included in this analysis to complete the process for lands associated with the CYRZ, per verbal agreement with the Service (September 26, 2002).

Similar to the IPNF, outside of the Recovery Zones, the LRMPs for KNF and LNF do not specifically require management for grizzly bears or their habitat. However, as with the IPNF's LRMP, the KNF and LNF LRMPs contain standards pertaining to the management of other species and their habitats (such as elk, and sensitive and indicator species) which are beneficial

000062

to grizzly bears. Some of these standards control the type and intensity of activities, including road management, that may occur within these species habitats.

Existing Management Direction:

Pertinent elements of the IPNF LRMP that may provide benefits for grizzly bears and their habitat outside of the Cabinet-Yaak Recovery Zone were previously described. The following goals, objectives, and standards, currently contained in the KNF and LNF LRMPs (Forest Service 2002a), may provide some benefits to grizzly bears and their habitat within these areas of mapped grizzly bear residency outside of the this recovery zone:

Kootenai National Forest

- The goals and objectives of the LRMP set the framework for minimizing take:

  - Maintain diverse age classes of vegetation for viable populations of all existing native, vertebrate wildlife species (FP p. II-1 #7) (provides habitat diversity needed by grizzly).
  - Protect the wilderness character of designated and recommended wilderness (FP p II-2 # 10) (provides security habitat).
  - Maintain a natural appearing landscape adjacent to major travel corridors, around local communities, and around popular destinations such as campgrounds (FP p. II-2 #14) (provides connectivity for movement).
  - Attempt to stop the spread and suppress the existing levels of noxious weeds through land management and weed suppression activities. (Maintains and restores native bear foods).
  - Grazing management will insure protection of soil and water resources and riparian areas (FP- II-7, Range) (protects potential grizzly use areas – riparian).

- Specific management standards and guidelines in place to achieve the forest goals:

  - Riparian Area standards (FP II pp. 30-33): In addition to the LRMP standards, the Kootenai amended the FP (1995) to incorporate the "INFISH" guidelines that increased protection of riparian habitat.
  - MA 2, 6-9, 13, 18-21, 24, 29 and 30- Livestock grazing is not permitted. This is more than half the MAs on the Forest. MA 5 allows only recreational pack stock. MA 13 allows grazing but, due to limited available forage, use is not anticipated.
  - MA 14- Grazing opportunities for domestic livestock will be available unless there is a site-specific conflict with grizzly bear management…
  - MA 3- Fencing for domestic livestock control may be allowed to prevent overuse in an area, eliminate competition for forage, or reduce conflicts with grizzly management" (FP p. III-9 – Range #3).

58

000063

- MA 10-12, and 15-17 - Fencing may be constructed to control livestock unless it interferes with the natural movement patterns of wildlife.
- MA 12 and 14 - Establishes an open road density standard of 0.75 miles/sq.mile
- MA 15 - 18 - Establishes an open road density standard of 3.0 miles/sq.mile
- KNF plan standards and guidelines provide quality big game habitat conditions (including cover/forage ratio requirements, opening size limitations, maintaining movement corridors between openings) and hunting season security by using seasonal road closures.
- MA 23 - Any activity in the MA will be required to leave no trash or other grizzly attractant.

► Off-highway vehicle restrictions (Jan. 2001) – limits OHV use to designated routes or areas. Prohibits motorized cross-country travel on the remainder of the Forest.

Lolo National Forest

► Forest wide standard: Motorized vehicles will be limited to system roads and trails which are designated open in the Lolo Forest Travel Plan. (p. II-17 #48)
► Roads will be the minimum number and meet the minimum design standards possible while still meeting safety, user, and resource needs. (p. II-17 #49)
► Manage Forest roads to provide for resource protection, wildlife needs, commodity removal, and a wide range of recreation opportunities. In most areas on the forest, this will involve closing some roads seasonally, and closing other roads on a permanent basis. (p. II-18 # 52)
► Plan (p. II-18 # 52-c) sets an open road density standard of 1.1 miles per square mile on highly productive big game summer range. All new roads, except arterials, will be closed year-round. In addition new roads will be closed to the public year-round in areas of moderate big game summer range.
► Plan (p. II-19 #52-d) in areas with high potential for walk-in hunting or fishing experiences will consider road closures. Open road density during the hunting season will remain the same as that now existing. (1984 Travel Plan)
► MA 20 - Road densities will be minimized using maximum spacing whenever possible. (p. III-97 2-a)
► MA 20a - Existing roads will be managed to minimize human-caused grizzly bear mortality. (p. III-101 C-5)
► MA 18 - 19, and 26 - Road densities will be minimized…

Other Factors:

The CYRZ is long and narrow (see Figure 2). An area of predominantly private land of mixed ownerships, approximately 22 miles long and up to 5 miles wide, occurs near the middle of the recovery zone. It includes the town site of Troy, Montana, the Kootenai River corridor just east and west of Troy, and the private lands along the Highway 56 corridor. With the exception of

59

the town of Troy, which is not included within the boundaries of the CRYZ, this area is classified as MS-3 habitat, or habitat with permanent human developments where grizzly bear use is discouraged. In the event of human-bear conflicts, the conflicts are resolved in favor of humans. This area encompasses primarily low elevation spring habitat rendered mostly unsuitable for grizzly bears as a result of the high density of people. As grizzly bear numbers slowly increase in the ecosystem, the area presents a higher risk of grizzly bear mortality due to potential human-bear conflicts. Risks to grizzly bears increase as concentrations of residences, roads, unsecured human-food attractants such as garbage cans, dumpsters, and pet foods, hunting and other recreation increase in and around this area. It also presents an area that likely displaces some bears, particularly some females and females with cubs, away from low-elevation habitat that might be important for their continued survival and development.

The Highway 2 corridor runs east-west across the CYRZ, and includes a major state highway, railroad, the Kootenai River, and private land development and roads. The corridor bisects the ecosystem between the Yaak and Cabinet Mountains portions. Although the impacts of this corridor on grizzly bear movements within the CYRZ have not specifically been investigated, the Service has no information documenting movement of grizzly bears between the Yaak and Cabinet Mountains. The Highway 2 corridor could be or may eventually become a significant barrier to grizzly bear movement between the Yaak and Cabinet Mountains. A total barrier to movement would present a substantive impediment to grizzly bear recovery in the CYRZ, affecting the distribution and demographic and genetic health of CYRZ grizzly bears. Impacts would especially affect those grizzly bears in the Cabinet Mountains, as connectivity with grizzly bear populations in Canada would essentially be severed. Further, the small number of grizzly bears in the Cabinet Mountains amplifies the demographic and genetic concerns related to such a barrier.

The Genesis Troy copper/silver mine occurs in BMU 3. The mine has been in operation for over 20 years and affects approximately 50 acres of disturbed area at the mine site on national forest system lands and an additional 400 acres of private lands (USFWS 2003). The mine is currently shut down due to market conditions. Ongoing maintenance, primarily pumping water from the underground cavities, continues with a skeleton crew, and roads will remain gated. Approximately 4 years of additional operation is possible on this ore body (USFWS 2003). The Sterling Mining Company owns the Troy Mine, and intends to complete the unit while the permitting, evaluation adits and development adits are completed at the Rock Creek Mine. Impacts from current activities at the Troy mine are not known to substantially impact bears in the southern portion of the CYRZ. Impacts during additional operation would primarily be associated with additional workers living in the area. However, most of these employees would also work at the Rock Creek Mine. A large ingress of people into the area associated with the Troy Mine in addition to that associated with the Rock Creek mine is not expected (USFWS 2003).

The Rock Creek copper/silver mine would be located in the southern Cabinet Mountains in BMUs 4, 5, and 6. The mine's permit boundary would encompass 1,560 acres; 483 acres would

000065

be directly impacted by mining activity, including 3.5 miles of road construction and 5.4 miles of road reconstruction; 1,078 acres would remain undisturbed. Of the 483 acres directly impacted by mining activity, 323 acres are national forest and 160 acres are privately owned. However, due to the level of activity around the mine facilities, grizzly bears could be displaced from at least another 6,420 acres surrounding the mine site (USFWS 2003). The number of people employed by the mine could range between 450 to 770 employees during the various phases of the project from construction to operation. Construction and operation of the mine could increase mortality risk to grizzly bears, and further exacerbate existing fragmentation problems within the CYRZ. However, the owners of the mine have agreed to incorporate measures to mitigate or reduce potential impacts associated with mine construction and operation. Additionally, the Service has issued a biological opinion and incidental take statement with accompanying reasonable and prudent measures and terms and conditions to further reduce the effects of the proposed mine upon grizzly bears and/or their habitat (USFWS 2003).

Several patented mining claims occur along the borders of the Cabinet Mountains Wilderness. Large scale mineral development is unlikely on many of these small patents (USFWS 2003) due to their size and the nature of the mineral deposits. However, as patented (private) land inholdings, these scattered small parcels increase the risk of adverse grizzly bear-human interactions due to increased potential for contact with people, food and other attractants. The Forest is required to provide reasonable access under current laws and regulations and can influence access across national forest system lands, but has no jurisdiction over activity on private lands. Potential uses of these private lands include timber harvest, residences, cabins or other facilities, and hunting camps. All properties can legally be accessed by foot or horseback, and some have motorized access rights.

Major projects that have affected grizzly bears in the CYRZ include the Bull Lake Estates Subdivision Project in BMU 3 (Subdivision Project), and the Idaho Transportation Department's (ITD) Junction State Highway-1, Northeast Boundary County Project (ITD Highway Project). Regarding the Subdivision Project, the Forest requested consultation on issuance of an access permit across national forest system lands. The Service issued a biological opinion and an incidental take statement on the Subdivision Project in 2000 (USFWS 2000b). The ITD Highway Project is located in eastern Idaho, between the Yaak portion of the CYRZ and the Selkirks ecosystem (USFWS 2002a). The project will upgrade 16 miles of roadway on United States Highway 95 from the State Highway 1 junction to the Canadian border in Boundary County, Idaho. The purpose of this project is to upgrade the roadway to current engineering and safety standards, increase public safety, replace deteriorating bridges across the Moyie River, and accommodate increasing commercial traffic flow. Design features include wildlife crossing structures. The Service issued a biological opinion and an incidental take statement on the ITD Highway Project in 2002. (USFWS 2002a).

000066

Northern Continental Divide Ecosystem

Although the Forests' proposed Amendment will affect access within the SRZ and CYRZ only, because we are reinitiating consultation on the Forests' LRMPs, and the KNF's and LNF's forest boundaries extend into the NCDE, the status of grizzly bears within the portion of the NCDE administered within the boundaries of these two forests is pertinent to establishing the status of grizzly bears for this action. However, because the KNF and LNF only manage a very small portion of the NCDE, a detailed discussion of the status of the entire NCDE is not required for this biological opinion, and therefore, the status of only those BMUs managed by these forests within the NCDE will be discussed.

Similar to the SRZ and CYRZ, the NCDE established BMUs to facilitate the management of grizzly bears and their habitat. The KNF administers two BMUs and the LNF administers seven BMUs within the NCDE (Table 12). Pursuant to the Service's 1995 biological opinion to the KNF, and the Service's 1996 biological opinion to the LNF, these forests are required to manage for the following parameters within BMUs of the NCDE: 1) no more than 19 percent of a BMU subunit will have an open road density exceeding 1 mi/mi$^2$; 2) no more than 19 percent of a BMU subunit will have a total road density exceeding 2 mi/mi$^2$; and 3) a minimum of 68 percent of each BMU subunit will contain core habitat. Currently, 67 percent (6 of the 9 BMU subunits managed by either the KNF or LNF) of the BMU subunits have less than 19 percent of the BMU subunit exceeding 1 mi/mi$^2$ of open road density, 55 (5 of the 9 BMU subunits managed by either the KNF or LNF) percent of the BMU subunits have less than 19 percent of the BMU

Table 12: 2002 status of NCDE BMUs managed by the KNF and LNF relative to open roads, total roads, and core habitat (Forest Service 2002a).

| BMU | Percent with Open Roads >1 mi./sq.mi. | Percent with Total Roads >2 mi./sq.mi. | Percent Core Habitat |
|---|---|---|---|
| NC-1A[1] | 22 | 5 | 72 |
| NC-1B[1] | 18 | 8 | 72 |
| Rattlesnake[2] | 5 | 14 | 75 |
| Mission[2,3] | 22 | 59 | ?? |
| Swan[2] | 32 | 28 | 50 |
| Mor-Dun[2] | 15 | 21 | 68 |
| Monture[2] | 4 | 4 | 91 |
| North Scape[2] | 0 | 0 | 100 |
| South Scape[2] | 7 | 15 | 71 |

[1]Managed by the KNF;  [2]Managed by the LNF;

[3]Mission BMU is mostly Plum Creek Ownership and managed under a "no net loss rule".

62

subunit exceeding 2 mi/mi$^2$ total road density, and 100 percent (all 9 of the BMU subunits managed by either the KNF or LNF) of the BMU subunits primarily under federal management contain at least 68 percent core habitat (excluding the Mission BMU, which is owned primarily by Plum Creek and managed under a "no net loss rule") (Table 12).

In 1993 the Service determined that reclassification of the Cabinet-Yaak grizzly bear population from threatened to endangered was warranted but precluded by work on higher priority species (USDI 1993). The finding was based on the small size of the population, and increasing human demands related to logging, recreation, and road building. The 1993 finding was reaffirmed in the Service's 1999 finding (USDI 1999a), which determined that many of the same factors that were adversely affecting this population in 1993 were still affecting it in 1999. Specifically, the 1999 finding determined that the following factors are affecting the status of this population: habitat alteration and human intrusion into grizzly bear habitat; small population size and potential isolation from Canada; and cumulative effects related to recreation, timber harvest, mining, and road construction. The only Recovery Plan goal that was met in 2002 was total human-caused mortality. The Recovery Plan goal for female grizzly bear human-caused mortality has not been met since 1999. At least one human-caused female grizzly bear mortality has been documented each year since 1999; two human-caused female grizzly bear mortalities were documented in 2001. Moreover, even though annual population trend modeling has been statistically inconclusive, due to recent grizzly bear mortalities in the CYRZ, grizzly bear familiar are concerned with the status of this population due to the recent grizzly bear mortalities. Additionally, while past and ongoing habitat management efforts have resulted in improved habitat conditions, a substantial number of the BMUs within the CYRZ have unacceptably high road densities and insufficient core habitat. The recent grizzly bear mortalities, combined with the existing habitat conditions, demonstrates a continuing need for improved protection of grizzly bears and their habitat within this ecosystem.

### B.    Canada lynx

In the contiguous United States, the distribution of lynx is associated with the boreal, sub-boreal, and western montane forests, and is nearly coincident with that of snowshoe hares. Within the action area in northwestern Montana, northern Idaho, and northeastern Washington these forests are generally represented by Engelmann spruce (*Picea engelmanii*) and subalpine fir (*Abies lasiocarpa*) forests between 4,000 - 7000 feet in elevation. In extreme northwestern Idaho, western red cedar (*Thuja plicata*) and western hemlock (*Tsuga heterophylla*) forests extending down to 3,000 feet elevation in the Priest Lake Subbasin, and portions of the Kootenai and Pend Oreille Subbasins. Cover types within these forests may be mixed species composition [Engelmann spruce, subalpine fir, western red cedar, western hemlock, Douglas-fir (*Pseudotsuga menziesii*), grand fir (*Abies grandis*), western larch (*Larch occidentalis*), lodgepole pine (*Pinus contorta*), and hardwoods]. In the subalpine fir forests of eastern Washington lodgepole pine (*Pinus contorta*) is a major seral species. Also, similar to extreme northwestern Idaho, the cedar/hemlock habitat types comprise lynx habitat in the Selkirk Mountains of extreme northeastern Washington. Throughout all these areas (northwestern Montana, northern Idaho,

000068

and northeastern Washington), moist Douglas-fir and grand fir habitat types, where they are intermixed with subalpine fir habitat types, provide habitat for lynx. The boreal forests within these areas of northeastern Washington, northwestern Montana, and northern Idaho are contiguous with that in adjacent British Columbia and Alberta, Canada.

In its final rule listing the lynx as a threatened species within the contiguous U.S., the Service determined that, based primarily on trapping records, resident lynx populations historically existed and currently exist in Washington and Montana (USDI 2000). However, while historically lynx have been consistently trapped in these two states throughout successive years and decades, due to the nature of lynx population dynamics, suspected immigration of lynx from Canada during cyclical population lows in the snowshoe hare cycle, and individual trapper success and effort, the Service was unable to determine estimated historic and current population numbers or trends. In Idaho, however, although numerous records of lynx occurrence are documented and the boreal forest habitat is contiguous with adjacent States and Canada where known lynx populations exist, due to the unreliability of trapping records the Service was unable to determine the historic or current presence of resident lynx populations (USDI 2000).

Records of lynx occurrence in Idaho, using trapping data from the early 1900s, are unreliable because lynx were not distinguished from the bobcat (*Lynx rufus*) until 1982 when the IDFG initiated a mandatory pelt tagging program (USDI 2000). However, Rust (1946) noted that, although lynx were not abundant, they were distributed throughout northern Idaho in the 1940s, occurring in 8 of 10 northern and north-central counties (McKelvey et al. 2000). There are 35 verified historic records of lynx from 1960 to 1991 in Idaho (McKelvey et al. 2000). Preliminary results from surveys conducted in 1998 using hair-snagging techniques and DNA analyses suggest the presence of lynx in northern Idaho (Weaver 1999). Weaver conducted the study in the Priest Lake, Bonners Ferry, and Sandpoint areas of northern Idaho. Lynx hair was collected from five separate sampling locations within the study.

As previously mentioned, the Forest Service entered into a CA with the Service. Thus, pursuant to the CA, and following the LCAS's mapping direction, 47 LAUs, 71 LAUs, and 54 LAUs were delineated on the KNF, IPNF, and LNF, respectively. The mapped lynx habitat on Forest Service land within these LAUs equals approximately 1,151,533 acres on the KNF, 1,260,918 acres on the IPNF, and 1,107,164 acres on the LNF (Appendix A). Of the acres of mapped lynx habitat within LAUs on the KNF, IPNF, and LNF, 80 percent (approximately 582,828 acres), 70 percent (approximately 815,638 acres) and 10 percent (approximately 113,653 acres) occurs within the action area, respectively for each of the three forests.

The LCAS identified risk factors and developed conservation measures to reduce or eliminate adverse affects to lynx resulting from the spectrum of management activities potentially affecting lynx productivity, mortality and dispersal on federal land. The conservation measures address the risk factors, and many are intended to be applied at the scale of the LAU. Many of the conservation measures address actions outside the scope of this particular project. Therefore,

64

000069

following are the conservation measures identifying requirements for overall management of lynx habitat within an LAU, and those pertinent to this action.

1.   Recognizing the importance of maintaining adequate quantities and quality of denning and foraging habitat, management activities cannot further reduce suitable lynx habitat if more than 30 percent of lynx habitat in an LAU is currently in an unsuitable condition. Within LAUs, lynx denning habitat will be maintained in patches generally larger than 5 acres, comprising at least 10 percent of lynx habitat. Where less than 10 percent denning habitat is currently present within an LAU, management actions that would delay development of denning habitat structure will be deferred.

2.   Management actions shall not change more than 15 percent of lynx habitat within an LAU to an unsuitable condition within a 10-year period.

3.   Following a disturbance, such as blowdown, fire, insects/pathogen mortality that could contribute to lynx denning habitat, do not salvage harvest when the affected area is smaller than 5 acres. Exceptions to this include: 1) areas such as developed campgrounds; 2) LAUs where denning habitat has been mapped and field validated (not simply modeled or estimated), and denning habitat comprises more than 10 percent of lynx habitat within an LAU; in these cases, salvage harvest may occur, provided that at least the minimum amount is maintained in a well-distributed pattern.

4.   To reduce the potential for intra-specific competition with competitors and predators of lynx, management actions will not result in an increase in groomed or designated over-the-snow routes and snowmobile play areas within individual LAUs, unless the designation serves to consolidate unregulated use and improves lynx habitat through a net reduction of compacted snow areas.

5.   Determine where high total road densities ($>2$ mi/mi$^2$) coincide with lynx habitat, and prioritize roads for seasonal restrictions or reclamation in those areas.

6.   Minimize roadside brushing in order to provide snowshoe hare habitat.

7.   Locate trails and roads away from forested stringers.

8.   Limit public use on temporary roads constructed for timber sales. Design new roads, especially the entrance, for effective closure upon completion of sale activities.

9.   Minimize building of roads directly on ridgetops or areas identified as important for lynx habitat connectivity.

10.  Identify and map linkage areas necessary to maintain connectivity of lynx habitat.

000070

Currently, most mapped denning habitat is based on modeling, which uses information from stand evaluations containing data on stand structure (i.e., pole, saw timber, mature, old-growth), but does not however, contain data on the amount, size, or type of down woody debris. Therefore, because information on the actual amount of down woody debris was not available, mature and old-growth stands were used as surrogates for down woody debris and mapped as denning habitat because they are considered to have the greatest potential of providing denning habitat characteristics. However, recognizing the inherent weakness of the assumption for using mature stands as surrogates for identifying denning habitat, the LCAS recommends that modeled denning habitat be field validated in each LAU, and requires field validation prior to implementing certain types of salvage harvests (see number 3 above).

Currently, on the KNF, all 47 LAUs are modeled as containing ≥10 percent denning habitat, 46 of 47 LAUs (98 percent) contain ≥30 percent suitable lynx habitat (habitat that provides either foraging and/or denning opportunities on a year-round basis), and none of the LAUs has had more that 15 percent of suitable lynx habitat converted into a temporarily unsuitable condition within the past 10 years (Appendix A). Lynx habitat in a currently (temporarily) unsuitable condition is defined by the LCAS as "Areas within identified/mapped lynx habitat that are in early successional stages as a result of recent fires or vegetation management, in which the vegetation has not developed sufficiently to support snowshoe hare populations during all seasons". Management-created openings would likely include clearcut and seed tree harvest units, and might include shelterwood and commercially-thinned stands depending on unit size and remaining stand composition and structure".

Currently, on the IPNF, 58 of 71 LAUs (82 percent) are modeled as containing ≥10 percent denning habitat, all 71 LAUs contain ≥30 percent suitable lynx habitat, and none of the LAUs has had more that 15 percent of suitable lynx habitat converted into a temporarily unsuitable condition within the past 10 years (Appendix A). Relative to the modeled lynx denning habitat, the apparent deficiency of this lynx habitat component within 13 LAUs (i.e., contain < 10 percent denning habitat) may be partially a result of modeling limitations, large scale disturbances that have occurred in some LAUs, and lack of data.

As noted previously, because of a lack of actual information on the amount of down, woody debris accumulation on forest floors that may provide structure useable by lynx for denning, the identification of denning habitat is based on using mature and old-growth stands as surrogates for this structure. Thus, the identification of lynx denning habitat is based on stand structure, which is interpreted from stand evaluations. If a particular mature and/or multistoried stand providing lynx habitat (e.g. subalpine fir stand identified from photo interpretation, etc.) does not have a stand evaluation form indicating it contains the structural characteristics of a mature and/or multistoried stand, it would not be modeled as such. Lacking stand structure information, the model would classify the stand as "other" suitable lynx habitat. Also, if stand evaluations have been completed, they may have been completed many years ago, when the stand was in a younger age class, and may not accurately reflect the current condition of the stand, which may currently contain structural conditions characteristic of mature/multistoried stands. These stands

000071

would likewise not be classified as denning habitat and would be classified as "other" lynx habitat. Thus, due to the inherent limitations of this particular model, lynx denning habitat (i.e., mature and/or multistoried stands) may be under reported, relative to the actual availability of structure on the landscape that may provide suitable denning habitat for lynx.

Past fire events have also reduced denning habitat structure on the IPNF. Several LAUs (Copper Ruby, Divide, Five Lakes Butte, Fly Mosquito, Loop Creek, Lower North Fork St. Joe, Lower Slate Creek, Pack River, Simmons, Skookum Bird, Snow, St. Joe Headwaters, Upper North Fork St. Joe, and Upper Slate Creek) were impacted by large scale fires that occurred in 1910 (some of which reburned). The vegetation within many of the areas impacted by these burns has not yet reforested to conditions that would provide the necessary structural characteristics of lynx denning habitat.

Additionally, information is not available for some stands (e.g., aerial photos, habitat typing, etc.). These stands, although they may be providing lynx habitat, and potentially denning habitat, would be classified as "unknown". Until the vegetative capabilities and characteristics of these stands are determined, they are not included in the total acreage comprising lynx habitat within the LAUs. However, they are included in the total acreage comprising the LAU (i.e., not all habitat within some LAUs is capable of providing lynx habitat (e.g., lower elevation Ponderosa pine (*Pinus ponderosa*) stands contained within the boundaries of the LAU).

Currently, on the LNF, 34 of 54 LAUs (63 percent) are modeled as containing ≥10 percent denning habitat, 50 of 54 LAUs (86 percent) contain ≥30 percent suitable lynx habitat, and 5 of 54 LAUs (9 percent) have had more than 15 percent of suitable lynx habitat converted into a temporarily unsuitable condition within the past 10 years (Appendix A). Similar to the IPNF, the apparent deficiency of denning habitat identification within 20 LAUs on the LNF, suffers from the same lack of data, modeling limitations, and large scale disturbances. Additionally, large scale fires that occurred in 1990 on the LNF are the major causes of the 4 LAUs (Deer, Frenchtown, Monture, Upper Ninemile Seigel) having < 70 percent of lynx habitat in a condition currently capable of supporting lynx (i.e., currently providing denning and/or foraging opportunities/habitat), and the 5 LAUs (Boles, Deer, McCormick, Monture, Upper Ninemile Seigel) having more the 15 percent lynx habitat converted into a temporarily unsuitable condition within the past decade.

Recognizing that compacted snow trails may enable competitors and predators of lynx to exploit habitat that they were historically generally excluded from, at least to a greater degree during the winter months, the LCAS recommended that, in addition to no net increases in designated or groomed over-the-snow routes within LAUs, all snow compacting activities within lynx habitat be mapped and monitored to facilitate future evaluation as information becomes available. Thus, the Forests have mapped all snowmobile routes within lynx habitat on their respective forests.

Additionally, because lynx are highly mobile animals capable of dispersing long distances across large areas of non-lynx habitat, and it is suspected that dispersal of lynx between lynx

67

populations may be necessary for the genetic and demographic maintenance of lynx populations, the LCAS recommends the identification and management of "linkage areas". Linkage areas are defined by the LCAS as *"Habitat that provides landscape connectivity between blocks of lynx habitat. Linkage areas occur both within and between geographic areas where blocks of lynx habitat are separated by intervening areas of non-lynx habitat such as basins, valleys, agricultural lands, or where lynx habitat naturally narrows between blocks."* Linkage areas are to be managed such that the connectivity of lynx habitat, and hence, the ability of lynx to move through areas of non-lynx habitat within and between lynx populations is maintained. All three Forests have identified "linkage areas" for lynx across their respective forests and are in the process of finalizing the maps depicting the linkage areas.

### C.    Bull Trout

Currently, of the 141 subpopulations of bull trout known to occur in the basin, 71 appear to be at risk of extirpation from naturally occurring events due to their depressed status (USDI 1998a). The listing rule characterizes the Columbia River DPS as having some strongholds, but generally occurring as isolated subpopulations, without a migratory life form to maintain the biological cohesiveness of the subpopulations, and with trends in abundance declining or of unknown status.

Extensive habitat loss and fragmentation of subpopulations have been documented for bull trout in the Columbia River basin and elsewhere within its range (Rieman and McIntyre 1993). Dams of all sizes (i.e., mainstem hydropower and tributary irrigation diversions) have severely limited migration of bull trout in the Columbia River basin and particularly in the Upper Kootenai River subbasin and the Lower Clark Fork River. Legacy effects from the reductions in the amount of riparian vegetation and road construction activities in the Columbia River basin due to timber harvest, grazing, and agricultural practices have greatly contributed to habitat degradation through elevated stream temperatures, increased sedimentation, and channel embeddedness. Mining activities have further compromised habitat conditions by discharging waste materials into streams and diverting and altering stream channels. Residential development has also threatened water quality by introducing domestic sewage and altering riparian conditions.

The action area for this project consists of Forest Service System Lands within the Cabinet/Yaak and Selkirk Grizzly Bear Recovery Units. This includes the Kootenai River watershed and its tributaries (except the Tobacco and Yaak Rivers) from the Canada-Montana border to the Canada-Idaho border, the Clark Fork River and its north and east tributaries, from Weeksville, Montana downstream, Lake Pend Oreille and its northern tributaries and the Priest River and Lake Subbasin and its tributaries to the north and west. Only those BMUs which are not currently (as of 2002 road density computations) meeting TMRD or Core standards will have activities associated with meeting the proposed standards. Those BMUs are: 3, 8, 9, 11, 15-17, 22, Boulder, Grouse, Scotchman, Blue Grass, Kalispell-Granite, and Sullivan-Hughes. However, BMU 15 (Yaak River sub-basin) does not have any watersheds occupied by bull trout and therefore will not be analyzed in this opinion. To meet TMRD standards the Forest Service may at a minimum, close the road to vehicular access using a berm or gate, still allowing periodic

68

administrative access. This allows for the road to be maintained according to standards detailed in existing LRMPs. The proposed action is not changing those maintenance standards, therefore no additional affects are anticipated from gating or berming a road to meet proposed TMRD standards. However, the Forest Service may still reclaim or obliterate a road to meet TMRD standards and therefore, effects from these actions need to be considered. However, to meet Core Area standards, the Forest Service is proposing to prevent any vehicle from traveling on a given road by conducting activities which may reclaim/obliterate the road. These activities may result in adverse affects to bull trout and therefore necessitate a future analysis. The Forest Service will be analyzing these effects during site-specific consultations as these projects become available.

There are three major subbasins within the action area: Kootenai River, Pend Oreille Lake Subbasin (including the lower Clark Fork River), and the Priest River/Lake subbasins. Within these subbasins are several 4th code Hydrologic Unit Codes (HUC) based upon the U.S. Geological Survey's (USGS) classification system. Within this baseline discussion these 4th code HUCs are further broken down into a discussion regarding the baseline status of bull trout within key 6th code HUC watersheds. This does not encompass all the 6th code HUCs having known or potentially occupied bull trout habitat but does encompass bull trout strongholds.

Plum Creek Timber Company (PCTC) has, in consultation with the Service, developed and is implementing a native species Habitat Conservation Plan (HCP) (USFWS and NMFS 1999) to minimize impacts to bull trout and other native fishes from PCTC timber harvest activities on its 1.4 million acres in western Montana. These measures include selective timber harvest activities, routine road maintenance and stream habitat restoration activities. Additionally, the HCP incorporates restoration activities associated with legacy effects such as improper or poor road construction and placement and improper timber harvest such as riparian clearcuts. The subbasins where the HCP overlaps the proposed action are the Kootenai River subbasin (Fisher River predominantly), in Montana, and the Lower Clark River (Thompson River predominantly) in Montana. There are no PCTC lands in the Priest River subbasin.

### *Kootenai River Subbasin*

The Kootenai River Subbasin is an international watershed that encompasses parts of British Columbia (B.C.), Montana, and Idaho. From the headwaters of the Kootenai River in Kootenay National Park, B.C., the river flows south within the Rocky Mountain Trench into the reservoir created by Libby Dam, which is located near Libby, Montana. Leaving the dammed reservoir, the river flows westward and passes through a gap between the Purcell and Cabinet Mountains entering Idaho. The river then flows northward past Bonners Ferry, Idaho, and on into Canada where it flows into Kootenay Lake, B.C. The outlet of Kootenay Lake is in the lake's West Arm and the river flows south to join the Columbia River at Castlegar, B.C after passing over Bonnington Falls, a natural fish barrier. At its mouth, the Kootenai River has an average annual discharge of 30,650 cubic-feet-second (cfs) (NWPPC 2001). The runoff volume of the Kootenai makes it the second largest Columbia River tributary and the watershed area (36,000 km$^2$ or 8.96 million acres), ranks third (Knudson 1994 as cited in the USFS 2002a) in the Columbia River Basin.

69

Approximately twenty-one percent of the watershed lies within the state of Montana, and six percent falls within Idaho (Knudson 1994 as cited in the USFS 2002a) with the remainder located in Canada. The action area for the proposed action encompasses the Kootenai River and its tributaries (except the Tobacco and Yaak Rivers) from the Canada-Montana border to the Canada-Idaho border. The eastern boundary of the Kootenai Basin is defined by the Continental Divide while the Selkirk Mountains form the western boundary. The Cabinet Range to the south defines that boundary while the Purcell Mountains fill the center of the river's J-shaped course to Kootenay Lake. Throughout, the subbasin is mountainous and heavily forested. In the valley bottom of the Kootenai River downstream of Bonner's Ferry, Idaho, the predominant land use is agriculture with the crops being predominantly livestock feed (hay, alfalfa etc.). The basin is sparsely populated with fewer than 100,000 residents upstream of Kootenay Lake, British Columbia (USFS 2002a).

The Kootenai River between Libby Dam and Kootenay Lake was classified into three distinct geomorphic reaches by Synder and Minshall (1996). The "Canyon" section of the Kootenai River extends from Libby Dam to the Moyie River (57 miles). In this reach the river flows through a well-defined canyon in places, but otherwise has a limited flood plain due to the narrowness of the valley bottom and the close proximity of the mountains. The substrate in this section consists primarily of large cobble and gravel. The majority of nutrient and fine substrates fall out in Lake Koocanusa. The "Braided" section extends from the Moyie River to the town of Bonners Ferry (4.6 miles). It is highly braided with water depths that are usually less than 30 feet, and substrates that consist mostly of gravels. There are several areas of off-channel habitat with lower water velocities and shallower depths within this section. This reach is characterized by a low gradient (<1 percent) and slower velocities. The third reach (Meander) extends from just below the town of Bonners Ferry to the confluence of the Kootenay Lake (51 miles). The gradient through this section is very shallow with a gradient of less than 0.5 percent. The river in this section deepens and meanders repeatedly throughout the lower Kootenai Valley back into British Columbia and into the southern arm of Kootenay Lake. The meandering section through the Kootenai Valley has channel depths of up to 39 feet in runs and up to 98 feet in pools (Snyder and Minshall 1994). This reach has been extensively diked and channelized, which has significantly affected the ability of the channel to access its floodplain and dissipate any excess energy (NWPPC 2001).

The USGS classified the U.S. portion of the Kootenai River into two distinct HUCs. The Upper Kootenai River Watershed (HUC number 17010101) (USGS HUC numbers unless otherwise noted) is upstream of Kootenai Falls (located approximately 7 miles upstream of Troy, Montana) to the Montana-Canada border and the Lower Kootenai River watershed (HUC number 17010104) is downstream to the Idaho-Canada border.

Precipitation

The Kootenai River basin is dominated by the Pacific maritime weather characteristics of much of the Pacific Northwest. This maritime pattern is identified by the flow of warm, moist air masses from the Pacific Ocean resulting in steady rains during the fall and winter seasons. The basin's ambient temperature is cooler than the coastal zones due to its distance inland. One

000075

result of this is that more precipitation falls in the form of snow than rain as compared to the coast. The mix of periodic steady rainfall during the fall/winter coupled with the snowfall often (range of 3-10 years) create "rain-on-snow" events, when two to three days of continuous rain (freezing levels are in the 8000-10,000 feet elevation range) falls on the snow pack causing flooding and flood-associated facilities damage.

The Continental Divide Range is a major water source for the river. The range receives 80 to 120 inches of precipitation annually (Bonde 1987). Some of the high elevation country in the Purcell Range around Mt. Findlay receives 80 inches of precipitation a year; but most of the range, and most of the Selkirk and Cabinet Mountains, get only 40 to 60 inches annually (Daley et al. 1981, as cited in NWPPC 2001). In the valley bottoms, annual precipitation varies from just under 20 inches at Rexford, Montana to just over 40 inches at Fernie, British Columbia (Oliver 1979). If a line were drawn on a map extending north-northwest by south-southeast using Libby as a reference, it would show a distinct break in the amount of precipitation. East of this line precipitation is usually less than 40 inches, except the Whitefish Range. West of this line precipitation is usually more than 40 inches. Peak stream flows normally occur in May and June. Occasionally, rain will be associated with the rapid spring melt and noticeably affect peak flows, but seldom cause flooding. Even during the years when high winter precipitation occurs, a secondary flow peak will still occur in May and June.

Soils

Most of the underlying bedrock in the Kootenai River Subbasin is a metamorphosed sedimentary known as the Belt Supergroup. The river character changes dramatically from a bedrock-controlled regime in Montana to a silt/clay regime near the town of Bonners Ferry, Idaho (NWPPC 2001). Two predominant processes, alpine and continental glaciation, provided the soil layer over the bedrock. Material derived from continental glaciation contains large amounts of fine silts and some sands, depending on whether the soil particles were ground from quartzite, siltite, or argillite bedrock. This soil material also contains about 25-50 percent subrounded rock. The compaction associated with the thick ice and the grinding action has left a very dense soil material.

Alpine glaciation occurred mainly in the Cabinet Mountains, south and southwest of Libby, and the Galton Mountains, east of Eureka. The soil material associated with alpine glaciation contains more sandy material than contained in continental glaciation derived materials. Rock content is 50-70 percent and the rock shape is subangular to angular indicating less wear and material breakdown. The glacial till soils have a fine sand/silt particle size. They are light in color and contain 30 to 45 percent subrounded rocks. The residual soils will have a mixture of sand, silt, and clay with sand and silt making up the majority of soil particles there will be from 55 to 75 percent angular rocks. Where volcanic ash is present, it forms the top soil layer. It ranges in thickness from six to 12 inches and contains from 10-25 percent rocks. There has been some mixing with the underlying layers.

*Kootenai River Watershed above Libby Dam*

71

000076

The Kootenai River has its headwaters located in Kootenay National Park in British Columbia, Canada and this watershed is defined on the downstream side by the presence of Libby Hydroelectric Dam, which was completed in 1972, impounding Lake Koocanusa on the Kootenai (spelled Kootenay in Canada) River, approximately 17 miles upstream of Libby, Montana. At full pool, the lake is 46,500 acres and 90 miles long with roughly half being located in Canada; at minimum pool the lake is 14,487 acres (USFWS 2002b). The lake's surface elevation ranges from a full pool elevation of 2,459 feet to a low pool elevation of 2,287 feet, which represents a drawdown of 172 feet. Typically, the reservoir fills to full pool by July due to spring runoff. Drawdown begins in September and reaches minimum pool elevation in April (NWPPC 2001). Lake Koocanusa and its tributaries receive runoff from 47 percent of the entire Kootenai River drainage basin. The lake has an annual average inflow of 10,615 cfs predominantly from three Canadian rivers, the Kootenay, Elk, and Bull, which supply 87 percent of the inflow (Chisholm et al. 1989). The Tobacco River and numerous small tributaries flow into the reservoir south of the International Border. The maximum depth of the lake at full pool is 350 feet (MBTSG 1996a).

The upper Kootenai River watershed within the US encompasses 779,518 acres of which 45,600 acres are inundated by Lake Koocanusa, 621,276 acres (80 percent) are under Forest Service jurisdiction, 11,147 acres are State of Montana lands, 109,887 acres (14 percent) are owned by private or local government landholders and 7,040 acres (1 percent) are owned by Plum Creek Timber Company (USFS 2002a). The predominant land use is timber lands management.

Historically, bull trout is one of six native salmonids distributed throughout the Upper Kootenai River drainage. Some others are westslope cutthroat trout *(Oncorhynchus clarki lewisi)*, and mountain whitefish *(Prosopium williamsoni)*. It is unknown whether kokanee salmon (*Oncorhynchus nerka*) is native to the Upper Kootenai River drainage. Core areas are defined as those drainages that currently support the strongest remaining populations of bull trout and therefore require the most stringent levels of protection (MBTSG 1996a). Core areas identified by the MBTSG (1996a) in the upper Kootenai River are Grave Creek (a tributary to the Tobacco River) and the Wigwam River drainage. The nodal habitats, waters containing migratory corridors, overwintering areas, and other critical habitats, are in Lake Koocanusa and the Tobacco River within the U.S. and the Kootenay River in British Columbia. Several restoration projects have occurred within the Tobacco River drainage including restoration of fish passage to Grave Creek. Early results show an increase in spawning and a reduction in entrainment in a irrigation canal in Grave Creek.

The Montana Department of Fish, Wildlife and Parks (MFWP) reported that prior to the construction of Libby Dam in 1972, westslope cutthroat trout, rainbow trout (*Onchorynchus mykiss*) and mountain whitefish were the dominant species in the upper Kootenai River. In the late 40's and 50's a creel survey (a survey of fish caught by anglers) in the U.S. portion of the Kootenai River showed 1 percent of the fish caught in 315 angler days (between May 1 and October 31) were bull trout. In electrofishing surveys MFWP conducted in 1969-1971, bull trout accounted for 0.8 percent and 0.3 percent of the catch on the Kootenai River in the vicinity of Rexford and Cripple Horse Creek respectively (Marotz et al. 1998).

000077

Ten years after the creation of Lake Koocanusa, westslope cutthroat trout, rainbow trout, and mountain whitefish remained the dominant species but bull trout showed a slight increase from pre-impoundment levels. This is probably due to the creation of rearing habitat for the Canadian portion of the Kootenay and Elk River bull trout populations. During a MFWP gill net survey between 1975 and 1982, bull trout averaged 1.6 percent of the catch over those years with a high in 1978 of 2.2 percent (Huston et. al. 1984). Between 1993 and 1998, Grave Creek drainage averaged 41 redds/year (Marotz et al. 1998). Based on redd counts in Wigwam River and Grave Creek from 1993-1998, MFWP classified the bull trout population in Lake Koocanusa to be one of the "...strongest remaining in the lower 48 states" (Marotz et al. 1998). Since 1999, the year restoration efforts on Grave Creek began including removal of a fish barrier, redd counts have average 151 redds (range of 97-199). Additionally, redd counts in the Wigwam River in Canada and in the U.S. have increased since 1995 reaching a high of 1,916 redds in 2002, up from 247 redds in 1995 (MFWP unpublished data).

The MBTSG (1996a) considers forestry practices, cooperation with Canada and illegal fish introductions to be the major concerns for the upper Kootenai River population. Historical forestry practices have increased both water and sediment yield in the Grave Creek and Wigwam River drainages; the two core areas of this watershed. Forestry practices have affected primary spawning streams. Canadian cooperation is essential to ensure survivability and recovery of the upper Kootenai River population of bull trout due to the occurrence of the majority of spawning within the Canadian portion of the Wigwam River (MBTSG 1996a). The EPA uses an Index of Watershed Indicators (IWI) to provide information for watershed health assessment. The EPA database lists 54 rivers and streams in the Upper Kootenai watershed as impaired and assigns an IWI score of 3 to the watershed indicating this watershed's water quality problems are less serious than others and it has a low vulnerability to stressors such as pollutant loadings [Kootenai River Network (KRN) 2000].

Environmental instability does not represent a threat to bull trout within the upper Kootenai River system due to stable landforms and soils, heavy vegetation throughout the area and the location of core areas (MBTSG 1996a). The core areas drain high elevation areas which are less susceptible to rain-on-snow events (resulting in a rapid snow melt and increase in flow rates). Connectivity within the drainage allows for escapement from fire and therefore minimizes most negative impacts a fire may cause (MBTSG 1996a).

### Young Creek (CRB 6th Code HUC: 170101010203)

Young Creek (14,880 acres) is the only stream within the bull trout action area that is known to contain bull trout (USFS 2002a). Bull trout are believed to infrequently use the lower portion of Young Creek mainly as rearing habitat (USFS 2002a). Based on unpublished data from several years of operating several wier traps and extensive electroshocking and spawning surveys, MFWP believes this stream is not utilized as spawning habitat (J. Dunnigan, pers. comm.). Bull trout and their associated habitat are "Functioning At Risk" (FAR) for an integration of the sub-population and habitat indicators as defined in the "*A Framework to Assist in Making*

000078

*Endangered Species Act Determinations of Effect for Individual or Grouped Actions at the Bull Trout Subpopulation Watershed Scale*" (Framework) (USDI 1998b) for Young Creek. Currently, the watershed is "Functioning at Unacceptable Risk" (FUR) for the "Road Density and Location" indicator due to a road density of 3.7 mi/mi$^2$. Additionally, the "Disturbance History" is also FUR due to past harvest activities due to a percentage of equivalent clearcut acres (ECA) of 21 percent (USFS 2002a, 2002b). The ECA is a measure, in acres, used to determine past natural and man-caused disturbance events resulting in the loss of vegetative cover.

*Kootenai River between Libby Dam and Kootenai Falls and Fisher River (17010101 and 17010102 respectively)*

Together with Lake Koocanusa, this section of the Kootenai River constitutes the 4th code HUC 17010101; Fisher River is a separate 4th code HUC 17010102. This section of the Kootenai River is heavily dominated by the operation of Libby Dam for hydropower and flood control. The lake's surface elevation ranges from a full pool elevation of 2,459 feet to a low pool elevation of 2,287 feet, which represents a drawdown range of 172 feet. Typically, the reservoir fills to full pool by July due to spring runoff. Drawdown begins in September and reaches minimum pool elevation in April. Between 1974 and 1996, reservoir drawdowns averaged 112 feet, but were as much as 152 feet (NWPPC 2001).

Lake Koocanusa prevents most sediment and nutrients from upstream sources from reaching this section of the Kootenai River. Snyder and Minshall (1996) estimated that the reservoir impounded 63 percent of influent total phosphorous, 25 percent of influent total nitrogen and 95 percent of influent sediment. Additionally, the alteration of the flows for hydropower generation has resulted in a more uniform flow regime as opposed to the historical spring runoff dominated regime. Historically, the Kootenai River averaged 12,000 cfs annually with a low of 2,000 cfs in late winter/early spring and a high of 60,000 cfs in late spring/early summer. The construction of Libby Dam created a uniform flow which is maintained between 4,000 cfs and 23,000 cfs. Additionally, the higher flows generally occur during the late fall/early winter during periods of higher energy production. This has resulted in a decrease in downstream sediment transport and aggradation throughout the lower portion of the basin (NWPPC 2001).

Historically, bull trout are one of six native salmonids distributed throughout the Kootenai River drainage. Some others are westslope cutthroat trout *(Oncorhynchus clarki lewisi)*, and mountain whitefish *(Prosopium williamsoni)*. Bull trout core areas identified by the MBTSG (1996b) in this section of the upper Kootenai River are the Quartz, Pipe and Libby Creek drainages. The middle Kootenai River has been designated as nodal habitat because it contains critical over-wintering areas, migratory corridors, and other essential habitat. The dam is a fish barrier, restricting this migratory population to 29 miles of river, which increases the likelihood of localized effects becoming a higher risk (NWPPC 2001). It is unknown whether kokanee salmon *(Oncorhynchus nerka)* is native to the Upper Kootenai River drainage. Kokanee are native to Lake Kootenay in British Columbia. It is currently being questioned whether Kootenai Falls constitutes an upstream fish barrier. In 1998, MFWP reported a radio tagged bull trout

74

000079

moved upstream past the falls (USFS 2002a). If the falls were passable at certain flows, kokanee may have had access to the Upper Kootenai River watershed. Kokanee salmon are a major food source for bull trout in Lake Koocanusa. However, with the increased entrainment of kokanee in Libby Dam, food availability for bull trout has increased below the dam (MBTSG 1996b). With limited data to confirm trends, biologists have noticed an increase in bull trout numbers from electroshocking surveys on the mainstem of the Kootenai River (USFS 2002a).

Bull trout were first reported in the Kootenai River in 1864, but historical accounts are predominantly limited to anecdotal information from tribal representatives using bull trout as a food source (MBTSG 1996b). MBTSG (1996b) reported bull trout being collected in Pipe and Flower Creeks in the late 1950's and early 1960s. Bull trout constituted 5.5 percent of the fish population (by numbers) in Flower Creek based upon surveys in the early 1960s (Huston 1963, as cited in MBTSG 1996b). Bull trout are known to occur in the following tributaries to this section of the Kootenai River: Fisher River and its tributaries (Silver Butte Fisher River, and West Fisher Creek), Libby Creek, Flower Creek, Parmenter Creek, Pipe Creek, Bobtail Creek and Quartz Creek. Additionally, bull trout are found in several tributaries to the aforementioned streams particularly Bear Creek, a tributary to Libby Creek. Currently, bull trout are limited to one high quality spawning stream, Quartz Creek, and several tributaries to the Kootenai River with lesser quality of spawning habitat (Pipe Creek, and Libby Creek and Fisher River tributaries) (MBTSG 1996b). The majority of spawning within this section of the Kootenai River occurs in Quartz Creek and the West Fork of Quartz Creek. Since 1995, these two creeks combined have averaged 87 redds (range 47-154 redds). Bear Creek (tributary to Libby Creek) averaged 16 redds (range 4-36 redds) since 1995 while Pipe Creek averaged 21 redds (range 5-36 redds) over that same period (MFWP unpublished data). Resident bull trout populations exist in the upper reaches of Libby Creek and Flower Creek as well.

The MBTSG (1996b) considers fish introductions, dams and the operations, and forestry practices to be the major concerns for this section of the Kootenai River bull trout population. Forestry practices rank as the highest risk because of its status as the dominant land use throughout the watershed. Of the watershed's 910,100 acres, 51 percent is controlled by the US Forest Service and 38 percent by PCTC (USFWS and NMFS 1999); PCTC lands are part of their HCP and impacts associated with harvest activities are minimized by the HCP. Past forestry practices have affected primary spawning streams. In the Quartz Creek drainage, 29 percent (including 17 percent of the riparian areas) of the 23,000 acres has been logged historically (USFS 2002b). Legal fish introductions included brook trout which are now found throughout all core areas in the mainstem Kootenai River and are known to hybridize and displace native bull trout (MBTSG 1996b).

The following five 6th code HUCs within this watershed may have impacts associated with the proposed project: West Fisher River (170101020205), Upper Pipe Creek (170101010804), East Fork Pipe Creek (170101010803), and Quartz Creek (170101010807). The potential impacts to the Fisher River (170101020402) stem from planned forest management activities that may occur within the Miller Creek watershed, a small tributary to the Fisher River north of West Fisher Creek. It is unknown whether bull trout currently occupy Miller Creek; however, impacts

75

000080

to this watershed will be discussed during the planning of future projects. Flower, Parmenter and Libby creeks have bull trout but will not be affected by the proposed action. Flower Creek is considered a disjunct population due to dewatering activities in the lower portion of the creek (USFS 2002a).

Bull Trout Status in West Fisher Creek (170101020205)

This tributary to the Fisher River originates on the east side of the Cabinet Mountains and has approximately 85 percent Forest Service ownership. Bull trout use West Fisher Creek as both spawning and rearing habitat (USFS 2002a). Redd counts have identified an average of 16 redds (range 8-23 redds) between 1998-2000. Channel instability has been identified as a problem on the lower 4-7 miles of West Fisher Creek. Several mines exist within this watershed and contribute to poor water quality (USFS 2002a). The Forest Service completed a matrix as defined in the Framework for the Fisher River (6th code HUC 170101020402) portion into which the West Fisher Creek flows. Bull trout and their associated habitat are FUR for an integration of the sub-population and habitat indicators in the Framework (USDI 1998b) for that watershed. Currently, that watershed is FUR for the "Road Density and Location" indicator due to a road density of 2.3 mi/mi$^2$ and the "Disturbance History" is also FUR due to past natural events such as fire (USFS 2002a). The West Fisher Creek watershed is located in BMU Number 6 which is currently meeting standards and therefore will not have any actions associated with this proposal.

Bull Trout Status in Upper Pipe Creek (170101010804)

Pipe Creek supports both resident and migratory bull trout (USFS 2002a). The watershed is 34,380 acres; however, only the headwater portion of this watershed is contained within the action area (BMU 11). Bull trout are known to spawn upstream of the confluence with Loon Creek. Redd counts have been conducted in Pipe Creek since 1995 and have averaged 21 redds (range 6-36) (MFWP unpublished data). Spawning sites are located downstream of a culvert spanning Forest Road 68 which is believed to constitute a fish barrier immediately upstream of the confluence with the East Fork Pipe Creek (USFS 2002a). Based upon several MFWP electroshocking surveys in the 1990's, bull trout are not believed to occur upstream of this culvert barrier.

This watershed has undergone significant vegetative management in the past with an ECA of approximately 18 percent of this 6th HUC drainage. The road density for the entire 5th code watershed of Pipe Creek (1701010108) is 3.2 mi/mi$^2$ (draft Subbasin review) with the majority of roads in the lower part of the drainage. Based upon McNeil Core samples conducted in 1997 in the spawning reaches of Upper Pipe Creek, 28.6 percent of the substrate was less than 6.25 mm (USFS 2002a) in size (Table 13). The Forest Service (2002a) determined that the "Sediment" and "Substrate Embeddedness" indicators were both "Functioning Appropriately" (FA). However, the Framework defines fine sediment material as less than 6 mm and for levels greater than 20 percent (USDI 1998b) as FUR. Currently, the watershed is FUR for the "Road Density" indicator due to the high road density of 3.4 mi/mi$^2$ and the "Disturbance History" is also FUR due to the high ECA from past harvest activities (USFS 2002a). Bull trout and their

76

000081

associated habitat are FAR for an integration of the sub-population and habitat indicators in the Framework for the Upper Pipe Creek watershed. This determination is due to several riparian roads (riparian road density of 3.9 mi/mi$^2$), a high stream crossing density (3.1 crossings/mi$^2$) and past riparian harvest activities (20 percent of riparian zone) (USFS 2001). In 2002, the Forest Service conducted several restoration efforts in the mainstem of Pipe Creek below the culvert barrier in an attempt to restore spawning and rearing habitat. It is too soon after the actions to determine whether those efforts were successful.

Table 13. Fine Sediment Values (<6mm) from McNeil Core Samples in Pipe Creek, 1995-1999 (USFS 2002a).

| Location | Range % | | | | | Average % | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | 1995 | 1996 | 1997 | 1998 | 1999 | 1995 | 1996 | 1997 | 1998 | 1999 |
| Lower Pipe Creek | 18-43 | 24-42 | 12-38 | 14-37 | 20-40 | 26.9 | 31.3 | 27.9 | 25.6 | 27.9 |
| Upper Pipe Creek | 14-38 | 25-38 | 19-53 | 19-54 | 17-47 | 24.7 | 29.7 | 31.3 | 41.1 | 33.4 |
| East Fork Pipe Creek | 14-30 | 16-34 | 16-35 | 21-36 | 13-46 | 22.2 | 25.1 | 24.5 | 39.6 | 23.0 |

## Bull Trout Status in East Fork Pipe Creek (170101010803)

This watershed is 13,850 acres; however, only the headwater portion of this watershed is contained within the action area (BMU 17). The US Forest Service owns 94 percent of this watershed with the remaining 6 percent under Plum Creek Timber Company (PCT) ownership. Anecdotal information is available that suggests that fluvial bull trout used the East Fork Pipe Creek extensively but little historical information is available. The Framework determinations are the same as Pipe Creek (170101010804). This watershed has been strongly impacted in the past with an ECA of 18 percent and a road density of 3.8 mi/mi$^2$. Additionally, the riparian area has been heavily impacted with less than 72 percent of the riparian zone intact, a riparian road density of 5.4 mi/mi$^2$, and a high stream crossing density of 4.1 crossings/mi$^2$ (USFS 2001). McNeil core samples (an indicator of substrate embeddedness) in Table 1 shows high percentages of fine materials in the East Fork Pipe Creek from 1995-1999.

## Bull Trout Status in Quartz Creek (170101010301)

This watershed of 23,000 acres is considered the strongest bull trout 6th code HUC subpopulation in this section of the Kootenai River (USFS 2002a). Land ownership is predominantly US Forest Service with very little private or PCT lands. Annual redd surveys conducted between 1995-2002 averaged 79.5 redds (range 47-154) (MFWP unpublished data). In the late 1980s MFWP trapped between 50-100 adults annually. During this same period a concurrent study estimated 1,200 young-of-the-year in this watershed which indicated a strong source of bull trout recruitment (USFS 2002a). However, this watershed has been heavily managed in the past having over 29 percent of the watershed logged including 17 percent of the riparian area (draft Subbasin review USFS 2000). Currently, the ECA is 17 percent of the watershed resulting in a FUR determination for bull trout as defined in the Framework. The road density throughout the drainage is 2.7 mi/mi$^2$ while the riparian road density is at 2.5 mi/mi$^2$ (USFS 2002a). The Forest

000082

Service determined that this results in a FAR determination for this habitat indicator; however, the Framework defines this high level of road density coupled with a high level of riparian roads as FUR. The high amount of roads crossing streams (2.4 crossings/mi$^2$) results in a greater level of road induced sediment delivery (USFS 2001). Currently, based on the integration of subpopulation and habitat indicators, Quartz Creek is FUR (USFS 2002a). This watershed is within BMU number 10, which is currently meeting standards and not expected to have any impacts associated with the proposed project.

*Lower Kootenai River Watershed (17010104)*

This watershed is bound by Kootenai Falls located downstream of Libby, Montana on the upstream end and the downstream end is Kootenay Lake located 31 miles downstream of the U.S. international border with Canada. Upstream movement of bull trout may be limited by the presence of Kootenai Falls. The Lower Kootenai River watershed within the U.S. encompasses 4,800 mi.$^2$ (including U.S. portion of the Kootenai River, and its tributaries, upstream of Kootenai Falls) and includes 85 miles of the mainstem Kootenai River from Porthill, Idaho to the Kootenai Falls in Montana. Within this watershed the Kootenai River contains the three reach types ("Canyon," "Braided," and "Meander") that were identified in Synder and Minshall (1998). These reach types were described above. This portion of the Kootenai River is characterized by having a low gradient with the elevational drop between Libby, Montana and Kootenay Lake (approximately 236 river miles) of less than 700 feet.

The Lower Kootenai River valley is predominantly used for agricultural purposes with the mainstem portion heavily diked. In addition to the diking, the construction of Libby Dam also reduced connectivity with the Kootenai River floodplain and the associated nutrient flow. Richards (1997) estimated that prior to the construction of Libby Dam, and the associated flow changes, the Kootenai River floodplain was 2.5-4 miles wider in the lower 80 miles of the river. This loss of floodplain connectivity resulted in the elimination of approximately 50,000 floodplain acres in Idaho alone (Richards 1997). Snyder and Minshall (1998) while evaluating the effects of Libby dam on the mainstem Kootenai River reported that the benthic macroinvertebrate standing crop was "quite low" as was the species richness (a measurement of biodiversity). They also found that the "Meander" reach was dominated by sand and clay substrates.

The EPA lists 17 rivers and streams in the Lower Kootenai subbasin with more serious water quality problems than others and identified this subbasin as having a high vulnerability to stressors such as pollutant loadings. The EPA also lists four rivers and streams in the Moyie watershed and assigns an IWI score of 5 to the watershed indicating some serious water quality problems are present. However, this system has a lower vulnerability to stressors such as pollutant loadings and is more stable than the Lower Kootenai River (KRN 2000).

Very little historical information is available regarding bull trout usage of the Lower Kootenai River and its tributaries. Bull trout have been documented in the following tributaries to the Lower Kootenai River (creeks without documented sightings after 1985 are in italics): O'Brien, Callahan, Ruby, Star, Boulder, Caboose, Debt, Deep, *Caribou*, Snow, *Trout*, Fall, *Parker*, Long-

000083

Canyon, *Rock, Boundary* and Curley Creeks as well as the lower portion of the Yaak River below the barrier falls [Panhandle Bull Trout Technical Advisory Team (PBTTAT) 1998a, IPNF unpublished data]. The only known spawning within this watershed occurs in O'Brien, Callahan, and Boulder Creeks. However, the redds in Boulder Creek were found below a fish passage barrier. Lake Creek can provide some recruitment of juvenile bull trout due to the availability of downstream migration. However, upstream migration is unavailable to the bull trout in the mainstem of the Kootenai River due to the Troy Dam. Lake Creek, a tributary to the Kootenai River near the town of Troy, Montana supports a disjunct population of adfluvial bull trout using Bull Lake as rearing habitat and will be discussed in a later section. Lake Creek was isolated from the Kootenai River in 1917 by the construction of the Troy Dam. There is anecdotal information regarding a single capture of a bull trout in Deer Creek in the early 1990s (IPNF unpublished data). PBTTAT (1998b) identified the need to quantify bull trout abundance and distribution in Idaho tributaries to the Kootenai River as "an important research need." Therefore, information regarding bull trout distribution with the lower Kootenai River watershed is partial at best. It is unknown whether streams with documented bull trout prior to 1985 have had adequate surveys to detect bull trout presence since 1985.

Bull Trout Status in O'Brien Creek (170101011001)

This watershed is 30,838 acres and flows in a southerly direction from its headwaters in the Purcell Mountains north of Troy, Montana. Even though O'Brien Creek, with a high ECA of 25 percent, has been heavily impacted (fires, logging) in the past, it has averaged 29 redds since 1991 (range 6-47 redds) (USFS 2002a). Road density is high for this drainage at 3.7 mi/mi$^2$. The Forest Service identified this watershed as one of the few strongholds for bull trout in the lower Kootenai River. Due to the presence of brook trout and brown trout and the smaller population size than expected, this watershed is FAR for an integration of population and habitat indicators according to the Framework (USFS 2002a). O'Brien Creek is in BMU 10 which is currently meeting standards (TMRD and Core) and therefore actions to meet standards will not occur within this watershed.

Bull Trout Status in Callahan Creek (170101011004)

Callahan Creek, a tributary to the Kootenai River downstream of Troy, Montana supports both resident and fluvial bull trout. In 1999, MFWP found three outmigrants from Callahan Creek in a fish trap placed downstream of a suspected natural fish barrier located one mile upstream of the confluence with the Kootenai River. Anecdotal information suggests that "large bull trout" have been harvested in the Idaho portion of the watershed indicating that this barrier may not be intact throughout the year. The lower portion of Callahan Creek below this barrier is FUR due to high summertime temperatures which may present a thermal barrier to both upstream migrants as well as outmigrants. While redd surveys were not conducted below this barrier, surveys conducted in the North and South Forks of Callahan Creek found 5 and 20 redds, respectively in 2002 (IDFG unpublished data). Due to the susceptibility of disturbance as well as the threat of illegal harvest of bull trout this watershed is FAR for an integration of population and habitat indicators

79

000084

according to the Framework (USFS 2002a). Callahan Creek is in BMU 9 which is currently meeting standards and therefore actions to meet standards will not occur within this watershed.
Bull Trout Status in Boulder Creek (1701010402)

In 2001 and 2002, surveys by IDFG identified bull trout spawning (4 redds and 2 redds respectively) in the 1.25 mile long reach upstream of the confluence with the Kootenai River (IDFG unpublished data). The upper end of this reach is defined by a natural fish passage barrier. Electrofishing surveys in 1994 and 1995 upstream of the falls failed to find any bull trout. Brook trout occur both upstream and downstream of the barrier fall. Lower Boulder Creek has a high amount of bedload due to past mining activities which has resulted in a degraded condition. Upper Boulder Creek and the East Fork Boulder Creek have been impacted by past natural disturbance events such as fires and floods. The upper portion of Boulder Creek appears to be more stable while the East Fork may be out of equilibrium. Based upon a visual inspection, the Forest Service determined that this watershed was "Functioning Appropriately" for presence of fine material, meaning that fine material was present in appropriate amounts. This watershed has a relatively low road density (1.5 mi/mi$^2$) and a low ECA (6 percent) which indicates that any instability in this watershed is likely natural. Lack of fisheries and habitat surveys preclude a determination of limiting factors to bull trout within this watershed but the potential for a low-flow barrier at the mouth of Boulder Creek coupled with the culvert barrier may prevent access to upper portions of this watershed. This watershed is within BMU 18 which is currently failing to meet standards (TMRD and Core) and therefore may have activities occurring within that are associated with the proposed action (USFS 2003).

Bull Trout Status in Deep Creek (1701010403)

The majority of the mainstem of Deep Creek is in various private ownership. Only the headwaters of Deep Creek are on Forest Service system lands. However these lands are in the Myrtle BMU which is currently meeting standards and therefore actions to meet standards will not occur within this watershed. The major land use in the Deep Creek valley bottom is residential and agriculture. The IDFG reported that bull trout are not found upstream of the town of Naples, Idaho; however, no known barrier exists to prevent movement upstream. Salmonids still spawn within the mainstem of Deep Creek, however, IDFG failed to find any bull trout redds in 1997. Partridge (1983, as cited in USFS 2003) reported that bull trout were in Deep Creek in the early 1980s. Brown Creek (170101040805) (a tributary to Deep Creek) and its tributaries are within BMUs 18 and 19, both of which currently fail to meet standards (TMRD and Core) and therefore may have activities occurring within that are associated with the proposed action. Electrofishing surveys in Twentymile and Brown Creek failed to find any bull trout. Habitat surveys and/or characterizations were unavailable for these tributaries. Road density is high for this watershed (4.1 mi/mi$^2$) especially in the riparian zone (6.2 mi/mi$^2$). This watershed averages 1.2 stream crossings per mile of road. Additionally, this watershed has an ECA of 53 percent which is very high, however only 34 percent of this watershed is in Forest Service ownership (IPNF unpublished data).

80

Bull Trout Status in Boundary Creek (1701010408)

Bull trout presence in Boundary Creek is unknown; however, PBTTAT (1998a) reported that bull trout have been documented in the past within this watershed. A screw trap placed at the mouth of Boundary Creek during the summer of 1999 failed to document bull trout. Additionally, redd counts in 2000 failed to identify any bull trout redds. The Forest Service has identified Boundary Creek as an important fisheries stream in their current LRMP, due to the absence of a low-water passage barrier at the mouth of the creek, as well as suitable spawning and rearing habitat in the headwater portions of Boundary Creek and one of its tributaries (Grass Creek) (meeting notes between IPNF and Service on April 1-2, 2003). The mainstem of Boundary Creek and Blue Joe Creek (a tributary) may be unsuitable due to contamination from the now-defunct Continental Mine located on Blue Joe Creek; however, further analysis is needed to determine level of water quality degradation. Additionally, the lower 3 miles of Boundary has been channelized to form the U.S.-Canada border.

Of the 60,000 acres within the Boundary Creek watershed, 42,000 acres (69 percent) are located within the U.S. (IPNF unpublished data). Within this watershed the Forest Service owns almost 98 percent of the lands within the U.S. and, with the exception of the Continental Mine located in the headwaters of Blue Joe Creek, the majority of the private land ownership is located at the mouth of Boundary Creek. Currently, the road density is moderate at 2.3 mi/mi$^2$ with the riparian road density being lower at 1.3 mi/mi$^2$. Road-Stream crossings at 1.0 crossings/mi. are also low. The Forest Service have planned to decommission 49 miles of road as part of the Upper Boundary Creek Project as well as the Boundary Creek Road Project by the summer of 2004, and with these decommissioning, the main high-risk roads will be decommissioned (USFS 2003). Boundary Creek is within the Blue-Grass BMU which is currently failing to meet standards (TMRD and Core) and therefore may have activities occurring within that are associated with the proposed action.

### Bull Trout Status in Lake Creek Disjunct Population

Lake Creek is a 135,000 acre drainage flowing north out of Bull Lake to its confluence with the Kootenai River near Troy, Montana. Approximately 79 percent of the watershed is under Forest Service jurisdiction (USFS 2002a). Due to the presence of the Troy Dam, an upstream migration barrier located several miles upstream of its confluence with the Kootenai River, Lake Creek constitutes a disjunct population of bull trout. Bull trout use Bull Lake, located in the upper portion of the Lake Creek watershed as rearing habitat and predominantly use Keeler and Stanley Creeks as spawning habitat. Keeler and Stanley Creeks serve as Core Areas for this disjunct population while Bull Lake and Lake Creek serve as nodal habitat (MBTSG1996c).

The Lake Creek drainage is subject to frequent rain-on-snow events and averages between 33 and 113 inches of rain annually (USFS 2002a). The Forest Service (2002a) identified channel intermittency and subsurface flow within the Lake Creek drainage as common. North and South

81

000086

Fork Keeler Creeks and upper Stanley Creeks are examples of side drainages which only have flow during spring runoff events approximately 2-4 months/year. Springs contribute a significant portion of the yearly flow in Stanley Creek as well as providing base flows in portions of North and South Forks of Keeler Creek (USFS 2002a). Based upon redd counts (74, 59, and 92 between 1996-1998, respectively) the bull trout population in the Lake Creek watershed was estimated to be 155, 124, and 193 between 1996-1998, respectively (USFS 2002a). This resulted in a FAR determination for the "Subpopulation Size" indicator in the Framework (USFS 2002a). Additionally, with a road density of 2.2 mi/mi$^2$, and an ECA 5 percent including significant riparian harvest (19 percent in Stanley Creek and 20 percent in Keeler Creek; USFS 2001) a FAR determination was made for this watershed for those indicators (USFS 2002a). The combination of these impacts coupled with the disjunct nature of the population and the presence of the non-native brook trout lead to a FUR determination for an integration of the species and habitat indicators as defined in the Framework (USFS 2002a).

### Bull Trout Status in the Lake Pend Oreille Subbasin

This subbasin includes Lake Pend Oreille and its Idaho tributaries and the lower Clark Fork River upstream of the Cabinet Gorge Hydroelectric Dam to its confluence with the Flathead River near Paradise, Montana. The lower Clark Fork River's connectivity has been broken into three sections; 1) Cabinet Gorge Reservoir which consists of the river between Cabinet Gorge Dam located near the Idaho-Montana border upstream to the Noxon Rapids Dam near Noxon, Montana, 2) the Noxon Reservoir which consists of the river upstream of Noxon Dam to Thompson Falls Dam located near Thompson Falls, Montana, and 3) the river upstream of the Thompson Falls Dam to the confluence with the Flathead River.

### Bull Trout Status in the Lower Clark Fork River (LCFR) (17010213)

With a flow at the Montana-Idaho border of 21,960 cfs, the Clark Fork River is one of Montana's largest rivers. The land ownership within the 22,000 mi$^2$ drainage is a mix of private, state and federal lands. With the exception of the Bull River, Elk, Pilgrim and Prospect creeks the majority of the tributaries are predominantly under Forest Service management. The Bull River, Elk, Pilgrim and Prospect creeks all have residental development along the valley bottoms with the upland portions under Forest Service management. The majority of the Clark Fork River riparian areas are owned by private landholders. The upper portion of the Thompson River watershed contains lands owned by PCTC and is part of their HCP. PCTC owns approximately 23 percent of Fishtrap Creek, a tributary to the Thompson River, which is key to that bull trout subpopulation.

Timber production is the predominant land use throughout this subbasin (USFS 2002a). Average annual precipitation ranges along the Clark Fork River from 23 inches near Thompson Falls to 34 inches near the Montana-Idaho border; precipitation amounts are higher in the mountains (WWP 1998). Generally, the soil depth is approximately 200 feet above bedrock and consists of a mix of glacially deposited soils from the historic Lake Missoula and ash deposits from volcanic eruptions throughout the region (WWP 1998).

000087

The Clark Fork River upstream of Cabinet Gorge Dam consists of a series of three impoundments significantly altering the historical connectivity and natural flow of the river. Thompson Falls Dam, completed in 1916, is owned and operated by Pennsylvania Power and Lighting, Montana. This dam is operated as a run of the river facility meaning that any flow in excess of the capacity of the hydroelectric facility continues downstream (WWP 1998). This reduces the level of impoundment to only allow for adequate diversion capabilities at the intake to the powerhouse; maintaining a flow through the river. Noxon Rapids Dam, completed in 1958, inundates that portion of the Clark Fork River between the backwaters of Cabinet Gorge Reservoir, upstream 38 miles to the tailwaters of Thompson Falls Dam. Cabinet Gorge Dam, completed in 1952 is just downstream of the Montana-Idaho border and 10 river miles upstream of Lake Pend Oreille. It creates an impoundment approximately 18 miles long (Pratt and Huston 1993). Avista Corporation owns and operates the Cabinet Gorge and Noxon Rapids hydroelectric dams.

Movement of fish between the reservoirs (gene flow) is limited to a downstream direction, although the magnitude of bull trout movement out of either reservoir is unknown. Currently, a fish passage program is being implemented to actively pass bull trout over the Cabinet Gorge and Noxon Hydroelectric Dams (both upstream and downstream passage), effectively restoring limited upstream passage. Thirty-five fish were captured in the Clark Fork River downstream of the Cabinet Gorge Dam and released upstream in the reservoir in 2001. Seventeen of these fish (28 survived the tag implantation) moved into the Bull River drainage while 8 moved to the base of Noxon Dam (Lockard et al. 2002).

Historically, bull trout is one of three native salmonids (the only native char) distributed throughout the Clark Fork River drainage. The others are westslope cutthroat trout, and mountain whitefish. Historical information about the distribution of bull trout in Montana and Idaho is limited. However, it is likely that migratory bull trout from most major Clark Fork River tributaries utilized Lake Pend Oreille, in Idaho, for rearing (MBTSG 1996d). Bull trout spawn primarily in the West Fork Thompson River, Fishtrap Creek, Prospect Creek, Vermillion River and Bull River. Rock Creek, a tributary to Cabinet Gorge Reservoir, contains a "moderately abundant resident population of bull trout" (USFS 2002a).

Based upon anecdotal information bull trout were present in Stevens, Swamp, Galena, Marten, Tuscor, Canyon, Graves, Mosquito, Prospect, Wilkes, Clear, Crow, Elk, Pilgrim, Government and Rock Creeks as well as the Vermillion and Bull Rivers and Copper Gulch (MBTSG 1996d, 1996e). Pratt and Huston (1993) examined trapping records and collected oral histories from the 1940's and 1950's and estimated the total spawning population of bull trout in the lower Clark Fork River to be less than 2,000. About 300 - 500 spawners were estimated to use the Bull River, while the Vermillion River probably supported less than 100 spawners. WWP (1996) stated that "Bull trout densities are highest in Graves Creek and lowest in the lower Bull River mainstem."

83

Most of the published information on bull trout from this drainage dates from the 1950's or later. Brunson (1952 as cited in MBTSG 1996d) trapped bull trout in the Bull River and Prospect Creek. He speculated that captured fish were migrants from the Clark Fork River and possibly Lake Pend Oreille. The traps collected 51 breeding adults, 23 males and 28 females, ranging in weight from 1.6 to 8.8 pounds. This effort was prior to the completion of the Cabinet Gorge Dam. WWP (1996) estimated that the population size for bull trout within the lower Clark Fork River is 5,800 (no confidence interval given).

Cabinet Gorge Reservoir bull trout population is supported primarily by spawning occurring in the Bull River watershed and Rock Creek. There is a suspected low flow barrier on Rock Creek which prevents upstream movement during certain low flow years. The West Fork Rock Creek also supports a resident population. A single individual bull trout was found in Pilgrim Creek within the past decade along with numerous bull x brook trout hybrids; however, only hybrids were found during electrofishing surveys in 1999 by MFWP (Kleinschmidt and Pratt 2001, USFS 2002a). A survey of the tributaries to the Cabinet Gorge Reservoir found bull trout distribution limited to Bull River and Rock Creek. Bull trout were found in reservoir in Blue Creek Bay; however, no recent (1956) records of bull trout usage in Blue Creek are available (Kleinschmidt and Pratt 2001).

The MBTSG (1996d) reported that Noxon Reservoir currently has five tributaries that support bull trout spawning and rearing; Vermillion River, Prospect, Swamp, Graves, and Marten Creeks. Redd surveys in 1993 found 27 redds in Vermillion River and 9 in Prospect Creek (Pratt and Huston 1993) with less than 3 redds each in Swamp, Grave and Marten Creeks. As the redd count data indicate, the Vermillion River and Prospect Creek appear to be the most important spawning tributaries for migratory bull trout within the Lower Clark Fork River watershed.

Core areas identified by the MBTSG (1996d) in the lower Clark Fork River are Prospect Creek, Rock Creek, Fishtrap Creek, West Fork Thompson River, Vermillion River, and Bull River drainages. Core areas are those areas containing the strongest population of bull trout within a watershed and therefore should have the most stringent levels of protection. The nodal habitats, waters containing migratory corridors, overwintering areas, and other critical habitats, are in Noxon and Cabinet Gorge reservoirs, the Clark Fork River and Thompson River. The Montana Bull Trout Restoration Team (MBTRT) has designated Graves Creek as a Core Area (MBTRT 2000).

The MBTSG considers fragmentation of the historic migratory populations to be the highest risk historically and to restoration in the lower Clark Fork River drainage (MBTSG 1996d). Fragmentation has resulted in smaller isolated population units with less tributary accessibility. The migratory component of these smaller units is at a higher threat of extirpation due to their limited abundance and available range. Rearing capacity in the reservoirs is greatly reduced as compared to that in Pend Oreille Lake. Forestry practices have affected primary spawning streams and historical mining has damaged several streams in the drainage. Legally introduced species such as brook trout and brown trout as well as illegally introduced species such as northern pike pose a serious threat to bull trout from introgression and predation. Brook trout are

000089

present in all streams currently utilized by bull trout within the lower Clark Fork River watershed (MBTSG 1996d). Other risks to restoration include environmental instability from landslides and rain-on-snow events, thermal water quality problems, rural/residential development, and illegal harvest. Because of the historic population trend, the declining abundance of bull trout populations is also considered a risk.

Currently, there are several efforts in the lower Clark Fork River subbasin to restore bull trout populations and habitat to historic levels. Avista Corporation, pursuant to the re-licensing of their hydroelectric dams at Cabinet Gorge and Noxon, are implementing a fish passage program moving adult bull trout upstream and juvenile bull trout downstream past the dams. Additionally, they are acquiring land easements (predominantly in the Bull River drainage) and conducting habitat enhancement projects in the Bull and Thompson River drainages (Avista 2003a). PCTC's HCP encompasses lands in the Thompson River drainage and provides mitigation for their commercial harvest activities (USFWS and NMFS 1999). Additionally, PCTC's HCP provides habitat and population restorative efforts in the lower Clark Fork River subbasin. Complementing the restorative efforts of Avista and PCTC, seven citizen groups exist to promote watershed health and restoration. These seven watershed councils exist in the Bull River, and Prospect, Rock, Elk, Trout, Whitepine, and Pilgrim Creeks (Avista 2003a). Bull trout are known to be present in Bull River, and Prospect, Whitepine and Rock Creeks.

### Bull Trout Status in the Vermillion River (170102130805)

This watershed is approximately 68,000 acres of which over 90 percent is under Forest Service management (USFS 2002a). The river flows into the northeast shore of Noxon Reservoir approximately 6 miles east of Trout Creek, Montana. There is a natural fish barrier at Vermillion Falls located 10.5 miles upstream from the mouth. Habitat consists primarily of a mix of low and high gradient riffles with run-type habitat interspersed (WWP 1996). Low amounts of fine sediment are present leading to a "Functioning Appropriately" (FA) determination for the "Sediment" indicator as defined in the Framework (USFS 2002a). Due to past harvest practices and development in the riparian area, WWP (1996) determined that the riparian zone was "largely non-functional" leading to a FUR determination for the "Streambank Conditions" indicator (USFS 2002a).

Redd surveys in 1993 found 27 redds mainly upstream of the China Gorge area approximately 5 miles upstream of the mouth (USFS 2002a). In 2001, redd surveys identified 37 redds (20 below the gorge, 17 above) (Avista 2002a). Electrofishing efforts during August 2001, captured 122 bull trout (size range 2.75-17.1 inches) below Vermillion Falls. Bull trout densities over 8 electrofishing sections below the falls ranged from a low of 0.003 fish/ft$^2$ in the lowest reach to a high of .503 fish/ft$^2$ in the reach directly above Miner's Creek (Avista 2002a). However, during 108 days of operation of a rotary screw trap during the spring/summer season 2002, only 14 juvenile bull trout were captured. Additional trapping using a weir trap during the summer/fall season 2002 captured 18 additional bull trout with an average size of 15.9 inches (range 2.36-27.36 inches) (Lockard et al. 2003). Pratt and Huston (1993) estimated that the Vermillion River supported less than 100 bull trout capable of spawning.

85

This watershed is FAR for the "Subpopulation" indicator due to the lack of connectivity and population numbers lower than expected. Road densities are lower in this drainage at 1.3 mi/mi$^2$ compared to other drainages in the lower Clark Fork River, while the ECA is under 15 percent (USFS 2002a). Due to the deficit of pool habitat and the reduced amount of large woody debris coupled with the lack of sub-population connectivity and lower than expected bull trout numbers, an integration of the habitat and population indicators this watershed was FUR. Vermillion River is in BMUs 7 and 8. BMU 8, which consists of lands upstream of Vermillion Falls, is failing to currently meet standards and therefore activities associated with the proposed action are possible.

Bull Trout Status in the Thompson River (1701021304)

Within the Thompson River watershed, MBTSG (1996e) has identified core areas in Fishtrap Creek and the West Fork Thompson River. Additionally, the MBTSG (1996e) identified the Thompson River as nodal habitat. PCTC owns approximately 23 percent of the Fishtrap Creek drainage and only 1 percent of the West Thompson River drainage. The Forest Service predominantly owns the remainder of those watersheds. The Fishtrap watershed has been heavily impacted by logging activities with road densities exceeding 5.4 mi/mi$^2$ throughout Fishtrap Creek mainstem. The upper Fishtrap Creek watershed has had 11 percent of the acres harvested within the past 30 years. Less than 1 percent of the West Fork Fishtrap Creek is in a ECA condition; data is unavailable for other portions of this watershed (USFS 2002a, LNF unpublished data).

Using a weir trap on Fishtrap Creek, located 4.2 miles upstream of its confluence with the Thompson River, Avista (2002b) captured 157 juvenile bull trout averaging 6.3 in. (range 2.7-9.4 in.) during the summer/fall outmigration in 2000. Additionally, they captured 7 upstream adult migrants averaging 16.5 in. (range 11.8-19.4 in.) and 10 adult outmigrants averaging 17.9 in. (range 10.6-31.3). 2001 trapping efforts yielded 70 juvenile bull trout outmigrants (average 5.7 in., range 3.8-8.4 in.) and 7 adult outmigrants (average 19.2 in, range 13.4-31.5 in.) (Avista 2002b). Weir trapping on the West Fork Thompson River resulted in 13 and 32 juvenile outmigrants in 2000 and 2001 respectively. The movement of upstream migrants in both streams occurred primarily from July through late September whereas the outmigrants moved downstream from late September to late October (Avista 2002b). Using electrofishing surveys, population estimates were generated as indicated in Table 14. Redd surveys in Fishtrap Creek and West Fork Thompson River found three redds and one redd in 2001, respectively. Little historical information is available regarding the bull trout population in Fishtrap Creek and the West Fork Thompson River and therefore trend information is limited to two years.

The Fishtrap Creek watershed is FUR for the "Sediment" and "Road Density" indicators (USFS 2002a). The West Fork Thompson River has been less impacted and only has a road density of 1.8 mi/mi$^2$ resulting in a FAR determination for the "Road Density" indicator. The West Fork Thompson River was FAR for an integration of the habitat and population indicators (USFS 2002a). This watershed is contained within BMU 22 which is currently failing to meet standards and therefore may have impacts associated with the proposed action.

000091

Table 14. Population Estimates for bull trout in Fishtrap Creek and West Fork Thompson River (Avista 2002).

| Year | Reach | Est. (fish/100m)/ CI | | Year | Reach | Est. (fish/100m)/ CI | |
|------|-------|------|------|------|-------|------|------|
| 2000 | Basin Draw | 17 | (14-20) | 2000 | 1.1 Mile | 14 | (14-41) |
|      | 10 Mile | 34 | (33-42) |      | 4.0 Mile | 86 | (84-99) |
| 2001 | Basin Draw | 17 | (17-26) | 2001 | 1.1 Mile | 9 | (9-20) |
|      | 10 Mile | 46 | (46-53) |      | 4.0 Mile | 71 | (68-83) |

Bull Trout Status in the Bull River (1701021310)

Bull River is one of two sub-populations of bull trout within the Cabinet Gorge Reservoir system (Rock Creek is the other). This 88,600 acre watershed has its headwaters in the Cabinet Mountains to the north of the reservoir. The mainstem consists of "C" and "E" Rosen stream channel types. The major tributaries (North, Middle, East and South Forks) are predominantly "B" channel types (USFS 2000). The mainstem consists primarily of glide/run habitat types and is used predominantly as rearing habitat by out migrating bull trout (WWP 1996). The predominant riparian vegetative community along the mainstem is dominated by grasses and forbes which provide stable streambanks but low amounts of overhanging vegetative cover and thermal refugia; temperatures do not appear to be a limiting factor (WWP 1996). Avista Corporation acquired 716 acres of riverfront land along the mainstem of the Bull River to provide long-term habitat protection (Avista 2003a).

It is estimated that there is spawning habitat available for approximately 280 adfluvial bull trout; however, only 16 and 23 redds were found during surveys in 1993 and 1994 respectively (WWP 1996); redd surveys haven't been conducted since 1994 on the mainstem Bull River with the exception of 2001 when 0 redds were found (Avista 2002c). The majority of bull trout production within this watershed comes from the East Fork Bull River (EFBR) while the South Fork Bull River (SFBR) provides limited input as well. Individual bull trout have been found in the North and Middle Forks (Chadwick 2000, WWP 1996).

The EFBR is approximately 17,600 acres and has its headwaters at Saint Paul Lake in the Cabinet Mountain Wilderness. Habitat consists primarily of high gradient riffle and pool habitat types (WWP 1996). The riparian vegetation community consists of grass, forbes and riparian shrubs with stable streambanks. Three McNeil core samples taken in 1994 found that material <6.35mm constituted an average of 25 percent (range 15-33) of the substrate; gravel and rubble dominated the substrate composition. WWP (1996) estimated that only 2,260 $ft^2$ of spawning habitat was available for bull trout. In 1993 12 bull trout redds were identified. Using electrofishing sampling in 1993-1994, WWP (1996) estimated that the East Fork Bull River's bull trout population was 609 fish (95 percent CI= 253) with a density of 0.02 fish/ft in the surveyed reaches. Electrofishing surveys in 1999 found 29 bull trout in the East Fork Bull River (Chadwick 2000). Based upon their surveys, they estimated the East Fork Bull River bull trout population to be 217 fish (80 percent CI=92). Avista (2002c) estimated that the four reaches

87

electrofished in the EFBR had an average fish density of .031 fish/ft (range .012-.06 fish/ft). Redd surveys in 2001 found 21 redds in the EFBR (Avista 2002c). WWP (1996) concluded that salmonid populations in the EFBR were limited by low availability of suitable spawning and rearing habitat and a low level of habitat complexity. The Bull River Watershed Council in conjunction with the Avista Corporation conducted two restoration efforts in the EFBR watershed in 2001 to minimize sediment input (Avista 2003a). It is unknown whether those efforts were successful.

The SFBR watershed is 7,600 acres and consists primarily of pools, runs and high/low gradient riffles (WWP 1996). The substrate is dominated by gravels and rubble with low amounts of fine sediments present. McNeil core samples averaged 34 percent fines (range 31-35 percent) with surface fines only averaging 9 percent. Riparian vegetation is similar to the EFBR with grasses and forbs dominating with riparian shrubs present (WWP 1996). WWP (1996) estimated that 7,717 $ft^2$ of spawning habitat was available in 1994. Based upon electrofishing surveys WWP (1996) estimated that the SFBR bull trout population was 121 fish (95 percent CI+67). This equated to bull trout densities estimated at 0.0082 fish/ft in the surveyed reaches. Electrofishing surveys in 1999 found a single bull trout in the SFBR which resulted in a population estimate of 19 fish (80 percent CI= 25) (Chadwick 2000). Redd surveys in 2001 found one redd (Avista 2002c). WWP (1996) concluded that salmonid populations in the SFBR were limited by low availability of suitable spawning and rearing habitat and a low level of habitat complexity.

Based upon the degraded condition of available habitat in the mainstem Bull River, the presence of high numbers of non-native brook and brown trout and the lack of sub-population connectivity and lower than expected bull trout numbers, this watershed is FUR for an integration of habitat and population indicators. Road densities are low in this watershed at 0.8 mi/$mi^2$ and the ECA is less than 15 percent. However, the riparian development in the mainstem results in the compromising of the systems ability to recover from disturbance effects. Fine sediment (sands/silt) is higher in the Bull River mainstem than the average of the other lower Clark Fork River tributaries (WWP 1996). WWP (1996) concluded that salmonid populations in the Bull River were limited by low availability of suitable spawning and rearing habitat, the low level of large woody debris and a low level of habitat complexity. This watershed is currently undergoing restoration activities associated with the Avista hydropower plants at Cabinet Gorge and Noxon Dams and this appears to be evident with the increase in bull redds in the East Fork Bull River. Avista is currently debating the proposal to implement a non-native fish suppression program in attempt to reduce the threat non-natives pose to bull trout within this watershed.

<u>Bull Trout Status in Graves Creek (170102130804)</u>

Graves Creek was identified by the MBTRT (2000) as a Core Area. Graves Creek has its headwaters in the Cabinet Mountains and flows in a southwest direction to its confluence with Noxon Reservoir approximately 7 miles east of Thompson Falls, Montana. It drains a watershed 18,200 acres. Graves Creek Falls, 2.7 miles upstream of the mouth, is a natural fish barrier. Winniemuck and Thorne Creeks are the major tributaries downstream of this barrier. The major stream habitat types in Graves Creek are high and low gradient riffles. There is a relatively low

000093

amount of pool habitat available in the mainstem Graves Creek. Substrate is dominated by cobbles and gravels. WWP (1996) found an average of 7 percent surface fines (range 1-11 percent) among three reaches surveyed. Graves Creek road follows the creek bed throughout the watershed and several dwellings are present in the riparian zone. This has led to some disturbance in the riparian area but overall the riparian vegetation is still intact. The riparian vegetation is dominated by grasses and forbs lower down in the drainage; riparian trees are present in a high amount in the reach just below the falls (WWP 1996). It is estimated that there is 4574 ft$^2$ of spawning habitat available below the barrier falls which is capable of supporting 118 adfluvial salmonids (WWP 1996).

Bull trout densities were highest in Graves Creek of all the lower Clark Fork River tributaries capable of supporting fish (WWP 1996). Bull trout populations were estimated at 738 fish for Graves Creek based upon snorkel and electrofishing surveys in 1994 (WWP 1996). Bull trout densities averaged 0.086 fish/ft (range 0.051-0.122 fish/ft) for the three reaches surveyed with densities being higher in the lower grade riffle habitat type. Using a weir trap, located 330 feet upstream of the Blue Slide Road culvert, during the late summer/fall season, Lockard et al. (2003) captured 337 bull trout (size range 2.55-225.5 inches). The trap was in operation for 103 days. Bull trout constituted 78 percent of the total number of fish (N=431) caught in the trap in 2002. Only 2 brook trout and 7 brown trout were captured indicating low densities of these non-native fish. Low levels of large woody debris and availability of suitable spawning and rearing habitat were limiting factors in the salmonid population (WWP 1996).

Due to the lack of sub-population connectivity and the lack of appropriate rearing habitat Graves Creek was FUR for an integration of both population and habitat indicators (USFS 2002a). Even though road density was moderate at 1.6 mi/mi$^2$, it was determined that the "Road Density" indicator was FUR due to the presence of a road directly adjacent to the creek throughout the drainage (USFS 2002a). This watershed hasn't received the same level of land management activities as other watersheds having not had any significant harvest activities in the past thirty years. This watershed is in BMU 22 which is currently failing to meet standards and may have impacts associated with the proposed action.

Bull Trout Status in Rock Creek (170102131101)

The headwaters of Rock Creek are in the southwestern end of the Cabinet Mountains. This watershed drains approximately 21,162 acres. Peak flow for Rock Creek is estimated to be between 200 and 300 cfs with base flow approximately 2 cfs. The mainstem Rock Creek consists of C and D Rosgen channel types through much of its lower reaches. The lower section is typified by low gradient, approximately 2 percent, through much of its length. The watershed contains several areas of sensitive landtypes, which are presently chronic sediment sources. This has resulted in a large volume of bedload and reduced transport efficiency.

Rubble and gravel are the co-dominant substrate in the lower reaches associated with large boulders and cobble (WWP 1996). Steeper sections of the mainstem and the East and West Forks are dominated by cobbles (WWP 1996). Spawning habitat is limited to isolated pockets of

000094

gravel behind stable debris or boulders (USFS 2002a). Off-channel habitat is naturally limited in the Rock Creek drainage. The stream has access to its floodplain but there is limited complexity and potential for back-water areas, particularly in the areas of steeper gradient. With the exception of a road along the stream, connectivity with the floodplain has not been altered by past management activity.

Pool frequency is low in the Rock Creek drainage. Most of the available fish habitat is in the form of runs and riffles (WWP 1996). This condition holds true in the low gradient portions of the mainstem Rock Creek. Given the overall low frequency of pools, pool quality also is very low. Stream surveys have consistently identified low pool frequency as a potential aspect for habitat improvement. The mainstem Rock Creek contains a relatively small amount of large woody debris (LWD) relative to other watersheds in the lower Clark Fork River drainage (WWP 1996). The potential for future recruitment of LWD is greatly reduced due to past riparian timber harvest and the location of existing roads. Little of the large woody material that enters the active channel is retained. Despite the low abundance of LWD, the thermal regime appears to be functioning appropriately. Low water temperatures ranged from 32.5°F (0.3° C) in November up to 53.8° F(12.1° C) in August in 1994 (WWP 1996).

Mainstem Rock Creek lacks surface flow during periods of base flow for the majority of its lower 3.4 miles. West Fork Rock Creek flows perennially from the falls, approximately 1.6 miles upstream from the confluence of the East Fork Rock Creek, downstream to about 0.2 miles upstream from the confluence. Subsurface flows generally occurs annually in the mainstem of Rock Creek.

Currently, bull trout in the Rock Creek drainage are considered to be primarily of the resident life history form. Pratt and Huston (1993) suggest Rock Creek bull trout historically did not have a strong migratory component. However, there have been documented occurrences of larger migratory bull trout in the Rock Creek drainage (USFS 2002a). Also, two radio tagged bull trout transported from the Clark Fork River below Cabinet Gorge Dam to Cabinet Gorge Reservoir were relocated near the mouth of Rock Creek in 2001. This may suggest these fish were attempting to enter Rock Creek to spawn (Lockard et al. 2002). Typically, intermittent stream flow seasonally isolates Rock Creek from the reservoir. The culvert under State Highway 200 has been identified as a potential barrier at some flows. Natural barriers have been identified including the ephemeral lower reaches of Rock Creek and a waterfall limiting upstream movement on the West Fork

Within the Rock Creek drainage, bull trout occur in the mainstem of Rock Creek, West Fork Rock Creek, and East Fork Rock Creek (USFS 2002a). Several attempts to determine the number of Rock Creek bull trout were made between 1986 and 1996. WWP (1996) population estimates extrapolated to the drainage scale from density data collected at the reach scale yield approximately 1,900 total bull trout in Rock Creek and 743 total bull trout in West Fork Rock Creek. However, such extrapolations must be viewed cautiously or they may lead to erroneous estimates especially in a system with such variable flow conditions. Brook trout are present in Rock Creek and may compete or hybridize with bull trout. Risk of hybridization between brook

000095

trout and bull trout is increased because the largest component of bull trout in this system is of the resident form.

The Service has issued a non-jeopardy biological opinion regarding the Sterling Mining Company's proposal to develop an underground mine located north of the confluence of the West and East Forks Rock Creek (USFWS 2003). The mine project includes 3.5 miles of new roads and 5.5 miles of reconstructed roads in the Rock Creek watershed. Additionally, it includes a tailings piles and processing plant located at the mouth of Rock Creek. The Service concluded that this project may appreciably reduce bull trout persistence in Rock Creek by reducing numbers, reproduction and/or distribution of bull trout (USFWS 2003). Sterling Mining Company is taking steps to minimize this impact including a sediment abatement program which will reduce the post-project sediment input by 38 percent, as well as ensuring protective measures are in place to prevent mine waste from entering into Rock Creek (USFWS 2003). Additionally, to minimize impacts from their activities, Avista has initiated an effort to pass juvenile bull trout from Rock Creek downstream of their dams (Avista 2003a).

Rock Creek is FUR for an integration of species and habitat indicators. The primary concern is the absence of a migratory life history of bull trout in concert with the relatively low habitat complexity and low frequency of pools. The majority of available habitat is only suitable for smaller resident fish. No habitat in the drainage is considered prime habitat for bull trout. Another reason for concern is lack of connectivity and dewatered areas when the stream goes dry at low flow. If migratory bull trout exist, access to upper reaches of Rock Creek is likely denied in many years due to intermittent flows. The absence of upstream passage over Cabinet Gorge Dam for juveniles migrating below Cabinet Gorge Dam further limits productivity. Marginal rearing conditions in Cabinet Gorge Reservoir are an additional constraint (WWP 1995). Low habitat complexity, limited suitable spawning and rearing habitat, stream intermittence, and the rarity of the migratory life history form indicate Rock Creek bull trout are largely isolated and vulnerable to extirpation due to random events (USFS 2002a). This watershed is in BMUs 5 and 6. Both those BMUs are currently meeting standards and therefore impacts associated with the proposed action are not anticipated within this watershed.

Bull Trout Status in Prospect Creek

Prospect Creek is a fifth order stream that flows out from the south bank of the Clark Fork River just below Thompson Falls Dam. Several sections of Prospect Creek have intermittent flow during dry seasons; they are River Mile (RM) 7.7-9.6, and RM 10.2- RM 14.3 (GT Consulting, 2000). Both groundwater inflow and tributaries contribute to the perennial portions of Prospect Creek. Some major tributaries to Prospect Creek are Cooper Gulch, Twenty-four Mile Creek, and Crow Creek. The Forest Service, except for an area along the mainstem, manages almost all of the lands supporting the Prospect Creek subpopulation. The main stem of Prospect Creek is predominantly a Rosgen C channel type, with a small section of its upper reach a Rosgen B channel type. Lower Prospect Creek is a slightly entrenched, low gradient, meandering, riffle/pool stream dominated by cobbles and gravels (Rosgen 1996). Streams of this type exhibit a tendency to move laterally within the floodplain (Rosgen 1996).

91

000096

Surveys in 1993 identified nine redds in the Prospect Creek watershed. This constituted 24 percent of the redds found in the Noxon Reservoir system, only Vermillion Creek had more identified redds than Prospect Creek (Pratt and Huston 1993). WWP (1996) predicted that the available habitat in the Prospect Creek drainage (8,288 ft$^2$) could support up to 214 adfluvial redds.

Habitat in the Prospect Creek watershed is extremely unstable, due to a variety of factors. Many areas along the mainstem of Prospect Creek have been heavily managed under private ownership. The Yellowstone Pipeline, powerlines, timber harvest, and roads have affected habitat conditions in the drainage. The pipeline and powerline run along the main stem of Prospect Creek and cross the stream in several places. The effects of the right-of-way have resulted in reduced canopy cover, unstable banks, a reduction of large woody debris and increased sedimentation. Past riparian harvest has also decreased canopy cover and reduced future large woody debris. Insufficient supplies of large woody debris limit pool habitat formation, which is necessary for shade, cover, holding and feeding habitat. The secondary highway that runs along Prospect Creek has confined the river channel, limiting its ability to access its floodplain and naturally carve new channels. Some of the erosion is also a result of grazing on private land. There are significant lingering effects of road construction and logging from the Tri Creek fire. This drainage also receives fairly frequent precipitation and rain-on-snow events. Cumulative factors from the powerline, pipeline, roads and private management, have resulted in a highly managed, fragmented and highly unstable system. In 2001-2002, Yellowstone Pipeline Company removed the majority of their pipeline from the stream channel thereby helping to stabilize the stream by allowing natural flow to occur. This watershed is located outside of the grizzly bear recovery area and therefore no impacts to this watershed are expected from the proposed action.

*Bull Trout Status in the Lake Pend Oreille Watershed (17010214)*

Lake Pend Oreille (LPO) is the largest natural lake in Idaho with a surface area of 85,960 acres and a shoreline length of 111 miles (IDFG 2001). The LPO now has a regulated inflow (Cabinet Gorge Dam) and outflow (Albeni Falls Dam). The LPO and the 10 miles of Clark Fork River below the Cabinet Gorge Dam support several subpopulations of bull trout in Trestle, Lightning, Gold, and North Gold Creeks. Additionally the Pack River, and its tributary, Grouse Creek also support bull trout.

Bull trout, westslope cutthroat, and pygmy and mountain whitefish are the only native salmonids to the LPO. The LPO serves as rearing habitat for bull trout; a world record bull trout at 32 pounds was caught in 1949. Historically, bull trout fed predominantly upon whitefish; however, in the early 1930s kokanee salmon moving downstream from Flathead Lake became established and bull trout predation switched to kokanee and a trophy bull trout fisheries was established (IDFG 2001). In the late 1970s, the kokanee population crashed and now lake trout dominate the system. Bull trout historically utilized 86 percent of the tributary habitat of the LPO including Clark Fork tributaries up to the Thompson Falls Dam (built in 1913) (Pratt and Huston

000097

1993). Pratt and Huston (1993) estimated that the LPO and its major tributaries supported 10,000 or more adult bull trout; this estimate is not verifiable and therefore should be used with caution. Shortly after construction of the Cabinet Gorge Dam in 1953, bull trout harvest from the LPO was estimated at 5,000 fish. Pratt and Huston (1993) estimated that approximately 2,200 adult bull trout (1,320-2980) were available to spawn annually in the major tributaries of the LPO. They estimated that bull trout utilized 50 percent of available tributary streams. Redd surveys in the late 1990s support that the spawning population is still in the range of 1,500 to 2,000 fish (PBTTAT 1998b). Bull trout currently are present in the following watersheds: Gold, North Gold, Granite, Johnson, Twin, Lightning, Strong, and Trestle Creeks, and the Pack and Clark Fork Rivers (PBTTAT 1998b). The majority of spawning occurs in Gold and Trestle Creeks with significant spawning occurring in North Gold Creek and the Lightning Creek drainages. Redd counts were conducted during the early 1980s and again in the mid-1990s on 16 LPO tributary streams (6 index streams were surveyed from 1988-1991: Trestle, Gold, North Gold, East Lightning, Johnson, and Grouse Creeks). Redd counts for all LPO tributary streams during the 5-year period between 1983-1987 averaged 724 redds per year (range 412-930). Counts during the 11-year period between 1992-2002 averaged 531 redds (range 320-656) (Appendix A), a decline of 36 percent (Avista 2003b).

Limiting factors within the LPO watershed are 1) lake and tributary habitat conditions, 2) interactions with non-native species such as lake trout and brook trout, and 3) illegal harvest (PBTTAT 1998b). Logging, roads and railroads, mining, and hydroelectric facilities have all contributed to the degradation of the habitat conditions (PBTTAT 1998b). Additionally, the LPO has seen a significant amount of lakeshore development which has resulted in an increase in shoreline nutrient loading.

Avista Corporation pursuant to their FERC license has undertaken several restorative efforts in the Idaho portion of the Clark Fork River and the Lake Pend Oreille subbasin. These include: 1) restoring year-round flow to the Foster Bar side channel of the Clark Fork River, 2) habitat restoration activities in Twin and Kickbush Creeks, and 3) bull trout habitat acquisition in Trestle, South Gold, and Granite Creeks. These efforts should be augmented in the near future by the recent establishment of the Pack River watershed council.

Bull Trout Status in Lake Pend Oreille (17010214)

The PBTTAT (1998b) rated each watershed based upon three criteria to support bull trout: 1) priority for stream restoration/protection (High, Medium, Low); "High" indicating known bull trout spawning/rearing with "Medium" being historical bull trout sighting but not current, 2) current habitat/watershed conditions (Good, Fair, Poor); "Good" rating means headwaters and stream channels are relatively stable and providing suitable habitat conditions, and 3) potential to increase bull trout numbers (High, Medium, Low). Ratings were based upon historical redd counts back to 1983 as well as documented bull trout spawning, and professional judgment on the carrying capacity of a watershed.

93

000098

The Lake Pend Oreille was rated as a "High" priority watershed due to its critical function of rearing habitat for adfluvial bull trout. It is believed that all bull trout in the Lake Pend Oreille system (downstream of the Cabinet Gorge Dam) are adfluvial bull trout (PBTTAT 1998b). Vidergar (2000) estimated bull trout abundance within the lake at 12,134 (8,252-22,915) with densities of 0.54 fish/ha. PBTTAT (1998a) suggested that lake trout could pose the most significant threat to bull trout in the lake. The lake trout abundance, estimated at 1,792 (1,054-5,984) has densities of 0.08 fish/ha (Vidergar 2000).

Bull Trout Status in Trestle Creek (170102140105)

This third order watershed is 14,713 acres and enters along the north shore of Lake Pend Oreille. Over 90 percent of the watershed is managed by the Forest Service with the remainder in state, private and Bureau of Land Management ownership (USFS 2002a). Some of the best remaining habitat in the Pend Oreille/Lower Clark Fork tributary system exists in Trestle Creek (PBTTAT 1998b). Habitat is dominated by glide-runs and pool habitat only accounted for 15 percent of the habitat total over 12 reaches surveyed in 1992 (PBTTAT 1998b). Due to natural mass wasting from steep slopes and rain-on-snow events, the natural sediment yield is 17-200 tons/mi$^2$/yr (USFS 2002a). The Forest Service indicated that pool habitat is limited due to fill from these mass-wasting events; however, the risk from future bedload inputs has been greatly reduced. To minimize bedload input the Forest Service closed 18-20 miles of problem roads in 1994-95 (USFS 2002a). This watershed has been moderately affected by land management activities in the past with a road density of 1.9 mi/mi$^2$ and an ECA of 15 percent; however, the majority of impacts have occurred on private lands near the mouth of the creek (USFS 2002a). Despite the high bedload, the PBTTAT rated habitat and watershed conditions as "good" (PBTTAT 1998b).

Trestle Creek, a "High" priority index stream, produces the highest redd count for all the tributaries of the Lake Pend Oreille and generally supports 30-50 percent of the spawning in the Lake Pend Oreille watershed (PBTTAT 1998b). From 1983-2002 bull trout redd counts have averaged 253 redds/year (range 134-333 redds) and the total number of redds (5,058 redds) was over 225 percent more than the next highest total (Gold Creek-2,241 redds) during that period (PBTTAT 1998b). The 5,058 redds accounted for 41 percent of all recorded bull trout spawning in the Lake Pend Oreille watershed during this period (Avista 2003b). Redd surveys in 2002 found 333 redds, the highest during this period (Appendix B). Between 1983-1992, bull trout redds averaged 233 redds/year (range 134-298) in Trestle Creek, however, in the past 10-year period, 1993-2002, that average has increased to 273 redds/year (range 140-333) (Avista 2003b). Based upon Rieman and McIntyre's (1993) use of redd counts to estimate probability of persistence, Trestle Creek has the highest probability of persistence (95 percent) in the watershed for the next 100 years. Estimated bull trout densities in 1997 averaged 0.013 fish/ft. (no range given) with 221 redds (PBTTAT 1998b).

PBTTAT (1998b) determined that the most significant threat to bull trout within this watershed is the development of the lower watershed to include the increase in the additional stream channel alterations, increase in impermeable surfaces which allows an increase surface runoff, and the removal of riparian vegetation. This watershed was FA for the "Sediment" and species

94

indicators (USFS 2003). This watershed is in the North Lightning BMU which is currently meeting standards (TMRD and Core) and therefore activities associated with the proposed action are not expected to occur within this watershed.

## Bull Trout Status in Gold Creek (170102140102)

Gold Creek is a relatively small watershed (14,000 acres) which flows westerly and enters the southeastern portion of the Lake Pend Oreille. Over 80 percent of the watershed is managed by the Forest Service (meeting notes April 1-2, 2003 between IPNF and Service). The Forest Service characterized the level of surface erosion as within the natural variability. There is evidence of downcutting events in the headwaters of West Gold Creek (a tributary of Gold Creek) due to past harvest activities (meeting notes April 1-2, 2003 between IPNF and Service). Intermittent summer flows are common for Gold Creek upstream of the confluence with West Gold Creek and Chloride Gulch (a tributary of Gold Creek). Mining activities have heavily impacted this stream in the past with over 50,000 $yds^3$ of sediment being placed directly in the stream channel and over 110,000 $yds^3$ are available in future runoff events (USFS 2003). However, this watershed is not prone to mass-wasting events (PBTTAT 1998b).

Gold Creek, a "High" priority index stream, produced over 18 percent of the bull trout redds during the period of 1983-2002. Over this period the watershed averaged 112 redds/year (range 11-204). In 2002 redd surveys found 204 redds, the highest during this period (Appendix B). Between 1983-1992, bull trout redds averaged 92 redds/year (range 11-131) in Gold Creek; however, in the past 10-year period, 1993-2002, that average has risen to 132 redds/year (range 76-204) (Avista 2003b). Based upon Rieman and McIntyre's (1993) use of redd counts to estimate probability of persistence, Gold Creek's probability of persistence is 95 percent for the next 100 years (PBTTAT 1998b).

Excessive bedload from past mining activities has impacted this stream and will continue to impact the stream to the greatest degree of all the threats (PBTTAT 1998b). Riparian roads, particularly in Kickbush Gulch (a tributary of Gold Creek) drainage, have contributed to increases in fine sediment within the drainage (PBTTAT 1998b). Road densities are high for this drainage (3.8 $mi/mi^2$) as is the ECA (28percent) (meeting notes April 1-2, 2003). This watershed is outside of the action area and therefore impacts are not expected to occur within Gold Creek drainage.

## Bull Trout Status in Lightning Creek (1701021313)

Lightning Creek, the largest tributary to the Clark Fork River below Cabinet Gorge Dam, is over 54,400 acres and it flows southerly reaching the Clark Fork 2-3 miles upstream of the Lake Pend Oreille (PBTTAT 1998b). Twelve large-scale floods have occurred in this drainage since 1890 with six of these occurring since 1964. This watershed can receive heavy amounts of rainfall whereas the neighboring watershed may receive half as much (PBTTAT 1998b). Coupled with steep (>70percent) slopes on most valleys sides, this precipitation and rain-on-snow events have resulted in a highly impacted watershed. Excess bedload from natural mass-wasting events as

000100