Ronald W. Opsahl, Esq.
William Perry Pendley, Esq. (D.C. Bar No. 378906)
MOUNTAIN STATES LEGAL FOUNDATION
2596 South Lewis Way
Lakewood, Colorado 80227
(303) 292-2021
(303) 292-1980 (facsimile)
ropsahl@mountainstateslegal.com

Attorneys for Plaintiffs

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COMMUNITIES FOR A GREAT NORTHWEST and MOUNTAIN STATES LEGAL FOUNDATION,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR, et al.<br><br>Defendants. | Case No. 1:06-CV-01842-RCL<br><br>**DECLARATION OF BRUCE VINCENT** |

I, Bruce Vincent, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following statements are true and correct to the best of my knowledge:

1. I am the President and founder of Communities for a Great Northwest ("CGNW").

2. CGNW is a non-profit, natural resources education and information association headquartered in Libby, Montana. Its members live throughout the Inland Northwest and engage in both recreational and economic activities within the national forests including fishing, hunting, hiking, camping, timber harvesting, fuelwood gathering, mining, berry picking, sightseeing, finding and enjoying solitude, and wildlife viewing.



EXHIBIT
6
1:06-CV-1842

3. Roads, trails, and pathways within national forest lands provide access for CGNW members to engage in their lawful activities.

4. CGNW and its members have worked with federal land management agencies and local governments to develop management plans for national forests within the Inland Northwest, including the Kootenai and Idaho Panhandle National Forests. As a result, CGNW and its members have expended tremendous monetary and human resources to ensure the proper management of the national forests affected by the United States Fish and Wildlife Service's *Biological Opinion on the Proposed Forest Plan Amendments for Motorized Access Management within the Selkirk and Cabinet-Yaak Grizzly Bear Recovery Zones for the Kootenai, Idaho Panhandle, and Lolo National Forests* (Feb. 9, 2004) (the "2004 BiOp").

5. CGNW's members spend time in areas adversely affected by the 2004 BiOp and its violations of the Endangered Species Act ("ESA").

6. CGNW's members intend to continue to use and enjoy, in both their economic and recreational pursuits, on a frequent, regular, and ongoing basis the lands adversely affected by the agency actions challenged in this above-referenced case.

7. CGNW and its members expect the FWS to comply fully with all provisions of the ESA, including the Section 4 listing procedures and the Section 7 consultation requirements. Thus, the FWS's failure to issue a lawful biological opinion based upon the properly listed population of threatened grizzly bear has adversely affected CGNW and its members' recreational, educational, and economic interests. These adverse affects will continue unless the relief requested is granted. These are actual, concrete injuries caused by the FWS's failure to comply with mandatory duties under the ESA and Administrative Procedure Act.

DATED this 12th day of June 2007.

Respectfully Submitted By:

_____
Bruce Vincent
President
COMMUNITIES FOR A GREAT NORTHWEST
5957 Champion Road
Libby, Montana 59923
(406) 293-8821