Ronald W. Opsahl, Esq.
William Perry Pendley, Esq. (D.C. Bar No. 378906)
MOUNTAIN STATES LEGAL FOUNDATION
2596 South Lewis Way
Lakewood, Colorado 80227
(303) 292-2021
(303) 292-1980 (facsimile)
ropsahl@mountainstateslegal.com

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COMMUNITIES FOR A GREAT NORTHWEST and MOUNTAIN STATES LEGAL FOUNDATION,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR, *et al.*<br><br>Defendants. | Case No. 1:06-CV-01842-RCL<br><br>**DECLARATION OF CHARLES WOODS** |

I, Charles Woods, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following statements are true and correct to the best of my knowledge:

1. I reside at 5300 U.S. Highway 2 South, Libby, Montana 59923.

2. I am member of both Communities for a Great Northwest and Mountain States Legal Foundation, plaintiffs in the above-captioned case.

3. For more than 25 years, I have been active in issues involving grizzly bear management in Montana and serve on the Grizzly Bear Citizens Committee.

4. On a frequent, regular, and ongoing basis, I recreate on lands located within the Kootenai National Forest. Roads, trails, and pathways provide me access to national forest lands

EXHIBIT 7
1:06-CV-1842

on which I recreate. In addition, before my retirement, I frequently and regularly worked on lands located within the Kootenai National Forest. Roads, trails, and pathways also provided me access to the national forest lands on which I worked.

5. I have been personally impacted by road closures associated with grizzly bear management in the national forests, including road closures made pursuant to the United States Fish and Wildlife Service's *Biological Opinion on the Proposed Forest Plan Amendments for Motorized Access Management within the Selkirk and Cabinet-Yaak Grizzly Bear Recovery Zones for the Kootenai, Idaho Panhandle, and Lolo National Forests* (Feb. 9, 2004) (the "2004 BiOp").

6. In the past, my wife and I utilized roads to gain access to national forest lands for recreational purposes, including viewing spring wildflowers and fall foliage. These roads are now closed to provide for grizzly bear management.

7. Road access to my preferred hunting areas has also been severely restricted due to grizzly bear management practices required by the 2004 BiOp.

8. My continued use and enjoyment of national forest lands that are subject to the 2004 BiOp has been and will continue to be adversely affected by the 2004 BiOp.

9. The 2004 BiOp and the Forest Service's subsequent motorized access management will further restrict my ability to access my preferred recreational areas. I believe these negative impacts will continue until a lawful biological opinion is issued.

DATED this 9th day of June 2007.

Respectfully Submitted By:

*Charles F. Woods*

Charles Woods
5300 U.S. Highway 2 South
Libby, Montana 59923
(406) 293-3447

3

6-9-07 C.F.W.