Ronald W. Opsahl, Esq.
William Perry Pendley, Esq. (D.C. Bar No. 378906)
MOUNTAIN STATES LEGAL FOUNDATION
2596 South Lewis Way
Lakewood, Colorado 80227
(303) 292-2021
(303) 292-1980 (facsimile)
ropsahl@mountainstateslegal.com

Attorneys for Plaintiffs

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| COMMUNITIES FOR A GREAT NORTHWEST and MOUNTAIN STATES LEGAL FOUNDATION,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR, *et al.*<br><br>Defendants. | Case No. 1:06-CV-01842-RCL<br><br>**DECLARATION OF WILLIAM PERRY PENDLEY** |

I, William Perry Pendley, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following statements are true and correct to the best of my knowledge:

1. Since 1989, I have been President and Chief Legal Officer of Mountain States Legal Foundation ("MSLF").

2. MSLF is a voluntary, nonprofit, public interest legal foundation with its principal place of business in Lakewood, Colorado. MSLF is dedicated to individual liberty, the right to own and use property, limited and ethical government, and the free enterprise system.

EXHIBIT
8
1:06-CV-1842

3. MSLF has members who live and work throughout the United States, particularly the American West, including the States of Washington, Idaho, Montana, and Wyoming. In fact, MSLF has a combined 1,292 members in these states alone.

4. MSLF and its members are interested in and adversely affected by the manner in which the Endangered Species Act ("ESA") is implemented by federal agencies and the interpretation of that statute by the courts.

5. MSLF's members include ranchers, miners, oil and gas producers, timbermen, farmers, and property owners who live on and/or earn a living from the public and private lands that grizzly bears may inhabit, and who are affected by the United States Fish and Wildlife Service's ("FWS") *Biological Opinion on the Proposed Forest Plan Amendments for Motorized Access Management within the Selkirk and Cabinet-Yaak Grizzly Bear Recovery Zones for the Kootenai, Idaho Panhandle, and Lolo National Forests* (Feb. 9, 2004) (the "2004 BiOp") and the Forest Service's implementation of its road access plan.

6. MSLF's members spend time in areas adversely affected by the 2004 BiOp and its violations of the ESA.

7. MSLF's members intend to continue to use and enjoy, in both their economic and recreational pursuits, on a frequent, regular, and ongoing basis the lands adversely affected by the agency actions challenged in the above-referenced case.

8. MSLF and its members expect the FWS to comply fully with all provisions of the ESA, including the Section 4 listing procedures and the Section 7 consultation requirements. Thus, the FWS's failure to issue a lawful biological opinion based upon the properly listed population of threatened grizzly bear has adversely affected MSLF's and its members' recreational, educational, and economic interests. These adverse affects will continue unless the

relief requested is granted. These are actual, concrete injuries caused by the FWS's failure to comply with mandatory duties under the ESA and the Administrative Procedure Act.

DATED this 7th day of June 2007.

                              Respectfully Submitted By:

                              William Perry Pendley, Esq.
                              President and Chief Legal Officer
                              MOUNTAIN STATES LEGAL FOUNDATION
                              2596 South Lewis Way
                              Lakewood, Colorado 80227
                              (303) 292-2021
                              (303) 292-1980 (facsimile)