# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **COMMUNITIES FOR A GREAT NORTHWEST, and MOUNTAIN STATES LEGAL FOUNDATION,** | ) ) ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| **v.** | )     **Civil Action No. 06-1842 (RCL)** |
| | ) |
| **UNITED STATES DEPARTMENT OF THE INTERIOR, *et al.*,** | ) ) |
| | ) |
| **Defendants.** | ) |
| | ) |

## ORDER

This matter having come before the Court on the federal defendants' Motion [22] to Transfer Venue, the Court finds that the above action could have been brought in the United States District Court for the District of Montana, and that the interests of justice warrant transfer to that court.

The District Court in Montana has already heard and resolved two challenges to exactly the same biological opinion that is challenged here, and it will conserve judicial resources and be more efficient for that court to hear these claims. Moreover, as defendants properly point out, the grizzly bears and national forests at issue are located, at least in part, in Montana. This case has a strong connection with that forum; indeed the lead plaintiff is located there. This case has virtually no connection with this District, except that the agency's headquarters is here.

Therefore, pursuant to 28 U.S.C. § 1404(a), it is hereby ORDERED that the Motion [22] to Transfer all further proceedings in this case to the District of Montana is GRANTED. All other pending motions will be decided by the transferee court. The Clerk shall transmit the

record herein to the United States District Court for the District of Montana.

SO ORDERED.

Signed by United States District Judge Royce C. Lamberth, July 6, 2007.